CO-386-online
10/03

# United States District Court
# For the District of Columbia

Stroitelstvo Bulgaria Ltd.    )
                              )
                              )
                              )
          vs    Plaintiff     )    Civil Action No._____
                              )
The Bulgarian-American Enterprise )
Fund, et. al.                 )
                              )
              Defendant       )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

478553
_____
BAR IDENTIFICATION NO.

Danielle M. Espinet
_____
Print Name

14915 River Road
_____
Address

Potomac        MD           20854
_____
City           State        Zip Code

240-632-0903
_____
Phone Number