AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Stroitelstvo Bulgaria LTD

       Plaintiff(s)       )    **APPEARANCE**

       vs.       )    CASE NUMBER   07-634

Bulgarian-American Enterprise Fund et al )

       Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of **Danielle M. Espinet** as counsel in this
                                        (Attorney's Name)

case for: **Stroitelstvo Bulgaria LTD**
               (Name of party or parties)

05-11-2007                                              /s/ Danielle M. Espinet
Date                                                    Signature

                                                     Danielle M. Espinet
478553                                                   Print Name
BAR IDENTIFICATION
                                                  14915 River Road
                                                  Address

                                                  Potomac   MD   20854
                                                  City        State        Zip Code

                                                  240 632-0903
                                                  Phone Number