IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE BULGARIAN-AMERICAN ENTERPRISE FUND, 333 West Wacker Drive, Suite 460, Chicago, Illinois 60606; and THE BULGARIAN-AMERICAN CREDIT BANK,<br><br>Defendants. | Case No.: 1:07-cv-00634-RMC<br><br>Hon. Rosemary M. Collyer |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Bulgarian-American Enterprise Fund ("BAEF") respectfully requests that it be granted a thirty-day extension of time to answer or otherwise respond to plaintiff Stroitelstvo Bulgaria Ltd.'s ("Stroitelstvo") Complaint. As grounds for its motion, BAEF states:

1. BAEF was served with Stroitelstvo's Complaint on June 18, 2007. In its Complaint, Stroitelstvo asserts seven counts against BAEF.

2. Under the Federal Rules of Civil Procedure, BAEF is required to answer or otherwise respond no later than July 9, 2007 (twenty days after service as calculated under the Federal Rules). *See* Fed. R. Civ. P. 12; Fed. R. Civ. P. 6.

3. BAEF does not believe that it will have adequate time to respond by July 9, 2007.

4. BAEF therefore seeks a thirty-day extension of time to answer the complaint or otherwise respond by motion. BAEF respectfully requests that it be granted leave to answer or otherwise respond to the complaint on or before August 8, 2007.

5. Plaintiff Stroitelstvo has agreed to the requested extension of time and will suffer no prejudice if this request is granted.

6. In moving for an extension of time to respond, BAEF does not waive any defenses or objections, including any objections to subject matter jurisdiction, personal jurisdiction, or venue in this Court.

WHEREFORE, BAEF respectfully requests that this Court grant it an extension of thirty days to respond to Plaintiffs' Complaint. A proposed order is attached.

Dated: June 29, 2007

Respectfully submitted,

_____
Karen N. Walker (D.C. Bar No. 412137)
Eunnice H. Eun (D.C. Bar No. 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
202-879-5000/telephone
202-879-5200/fax

Brian D. Sieve, P.C. (*Pro Hac Vice pending*)
Stephanie A. Brennan (*Pro Hac Vice pending*)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
312-861-2000/telephone
312-861-2200/fax

*Attorneys for Defendant The Bulgarian-American Enterprise Fund*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:07-cv-00634-RMC |
| ) | |
| v. ) | |
| ) | Hon. Rosemary M. Collyer |
| THE BULGARIAN-AMERICAN ENTERPRISE ) | |
| FUND, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSTION OF TIME FOR DEFENDANT BAEF

This matter is before the Court on The Bulgarian-American Enterprise Fund's ("BAEF") Agreed Motion for an Extension of Time for Defendant BAEF to Answer or Otherwise Respond To Plaintiff's Complaint. Defendant BAEF's motion is hereby **GRANTED**. BAEF may answer or otherwise respond to Plaintiff's Complaint on or before August 8, 2007.

**IT IS SO ORDERED.**

Dated this____day of_____, 2007

_____
United States District Judge Rosemary M. Collyer

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2007, a true and correct copy of the foregoing Agreed Motion for Extension of Time was served by e-mail and U.S. Mail on the following:

Phillip M. Musolino, Esq.
*Musolino & Dessel*
1615 L Street NW, Suite 440
Washington DC 20036
pmusolino@musolinoanddessel.com

Sylvia J. Rolinski, Esq.
Danielle M. Espiner, Esq.
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
srolinski@rolinski.com
despinet@rolinski.com

*Attorneys for Plaintiff Stroitelstvo Bulgaria Ltd.*

　　　　　　　　　　　　　　　　/s/ Karen N. Walker
　　　　　　　　　　　　　　　　Karen N. Walker