IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., </br></br>   Plaintiff, </br></br>v. </br></br>THE BULGARIAN-AMERICAN ENTERPRISE FUND, *et al.*, </br></br>   Defendants. | Case No.: 1:07-cv-00634-RMC </br></br> Hon. Rosemary M. Collyer |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

  I, the undersigned, counsel of record for The Bulgarian-American Enterprise Fund ("BAEF"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of BAEF which have any outstanding securities in the hands of the public:

- The Bulgarian American Credit Bank ("BACB"), a related company, is publicly traded on the Bulgarian Stock Exchange.

  These representations are made in order that the judges of this court may determine the need for recusal.

Dated: June 29, 2007

               _/s/ Karen N. Walker_
               Karen N. Walker (D.C. Bar No. 412137)
               KIRKLAND & ELLIS LLP
               655 Fifteenth Street, N.W.
               Suite 1200
               Washington, D.C. 20005
               202-879-5000/telephone
               202-879-5200/fax

               *Attorney of Record for Defendant BAEF*