IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BULGARIAN-AMERICAN ENTERPRISE ) <br> FUND, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:07-cv-00634-RMC <br><br> Hon. Rosemary M. Collyer |

### MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHANIE A. BRENNAN

I, Karen N. Walker, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully move, pursuant to Local civil Rule 83.2(d) that Stephanie A. Brennan be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant The Bulgarian-American Enterprise Fund. In support of this motion, I submit the accompanying declaration of Stephanie A. Brennan.

Dated: June 29, 2007

Respectfully submitted,

/s/ Karen N. Walker
Karen N. Walker (D.C. Bar No. 412137)
Eunnice H. Eun (D.C. Bar No. 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
202-879-5000/telephone
202-879-5200/fax

Brian D. Sieve, P.C. (*Pro Hac Vice pending*)
Stephanie A. Brennan (*Pro Hac Vice pending*)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
312-861-2000/telephone
312-861-2200/fax

*Attorneys for Defendants The Bulgarian-American Enterprise Fund*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BULGARIAN-AMERICAN ENTERPRISE ) <br> FUND, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:07-cv-00634-RMC <br><br> Hon. Rosemary M. Collyer |

## DECLARATION OF STEPHANIE A. BRENNAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My full name is Stephanie A. Brennan.

2. I am an associate in the firm of Kirkland & Ellis LLP. The address is 200 East Randolph Drive, Chicago, Illinois 60601. The telephone number is 312-816-2000 and the facsimile number is 312-861-2200. My e-mail address is sbrennan@kirkland.com.

3. I am a member in good standing of the State Bar of Illinois and the State Bar of North Carolina, the United States Fifth Circuit Court of Appeals, the United States Seventh Circuit Court of Appeals, the United States District Court for the District of Colorado, the United States District Court for the Northern District of Illinois, the Illinois Supreme Court and all Illinois Courts.

4. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5. I have not applied for admission *pro hac vice* to this Court within the last two years.

I declare under the penalties of perjury that the foregoing is true and correct.

DATED: June 26, 2007

*/s/ Stephanie A. Brennan*
Stephanie A. Brennan



## ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
### of the
### SUPREME COURT OF ILLINOIS

One Prudential Plaza  
130 East Randolph Drive, Suite 1500  
Chicago, IL 60601-6219  
(312) 565-2600  (800) 826-8625  
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333  
Springfield, IL 62701  
(217) 522-6838  (800) 252-8048  
Fax (217) 522-2417

Stephanie Ann Brennan  
Kirkland & Ellis LLP  
200 East Randolph Drive  
Chicago, IL 60601-6436

Chicago  
Wednesday, June 27, 2007

In re: Stephanie Ann Brennan  
Admitted: 11/6/2003  
Attorney No. 6281073

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,  
Jerome Larkin  
Administrator

By: _/s/ Roxanne Trenter_  
Roxanne Trenter  
Deputy Registrar

RT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BULGARIAN-AMERICAN ENTERPRISE )<br>FUND, *et al.*, )<br>)<br>Defendants. )<br>) | Case No.: 1:07-cv-00634-RMC<br><br>Hon. Rosemary M. Collyer |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF STEPHANIE A. BRENNAN**

Upon the motion of Karen N. Walker, an active member of the District of Columbia Bar, for the admission *pro hac vice* of Stephanie A. Brennan (the "Applicant"), a member of good standing of the State Bar of Illinois, and this Court having considered the motion and Declaration of the Applicant attached thereto, it is hereby

**ORDERED** that Stephanie A. Brennan is admitted *pro hac vice* in this case.

ENTERED this _____ day of _____, 2007.

_____
The Honorable Rosemary M. Collyer
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2007, a true and correct copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF STEPHANIE A. BRENNAN** was served by e-mail and U.S. Mail on the following:

Phillip M. Musolino, Esq.
*Musolino & Dessel*
1615 L Street NW, Suite 440
Washington DC 20036
pmusolino@musolinoanddessel.com

Sylvia J. Rolinski, Esq.
Danielle M. Espiner, Esq.
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
srolinski@rolinski.com
despinet@rolinski.com

*Attorneys for Plaintiff Stroitelstvo Bulgaria Ltd.*

/s/ signature