A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

STROITELSTVO BULGARIA LTD.,

        Plaintiff(s)      )
                      )   **APPEARANCE**
                      )
                      )
           vs.             )   CASE NUMBER    1:07-CV-00634-RMC
THE BULGARIAN-AMERICAN            )
ENTERPRISE FUND, et al.,          )
        Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Eunnice H. Eun  as counsel in this
                                 (Attorney's Name)

case for:  The Bulgarian-American Enterprise Fund
              (Name of party or parties)

July 12, 2007                          _[signature]_
Date                                   Signature

                                       Eunnice H. Eun, Kirkland & Ellis LLP
D.C. Bar No. 500203                    Print Name
BAR IDENTIFICATION
                                       655 Fifteenth St., NW
                                       Address

                                       Washington, DC          20005
                                       City      State         Zip Code

                                       (202) 879-5000
                                       Phone Number