UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.                :
        Plaintiff,                :
        vs.                :   Case No. 07cv00634 RMC
The Bulgarian-American Enterprise Fund, *et al.*   :
        Defendants.    :

**PRAECIPE REGARDING SERVICE**

The Clerk of the Court will please accept the attached DHL delivery sheet and tracking sheet for filing. The former document contains the July 4, 2007 signature for the service documents prepared by the court, furnished to plaintiff and thereupon sent to the Ministry of Justice of Bulgaria. The latter evidences the tracking history of the service documents.

                                                    Philip M. Musolino #294652
                                                    *Musolino & Dessel*
                                                    1615 L Street, N.W., Suite 440
                                                    Washington, D.C. 20036
                                                    (202) 466-3883
                                                    *Voice*: (202) 466-3883
                                                    *Fax*:   (202) 775-7477
                                                    *Email*: pmusolino@musolinoanddessel.com

                                        /s/ Sylvia Rolinski (by FTS)
                                        Sylvia J. Rolinski # 430573
                                        *Rolinski, Terenzio & Suarez, LLP*
                                        14915 River Road
                                        Potomac, Maryland 20854
                                        *Voice*: (240) 632-0903
                                        *Fax*:   (240) 632-0906
                                        *Email*: srolinski@rolinski.com

Dated:  August 6, 2007

# DELIVERY SHEET

*0407070REZA02*

DELIVERY DATE: 04/07/2007   TIME: 12:42   ROUTE: DREZ   A   COURIER: 1019   TERZO   STATION: SOF / SOF / BG01

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment.

Sheet: 2 of 3

| # | AWB No. | Pcs | Weight / Date | PU/DEL | Invoice | Signature |
|---|---|---|---|---|---|---|
| 1 | 8336814043 | 1 | 0.5 KG | | Дмитрова | |
| 2 | 7575823382 IAD D H.E. Plamen ORESHARSKI | 1 | 0.0 KG 02/07/07 | H.E. Plamen ORESHARSKI | | |
| 3 | 6140699736 SOF N UZUNOVA | 1 | 1.0 KG 03/07/07 | UZUNOVA | | |
| 4 | 4650264301 CDG U Central Finance and Contracts Un | 1 | 0.3 KG 03/07/07 | Mr. L. TUSHANOV | | |
| 5 | 4633719020 MAD U UNICREDIT BULBANK AD | 1 | 0.1 KG 02/07/07 | KIRIL GEORGIEV | Стоименов | |
| 6 | 9911568741 SZX D UNICREDIT BULBANK AD | 1 | 0.5 KG 29/06/07 | UNICREDIT BULBANK AD | Стоименова | |
| 7 | 8088534451 IAH D NOVEL CONSULT | 1 | 0.5 KG 02/07/07 | NIKOLAY NALBANTOK | Маринова | |
| 8 | 5701485646 CDG U SERVIER BULGARIA | 1 | 0.1 KG 03/07/07 | NA | Ковачев | |
| 9 | 4415786616 VIE U advocate petkod kantchevski | 1 | 0.1 KG 03/07/07 | kantchevski | Христова | |
| 10 | 5785657203 AMS U DJINGOV | 1 | 0.3 KG 03/07/07 | G. TZVETKOV | Христова | |
| 11 | 8234574014 LON U BG TEXT | 1 | 0.2 KG 03/07/07 | M MANCHEVA | СА Ненч | |
| 12 | 4055456985 | 1 | 0.4 KG | | Димитрова | |

04/07/2007 12:42:07                                                         FAX NO :8315 8100

Contac



| Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

**Log in to DHL**

User ID
Password

☐ Remember my User ID

Log in ▶
▶ Forgot your Password?

**New to DHL online?**
Registration is quick and free.
▶ Sign up now

## Track results detail

### Tracking results detail for 8336814043

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | Shipment delivered. |
| Delivered on | | 7/4/2007  1:55 pm |
| Delivered to | | |
| Signed for by | | DIMITROVA    What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/4/2007 | 1:55 pm | Shipment delivered. | Sofia, Bulgaria  Why is thi |
| | 12:42 pm | With delivery courier. | Sofia, Bulgaria |
| | 10:29 am | Transit through DHL facility | Sofia, Bulgaria |
| | 7:30 am | Depart Facility | Leipzig, Germany |
| | 6:42 am | Shipment on Hold. | East Midlands, United Kin |
| | 6:31 am | Transit through DHL facility | Leipzig, Germany |
| | 2:01 am | Depart Facility | East Midlands, United Kin |
| 7/3/2007 | 1:30 am | In transit. | Wilmington - Clinton Field |
| | 1:26 am | In transit. | Wilmington - Clinton Field |
| 7/2/2007 | 8:04 pm | Departing origin. | Washington - Ronald Rea |
| | 4:24 pm | Shipment picked up | Washington - Ronald Rea |

**Ship From:**
BZE
Washington -
Ronald Reagan National, DC
United States

**Ship To:**
Sofia, Bulgaria

**Shipment Information:**
Ship date: 7/2/2007
Pieces: 1
Total weight: 1 lb *

Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

**Attention:**
BZE

**Attention:**

Tracking detail provided by DHL: 7/9/2007, 6:30:42 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on the invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user,
you'll have access to services and tools to help you ship
your packages easily and efficiently.

**Questions?**

We're here to help!
▶ Contact DHL