UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.          :
                                    :
         Plaintiff,                 :
                                    :
                                    :
vs.                                 :   Case No. 07cv00634 RMC
                                    :
The Bulgarian-American Enterprise Fund, et al.  :
                                    :
         Defendants.                :

## AMENDED PRAECIPE REGARDING SERVICE

The Clerk of the Court will please accept the attached DHL delivery sheet, Exhibit A, and the attached tracking sheet, Exhibit B, for filing.

Exhibit A contains the July 4, 2007 signature for the service documents to the Ministry of Justice of Bulgaria pursuant to the Hague Convention On The Service Abroad Of Judicial And Extra-Judicial Documents In Civil And Commercial Matters. Exhibit B evidences the tracking history of the service documents.

Respectfully Submitted,

_(signature)_

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

JUL-09-2007 18:22 From:     4806362481     To:202 775 7477     P.2/2

**DELIVERY SHEET**

*0407070REZA02*

DELIVERY DATE: 04/07/2007  TIME: 12:42  ROUTE: DREZ  A  COURIER: 1019  TERZO  STATION: SOF / SOF / BG01

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment.

Sheet: 2 of 3

| # | Item No. | | Pcs | Weight | Signature | |
|---|---|---|---|---|---|---|
| 1 | 8336814043 | | 1 | 0.5 KG | Дмитрова | |
| 2 | 7575823382 IAD D H.E. Plamen ORESHARSKI | | 1 | 0.0 KG 02/07/07 H.E. Plamen ORESHARSKI | | |
| 3 | 6140699736 SOF N UZUNOVA | | 1 | 1.0 KG 03/07/07 UZUNOVA | | |
| 4 | 4650264301 CDG U Central Finance and Contracts Un | | 1 | 0.5 KG 03/07/07 Mr. L. TUSHANOV | | |
| 5 | 4633719020 MAD U UNICREDIT BULBANK AD | | 1 | 0.1 KG 02/07/07 KIRIL GEORGIEV | Стоименов | |
| 6 | 9911568741 SZX D UNICREDIT BULBANK AD | | 1 | 0.5 KG 28/06/07 UNICREDIT BULBANK AD | Стоилчева | |
| 7 | 8088534451 IAH D NOVEL CONSULT | | 1 | 0.5 KG 02/07/07 NIKOLAY NALBANTOK | Марионски | |
| 8 | 5701485646 CDG U SERVIER BULGARIA | | 1 | 0.1 KG 03/07/07 NA | Ковачева | |
| 9 | 4415786616 VIE U advocate petkod kantchevski | | 1 | 0.1 KG 03/07/07 kantachevski | Христова | |
| 10 | 5786657203 AMS U DJINGOV | | 1 | 0.1 KG 03/07/07 G. TZVETKOV | Христова | |
| 11 | 8234574014 LON U BG TEXT | | 1 | 0.2 KG 03/07/07 M MANCHEVA | CP Nco | |
| 12 | 4055456985 | | 1 | 0.5 KG | | |

04/07/2007 12:42:07     FAX NO :8315 8100

EXHIBIT A
PENGAD 800-631-6989

DHL: Track (By number) Detail                                    Page 1 of 2

Contac



| | Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global



## Track results detail

**Tracking results detail for 8336814043**

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | Shipment delivered. |
| Delivered on | | 7/4/2007 1:55 pm |
| Delivered to | | |
| Signed for by | | DIMITROVA    What is this? |

**Log in to DHL**

User ID
Password
☐ Remember my User ID

Log in ▶
▶ Forgot your Password?

**New to DHL online?**
Registration is quick and free.
▶ Sign up now

**Tracking history**

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/4/2007 | 1:55 pm | Shipment delivered. | Sofia, Bulgaria  Why is thi |
| | 12:42 pm | With delivery courier. | Sofia, Bulgaria |
| | 10:29 am | Transit through DHL facility | Sofia, Bulgaria |
| | 7:30 am | Depart Facility | Leipzig, Germany |
| | 6:42 am | Shipment on Hold. | East Midlands, United Kin |
| | 6:31 am | Transit through DHL facility | Leipzig, Germany |
| | 2:01 am | Depart Facility | East Midlands, United Kin |
| 7/3/2007 | 1:30 am | In transit. | Wilmington - Clinton Field |
| | 1:26 am | In transit. | Wilmington - Clinton Field |
| 7/2/2007 | 8:04 pm | Departing origin. | Washington - Ronald Rea |
| | 4:24 pm | Shipment picked up | Washington - Ronald Rea |

**Ship From:**
BZE
Washington -
Ronald Reagan National, DC
United States

**Ship To:**
Sofia, Bulgaria

**Shipment Information:**
Ship date: 7/2/2007
Pieces: 1
Total weight: 1 lb *

Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Attention:
BZE

Attention:

Tracking detail provided by DHL: 7/9/2007, 6:30:42 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on the invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.

**Questions?**

We're here to help!
▶ Contact DHL

http://track.dhl-usa.com/TrackByNbr.asp?nav=Tracknbr                    7/9/2007

EXHIBIT
B