UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.          :
      Plaintiff,                  :
      v.                          :     Case No. 07cv00634 RMC
The Bulgarian-American Enterprise Fund, *et al.*  :
      Defendants.                 :

### UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO OR OPPOSE MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*, AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 9(b) AND 12(b)(6)

COMES NOW plaintiff Stroitelstvo Bulgaria Ltd. (hereinafter "plaintiff"), by and through undersigned counsel, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and LCvR 7(b) and 7(n) moves this Honorable Court to Enlarge the Time to Respond to or Oppose Defendant Bulgarian American Enterprise Fund's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens*, Docket Number 10, and Bulgarian American Enterprise Funds's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 9(b), Docket Number 11 (collectively the "BAEF Motions to Dismiss"), and in support therefor plaintiff avers as follows:

1.    BAEF filed on August 8, 2007 the BAEF Motions to Dismiss. On the same date, BAEF filed a Motion to Transfer the Action to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a) ("BAEF Motion to Transfer"). Docket Number 12.

2.  All undersigned counsel for plaintiff are scheduled to file on August 20, 2007, in an unrelated case in the United States District Court for the District of Columbia an opposition to a motion to dismiss. The motion in that case asserts a number of bases, including sovereign immunity, and the preparation of the opposition to that motion requires and will continue to require a substantial amount of work up to and including August 20, 2007.

3.  Plaintiff's counsel Rolinski is and has been engaged in overseas business travel since July 25, 2007, and is not scheduled to return to the United States until August 25, 2007.

4.  Plaintiff's counsel Musolino is required to travel to Houston on or about August 17, 2007, and commencing August 30, 2007 is scheduled to travel to New York and to travel out of the country through September 12, 2007.

5.  Plaintiff's counsel Espinet is required to travel to New York on or about August 29, 2007 and to travel out of the country through September 12, 2007.

In order to effectively respond to the pending motion, plaintiff seeks an enlargement of time up to and including September 17, 2007, to oppose or to otherwise respond to the BAEF Motions to Dismiss. Plaintiff files separately a motion to enlarge time to respond to BAEF's Motion to Transfer.

Defendant Bulgarian American Enterprise Fund does not oppose the instant motion.

WHEREFORE, plaintiff prays that the instant motion be granted.

Respectfully submitted,

___/s/ Sylvia J. Rolinski___
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

___/s/ Philip M. Musolino___
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:    (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

***Attorneys For Plaintiff***

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.            :
                                      :
      Plaintiff,              :
                                      :
                                      :
v.                                    :      Case No. 07cv00634 RMC
                                      :
The Bulgarian-American Enterprise Fund, *et al.*   :
                                      :
      Defendants.             :

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLANTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO OR OPPOSE MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*, AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 9(b) AND 12(b)(6)**

1. Fed.R.Civ.P. 6(b) and LCvR 7(b) and 7(m).

2. The representations herein.

                                      Respectfully submitted,

                                      /s/ Sylvia J. Rolinski
                                      Sylvia J. Rolinski # 430573
                                      Danielle M. Espinet # 478553
                                      *Rolinski & Suarez, LLC*
                                      14915 River Road
                                      Potomac, Maryland 20854
                                      *Voice*: (240) 632-0903
                                      *Fax*:   (240) 632-0906
                                      *Email*: srolinski@rolinski.com

/s/ Philip M. Musolino
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

**Attorneys For Plaintiff**

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.        :

       Plaintiff,        :

v.        :        Case No. 07cv00634 RMC

The Bulgarian-American Enterprise Fund, *et al.*        :

       Defendants.        :

### ORDER

This matter having come before this Court on plaintiff's unopposed Motion to Enlarge Time to Respond to or Oppose Defendant Bulgarian American Enterprise Fund's Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rules 12(b)(2) And 12(b)(3), Or Alternatively, Based On The Doctrine Of *Forum Non Conveniens*, and Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rules 9(b) And 12(b)(6) it is this _____ day of _____, 2007, for cause shown:

       **ORDERED**, that the instant motion be and is hereby granted, and it is

       **FURTHER ORDERED**, that the time to respond to or oppose defendant Bulgarian American Enterprise Fund's Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rules 12(b)(2) And 12(b)(3), Or Alternatively Based On The Doctrine Of *Forum Non Conveniens*, and Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rules 9(b) And 12(b)(6) be and is hereby enlarged to September 17th, 2007.

SO ORDERED.

_____
Rosemary M. Collyer, Judge
United States District Court for the
District of Columbia

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, NW, Suite 440
Washington, DC 20036

Sylvia J. Rolinski
Danielle M. Espinet
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854

Karen N. Walker
Eunnice H. Eun
Samantha A. Gingold
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian D. Sieve
Stephanie A. Brennan
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601