UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.              :
                                        :
        Plaintiff,                      :
                                        :
                                        :
    v.                                  :    Case No. 07cv00634 RMC
                                        :
The Bulgarian-American Enterprise Fund, *et al.*  :
                                        :
        Defendants.                     :

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO MOTION TO TRANSFER THE ACTION TO THE NORTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C.§ 1414(a)**

COMES NOW plaintiff Stroitelstvo Bulgaria Ltd. (hereinafter "plaintiff"), by and through undersigned counsel, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and LCvR 7(b) and 7(m), moves this Honorable Court for an enlargement of time to file an opposition to or otherwise respond to defendant Bulgarian American Enterprise Fund's Motion to Transfer the Action to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a) ( the "BAEF Motion to Transfer"), and in support therefor avers as follows:

1.      Defendant Bulgarian American Enterprise Fund ("defendant BAEF") filed on August 8, 2007, its Motion to Transfer. *See* Docket Number 12. On the same date, defendant BAEF filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens*, Docket Number 10, and a Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 9(b) and 12(b)(6), Docket Number 11.

2. All undersigned counsel for plaintiff are scheduled to file on August 20, 2007, in an unrelated case in the United States District Court for the District of Columbia an opposition to a motion to dismiss. The motion in that case asserts a number of bases, including sovereign immunity, and the preparation of the opposition to that motion requires and will continue to require a substantial amount of work up to and including August 20, 2007.

3. Plaintiff's counsel Rolinski is and has been engaged in overseas business travel since July 25, 2007, and is not scheduled to return to the United States until August 25, 2007.

4. Plaintiff's counsel Musolino is required to travel to Houston on or about August 17, 2007, and commencing August 30, 2007, is scheduled to travel to New York and to travel out of the country through September 12, 2007.

5. Plaintiff's counsel Espinet is required to travel to New York on or about August 29, 2007, and to travel out of the country through September 12, 2007.

In order to effectively respond to the pending motion, plaintiff seeks an enlargement of time up to and including August 27, 2007, to oppose or to otherwise respond to the Motion to Transfer. Plaintiff files separately a motion to enlarge time to respond to BAEF's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens*, and, BAEF's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 9(b) and 12(b)(6), Docket Number 11. Counsel for defendant BAEF has indicated that BAEF does not oppose the instant motion.

WHEREFORE, parties pray that this Honorable Court grant the instant motion.

        Respectfully submitted,

        /s/ Sylvia J. Rolinski
        Sylvia J. Rolinski # 430573
        Danielle M. Espinet # 478553
        *Rolinski & Suarez, LLC*
        14915 River Road
        Potomac, Maryland 20854
        *Voice*: (240) 632-0903
        *Fax*:   (240) 632-0906
        *Email*: srolinski@rolinski.com


        /s/ Philip M. Musolino
        Philip M. Musolino #294652
        *Musolino & Dessel*
        1615 L Street, N.W., Suite 440
        Washington, D.C. 20036
        (202) 466-3883
        *Voice*: (202) 466-3883
        *Fax*:   (202) 775-7477
        *Email*: pmusolino@musolinoanddessel.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused a true copy of this motion to be served by electronic mail this 17th day of August 2007 to the following:

Eunnice H. Eun
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Stephanie A. Brennan
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601


        /s/ Philip M. Musolino
        Philip M. Musolino

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stroitelstvo Bulgaria Ltd. | : |
| Plaintiff, | : |
| v. | : Case No. 07cv00634 RMC |
| The Bulgarian-American Enterprise Fund, *et al.* | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO MOTION TO TRANSFER THE ACTION TO THE NORTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C.§ 1414(a)**

1. Fed.R.Civ.P. 6(b) and LCvR 7(m).

2. The representations herein.

Respectfully submitted,

/s/ Sylvia J. Rolinski
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com

/s/ Philip M. Musolino
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stroitelstvo Bulgaria Ltd.          : | |
| Plaintiff,          : | |
| v.          : | Case No. 07cv00634 RMC |
| The Bulgarian-American Enterprise Fund, *et al.*          : | |
| Defendants.          : | |

## ORDER

This matter having come before this Court on plaintiff's Unopposed Motion to Enlarge Time to Respond to defendant Bulgarian American Enterprise Fund's Motion to Transfer the Action to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a), it is this _____ day of _____, 2007, for cause shown:

**ORDERED**, that the instant motion be and is hereby granted, and it is

**FURTHER ORDERED**, that Plaintiff shall file an opposition to or otherwise respond to defendant Bulgarian American Enterprise Fund's Motion to Transfer the Action to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a), docket number 12, on or before August 27, 2007.

SO ORDERED.

_____
Rosemary M. Collyer, Judge
United States District Court for the
District of Columbia

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, NW, Suite 440
Washington, DC 20036

Sylvia J. Rolinski
Danielle M. Espinet
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854

Karen N. Walker
Eunnice H. Eun
Samantha A. Gingold
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian D. Sieve
Stephanie A. Brennan
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601