UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.          :
                                    :
      Plaintiff,                  :
                                    :
                                    :
v.                                  :   Case No. 07cv00634 RMC
                                    :
The Bulgarian-American Enterprise Fund, *et al.*   :
                                    :
      Defendants.                 :

## PRAECIPE WITHDRAWING PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO OR OPPOSE MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*, AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(6) and 9(b)

COMES NOW plaintiff Stroitelstvo Bulgaria Ltd. (hereinafter "plaintiff"), by and through undersigned counsel, and, withdraws its Motion to Enlarge the Time ("Motion to Enlarge Time") to Respond to or Oppose Defendant Bulgarian American Enterprise Fund's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens*, Docket Number 10, and Bulgarian American Enterprise Funds's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(6) and 9(b), Docket Number 11 (collectively the "BAEF Motions to Dismiss").

The Motion to Enlarge Time was filed on August 17, 2007 and was entered as Docket Number 14. The Motion to Enlarge Time is being withdrawn because plaintiff and Defendant Bulgarian-American Enterprise Fund have agreed to seek court approval of a more comprehensive briefing schedule.

        Respectfully submitted,

*SJR b/*

Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*:  (202) 466-3883
*Fax*:    (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com


**Attorneys For Plaintiff**

2

## CERTIFICATE OF SERVICE

I certify that I caused a true copy of this praecipe to be served by ECF this 18th day of August 2007 to the following:

Eunnice H. Eun
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Stephanie A. Brennan
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601

Philip M. Musolino