## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stroitelstvo Bulgaria Ltd. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | Case No. 07cv00634 RMC |
| | : | |
| The Bulgarian-American Enterprise Fund, *et al.* | : | |
| | : | |
| Defendants. | : | |

### JOINT MOTION TO FIX OPPOSITION AND REPLY BRIEFING DEADLINES FOR (1) MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*; (2) MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(6) and 9(b); AND (3) MOTION TO TRANSFER THE ACTION TO THE NORTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C.§ 1404(a)

COME NOW plaintiff Stroitelstvo Bulgaria Ltd. (hereinafter "plaintiff"),

and defendant the Bulgarian-American Enterprise Fund ("BAEF"), by and through

undersigned counsel, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure,

and LCvR 7(b), 7(d) and 7(m), move this Honorable Court to fix and enlarge the

deadline to file an opposition to or otherwise respond to defendant BAEF's Motion to

Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or

Alternatively Based on the Doctrine of *Forum Non Conveniens*, Docket Number 10,

BAEF's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(6) and

9(b), Docket Number 11 (collectively, the "BAEF Motions to Dismiss"), and BAEF's

Motion to Transfer the Action to the Northern District of Illinois Pursuant to 28 U.S.C. §

1404(a), Docket Number 12 ( the "BAEF Motion to Transfer"), and to fix and enlarge the

deadline for BAEF to file replies, and in support therefor plaintiff avers as follows:

1.      Defendant BAEF filed on August 8, 2007 its Motions to Dismiss. *See* Docket
Numbers 10-11.  On the same date, defendant BAEF filed its  Motion to Transfer. *See*
Docket Number 12.

2.      All undersigned counsel for plaintiff are scheduled to file on August 20, 2007 in
an unrelated case in the United States District Court for the District of Columbia an
opposition to a motion to dismiss.  The motion in that case asserts a number of bases,
including sovereign immunity, and the preparation of the opposition to that motion
requires and will continue to require a substantial amount of work up to and including
August 20, 2007.

3.      Plaintiff's counsel Rolinski is and has been engaged in overseas business travel
since July 25, 2007, and is not scheduled to return to the United States until August 25,
2007.

4.      Plaintiff's counsel Musolino and plaintiff's counsel Espinet are marrying on
September 1, 2007 in New York, and will travel out of the country through September
12, 2007.

5.      In order to effectively respond to the pending motions, plaintiff seeks an
enlargement of time up to and including September 17, 2007 to oppose or to otherwise
respond to the Motions to Dismiss and Motion to Transfer. Defendant BAEF requests an
enlargement of time to October 1, 2007 to file any reply.

6.      BAEF further states, as explained in its Motion to Dismiss Pursuant to Rules
12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens*,
that should the Court agree that this action should be dismissed for any one of the
jurisdictional and venue issues addressed in that motion, the Court need not address the

issues presented in BAEF's Motion to Dismiss Pursuant to Federal Rules 12(b)(6) and

9(b) or BAEF's Motion to Transfer.

WHEREFORE, plaintiff and BAEF jointly pray that the instant motion be

granted.

Respectfully submitted,

Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:    (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

***Attorneys For Plaintiff***

Karen N. Walker (D.C. Bar No. 412137)
Eunnice H. Eun (D.C. Bar No. 500203)
Samantha A. Gingold (admission pending)
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005


Brian D. Sieve *(pro hac vice)*
Stephanie A. Brennan *(pro hac vice)*
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601

**Attorneys for Bulgarian-American Enterprise Fund**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Stroitelstvo Bulgaria Ltd.                        :
                                                  :
              Plaintiff,                          :
                                                  :
                                                  :
       vs.                                        :       Case No. 07cv00634 RMC
                                                  :
The Bulgarian-American Enterprise Fund, *et al.*  :
                                                  :
              Defendants.                         :

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO FIX OPPOSITION AND REPLY BRIEFING DEADLINES
FOR (1) MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO
FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON
THE DOCTRINE OF *FORUM NON CONVENIENS*; (2) MOTION TO DISMISS
PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(6) and
9(b); AND (3) MOTION TO TRANSFER THE ACTION TO THE NORTHERN
DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C.§ 1404(a)**

1. Fed.R.Civ.P. 6(b) and   LCvR 7(b), 7(d) and 7(m).

2. The representations herein.

                              Respectfully submitted,

                              _S JR_ _____

                              Sylvia J. Rolinski # 430573
                              Danielle M. Espinet # 478553
                              *Rolinski & Suarez, LLC*
                              14915 River Road
                              Potomac, Maryland 20854
                              *Voice*: (240) 632-0903
                              *Fax*:   (240) 632-0906
                              *Email*: srolinski@rolinski.com

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*:  (202) 466-3883
*Fax*:    (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

**Attorneys For Plaintiff**


Karen N. Walker (D.C. Bar No. 412137)
Eunnice H. Eun (D.C. Bar No. 500203)
Samantha A. Gingold (admission pending)
KIRKLAND & ELLIS L.L.P.
655 Fifteenth  Street, N.W.
Washington, D.C. 20005


Brian D. Sieve *(pro hac vice)*
Stephanie A. Brennan *(pro hac vice)*
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601

**Attorneys for Bulgarian-American
Enterprise Fund**

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.                          :
                                                    :
         Plaintiff,                       :
                                                    :
                                                    :
    vs.                                          :      Case No. 07cv00634 RMC
                                                    :
The Bulgarian-American Enterprise Fund, *et al.*    :
                                                    :
        Defendants.                      :

## ORDER

     This matter having come before this Court on the Joint Motion To Fix Opposition And Reply Briefing Deadlines For Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rules 12(b)(2) And 12(b)(3), Or Alternatively Based On The Doctrine Of *Forum Non Conveniens*; Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rules 12(b)(6) and 9(b), and for Motion To Transfer The Action To The Northern District Of Illinois Pursuant To 28 U.S.C.§ 1404(a), it is this _____ day of _____, 2007, for cause shown:

     **ORDERED**, that the instant motion be and is hereby granted, and it is

     **FURTHER ORDERED**, that Plaintiff shall file an opposition to or otherwise respond to defendant Bulgarian-American Enterprise Fund's Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rules 12(b)(2) And 12(b)(3), Or Alternatively Based On The Doctrine Of *Forum Non Conveniens*; And Motion To Dismiss Plaintiff's Complaint Pursuant To Federal Rules 12(b)(6) and 9(b), and Motion to Transfer the Action to the Northern District of Illinois Pursuant to 28 U.S.C. § 1404(a), on or before September 17, 2007, and it is

**FURTHER ORDERED**, that defendant Bulgarian-American Enterprise Fund shall file replies, if any, on or before October 1, 2007.

SO ORDERED.

_____
 Rosemary M. Collyer, Judge
United States District Court for the
District of Columbia

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, NW, Suite 440
Washington, DC 20036

Sylvia Rolinski
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854

Karen N. Walker
Eunnice H. Eun
Samantha A. Gingold
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian D. Sieve
Stephanie A. Brennan
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601