IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STROITELSTVO BULGARIA LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE BULGARIAN-AMERICAN ENTERPRISE FUND and THE BULGARIAN-AMERICAN CREDIT BANK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 1:07-CV-00634-RMC<br>)<br>)  Hon. Rosemary M. Collyer<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT THE BULGARIAN-AMERICAN ENTERPRISE FUND'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS
REPLY IN SUPPORT OF ITS MOTION TO TRANSFER AND
RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant The Bulgarian-American Enterprise Fund ("BAEF") respectfully requests that it be granted an extension of time to file its reply in support of its Motion to Transfer and its response to plaintiff's First Amended Complaint. As grounds for its Motion, BAEF states that:

1. On August, 8, 2007, BAEF filed a Motion to Dismiss for Lack of Jurisdiction, or Alternatively Based on the Doctrine of *Forum Non Conveniens* (D.E. #10), a Motion to Dismiss Pursuant to FRCP 9(b) and 12(b)(6) (D.E. #11) (collectively, "Motions to Dismiss), and a Motion to Transfer Case to the Northern District of Illinois Pursuant to 28 U.S.C. 1404(a) (D.E. #12) ("Motion to Transfer").

2. On August 18, 2007, the parties filed a Joint Motion for Extension of Time to Brief Pending Motions to Dismiss and Motion to Transfer. The Court granted this

Motion on August 20, 2007, ordering plaintiff to file its oppositions to BAEF's Motions to Dismiss and Motion to Transfer no later than September 17, 2007, and ordering BAEF to file its replies in support of its Motions to Dismiss and Motion to Transfer no later than October 1, 2007.

3. On September 17, 2007, plaintiff filed its oppositions to BAEF's Motions to Dismiss and Motion to Transfer. Plaintiff also filed a First Amended Complaint on that date, which makes numerous additional factual assertions and adds an additional count against BAEF. Counsel for BAEF accepted service of the First Amended Complaint on behalf of its client on September 20, 2007.

4. In light of plaintiff's filing of its First Amended Complaint, the Court entered an Order denying, without prejudice, BAEF's Motions to Dismiss as moot on September 24, 2007.

5. Under Federal Rule of Civil Procedure 15(a), BAEF must answer or otherwise respond to plaintiff's First Amended Complaint no later than October 4, 2007.

6. Plaintiff has expressed an interested in taking limited discovery related to issues of jurisdiction and venue. The parties have agreed on the scope of this discovery and wish to complete this discovery before any response to plaintiff's First Amended Complaint is filed.

7. Due to the trial schedule of plaintiff's counsel in October, and the travel schedule of plaintiff's counsel in November, including depositions to be taken in Bulgaria, the parties believe that they will require sixty (60) days to complete limited discovery related to jurisdiction and venue.

8.   Given plaintiff's filing of its First Amended Complaint, and in order to complete limited discovery related to jurisdiction and venue, BAEF seeks an extension of time to file its reply in support of its Motion to Transfer as well as its response to the First Amended Complaint.

9.   BAEF therefore seeks an extension to time to December 10, 2007 to file its reply in support of its Motion to Transfer. BAEF seeks an extension of time to January 4, 2008 to file a response to plaintiff's First Amended Complaint.

10.   Plaintiff has agreed to the requested extensions of time and will suffer no prejudice if this request is granted.

11.   In moving for an extension of time to respond, BAEF does not waive any defenses or objections, including any objections to subject matter jurisdiction, personal jurisdiction, or venue in this Court.

WHEREFORE, BAEF respectfully requests that this Court grant the following extensions of time to file its reply in support of its Motion to Transfer and to file a response to plaintiff's First Amended Complaint:

Reply in Support of Motion to Transfer:  December 10, 2007

Response to First Amended Complaint:  January 4, 2008


Date:   September 28, 2007

Respectfully submitted,

_____
Karen N. Walker (D.C. Bar No. 412137)
Eunnice H. Eun (D.C. Bar No. 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C.  20005
Tel. (202) 879-5000
Fax (202) 879-5200

Brian D. Sieve, P.C. (*pro hac vice*)
Stephanie A. Brennan (*pro hac vice*)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
Tel. (312) 861-2000
Fax (312) 861-2200

*Attorneys for Defendant The Bulgarian-American Enterprise Fund*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BULGARIAN-AMERICAN ENTERPRISE )<br>FUND and THE BULGARIAN-AMERICAN )<br>CREDIT BANK, )<br>)<br>Defendants. )<br>) | Case No.: 1:07-CV-00634-RMC<br><br>Hon. Rosemary M. Collyer |

**[PROPOSED] ORDER GRANTING DEFENDANT THE BULGARIAN-AMERICAN
ENTERPRISE FUND'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter is before the Court on Defendant The Bulgarian-American Enterprise Fund's ("BAEF's") Unopposed Motion for Extension of Time to File Its Reply in Support of Its Motion to Transfer and Response to Plaintiff's First Amended Complaint. BAEF's motion is hereby GRANTED. BAEF may file its Reply in Support of Its Motion to Transfer on December 10, 2007, and its response to plaintiff's First Amended Complaint on January 4, 2008.

IT IS SO ORDERED.


Dated: _____      _____
                                   United States District Judge Rosemary M. Collyer

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant The Bulgarian-American Enterprise Fund's Unopposed Motion for Extension of Time to File Its Reply in Support of Its Motion to Transfer and Response to Plaintiff's First Amended Complaint has been served on the following individuals by ECF filing, on this 28th day of September, 2007:

Philip M. Musolino, Esq.
Musolino & Dessel
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
Tel. (202) 466-3883
Fax (202) 775-7477

Sylvia J. Rolinski, Esq.
Danielle M. Espinet, Esq.
Rolinski & Suarez, LLC
14915 River Road
Potomac, MD 20854
Tel. (240) 632-0903
Fax (240) 632-0906

/s/ Eunnice H. Eun
Eunnice H. Eun