IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BULGARIAN-AMERICAN ENTERPRISE )<br>FUND and THE BULGARIAN-AMERICAN )<br>CREDIT BANK, )<br>)<br>Defendants. )<br>) | Case No.: 1:07-CV-00634-RMC<br><br>Hon. Rosemary M. Collyer |

**JOINT STATEMENT REGARDING JURISDICTIONAL DISCOVERY**

COME NOW plaintiff Stroitelstvo Bulgaria Ltd. ("plaintiff") and defendant the Bulgarian-American Enterprise Fund ("BAEF"), by and through undersigned counsel and pursuant to this Court's Order entered on October 3, 2007, hereby jointly submit the following statement further explaining the nature of the jurisdictional discovery the parties intend to take and the schedule for completing said discovery.

On August 8, 2007, defendant BAEF filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens* ("Jurisdictional Motion to Dismiss"), Docket Number 10. BAEF appended to that motion, *inter alia*, the declarations of Nancy L. Schiller, Docket Number 10-3, and Silvy Chernev, Docket Number 10-4.

On September 17, 2007 plaintiff filed its opposition to BAEF's Jurisdictional Motion to Dismiss. Plaintiff appended to its opposition the declarations of Vladimir Stefanov Skochev, Docket Number 20, page 37, and Maria Gavrailova Slavova, Docket Number 20, page 42.

Plaintiff has expressed an interest in taking limited discovery related to issues of jurisdiction and venue. The parties, through counsel, have agreed to the scope of this discovery as follows:

The parties will conduct depositions of each of the declarants solely on the information contained in their respective declarations. The deposition of Nancy Schiller will take place on a mutually agreeable date and time during the first two weeks of November 2007. Plaintiff may conduct Ms. Schiller's deposition by telephone or by video conference. The depositions of Mr. Chernev, Mr. Skochev, and Ms. Slavova will take place in Bulgaria on mutually agreeable dates and times which the parties currently anticipate will be during the week of December 3, 2007.

The parties have agreed to produce a limited category of documents relating to jurisdiction and venue. Plaintiff will produce, on or before November 12, 2007, the publications and opinions referenced in Mr. Skochev's and Ms. Slavova's declarations. BAEF will produce, on or before October 26, 2007, the dates on which BAEF made reports to USAID, and hotel and flight records reflecting travel to the District of Columbia by BAEF's two U.S. officers from January 2005 to present.

Dated: October 15, 2007                    Respectfully submitted,

    */s/ Sylvia J. Rolinski*
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com

    */s/ Philip M. Musolino*
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

***Attorneys For Plaintiff Stroitelstvo Bulgaria Ltd.***


    */s/ Eunnice H. Eun*
Karen N. Walker (D.C. Bar No. 412137)
Eunnice H. Eun (D.C. Bar No. 500203)
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel. (202) 879-5000
Fax (202) 879-5200

    */s/ Brian D. Sieve*
Brian D. Sieve *(pro hac vice)*
Stephanie A. Brennan *(pro hac vice)*
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601
Tel. (312) 861-2000
Fax (312) 861-2200

***Attorneys for Defendant The Bulgarian-American Enterprise Fund***