UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.          :
          Plaintiff,              :
          v.                      :  Case No. 07cv00634 RMC
The Bulgarian-American Enterprise Fund, *et al.*  :
          Defendants.             :

**UNOPPOSED NOTICE OF FILING OF AUDIOVISUAL DEPOSITIONS**

Pursuant to this court's minute order entered October 1, 2007, plaintiff and BAEF filed a Joint Statement Regarding Jurisdictional Discovery on October 15, 2007. That statement described, in pertinent part, the following contemplated discovery: Plaintiff would depose BAEF expert Silvy Chernev ("Mr. Chernev") in Bulgaria. BAEF would depose plaintiff's experts Vladimir Stefanov Skochev ("Mr. Skochev") Maria Gavrailova Slavova ("Ms. Slavova") in Bulgaria.

The deposition of Mr. Chernev was conducted and videotaped in Sofia Bulgaria on December 5, 2007. The depositions of Mr. Skochev and Ms. Slavova were conducted and videotaped in Sofia Bulgaria on December 6, 2007.

Notice is herby given that Plaintiff Stroitelstvo Bulgaria Ltd. will file as exhibits to its Opposition to Defendant Bulgarian American Enterprise Fund's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens* the audiovisual depositions of Mr. Skochev, Ms. Slavova, and Mr. Chernev, in DVD format, as follows:

Two copies of the audiovisual depositions will be filed with the clerk's office along with an electronically filed copy of this notice. The receipt for electronically filing this notice from PACER will also be filed. Courtesy copies of the deposition transcripts will be delivered to Judge Collyer's chambers.

Counsel for defendant BAEF does not object to the filing.

Respectfully submitted,

_____
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com

_____
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

**Attorneys For Plaintiff**

## CERTIFICATE OF SERVICE

    I certify that I caused a true copy of this notice to be served by electronic mail this 25th day of January 2008 to the following:

Eunnice H. Eun
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Stephanie A. Brennan
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601

                                                   Philip M. Musolino