UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.        :
                                  :
         Plaintiff,               :
                                  :
                                  :
v.                                :     Case No. 07cv00634 RMC
                                  :
The Bulgarian-American Enterprise Fund, *et al.*  :
                                  :
         Defendants.              :

## CONSENT MOTION TO FURTHER ENLARGE TIME TO OPPOSE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*

COMES NOW plaintiff Stroitelstvo Bulgaria Ltd. (hereinafter "plaintiff"), by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and LCvR 7(b) and 7(n) and moves this Honorable Court to Enlarge the Time to Oppose Defendant Bulgarian American Enterprise Fund's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens*, Docket Number 26 and in support therefor plaintiff avers as follows:

1.      On January 18, 2008, this court granted plaintiff's Consent Motion to Enlarge Time to Oppose Defendant Bulgarian American Enterprise Fund's Motion To Dismiss Plaintiff's Amended Complaint Pursuant To Federal Rules 12(b)(2) And 12(b)(3), Or Alternatively, Based On The Doctrine Of *Forum Non Conveniens*, and Motion To Dismiss Plaintiff's Amended Complaint Pursuant To Federal Rule 12(b)(6).

2.      Plaintiff will timely file today its Opposition to Defendant Bulgarian American Enterprise Fund's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal

Rule 12(b)(6). However, preparation of that opposition was more time consuming than counsel had anticipated.

3. Counsel requests an additional business day to complete their Opposition to Defendant Bulgarian American Enterprise Fund's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule 12(b)(2) 12(b)(3), or Alternatively, Based on the Doctrine of *Forum Non Conveniens*.

4. Defendant Bulgarian American Enterprise Fund does not oppose the instant motion.

WHEREFORE, plaintiff prays that the instant motion be granted.

Respectfully submitted,

/s/ Sylvia J. Rolinski
Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

/s/ Philip M. Musolino
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

***Attorneys For Plaintiff***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.                                :
                                                          :
      Plaintiff,                         :
                                                          :
                                                          :
      v.                                 :    Case No. 07cv00634 RMC
                                                          :
The Bulgarian-American Enterprise Fund, *et al.*          :
                                                          :
      Defendants.                        :

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLANTIFF'S CONSENT MOTION TO FURTHER ENLARGE TIME TO OPPOSE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*

1. Fed.R.Civ.P. 6(b) and LCvR 7(b) and 7(m).

2. The representations and record herein.

                                        Respectfully submitted,

                                            /s/ Sylvia J. Rolinski
                                       Sylvia J. Rolinski # 430573
                                       Danielle M. Espinet # 478553
                                       *Rolinski & Suarez, LLC*
                                       14915 River Road
                                       Potomac, Maryland 20854
                                       *Voice*: (240) 632-0903
                                       *Fax*:   (240) 632-0906
                                       *Email*: srolinski@rolinski.com

                                                 /s/ Philip M. Musolino
Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

***Attorneys For Plaintiff***

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.  :
:
    Plaintiff,  :
:
:
v.  :  Case No. 07cv00634 RMC
:
The Bulgarian-American Enterprise Fund, *et al.*  :
:
    Defendants.  :

## ORDER

This matter having come before this Court on plaintiff's Consent Motion to Further Enlarge Time to Oppose Defendant Bulgarian American Enterprise Fund's Motion To Dismiss Plaintiff's Amended Complaint Pursuant To Federal Rules 12(b)(2) And 12(b)(3), Or Alternatively, Based On The Doctrine Of *Forum Non Conveniens* it is this \_\_\_\_ day of _____, 2008, for cause shown:

    **ORDERED**, that the instant motion be and is hereby granted, and it is

    **FURTHER ORDERED**, that the time to oppose defendant Bulgarian American Enterprise Fund's Motion To Dismiss Plaintiff's Amended Complaint Pursuant To Federal Rules 12(b)(2) And 12(b)(3), Or Alternatively Based On The Doctrine Of *Forum Non Conveniens* be and is hereby enlarged to January 28, 2008, and it is

    **FURTHER ORDERED**, that the time to reply to Plaintiff's Opposition to Defendant Bulgarian American Enterprise Fund's Motion to Dismiss Plaintiff's Amended Complaint Pursuant To Federal Rules 12(b)(2) And 12(b)(3), Or Alternatively Based On The Doctrine Of *Forum Non Conveniens* be and is hereby enlarged to February 14, 2008.

SO ORDERED.

_____
Rosemary M. Collyer, Judge
United States District Court for the
District of Columbia

Philip M. Musolino
*Musolino & Dessel*
1615 L Street, NW, Suite 440
Washington, DC 20036

Sylvia J. Rolinski
Danielle M. Espinet
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854

Karen N. Walker
Eunnice H. Eun
Samantha A. Gingold
KIRKLAND & ELLIS L.L.P.
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian D. Sieve
Stephanie A. Brennan
KIRKLAND & ELLIS L.L.P.
200 East Randolph Drive
Chicago, Illinois 60601