IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BULGARIAN-AMERICAN ENTERPRISE )<br>FUND and THE BULGARIAN-AMERICAN )<br>CREDIT BANK, )<br>)<br>Defendants. )<br>) | Case No.: 1:07-CV-00634-RMC<br><br>Hon. Rosemary M. Collyer |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*** 

Defendant The Bulgarian-American Enterprise Fund ("BAEF"), by and through undersigned counsel, respectfully requests an extension of time to file its Reply Brief in Support of its Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of *Forum Non Conveniens* ("Reply Brief"). In support of its motion, BAEF states that:

1. On January 25, 2008, this court granted plaintiff's Consent Motion to Further Enlarge Time to Oppose Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on The Doctrine of *Forum Non Conveniens*.

2. BAEF did not oppose plaintiff's request for an extension of time with the understanding that it would, in turn, receive a reciprocal extension to file its Reply Brief to February 14, 2008.

3. While plaintiff did not explicitly request in its Motion that BAEF's deadline to file its Reply Brief be moved to February 14, 2008, the proposed order attached to plaintiff's Consent Motion to Further Enlarge Time requested such extension.

4. Plaintiff Stroitelstvo Bulgaria Ltd. does not oppose the instant motion.

BAEF therefore respectfully requests that the instant motion be granted.

Dated:  January 28, 2008

Respectfully submitted,

/s/ Eunnice H. Eun

| | |
|---|---|
| Brian D. Sieve, P.C. (*pro hac vice*) | Karen N. Walker (D.C. Bar No. 412137) |
| Stephanie A. Brennan (*pro hac vice*) | Eunnice H. Eun (D.C. Bar No. 500203) |
| KIRKLAND & ELLIS LLP | Samantha A. Gingold (D.C. Bar No. 977743) |
| 200 East Randolph Drive | KIRKLAND & ELLIS LLP |
| Chicago, Illinois  60601 | 655 Fifteenth Street, N.W. |
| Tel.  (312) 861-2000 | Washington, D.C.  20005 |
| Fax  (312) 861-2200 | Tel.  (202) 879-5000 |
| | Fax  (202) 879-5200 |

*Attorneys for Defendant,*
*The Bulgarian-American Enterprise Fund*