## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.                     :
                                               :
        Plaintiff,                    :
                                               :
                                               :
    vs.                                        :          Case No. 07cv00634 RMC
                                               :
The Bulgarian-American Enterprise Fund, *et al.*   :
                                               :
       Defendants.                    :

### NOTICE OF ERRATA

The clerk of the court will please note that Plaintiff's Exhibits in Opposition to Defendant's Motion to Dismiss the Amended Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of Forum Non Conveniens, docket number 34, was incorrectly filed as an opposition rather than an attachment to an opposition. The exhibits are appended hereto and are refiled as an attachment to the Plaintiff's Opposition to Defendant's Motion to Dismiss the Amended Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3), or Alternatively Based on the Doctrine of Forum Non Conveniens, docket number 33.

 

                                _____

Sylvia J. Rolinski # 430573
Danielle M. Espinet # 478553
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*: srolinski@rolinski.com

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

***Attorneys For Plaintiff***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.                                    :

          Plaintiff,                                  :

                         :

          v.                                      :            Case No. 07cv00634 RMC

The Bulgarian-American Enterprise Fund, *et al.*               :

          Defendants.                                 :

## PLAINTIFF'S EXHIBITS IN OPPOSITION TO  MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2) AND 12(b)(3), OR ALTERNATIVELY BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*

| | |
|---|---|
| Exhibit 1A | Deposition Transcript of Nancy Shiller |
| Exhibit 1B | Board of Directors List from BAEF Website |
| Exhibit 1C | Declaration of Nancy Shiller |
| Exhibit 2A | Deposition Transcript of Silvy Chernev |
| Exhibit 3A | Deposition Transcript of Vladimir Stefanov Skochev |
| Exhibit 3B | Declaration of Vladimir Stefanov Skochev |
| Exhibit 4A | Deposition Transcript of Professor Maria Slavova |
| Exhibit 4B | Declaration of Professor Maria Slavova |
| Exhibit 4C | Excerpt from *Democracy Against Corruption* |
| Exhibit 5 | BAEF 2004 Annual Report |
| Exhibit 6A | Excerpt from Transparency Int'l Global Corruption Report 2007 |
| Exhibit 6B | *Bulgarians Pessimistic on Gov't Fight Against Corruption* Article |
| Exhibit 6C | *Bulgaria's Justice Sector Seen as Most Corrupt* Article |

Capital Reporting Company

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


------------------------------:

STROITELSTVO BULGARIA, LTD    :

                       :

      Plaintiff,          :

vs.                    : Case No.:

                       : 1:07-cv-00634

THE BULGARIAN-AMERICAN     :

ENTERPRISE FUND, et al     :

                       :

      Defendant.         :

------------------------------:

                     Washington D.C.

          Thursday, November 15, 2007


Telephone deposition of:

           NANCY SCHILLER

called for oral examination by counsel for

Plaintiff, pursuant to notice, at the offices

of Musolino & Dessel, 1615 L Street, N.W.,

Suite 440, Washinton, D.C., before Jodi Scheffel,

a Notary Public in and for the District of

Columbia, beginning at 12:40 p.m., When were

present on behalf of the parties:

EXHIBIT

1A

PENGAD 800-631-6989

Page 2

1    A P P E A R A N C E S
2
3    On behalf of the Plaintiff:
4       PHILIP M. MUSOLINO, ESQUIRE
         Musolino & Dessel
5        1615 L Street, N.W.
         Suite 440
6        Washinton, D.C. 20036
         (202) 466-3883
7
8    On behalf of the Defendant:
        (via telephone)
9
        EUNNICE EUN, ESQUIRE
10      Kirkland & Ellis, LLP
        655 Fifteenth Street, N.W.
11      Washington, D.C. 20005
        (202) 879-5159
12
           * * * * *
13
14
15
16
17
18
19
20
21
22

Page 3

CONTENTS

1
2    EXAMINATION BY:                    PAGE
3    Counsel for Plaintiff        4
4
5
6         E X H I B I T S
7    PLAINTIFF'S DEPOSITION EXHIBITS:
8    1  Declaration of Nancy Schiller        43
9    2  Bulgarian Advisory Board Members     43
10   3  10/26/07 Letter        43
11
12
13
14
15
16
17
18
19
20
21
22   (*Exhibits attached to transcript.)

Page 4

1    P R O C E E D I N G S
2    Whereupon,
3              NANCY SCHILLER,
4    called as a witness, and having been first duly
5    sworn, was examined and testified as follows:
6              MR. MUSOLINO:  Good afternoon, my name is
7    Phil Musolino, counsel for Plaintiff, Stroitelstvo
8    Bulgaria versus Bulgarian-American Enterprise Fund,
9    Case Number 07-cv-00634 in the District of
10   Columbia, United States District Court.
11             Ms. Schiller, good morning.  We're here
12   for your deposition.
13             Eunnice, if you could identify yourself.
14             MS. EUN:  Eunnice Eun from Kirkland &
15   Ellis, counsel for The Bulgarian-American
16   Enterprise Fund.
17             MR. MUSOLINO:  Thank you, Eunnice.  I'm
18   counsel for Plaintiff in this case.
19             EXAMINATION BY COUNSEL FOR PLAINTIFF
20   BY MR. MUSOLINO:
21       Q   Ms. Schiller, let me ask you if you could
22   just put your name and spell it for us on the

Page 5

1    record, please.
2        A   Nancy Schiller, N-a-n-c-y, Schiller,
3    S-c-h-i-l-l-e-r.
4        Q   Thank you, Ms. Schiller.  And you're the
5    managing director of the Bulgarian-American
6    Enterprise Fund?
7        A   Yes.
8        Q   Can I, for convenience, refer to that as
9    BAEF during the course of this deposition?  Would
10   that be all right with you?
11       A   Yes.
12       Q   Can I ask you what your responsibilities,
13   just broadly, are as managing director?
14       A   I interact and respond to the Board of
15   Directors, I deal with human relations issues,
16   human resources issues, and I do government
17   relations.
18       Q   And are you familiar at least with the
19   fact that there's some litigation between
20   Stroitelstvo Bulgaria and BAEF?
21       A   I've been made aware of it. yes.
22       Q   You, in the course of that litigation,

2  (Pages 2 to 5)

**Capital Reporting Company**

Page 6

1 signed a declaration dated August 6, 2007; is that
2 correct?
3    A   Yes.
4    Q   Do you have a copy of that declaration in
5 front of you?
6    A   Yes, I do.
7    Q   If I refer to the declaration, that's
8 what I'll be referring to. I'm not going to have
9 it marked as an exhibit. Your declaration reflects
10 that you've been the managing director for 15
11 years. Does that take us back to when or a little
12 after BAEF was formed in Delaware?
13       MS. EUN: Objection; vague.
14 BY MR. MUSOLINO:
15    Q   When was your actual starting time with
16 BAEF?
17    A   January 15th, 1992.
18    Q   1992, all right. Had BAEF already been
19 formed at that time?
20       MS. EUN: Objection; vague.
21 BY MR. MUSOLINO:
22    Q   Do you know the answer to that, though?

Page 7

1 At the time you started had BAEF been incorporated
2 in Delaware?
3    A   Yes.
4    Q   Was your starting position managing
5 director or did you start as something else?
6    A   I started as director of finance and
7 administration.
8    Q   How long were you in that position?
9    A   Best I can recall it was about four
10 years. I could be wrong but roughly four years
11 before the title change.
12    Q   The title change was when; roughly 1995,
13 1996.
14    A   I would say that's roughly about correct.
15    Q   You were with BAEF when it got its
16 initial funding, I take it?
17       MS. EUN: Objection; vague.
18 BY MR. MUSOLINO:
19    Q   Is that right? Do you know what I'm
20 talking about when I say initial funding?
21    A   You're requesting to know when we first
22 got funding for the BAEF?

Page 8

1    Q   Well, I'm asking if you were there with
2 BAEF when it's got initial funding with or through
3 USAID?
4    A   I was there when we received our initial
5 funding.
6    Q   That was in 1992?
7    A   Correct.
8    Q   Was it in the approximate amount of
9 58 million dollars?
10    A   No.
11    Q   How many was the initial funding for, do
12 you remember, in 1992?
13    A   The initial grant was for 55 million
14 dollars.
15    Q   Was there any additional funding received
16 by BAEF, other than that initial grant?
17    A   There was subsequent modification of
18 approximately three million dollars.
19    Q   When you say "modification", was that
20 additional funding or was that in the form of an
21 additional grants or a loan, if you know?
22       MS. EUN: Objection; compound.

Page 9

1       Just to be clear, you can answer the
2 question when I object. I'm just going to
3 interject periodically with objections.
4    A   It was an additional grant.
5    Q   As I understand your declaration, BAEF
6 has not received any funding in the last five years
7 from USAID. Is that a fair statement?
8    A   Yes.
9    Q   You are not employed, are you, by the
10 Bulgarian-American Credit Bank; are you?
11    A   I am not.
12    Q   You know what the Bulgarian-American
13 Credit Bank is, though, correct?
14    A   Yes, I do.
15    Q   For purposes of this deposition, if we
16 just refer to it as the bank, is that agreeable to
17 you?
18    A   Yes.
19    Q   In your declaration you say you're
20 managing director for BAEF in the Chicago, Illinois
21 office at paragraph two. Is that where you spend
22 your day-to-day activities in Chicago, or are you

3 (Pages 6 to 9)

Page 10

1    located in elsewhere?
2        A   I am now located in Charlottesville,
3    Virginia.
4        Q   Do you conduct business for BAEF out of
5    Charlottesville.
6        A   Yes, I do.
7        Q   Do you also travel to Chicago on occasion
8    to transact BAEF business?
9        A   Yes.
10       Q   What's the breakdown, if you can tell me,
11   over the course of an average month?  How often
12   would you be in Virginia?  How often would you be
13   in Chicago?  Can you give me a rough approximation?
14       A   I couldn't really do that by month, but I
15   could say that I travel to Chicago approximately
16   six times a year for business.
17       Q   And you also travel to Washington on
18   occasion for BAEF business?
19           MS. EUN: Objection; vague.
20       A   I travel occasionally to Washington for
21   fund meetings.
22       Q   In the course of this litigation, have

Page 11

1    you been asked -- just answer this question yes or
2    no without giving me the details -- have you been
3    asked to assemble some travel and lodging records
4    to see how from BAEF has traveled to Washington in
5    the period of time from 2005 through 2007?
6            MS. EUN: I'm just going to instruct the
7    witness to not reveal any privileged communication
8    in answering the question.
9            You can go ahead and answer.
10       A   Yes.
11       Q   Do you have in front of you a letter from
12   Eunnice to me dated October 26, 2007?
13       A   Yes.
14       Q   Is attached to that letter documents that
15   are Bates stamped 0001, 0002, 3, 4 and 5?  Is that
16   what you have in front you?
17       A   Yes.
18       Q   The Bates stamp numbers 01 through 05,
19   did you participate in the search for and the
20   assembly of that information?
21       A   Yes.
22       Q   Would it be correct to say that to the

Page 12

1    best of your ability you've assembled the
2    information among BAEF's records that would show
3    travel to Washington and lodging in Washington over
4    the period of time we're talking about?
5        A   Yes.
6        Q   On the cover letter, the October 26, 2007
7    cover letter, there's some information with respect
8    to the dates and locations of BAEF's reports to
9    USAID.  Do you see that?
10       A   Yes.
11       Q   Did that information come from you?  Do
12   you see the six days there that have bullet points
13   after them?
14       A   Yes.
15       Q   That information came from you also.  Let
16   me ask you a question about these reports.  Are
17   they typically oral reports or written reports?
18           MS. EUN: Objection; vague.
19           MR. MUSOLINO: I'll rephrase it.
20   BY MR. MUSOLINO:
21       Q   Your declaration suggests that BAEF files
22   semiannually or makes semiannual reports to USAID.

Page 13

1    Is that accurate as best I recollect?
2        A   As best I recollect, yes.
3        Q   Give or take a month or two since 2005,
4    has BAEF, in fact, provided those reports to USAA?
5        A   Yes.
6        Q   Typically, the reports seem to be done
7    in -- one in March and one in September.  Is that
8    generally what takes place?
9        A   Generally.
10       Q   And there was one in June of 2006 that, I
11   take it, was the first half 2006 report that would
12   otherwise have been done in March; is that fair?
13       A   I don't know that it would otherwise have
14   been done in March, but it was scheduled for June
15   and did not take place.
16       Q   When you say scheduled for June, who did
17   the scheduling; do you know?  Is it done by USAID?
18   Is it done by BAEF?  Is it jointly done?
19           MS. EUN: Objection; compound.
20           You can answer.
21       A   We have our Board meetings.  USAID tries
22   to accommodate our schedule and come to us when we

**Capital Reporting Company**

Page 14

1  have Board members present. They try to work
2  within our schedule.
3     Q   All three of the September meetings or
4  reports are identified as having taken place in
5  Sofia, Bulgaria. Do you see that on the cover
6  letter?
7     A   Yes.
8     Q   Typically, does BAEF have a Board meeting
9  in Bulgaria in September of each year?
10    A   Yes.
11    Q   Do you attend those Board meetings
12  yourself?
13    A   Yes.
14    Q   There is a list on your Web site of your
15  Board of Directors. Have you had a chance to look
16  at your Web site recently to see if the
17  identification of the Board of Directors is
18  accurate?
19    A   I have not looked at the Web site for
20  quite some time, so I can't state that it's
21  accurate.
22    Q   Let me run down some names quickly for

Page 15

1  you and we can just see if these sound familiar to
2  you under Board of Directors -- the court reporter
3  has a copy of this but I'll spell it out anyway --
4  Stephen, S-t-e-p-h-e-n, middle initial W, Filo -- I
5  may be mispronouncing that --
6     A   Filo.
7     Q   -- Filo, F-i-l-o, is listed as the
8  chairman. Is that correct, do you know, to this
9  day?
10    A   It is.
11       MS. EUN: Phil, why don't I inject here.
12  Actually, if you could give us the Web site, the
13  actual Web page that you're looking at --
14       MR. MUSOLINO: Sure.
15       MS. EUN: -- so we can have it on the
16  record and also so that we can look at it. That
17  might make it easier, too.
18       MR. MUSOLINO: It's www.baefinvest -- in
19  other words, baefinvest.com and there's a like to
20  the Board off on the left side. Do you want to
21  pull that up, Eunnice, before we go on. That will
22  make it a lot easier.

Page 16

1        MS. EUN: Okay. We're there.
2  BY MR. MUSOLINO:
3     Q   Ms. Schiller, do you have in front of you
4  now a screen from BAEF's Web site?
5     A   I do.
6     Q   And do you see the Board of Directors
7  list on the left-hand side of that screen?
8     A   I do, yes.
9     Q   I don't want you to take an hour doing
10  this but, generally, does that look like an
11  accurate description of the members of the Board or
12  identification of the members of the Board as it's
13  currently constituted?
14    A   The Board of Directors listing is
15  correct.
16    Q   On the right-hand side of that screen
17  you'll see something called Bulgarian Advisory
18  Board Members and there are a series of names
19  beginning with Valentine, V-a-l-e-n-t-i-n-e,
20  Braykov, B-r-a-y-k-o-v. Do those names look to be
21  correct so far as you know?
22    A   There are two members of the Advisory

Page 17

1  Board.
2     Q   And that would be Braykov, B-r-a-y-k-o-v
3  and Penko, P-e-n-k-o, Dinev, D-i-n-e-v?
4     A   Yes.
5     Q   Do you deal with the Advisory Board in
6  the course of your responsibilities as managing
7  director?
8        MS. EUN: Objection; vague.
9     A   I do.
10    Q   Are both of those members of the Advisory
11  Board located in Bulgaria?
12    A   No.
13    Q   Is Braykov located in Sofia, Bulgaria?
14    A   Yes.
15    Q   What about Dinev, D-i-n-e-v?
16    A   He's not in Bulgaria.
17    Q   He's in Eastern Europe somewhere but not
18  Bulgaria?
19    A   No. He's not in Eastern Europe.
20    Q   Where is he?
21    A   He's in Vienna.
22    Q   There's another heading here, management.

5 (Pages 14 to 17)

Page 18

1   Management. Do you see that?
2      A   I do.
3      Q   Is that management of BAEF? Is that what
4   that indicates?
5      A   No. It's overall management, not just of
6   BAEF.
7      Q   It's management -- when you say overall,
8   BAEF, what other entities?
9      A   It's the bank.
10     Q   Your name is here as managing director
11  but you're not managing director of the bank,
12  correct?
13     A   Correct; I am not.
14     Q   Can I assume that where we see management
15  and it refers to the management of the Bulgarian
16  American Bank, that person is identified as such
17  under his or her name? For instance, under Dimiter
18  S. Voutchev, D-i-m-i-t-e-r, middle initial S,
19  V-o-u-t-c-h-e-v, it says Executive Director
20  Bulgarian American Credit Bank, if there is no
21  reference to Bulgarian American Credit Bank on this
22  list, should we assume it's a reference to

Page 19

1   responsibilities for BAEF only?
2      A   Yes.
3      Q   Do you know who the directors are of the
4   bank?
5      A   I do not know all of the directors of the
6   bank.
7      Q   Are any of the members of the BAEF Board
8   of Directors also a member of the bank's Board of
9   Directors; do you know?
10     A   The bank does not have a Board of
11  Directors.
12     Q   Well, how are its operations directed
13  then if not by the Board of Directors?
14     A   There is a Supervisory Board.
15     Q   And do you know who the members of the
16  bank's Supervisory Board are?
17     A   I do not know the complete list. I know
18  some of them.
19     Q   Are any of the members of the BAEF Board
20  on the Supervisory Board of the bank?
21     A   Yes.
22     Q   On this list can you tell me, with any

Page 20

1   degree of confidence, which of the members of the
2   BAEF Board of Directors are on the bank's
3   Supervisory Board?
4         MS. EUN: Objection; vague. Just to
5   clarify, the list that you're referring to is on
6   the Web site, the Bulgarian-American Enterprise
7   Fund.
8         MR. MUSOLINO: That's right, Eunnice,
9   thank you.
10  BY MR. MUSOLINO:
11     Q   With that clarification, Ms. Schiller,
12  can you go down that list and tell me who on the
13  list of the Board of Directors as enumerated
14  operate on the Web site is also a member of the
15  Supervisory Board of the bank?
16     A   To the best of my knowledge, it's Steve
17  Filo and Marshall Lee Miller.
18     Q   Are there additional members of the
19  bank's Supervisory Board who are not members of the
20  BAEF's Board of Directors?
21     A   Yes.
22     Q   Do you know how many?

Page 21

1      A   I believe there's one more.
2      Q   Do you know who that is?
3      A   Yes, and I'm trying to recall his name.
4   He's a new member. I'll remember before the end of
5   our conversation.
6      Q   Over the course of your time as managing
7   director, let's say of BAEF since the bank's
8   formation, has BAEF always had two out of three --
9   let me rephrase that. Since the bank was formed,
10  has the Supervisory Board of the bank always been
11  comprised of two members who are also members of
12  the BAEF Board of Directors?
13     A   I can't answer that because I can't
14  recall back, in the formative stages, if the
15  structure was the same or not.
16     Q   In the last five years or so has that
17  been the case, though.
18     A   I could probably answer to the last three
19  to four years that that's been the case, but I
20  cannot state beyond that with confidence.
21     Q   Is it fair to say that the bank commenced
22  its operations in 1997?

**Capital Reporting Company**

Page 22

1    A    Yes.

2    Q    And BAEF was a 99.99 percent shareholder

3    at least at the time of the bank's formation. Does

4    that sound right to you?

5    A    Yes.

6    Q    Plaintiffs allege that BAEF described the

7    bank as -- and this is a quote -- it's -- meaning

8    BAEF's -- major operational subsidiary. Does that

9    sound like an accurate description of the bank as

10   it related to BAEF? The phrase was major

11   operational subsidiary. Does that sound right?

12   A    Yes.

13   Q    I take it BAEF doesn't have an interest

14   in any other banks in Eastern Europe. Is that

15   correct or not correct?

16       MS. EUN: Objection; vague.

17   A    Correct.

18   Q    Is it fair to characterize the bank

19   currently as the principal asset of BAEF?

20       MS. EUN: Objection; vague.

21   A    Yes.

22   Q    Does BAEF file -- BAEF is a for profit

Page 23

1    corporation, correct?

2    A    No.

3    Q    Oh, it's not for profit?

4    A    Yes, 501c3.

5    Q    Does it file annual reports -- let me ask

6    you this -- does it file reports, other than it's

7    reports with USAID, with any other federal agency?

8        MS. EUN: Objection; vague.

9    A    BIRS.

10   Q    I take it those are annual 501c3 filings?

11   A    Yes.

12   Q    Do you play any role at all in the

13   preparation of those filings?

14       MS. EUN: Objection; vague.

15   A    A minor role.

16   Q    Who would principally be responsible for

17   that at BAEF?

18   A    The chief financial officer.

19   Q    Do you know whether the bank files annual

20   reports or statements with any Bulgarian government

21   agency?

22   A    I don't have a role in that. I don't

Page 24

1    know what reports they're required to file. I

2    would presume there's legislation that states what

3    they have to file.

4    Q    You wouldn't be involved in that at all?

5    A    I am not involved in that.

6    Q    Have you seen the tax forms that get

7    filed by BAEF annually?

8        MS. EUN: Objection; vague.

9    A    Yes.

10   Q    Do they disclose, if you know, income

11   received by the bank?

12   A    I don't know that it singles out the

13   bank. I can't recall. It does state the Fund's

14   income.

15   Q    All right. And the Fund's income, I take

16   it, includes income received by the bank?

17   A    That's a general statement that's not

18   factually correct.

19   Q    Tell me what's wrong with it.

20   A    What's wrong with it is we don't receive

21   the bank's income. The bank pays us back for the

22   loans.

Page 25

1    Q    Thank you. So BAEF receives the grant

2    from USAID and BAEF, in turn, loaned money to the

3    bank. Is that how it worked at the beginning? I

4    should say -- let me rephrase it. Is that how it

5    worked in 1997?

6        MS. EUN: Objection; misstates testimony.

7    A    If you're talking about 1997, it was an

8    equity investment and loans.

9    Q    So the equity investment and the loans

10   were financed by the grant from USAID, correct?

11   A    They were financed by the Bulgarian-

12   American Enterprise Fund.

13   Q    Which in turn, I take it -- well, let me

14   ask you, did it have a source of income or assets

15   or funds other than the grants that it received via

16   through USAID?

17   A    Yes.

18   Q    Can you just tell me generally what that

19   source is or that source was?

20   A    There are other multi-national lending

21   agencies.

22   Q    When the bank was formed in 1997, BAEF

7  (Pages 22 to 25)

Page 26

1    took both an equity interest in the bank as we
2    previously described and was a creditor or lender
3    for the bank, correct?
4         A    Yes.
5         Q    The loans that were made or the loan that
6    was made by BAEF to the bank in 1997, has any of
7    them been paid off?
8             MS. EUN:  Objection; vague.
9         A    Yes, I believe so.
10        Q    Is this an area a little bit outside of
11   your area of familiarity?  I won't pursue it if you
12   feel you have to guess a little bit.
13        A    I won't guess.  It is not within my areas
14   of responsibility.
15        Q    Does the bank currently have any
16   outstanding obligations, current or not current, to
17   BAEF in the form of a loan?
18        A    Yes.
19        Q    Do you happen to know the amount that's
20   outstanding, the unpaid principal balance?
21        A    No.
22        Q    Do you know whether those loans are

Page 27

1    secured by anything or are they unsecured?
2             MS. EUN:  Objection; vague.
3         A    I believe they're unsecured, but I cannot
4    state that factually.
5         Q    Do you know whether any consolidated
6    financial statements are filed by and between both
7    the bank and BAEF?  By that, I mean, a single
8    financial statement setting out the financial
9    status of both the bank and BAEF?
10            MS. EUN:  Objection; vague.
11        A    The Fund and the bank have separate
12   audits.
13        Q    Can you tell me who audits for the Fund?
14        A    The Fund is now -- we've changed.  I'm
15   not recalling if it's PWC or Deloitte.  I would
16   have to look.
17        Q    Do you know who does the audit for the
18   bank?
19        A    I believe it's Deloitte.
20        Q    So far as you know, there's no
21   consolidated financial statement produced for both
22   the bank and the Fund; is that fair?

Page 28

1         A    The Fund does include the bank's
2    statement in the back of its financial statement.
3         Q    Does the bank include the financial
4    statement of any other entities but the bank and,
5    of course, itself?
6             MS. EUN:  Objection; foundation.
7         A    Repeat your question, please?
8         Q    Sure.
9         A    I want to go back, if I might, before you
10   repeat.  It's Deloitte that's doing that BAEF
11   audit.
12        Q    Okay, thanks.  The BAEF audit, you said,
13   includes the financial statement of the bank?
14        A    Yes.
15        Q    Does it also include any financial
16   statements from any other entities or is it just
17   the bank and, of course, it's own statement?
18        A    It's just the bank.
19        Q    In the reports, the semiannual reports to
20   USAID, can you just broadly tell me what kind of
21   information gets communicated to USAID?
22        A    We provide them with the Fund's

Page 29

1    financial statements, any major accomplishments
2    that took place during the prior six months, and
3    any political developments that might be of
4    interest or that might impact the ability to do
5    business in the country.
6         Q    If you look at the October 26, 2007
7    letter where it refers to the March 28, 2007
8    report, it says conducted by phone.  Do you see
9    that?
10        A    Yes.
11        Q    So I take it that on occasion these
12   reports are not written reports.  They're oral
13   reports either delivered by phone or face-to-face,
14   as opposed to a written report?
15        A    They are written reports that we then
16   discuss either by phone or in person.
17        Q    I see.  So there is a semiannual written
18   report that BAEF submits to USAID, right?
19        A    Yes.
20        Q    How do you transmit them to USAID?  Do
21   you mail them?
22        A    Mail them.

8  (Pages 26 to 29)

**Capital Reporting Company**

Page 30

1    Q   Do you mail them to the Sofia office of
2    USAID or the D.C. office or some other office?
3    A   Both.
4    Q   You mean, each semiannual report goes
5    both places?
6    A   Yes.
7    Q   Is there a particular person at USAID who
8    is now the contact person for these reports?
9    A   Yes.
10   Q   Who would that be?
11   A   His name is Steve Eastham, E-a-s-t-h-a-m.
12   Q   E-a-s-t-h --
13   A   -- a-m.
14   Q   -- h-a-m.  And he's located at USAID's
15   office here in Washington?
16   A   Yes.
17   Q   I take it then he got a copy of the
18   March 8, 2007 -- let me just say he got a copy of
19   the March 2007 report, right?
20   A   Yes.
21   Q   And who is currently at the USAID office
22   in Sofia to whom you would get in touch if you had

Page 31

1    a matter to discuss with respect to the reports
2    themselves?
3    A   As of October, AID no longer has a
4    presence in Bulgaria.
5    Q   Oh, okay.  Is there an office anywhere in
6    Eastern Europe, a USAID office in Eastern Europe
7    that's going to be your contact office?
8    A   Well, contact office, there is really no
9    contact outside of sending the report.  There would
10   be really no need.
11   Q   When BAEF wanted to communicate with
12   USAID, would it typically communicate with the
13   office in Washington?
14       MS. EUN:  Objection; vague.
15   A   It would depend on the subject matter.
16   Q   If the subject matter is the semiannual
17   report, would it typically contact someone in
18   Washington at USAID?
19       MS. EUN:  Objection; asked and answered.
20   A   We would submit the report to USAID in
21   Washington and in Bulgaria.  There were really no
22   questions that we would have with regard to it.

Page 32

1    Q   How often would you say you are in, say,
2    telephonic communication with USAID over the course
3    of a month or so if at all?
4    A   Regarding what topic?
5    Q   BAEF or the bank.
6    A   Never for the bank.  That's not my role.
7    Q   What about BAEF?
8    A   Infrequently.
9    Q   Is there any way you can be more
10   specific, or is that as far as you feel comfortable
11   going?
12   A   That's about as comfortable as I feel I
13   should answer.
14   Q   Do you communicate in writing -- by "you"
15   I mean, you not BAEF generally -- do you
16   communicate in writing with USAID's office in
17   Washington other than what you've already described
18   with respect to these reports?
19       MS. EUN:  Objection; vague.
20   A   Not with regard to the Fund's business,
21   no.
22   Q   What other reason would you have to

Page 33

1    communicate with USAID; for another business?
2    A   Yes.
3    Q   You're full time with the Fund, correct?
4    A   No.
5    Q   Oh, you're not.  Are you part time?
6    A   Yes.
7    Q   Can you tell me how many employees the
8    Fund has in Chicago who are full time?
9    A   Zero.
10   Q   Can you tell me how many employees the
11   Fund has in Chicago who are part time?
12   A   One.
13   Q   And that would be who?
14   A   Trudy Genitis, Office Administrator.
15   Q   How many full time employees does the
16   Fund have outside of Chicago in the United States?
17   A   Did you ask me full time?
18   Q   Yes.
19   A   Zero.
20   Q   Are you the only part-time employee
21   outside of Chicago for the Fund?
22   A   Yes.

9  (Pages 30 to 33)

**Capital Reporting Company**

Page 34

1    Q   Do you know how many employees the Fund
2   has in full time or part time in Bulgaria?
3    A   Are you asking me about persons or
4   Bulgarians or both?
5    Q   Well, that's a good question. Let's try
6   the entire -- let's try all, both American's and
7   Bulgarians.
8    A   For the Fund?
9    Q   For the Fund, right.
10   A   I'm not exactly correct on this, but I
11   would guess it's no more than 10.
12   Q   Of those 10 -- and I know you're just
13   approximating and that's fine -- can you tell me
14   about how many of those employees would be
15   Bulgarian nationals?
16   A   Seven.
17   Q   Of those 10 employees, can you tell me
18   how many of them also are employed by the bank?
19   A   None.
20   Q   So there are -- let me make sure I
21   understood this -- there are approximately 10 full-
22   time Fund employees in -- I take it they're in

Page 35

1   Sofia, Bulgaria?
2    A   Yes.
3    Q   -- in Sofia Bulgaria, none of whom are
4   also employed by the bank. Did I get that right?
5    A   Yes.
6    Q   This March 28, 2007 report conducted by
7   phone, were you a participant in that phone
8   conversation?
9    A   Yes.
10   Q   Was there any discussion at all, to the
11   best of your recollection, about the bank's
12   operations?
13   A   Limited, if any, about the bank.
14   Q   Did you have any counsel on the phone for
15   that conversation, any lawyers, for either the bank
16   or anyone?
17   A   No.
18   Q   Was there any discussion -- and I'm not
19   going to press this -- but as a general subject did
20   this lawsuit come up?
21   A   We weren't aware of it in March 2007, to
22   my recollection.

Page 36

1    Q   In the course of that telephone
2   conversation, was there any discussion at all about
3   any individual transactions by the bank?
4    A   No.
5    Q   As I understand your declaration, you
6   weren't aware of the particular transaction that's
7   discussed in this lawsuit until such time as you or
8   BAEF received a copy of the complaint, I think it
9   is, from in-house counsel for the bank, correct?
10   MS. EUN: Objection. That misstates the
11   declaration. The declaration actually states that
12   the Fund, BAEF, was unaware of the transaction
13   prior to receiving notice of the lawsuit, not Nancy
14   Schiller personally, which was your question.
15   MR. MUSOLINO: That's fine.
16   BY MR. MUSOLINO:
17   Q   Let's look at paragraph eight of your
18   declaration. Do you have it? It's on page three.
19   A   Yes.
20   Q   The first line says the bank operates
21   independently from BAEF. Do you see that?
22   A   Yes.

Page 37

1    Q   You think that's an accurate sentence,
2   right?
3    A   Yes.
4    Q   When you say operates independently, I
5   take it you mean that the bank -- well, let me ask
6   you, what did you mean when you wrote the bank
7   operates independently from BAEF?
8   MS. EUN: Objection; vague.
9    A   The bank is a separate entity. It is a
10   Bulgarian corporation. It has its own management
11   and it operates independent of the Fund.
12   Q   Meaning that the bank can make its own
13   loans without approval from the Fund, among other
14   things, correct.
15   A   Yes.
16   Q   Are you familiar with whatever
17   underwriting requirements, if any, the bank has for
18   purposes of the loans it makes? By "you", I just
19   mean you yourself, not BAEF.
20   A   I am not familiar with their
21   documentation and what they go through in
22   underwriting their loans.

10 (Pages 34 to 37)

**Capital Reporting Company**

Page 38

1      Q   Your next sentence reads, among other
2  things, BAEF is not involved in the bank's loan
3  transactions.  Do you see that sentence?
4      A   Yes.
5      Q   You think that's correct also, right?
6      A   Yes.
7      Q   Do you know whether, at any point, the
8  bank reports to BAEF about individual loan
9  transactions?
10     A   On occasion there might be a situation
11  where the bank will tell us if there's a troubled
12  loan of a significant size.
13     Q   Why would they report that to BAEF; do
14  you know?
15         MS. EUN: Objection; foundation.
16     A   It's a significant size.  It could have
17  an impact on their financial statements.
18     Q   Do you know -- well, let me ask you this:
19  Have you had a chance to read the complaint in this
20  case, in our case here?
21     A   Yes.
22     Q   Can you tell me whether the loans that

Page 39

1  are discussed in this lawsuit, if you know, would
2  have fallen into that category of the type of loan
3  that might be discussed or might be reported by the
4  bank to BAEF?
5         MS. EUN: Objection; vague.
6      A   No.
7      Q   Because of the loan size?
8      A   Yes.
9      Q   Is there a threshold amount that
10  typically would trigger that kind of report, that
11  is a report of a nonperforming -- my word, not your
12  word -- or a trouble loan?
13         MS. EUN: Objection; vague.
14     A   Typically if it's over one million euro.
15     Q   The sentence that begins with, in fact,
16  BAEF was unaware of that particular loan -- now
17  we're talking about the loan that's in the
18  lawsuit -- and any of its details prior to
19  receiving notice of the lawsuit.  Do you see that
20  sentence?  Do you believe that sentence is
21  accurate?
22     A   Yes.

Page 40

1      Q   It also says, BAEF maintains no files or
2  records related to the bank's specific loan
3  transactions including this one.  Does that seem
4  correct to you?
5      A   Yes.
6      Q   I take it -- let me ask you this
7  question: Does BAEF maintain anywhere in the U.S.
8  any broader records about bank loan transactions as
9  opposed to records related to a specific
10  transaction?
11         MS. EUN: Objection; vague.
12     A   Rephrase the question.  I don't really
13  understand it.
14     Q   Well, let me give you an example.  It
15  might be better.  Does BAEF maintain, anywhere in
16  the United States, records which, for instance,
17  would identify the number of loans that the bank
18  has made in a given year, or the total amount of
19  loans that bank has made in a given year, or the
20  percentage of non-performing loans, those kinds of
21  broader statistical bits of information?
22         MS. EUN: Objection; foundation.

Page 41

1      A   No, not specific.
2      Q   What type of information, if any, does
3  BAEF maintain about the bank's loan portfolio?
4         MS. EUN: Objection; vague.
5      A   We don't maintain records about its
6  portfolio.
7      Q   At all.  So if you wanted to find out how
8  many loans the bank was currently servicing, how
9  would you find that out?
10         MS. EUN: Objection; calls for
11  speculation.
12     A   I would speculate that I'd pick up the
13  phone and ask.
14     Q   Who would you ask?
15     A   I would likely call one of the executive
16  directors of the bank.
17     Q   In Sofia?
18     A   Yes.
19     Q   Do you know of any data that BAEF
20  maintains in the United States with respect to the
21  Bank's operations other than what you've already
22  described, mainly whatever goes in the USAID

11 (Pages 38 to 41)

Page 42

1  reports and whatever goes in the 501c3 tax filings?
2      MS. EUN: Objection; vague.
3      A  Not that I recall.
4      Q  If you were in the Chicago office and you
5  were looking through the file drawer -- is there a
6  file drawer somewhere that is the place you would
7  look for the operations of the bank?
8      MS. EUN: Objection; vague.
9      A  No.
10     Q  Is that because there are no file
11 drawers, or there just aren't those records
12 maintained in Chicago?
13     A  We don't maintain records on the bank's
14 activities in Chicago.
15     Q  Is it fair to say that to the extent they
16 were looking for documentation of the bank's
17 activities and were looking for that documentation
18 in the United States, the principal source of
19 information, if there's any information there at
20 all, would be the 501c3 filings and the USAID
21 reports?
22     A  About the Fund?

Page 43

1      Q  About the Fund and the bank's operations?
2      A  No. I did not say that. I said the Fund
3  files the 501c3 and keeps its records in Chicago.
4  As a subsidiary, the bank is peripherally included
5  in the 501c3 -- I mean, in the IRS form.
6      Q  No. I know that. What I was asking you
7  is, given what you said about the absence of other
8  information about the bank, whether the only
9  documentary source of information, if any, about
10 the bank would be contained in those filings?
11     MS. EUN: Objection; vague.
12     A  I imagine you could assume that. I think
13 I've already answered.
14     Q  I guess, here's the question: I'm trying
15 to make sure, other than the USAID filings and the
16 501c3 filings, as I understand your testimony, you
17 don't know of any regularly maintained database or
18 file in Chicago or elsewhere devoted to the bank's
19 operations?
20     A  No.
21     Q  In other words, that statement is
22 correct?

Page 44

1      A  Yes.
2      Q  I want you to take a look again at the
3  October 26th letter, and ask you whether you
4  participated in any of the other reports that are
5  on this list?
6      MS. EUN: Objection; vague. Phil, can I
7  just inject here? Are any of these documents that
8  we're referring to marked as exhibits for
9  clarification purposes?
10     MR. MUSOLINO: No. I thought about doing
11 it but, since we only have two, I sort of decided
12 against it. I would be happy to do it if you want
13 me to.
14     MS. EUN: That may make it easier for the
15 record.
16     MR. MUSOLINO: Ms. Schiller, your
17 declaration we're going to make, since we referred
18 to that, Deposition Exhibit No. 1; and the printout
19 of the Web site, I'll add to the transcript and
20 make it Exhibit No. 2. The letter we'll make 3 and
21 just refer to the Bates numbers. Does that work
22 for everybody? The declaration will be Deposition

Page 45

1  Exhibit No. 1, the Web site will be Deposition
2  Exhibit No. 2 -- that's one page of the Web site --
3  and, Eunnice, your letter will be No. 3 with the
4  attachments.
5      MS. EUN: Okay.
6      (Plaintiff's Exhibit Nos. 1 through 3
7      were marked for identification.)
8      MR. MUSOLINO: Since they're not that
9  voluminous, we'll just put them in the transcript
10 if that's all right with the court reporter.
11 BY MR. MUSOLINO:
12     Q  Let's turn to No. 3. My question for
13 you, Ms. Schiller, is whether you participated in
14 any of the other reports, other than March 28,
15 2007, about what you've already testified that are
16 listed on the first page of Plaintiff's Exhibit No.
17 3?
18     A  Yes.
19     Q  Can you tell me which ones?
20     A  All of them.
21     Q  Let's go down the list just briefly.
22 September 18th, 2007, it says Sofia Bulgaria. Was

12  (Pages 42 to 45)

Page 46

1  there a BAEF Board meeting taking place in Sofia,
2  Bulgaria in September 2007?
3      A    Yes.
4      Q    Sometime on September 18th, 2007, was
5  there a face-to-face meeting between BAEF and
6  someone from USAID?
7          MS. EUN: Phil, I'm going to ask if we
8  can take a quick break?
9          MR. MUSOLINO: Yes. Do you want to take
10  about five minutes?
11          MS. EUN: Let's just pause for a second.
12          (Recess taken.)
13          MS. EUN: We're ready to go now.
14  BY MR. MUSOLINO:
15      Q    On September 18th, 2007, was there a
16  face-to-face meeting between BAEF and USAID in
17  Sofia, Bulgaria?
18      A    Yes.
19      Q    The report, the semiannual report, was
20  given in that face-to-face meeting, correct?
21      A    That was actually given prior to the
22  meeting.

Page 47

1      Q    Oh, you mean, the actual written report
2  was handed over prior to the meeting and then you
3  discussed the report at the meeting?
4      A    Among other things, yes.
5      Q    Was this lawsuit among the subjects of
6  discussion at the September 2007 meeting?
7      A    No.
8      Q    Was there any discussion in the
9  September 2007 meeting about any individual loans
10  of the bank?
11      A    No.
12      Q    Did anyone from the bank attend the
13  September 2007 meeting?
14      A    No.
15      Q    Let me ask you about June 20, 2006. Do
16  you see that entry; it says schedule for Chicago
17  cancelled?
18      A    Yes.
19      Q    Do you know who cancelled it? Was it
20  USAID or was it BAEF?
21      A    USAID.
22      Q    I take it, consistent with your earlier

Page 48

1  testimony, a written report was transmitted to both
2  Sofia and to USAID's office in Washington,
3  correct?
4      A    Yes.
5      Q    Can you recall what was in that written
6  report?
7      A    The same --
8      Q    The same subject matter as you talked
9  about before?
10      A    The same subject matter as I talked about
11  earlier, yes.
12      Q    Can you look at the entry for
13  September 20, 2006 where it says Sofia, Bulgaria.
14  Same procedure; that is to say that the written
15  reports were delivered to Washington and Sofia and
16  then there was a face-to-face meeting in Sofia with
17  USAID?
18      A    Yes.
19      Q    March 30, 2005, it says package
20  submitted. Do you know what that reference is?
21      A    The same report I referred to earlier.
22      Q    Package just refers to the report?

Page 49

1      A    Yes.
2      Q    September 30, 2005, same basic procedure
3  as in 2006 and 2007. Is that a fair statement?
4      A    Yes.
5      Q    Can you turn to the attachment, to
6  Plaintiff's Exhibit No. 3. I take it, if we look
7  at Bates stamps 1 through 5, these are typical
8  records maintained in the ordinary course of
9  business by BAEF, correct?
10      A    Yes.
11      Q    For the most part I guess these are all
12  expense reports, which typically reflect travel and
13  lodging expenses?
14      A    Yes.
15      Q    I'm just asking whether these are typical
16  records and your answer is yes, they are, right?
17      A    Yes, they are.
18      Q    And they reflect travel by Mr. Baur --
19  Frank. L. Bauer, B-a-u-e-r -- and you to
20  Washington, right?
21      A    Yes.
22      Q    The materials redacted out, I take it,

13 (Pages 46 to 49)

Page 50

1  was irrelevant to Washington Travel; is that
2  accurate?
3      A   Yes.
4      Q   Was the purpose of your visit to meet
5  with USAID?
6          MS. EUN: Objection; vague.
7      A   Which visit are you talking about?
8      Q   Let's go through them one at a time. In
9  Bates stamp 00001, do you see that, Mr. Bauer's
10 report --
11     A   Yes.
12     Q   -- it says Washington, D.C. I take it
13 this is around November of 2005 judging by the date
14 under employee name. Do you know what the purpose
15 of that trip was?
16         MS. EUN: Objection; foundation.
17     A   Yes.
18     Q   Can you tell me what it was?
19     A   We were meeting to discuss our
20 Foundation.
21     Q   Who were you meeting with?
22     A   We met with the State Department and

Page 51

1  USAID.
2      Q   When you say "we", did you mean Mr. Bauer
3  and someone else or just Mr. Bauer for BAEF?
4      A   Mr. Bauer and myself.
5      Q   Where is your expense report for that
6  trip? I see one for --
7      A   If you'll look at BAEF00002.
8      Q   So that was the same trip?
9      A   It was.
10     Q   Your report just got filed a little
11 later, right?
12     A   Yes.
13     Q   Can you read for me your entries, not the
14 numbers. It says -- let me ask you this: Does it
15 say 11/13/05 L'Enfant Plaza WDC? Have I read that
16 correctly?
17     A   Yes.
18     Q   The next line says dinner and it has some
19 initials. Do you see that?
20     A   Yes.
21     Q   Do you know who those initials represent?
22         MS. EUN: Just to be clear we're talking

Page 52

1  about BAEF00002, right?
2          MR. MUSOLINO: That's correct, yes.
3          THE WITNESS: Yes.
4  BY MR. MUSOLINO:
5      Q   Can you tell me who those initials are
6  for?
7      A   Stephen W. Filo, Joseph J. Borgatti,
8  Frank L. Bauer and Nancy Schiller.
9      Q   You were all present at the Washington
10 meeting with the State Department and with USAID,
11 right?
12     A   Yes.
13     Q   The same initials I think -- it's a
14 little hard to read -- those are the same initials
15 on the next line except that I think I see a CR; is
16 that right?
17     A   CP.
18     Q   CP, okay. Who's that?
19     A   Carl Pforzheimer.
20     Q   Who is also on the Board?
21     A   Of the Fund, yes.
22     Q   There's another entry for 1/14 right

Page 53

1  below where it says lunch -- and I can't read that
2  name -- does it say Rosen --
3      A   Rosenblum, State Department; O'Keefe,
4  State Department.
5      Q   On the line underneath that there are no
6  names and then I can't really read the bottom line.
7  It says something to from. That's just --
8      A   Mileage.
9      Q   Can you turn to Bates stamp number 003.
10 This is also your report for sometime in March of
11 2006?
12     A   Yes.
13     Q   I'm having a little difficulty reading
14 some of it. Can you tell me what the purpose of
15 this trip was?
16     A   To discuss the Foundation.
17     Q   Again, with someone from the State
18 Department and/or someone from USAID?
19     A   And Congress.
20     Q   And Congress. I can't see these
21 particular entries.
22     A   That's okay.

14  (Pages 50 to 53)

Page 54

1    Q   Who did you meet with at Congress? Any
2  staffers or any representatives or senators?
3    A   Representative Colby.
4    Q   Who from BAEF was in attendance generally
5  on this trip. I see your initials and then I
6  see --
7    A   Myself, Joseph Borgatti, Carl
8  Pforzheimer, Steve Filo and Gary MacDougal.
9    Q   And you're getting all of that from
10 reading these notes, right?
11   A   From reading my notes and from my
12 recollection.
13   Q   I don't see separate expense reports for
14 some of those people. Is that because they didn't
15 make any expense claims; do you know?
16   A   I paid for their hotel accommodations and
17 their meals to allow them not to have to file
18 reports.
19   Q   Oh, good, okay. Do you remember
20 specifically what the subject was for that trip?
21   A   It was to discuss the Foundation's
22 purposes and financing.

Page 55

1    Q   What particularly about the financing was
2  discussed in this trip?
3    A   We were talking about whether the
4  Foundation would receive 100 percent of the Fund's
5  proceeds or a lesser amount.
6    Q   Which Funds, though? When you say
7  100 percent of the proceeds, what proceeds are you
8  talking about?
9    A   Of the Bulgarian-American Enterprise
10 Fund.
11   Q   Now, you've lost me. You were at a
12 meeting with -- was that subject included among
13 your discussions with the Congressman?
14   A   Yes.
15   Q   When you say 100 percent, what were the
16 alternatives to the Fund receiving 100 percent?
17      MS. EUN: Objection; misstates testimony.
18      MR. MUSOLINO: I may have misunderstood
19 BY MR. MUSOLINO:
20   Q   You said you were discussing funding. I
21 thought you said you were discussing whether the
22 Fund would receive 100 percent of something?

Page 56

1    A   The Foundation --
2    Q   The Foundation, okay.
3    A   -- would receive 100 percent of the
4  Fund's proceeds or a lesser amount.
5    Q   And the Foundation is what?
6    A   The foundation is the America for
7  Bulgaria Foundation, which will be the legacy
8  institution that survives the Fund.
9    Q   Is the Fund wrapping up?
10      MS. EUN: Objection, vague.
11   A   Yes.
12   Q   Does it have a termination or a closing
13 date?
14   A   It has a termination commencement date
15 but not a date certain as to when we will dispose
16 of our assets.
17   Q   When is the termination commencement
18 date?
19   A   September 30th, 2006.
20   Q   So you're in the process of terminating,
21 the Fund is?
22   A   Correct.

Page 57

1    Q   Can you tell me whether the directors who
2  operate the successor legacy organization, the
3  Foundation, will be similar to the current Board of
4  BAEF?
5      MS. EUN: Objection; vague and
6  foundation.
7    A   Yes, there will be a similar Board.
8    Q   Can you tell me what the reason is for
9  the change?
10   A   The reason -- it's not a change. It's an
11 evolution that is part of what we planed on -- "we"
12 being the Fund -- as we wind down. The question
13 is, after investing in Bulgaria for the past 15
14 plus years with U.S. taxpayer dollars and doing it
15 at a profit, is it justified to take all of those
16 funds back out of Bulgaria and return them to the
17 U.S. Treasury. The Answer, if you were to ask our
18 Board, if you were to ask the State Department and
19 if you were to ask the Bulgarian representatives,
20 would be no because the profits were made in
21 Bulgaria.
22      The purpose of this meeting was to

15  (Pages 54 to 57)

Page 58

1   discuss how much of the Fund's returns remain in
2   Bulgaria as part of this Foundation and how much go
3   back to the United States.
4       Q   Has that decision been made now?
5       A   It's not final but we're approaching that
6   answer.
7       Q   When you were discussing the subject, did
8   anyone take into account or did anyone discuss a
9   return of the original grant amount of 55 million
10  plus?
11          MS. EUN: Objection; vague.
12      A   Did anyone? Yes.
13      Q   Was that part of the discussion mainly
14  that the U.S. taxpayer -- as you referred to him or
15  her -- should at least get back, in the form of
16  profits or otherwise, the initial grant?
17          MS. EUN: Objection; misstates testimony.
18      A   Could you restate that, please.
19      Q   Sure. In the course of the discussion,
20  did someone -- you or the Congressman or someone
21  else -- suggest that before a decision is made to
22  leave some of these funds or proceeds in Bulgaria,

Page 59

1   the initial funding should be returned to the
2   United States?
3           MS. EUN: Objection; misstates testimony.
4       A   That was one course of discussion that
5   the parties had that was a consideration.  The
6   question is, is it all or part.
7       Q   When do you think the final decision will
8   be made on the allocation of these proceeds?
9       A   Very soon.
10      Q   Within 12 months?
11      A   I hope so.  It's not over until it's
12  over, but I hope so.
13      Q   Can you tell me, over the course of the
14  15 years of operations that you've described,
15  whether 55 million dollars in profits has been
16  received by BAEF?
17          MS. EUN: Objection; misstates testimony.
18  The witness testified that 55 million was the.
19  grant --
20          MR. MUSOLINO: I know that.
21          MS. EUN: -- the original grant
22  agreement, not profit.

Page 60

1           MR. MUSOLINO: I know that.
2   BY MR. MUSOLINO:
3       Q   Since there are profits being
4   generated -- at least sort of the colloquial sense
5   of the word -- my question was, was whether the
6   profits that have, in fact, been generated have
7   equalled the 55 million dollars that I understand
8   was the original grant amount?
9       A   Are you asking me if we've made more than
10  we've spent?
11      Q   Well, I guess I could have asked it that
12  way so I will.
13      A   Then ask it that way and I will respond.
14      Q   I will.  Have you made more than you've
15  spent?
16      A   Yes.
17      Q   Have you made more in profits than
18  55 million dollars?
19          MS. EUN: Objection.
20  BY MR. MUSOLINO:
21      Q   -- and when I say "you", I take it you
22  and I both understand we're referring to BAEF,

Page 61

1   correct?
2       A   That's the only thing I'm referring to,
3   yes.
4       Q   Can you say that BAEF's profit on its 15
5   years of operation has exceeded 55 million dollars?
6       A   Yes.
7       Q   Do you know what that number is?
8       A   Not exactly, no.
9       Q   Is it over 100 million?
10      A   Possibly.
11      Q   Is it possibly over 200 million?
12      A   Possibly.
13      Q   This may take me a while.
14      A   I don't think it will take you a while.
15  You know, when you're dealing with fluid currencies
16  and you're dealing with fluid prices on stock
17  shares and things of that nature, I can't say
18  definitively what it is.
19      Q   Under 500 million?
20      A   Yes.
21      Q   These profits that have been generated
22  over these 15 years, have they been primarily from

16 (Pages 58 to 61)

Page 62

1 the bank's operations?
2     MS. EUN: Objection; vague.
3     A   The majority is probably from the bank
4 but that could change.
5     Q   Let's go to the next exhibit or the next
6 Bates stamp number 0004. I'm showing the date at
7 the bottom when it was filled out of 12/20/06. Do
8 you see that?
9     A   Yes.
10    Q   It looks like you took a bus up to
11 Washington; is that right?
12    A   I did.
13    Q   Is that also for a trip that was for
14 meetings with the State Department and/or USAID?
15    A   Yes, regarding the Foundation.
16    Q   And that took place it looks like, if I
17 read this right, in October of 2006; is that right?
18    A   Yes.
19    Q   At this meeting was the same subject
20 matter generally discussed, in this case, the
21 transition or the evolution from the Fund to the
22 Foundation?

Page 63

1     A   It was regarding the return of funding
2 and the amount that the Foundation would retain.
3     Q   The amount that the Foundation would
4 receive or that the Fund --
5     A   The amount that the Foundation would
6 receive from the Fund and retain -- I'm sorry, I
7 may be confusing the language there -- that the
8 Fund would provide to the Foundation.
9     Q   Okay. To the extent that the Fund has
10 cash, does it maintain its cash in accounts in
11 Chicago?
12        MS. EUN: Objection; vague.
13    A   Among other places.
14    Q   Does it have any assets or any bank
15 accounts in Washington?
16    A   No.
17    Q   Among other places, does that include
18 other places in the United States?
19    A   No.
20    Q   So among other places includes Bulgaria,
21 I take it?
22    A   Yes.

Page 64

1     Q   Who else from BAEF besides you was on
2 this October 2006 trip?
3     A   Just me.
4     Q   Do you remember who you met with
5 specifically from the State Department or USAID?
6     A   I can't name definitively all of the
7 people from the State Department. There were
8 probably five people from State and separately two
9 or three from USAID.
10    Q   Now, the Foundation that you've
11 described, does it currently exist?
12    A   It is formed as a Delaware 501c3.
13    Q   Was there a representative in any formal
14 sense of the Foundation at these meetings --
15        MS. EUN: Objection; vague.
16 BY MR. MUSOLINO:
17    Q   -- or this meeting in October of 2006?
18        MS. EUN: Same objection.
19    A   No.
20    Q   Can you tell me who its incorporators or
21 organizers are?
22        MS. EUN: Objection; vague.

Page 65

1     A   It was incorporated by the Fund as its
2 legacy institution. I think I've answered your
3 question.
4     Q   Has it already formed a Board of
5 Directors?
6     A   No. We have submitted the
7 documentation -- it's formed as far as the IRS is
8 concerned, but we're not formally started yet.
9     Q   Is there anyone on the current BAEF Board
10 who is not on the Board of the new Foundation?
11    A   Yes.
12    Q   Who would that be?
13    A   Leonard Harlan.
14    Q   Anyone else?
15    A   Not to my knowledge.
16    Q   Is there anyone on the Foundation's Board
17 who is not on the BAEF Board?
18    A   No.
19    Q   And are you going to be the managing
20 director of the Foundation?
21    A   No.
22    Q   Are you going to have any role in the

17  (Pages 62 to 65)

Capital Reporting Company

Page 66

1  Foundation?
2      A  I don't know.
3      Q  The last document, 0005, reflects a
4  meeting or travel in May of 2007; is that right?
5      A  Yes.
6      Q  Again, this was you driving to
7  Washington, I guess?
8      A  Yes, a long day.
9      Q  It looks like a long day. Was anyone
10  else from BAEF meeting with you on this trip?
11      A  No. This was the Enterprise Fund
12  Association meeting that I attended.
13      Q  What's the Enterprise Fund Association?
14      A  It is an association of executives
15  involved in the Enterprise Fund throughout Europe
16  and Central Asia and Eastern Europe.
17      Q  When was that association formed; do you
18  know?
19      A  I can't say for sure but I think it was
20  probably about 10 years ago, 11 years.
21      Q  Are you member of that association or is
22  BAEF a member of that association?

Page 67

1      A  It's not a formal association. We attend
2  the conferences occasionally. It's a fairly loose
3  association of people. It's not a formal group.
4      Q  Did anybody from the State Department or
5  USAID attend that meeting or that conference; do
6  you know?
7      MS. EUN: Objection; foundation.
8      A  I believe so, yes.
9      Q  Were there any guest speakers?
10      A  Yes.
11      Q  Do you remember who they were?
12      A  I believe Senator Lugar was there --
13      Q  L-u-g-a-r?
14      A  Yes, the senator from Indiana. Oh boy, I
15  don't recall the other speakers' names. One was
16  from the State Department. The balance of the
17  speakers were all, for the most part, Enterprise
18  Fund people over the years whether they're still
19  involved or retired, you know, various.
20      Q  And this was the only time since 2005
21  that you attended one of these association meetings
22  in Washington. Is that a fair statement?

Page 68

1      A  This was in 2007.
2      Q  I'm sorry, in 2007. Had you attended
3  any association meetings in Washington?
4      A  This was the only time that it was held
5  in Washington.
6      Q  Okay. These three years that you were
7  kind enough to pull these records for, would they
8  be typical of the amount of time that BAEF officers
9  would spend in Washington for the preceding years?
10      MS. EUN: Objection; vague.
11      A  I would say it closely approximates. You
12  know, we haven't had much business in Washington
13  that would take us there. So this foundation work
14  has actually had me in Washington more than I had
15  been in the past.
16      Q  Why is that; just to get it up and
17  running, you mean?
18      A  Yes.
19      Q  When did that start, if I might ask?
20  When did the Foundation work you just referred to
21  actually start requiring to devote some time to it?
22      MS. EUN: Objection, vague.

Page 69

1      A  I would say in mid 2005.
2      MR. MUSOLINO: Eunnice, I don't have
3  anymore questions. If you have any.
4      MS. EUN: No.
5      MR. MUSOLINO: Do you want to advise her
6  on reading?
7      MS. EUN: Ms. Schiller, you'll have a
8  chance to read over the transcript and make any
9  typographical corrections that you may have. We
10  will be provided with a copy of this transcript.
11  Is that correct, Phil?
12      MR. MUSOLINO: Yes. Our court reporter
13  already has your contact information.
14      MS. EUN: Well, let me just say one thing
15  on the record.
16      MR. MUSOLINO: Sure.
17      MS. EUN: I know that we don't have a
18  Protective Order in place at the moment, but there
19  was some testimony that took place during the
20  deposition that I feel would come under the
21  auspices of a Protective Order if one were in
22  place. I would just request that for now this

18 (Pages 66 to 69)

Page 70

1 deposition transcript be treated as confidential
2 until such time and not be made public until such
3 time that we can put a Protective Order in place
4 and correctly designate the testimony.
5      MR. MUSOLINO: I don't have any objection
6 to that. That's fine, we'll do that. Maybe you
7 and I can talk a little later about what in
8 particular you want to keep confidential. That's
9 fine, we won't disclose any portion of the
10 transcript or the testimony publicly.
11      MS. EUN: Thank you.
12      (Whereupon, at 2:45 p.m., the
13      deposition of Nancy Schiller
14      was concluded.)
15           * * * * *
16
17
18
19
20
21
22

Page 71

1           CERTIFICATE OF NOTARY PUBLIC
2      I, Jodi Scheffel, RPR, the officer before
3 whom the foregoing deposition was taken, do hereby
4 certify that the witness whose testimony appears in
5 the foregoing deposition was duly sworn by me; that
6 the testimony of said witness was taken by me in
7 stenotype and thereafter reduced to typewriting
8 under my direction; that said deposition is a true
9 record of the testimony given by said witness, that
10 I am neither counsel for, related to, nor employed
11 by any of the parties to the action in which this
12 deposition was taken; and further, that I am not a
13 relative or employee of any attorney or counsel
14 employed by the parties hereto, nor financially, or
15 otherwise interested in the outcome of the action.
16
17           Jodi Scheffel
18           Notary Public in and for
19           the District of Columbia
20
21 My commission expires:
22 August 31, 2011

Page 72

1 ACKNOWLEDGEMENT OF DEPONENT
2
3      I, NANCY SCHILLER, do hereby acknowledge I
4 have read and examined the foregoing pages
5 of testimony, and the same is a true, correct
6 and complete transcription of the testimony given
7 by me, and any changes or corrections, if any,
8 appear in the attached errata sheet signed by me.
9
10
11
12
13
14
15
16
17
18
19
20
21
22 Nancy Schiller          Date

Page 73

1 Eunnice Eun, Esquire
2 Kirkland & Ellis, LLP
3 655 Fifteenth Street, N.W.
4 Washington, D.C. 20005
5
6 IN RE: Stroitelstvo Bulgaria vs. The BAEF
7 Dear Ms. Eun,
8      Enclosed, please find your copy of the
9 deposition of NANCY SCHILLER, along with the
10 original signature page.
11      As agreed, you will be responsible for
12 contacting the witness. Within 30 days of receipt,
13 please forward errata sheet and original signed
14 signature page to counsel for Plaintiff, Mr.
15 Musolino.
16      If you have any questions, please do not
17 hesitate to call. Thank you.
18
19      Yours,
20      Jodi Scheffel
21      Reporter/Notary Public
22 cc: Philip Musolino, Esquire

19 (Pages 70 to 73)

Capital Reporting Company

Page 74

1   Capital Reporting Company

2   1821 Jefferson Place, N.W.

3   Third Floor

4   Washington, D.C. 20036

5   (202) 857-3376

6

7     E R R A T A   S H E E T

8   Case:  Stroitelstvo Bulgaria vs. The BAEF

9   Witness:  Nancy Schiller

10  Date:  Thursday, November 15, 2007

11

12  Page No.   Line No.    Reason/Change

13

14

15

16

17

18

19

20  _____    _____

21  Nancy Shiller    Date

(866) 448-DEPO
www.capitalreportingcompany.com    (C) 2007

1          CERTIFICATE OF NOTARY PUBLIC

2          I, Jodi Scheffel, RPR, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the witness whose testimony appears in

5    the foregoing deposition was duly sworn by me; that

6    the testimony of said witness was taken by me in

7    stenotype and thereafter reduced to typewriting

8    under my direction; that said deposition is a true

9    record of the testimony given by said witness, that

10   I am neither counsel for, related to, nor employed

11   by any of the parties to the action in which this

12   deposition was taken; and further, that I am not a

13   relative or employee of any attorney or counsel

14   employed by the parties hereto, nor financially, or

15   otherwise interested in the outcome of the action.

16

17                              Jodi Scheffel

18                         Notary Public in and for

19                         the District of Columbia

20

21   My commission expires:

22   August 31, 2011

**A**

ability 12:1 29:4
absence 43:7
accommodate 13:22
accommodations 54:16
accomplishments 29:1
account 58:8
accounts 63:10,15
accurate 13:1 14:18 14:21 16:11 22:9 37:1 39:21 50:2
acknowledge 72:3
action 71:11,15
activities 9:22 42:14 42:17
actual 6:15 15:13 47:1
add 44:19
additional 8:15,20,21 9:4 20:18
administration 7:7
Administrator 33:14
advise 69:5
Advisory 3:9 16:17 16:22 17:5,10
afternoon 4:6
agencies 25:21
agency 23:7,21
ago 66:20
agreeable 9:16
agreed 73:11
agreement 59:22
ahead 11:9
AID 31:3
al 1:7
allege 22:6
allocation 59:8
allow 54:17
alternatives 55:16
America 56:6
American 18:16,20 18:21 25:12

American's 34:6
amount 8:8 26:19 39:9 40:18 55:5 56:4 58:9 60:8 63:2 63:3,5 68:8
and/or 53:18 62:14
annual 23:5,10,19
annually 24:7
answer 6:22 9:1 11:1 11:9 13:20 21:13,18 32:13 49:16 57:17 58:6
answered 31:19 43:13 65:2
answering 11:8
anybody 67:4
anymore 69:3
anyway 15:3
appear 72:8
appears 71:4
approaching 58:5
approval 37:13
approximate 8:8
approximately 8:18 10:15 34:21
approximates 68:11
approximating 34:13
approximation 10:13
area 26:10,11
areas 26:13
Asia 66:16
asked 11:1,3 31:19 60:11
asking 8:1 34:3 43:6 49:15 60:9
assemble 11:3
assembled 12:1
assembly 11:20
asset 22:19
assets 25:14 56:16 63:14
association 66:12,13 66:14,17,21,22 67:1 67:3,21 68:3
assume 18:14,22

43:12
attached 3:22 11:14 72:8
attachment 49:5
attachments 45:4
attend 14:11 47:12 67:1,5
attendance 54:4
attended 66:12 67:21 68:2
attorney 71:13
audit 27:17 28:11,12
audits 27:12,13
August 6:1 71:22
auspices 69:21
average 10:11
aware 5:21 35:21 36:6
a-m 30:13

**B**

B 3:6
back 6:11 21:14 24:21 28:2,9 57:16 58:3,15
BAEF 5:9,20 6:12,16 6:18 7:1,15,22 8:2 8:16 9:5,20 10:4,8 10:18 11:4 12:21 13:4,18 14:8 18:3,6 18:8 19:1,7,19 20:2 21:7,8,12 22:2,6,10 22:13,19,22,22 23:17 24:7 25:1,2 25:22 26:6,17 27:7 27:9 28:10,12 29:18 31:11 32:5,7,15 36:8,12,21 37:7,19 38:2,8,13 39:4,16 40:1,7,15 41:3,19 46:1,5,16 47:20 49:9 51:3 54:4 57:4 59:16 60:22 64:1 65:9,17 66:10,22 68:8 73:6 74:8

baefinvest.com 15:19
BAEF's 12:2,8 16:4 20:20 22:8 61:4
BAEF00002 51:7 52:1
balance 26:20 67:16
bank 9:10,13,16 18:9 18:11,16,20,21 19:4 19:6,10,20 20:15 21:9,10,21 22:7,9 22:18 23:19 24:11 24:13,16,21 25:3,22 26:1,3,6,15 27:7,9 27:11,18,22 28:3,4 28:13,17,18 32:5,6 34:18 35:4,13,15 36:3,9,20 37:5,6,9 37:12,17 38:8,11 39:4 40:8,17,19 41:8,16 42:7 43:4,8 43:10 47:10,12 62:3 63:14
banks 22:14
bank's 19:8,16 20:2 20:19 21:7 22:3 24:21 28:1 35:11 38:2 40:2 41:3,21 42:13,16 43:1,18 62:1
basic 49:2
Bates 11:15,18 44:21 49:7 50:9 53:9 62:6
Bauer 49:19 51:2,3,4 52:8
Bauer's 50:9
Baur 49:18
beginning 1:20 16:19 25:3
begins 39:15
behalf 1:21 2:3,8
believe 21:1 26:9 27:3,19 39:20 67:8 67:12
best 7:9 12:1 13:1,2 20:16 35:11

| | | | |
|---|---|---|---|
| **better** 40:15 | **B-a-u-e-r** 49:19 | **Colby** 54:3 | **convenience** 5:8 |
| **beyond** 21:20 | **B-r-a-y-k-o-v** 16:20 | **colloquial** 60:4 | **conversation** 21:5 |
| **BIRS** 23:9 | 17:2 | **Columbia** 1:2,20 | 35:8,15 36:2 |
| **bit** 26:10,12 | | 4:10 71:19 | **copy** 6:4 15:3 30:17 |
| **bits** 40:21 | **C** | **come** 12:11 13:22 | 30:18 36:8 69:10 |
| **Board** 3:9 5:14 13:21 | **C** 2:1 3:1 4:1 72:1 | 35:20 69:20 | 73:8 |
| 14:1,8,11,15,17 | **call** 41:15 73:17 | **comfortable** 32:10 | **corporation** 23:1 |
| 15:2,20 16:6,11,12 | **called** 1:15 4:4 16:17 | 32:12 | 37:10 |
| 16:14,18 17:1,5,11 | **calls** 41:10 | **commenced** 21:21 | **correct** 6:2 7:14 8:7 |
| 19:7,8,10,13,14,16 | **cancelled** 47:17,19 | **commencement** | 9:13 11:22 15:8 |
| 19:19,20 20:2,3,13 | **Capital** 74:1 | 56:14,17 | 16:15,21 18:12,13 |
| 20:15,19,20 21:10 | **Carl** 52:19 54:7 | **commission** 71:21 | 22:15,17,17 23:1 |
| .21:12 46:1 52:20 | **case** 1:6 4:9,18 21:17 | **communicate** 31:11 | 24:18 25:10 26:3 |
| 57:3,7,18 65:4,9,10 | 21:19 38:20,20 | 31:12 32:14,16 33:1 | 33:3 34:10 36:9 |
| 65:16,17 | 62:20 74:8 | **communicated** 28:21 | 37:14 38:5 40:4 |
| **Borgatti** 52:7 54:7 | **cash** 63:10,10 | **communication** 11:7 | 43:22 46:20 48:3 |
| **bottom** 53:6 62:7 | **category** 39:2 | 32:2 | 49:9 52:2 56:22 |
| **boy** 67:14 | **cc** 73:22 | **Company** 74:1 | 61:1 69:11 72:5 |
| **Braykov** 16:20 17:2 | **Central** 66:16 | **complaint** 36:8 38:19 | **corrections** 69:9 72:7 |
| 17:13 | **certain** 56:15 | **complete** 19:17 72:6 | **correctly** 51:16 70:4 |
| **break** 46:8 | **CERTIFICATE** | **compound** 8:22 | **counsel** 1:15 3:3 4:7 |
| **breakdown** 10:10 | 71:1 | 13:19 | 4:15,18,19 35:14 |
| **briefly** 45:21 | **certify** 71:4 | **comprised** 21:11 | 36:9 71:10,13 73:14 |
| **broader** 40:8,21 | **chairman** 15:8 | **concerned** 65:8 | **country** 29:5 |
| **broadly** 5:13 28:20 | **chance** 14:15 38:19 | **concluded** 70:14 | **course** 5:9,22 10:11 |
| **Bulgaria** 1:4 4:8 5:20 | 69:8 | **conduct** 10:4 | 10:22 17:6 21:6 |
| 14:5,9 17:11,13,16 | **change** 7:11,12 57:9 | **conducted** 29:8 35:6 | 28:5,17 32:2 36:1 |
| 17:18 31:4,21 34:2 | 57:10 62:4 | **conference** 67:5 | 49:8 58:19 59:4,13 |
| 35:1,3 45:22 46:2 | **changed** 27:14 | **conferences** 67:2 | **court** 1:1 4:10 15:2 |
| 46:17 48:13 56:7 | **changes** 72:7 | **confidence** 20:1 | 45:10 69:12 |
| 57:13,16,21 58:2,22 | **characterize** 22:18 | 21:20 | **cover** 12:6,7 14:5 |
| 63:20 73:6 74:8 | **Charlottesville** 10:2 | **confidential** 70:1,8 | **CP** 52:17,18 |
| **Bulgarian** 3:9 16:17 | 10:5 | **confusing** 63:7 | **CR** 52:15 |
| 18:15,20,21 23:20 | **Chicago** 9:20,22 10:7 | **Congress** 53:19,20 | **Credit** 9:10,13 18:20 |
| 25:11 34:15 37:10 | 10:13,15 33:8,11,16 | 54:1 | 18:21 |
| 57:19 | 33:21 42:4,12,14 | **Congressman** 55:13 | **creditor** 26:2 |
| **Bulgarians** 34:4,7 | 43:3,18 47:16 63:11 | 58:20 | **currencies** 61:15 |
| **Bulgarian-American** | **chief** 23:18 | **consideration** 59:5 | **current** 26:16,16 |
| 1:7 4:8,15 5:5 9:10 | **claims** 54:15 | **consistent** 47:22 | 57:3 65:9 |
| 9:12 20:6 55:9 | **clarification** 20:11 | **consolidated** 27:5,21 | **currently** 16:13 |
| **bullet** 12:12 | 44:9 | **constituted** 16:13 | 22:19 26:15 30:21 |
| **bus** 62:10 | **clarify** 20:5 | **contact** 30:8 31:7,8,9 | 41:8 64:11 |
| **business** 10:4,8,16,18 | **clear** 9:1 51:22 | 31:17 69:13 | **D** |
| 29:5 32:20 33:1 | **closely** 68:11 | **contacting** 73:12 | **D** 4:1 72:1,1 |
| 49:9 68:12 | **closing** 56:12 | **contained** 43:10 | |

Capital Reporting Company

Page 3

| | | | |
|---|---|---|---|
| data 41:19 | Dessel 1:17 2:4 | 61:5 | et 1:7 |
| database 43:17 | details 11:2 39:18 | drawer 42:5,6 | Eun 2:9 4:14,14 6:13 |
| date 50:13 56:13,14 | developments 29:3 | drawers 42:11 | 6:20 7:17 8:22 |
| 56:15,18 62:6 72:22 | devote 68:21 | driving 66:6 | 10:19 11:6 12:18 |
| 74:10,21 | devoted 43:18 | duly 4:4 71:5 | 13:19 15:11,15 16:1 |
| dated 6:1 11:12 | difficulty 53:13 | D-i-m-i-t-e-r 18:18 | 17:8 20:4 22:16,20 |
| dates 12:8 | Dimiter 18:17 | D-i-n-e-v 17:3,15 | 23:8,14 24:8 25:6 |
| day 15:9 66:8,9 | Dinev 17:3,15 | D.C 1:10,18 2:6,11 | 26:8 27:2,10 28:6 |
| days 12:12 73:12 | dinner 51:18 | 30:2 50:12 73:4 | 31:14,19 32:19 |
| day-to-day 9:22 | directed 19:12 | 74:4 | 36:10 37:8 38:15 |
| deal 5:15 17:5 | direction 71:8 | | 39:5,13 40:11,22 |
| dealing 61:15,16 | director 5:5,13 6:10 | **E** | 41:4,10 42:2,8 |
| Dear 73:7 | 7:5,6 9:20 17:7 | E 2:1,1 3:1,6 4:1,1 | 43:11 44:6,14 45:5 |
| decided 44:11 | 18:10,11,19 21:7 | 72:1,1,1,1,1 74:7,7 | 46:7,11,13 50:6,16 |
| decision 58:4,21 59:7 | 65:20 | 74:7 | 51:22 55:17 56:10 |
| declaration 3:8 6:1,4 | directors 5:15 14:15 | earlier 47:22 48:11 | 57:5 58:11,17 59:3 |
| 6:7,9 9:5,19 12:21 | 14:17 15:2 16:6,14 | 48:21 | 59:17,21 60:19 62:2 |
| 36:5,11,11,18 44:17 | 19:3,5,8,9,11,13 | easier 15:17,22 44:14 | 63:12 64:15,18,22 |
| 44:22 | 20:2,13,20 21:12 | Eastern 17:17,19 | 67:7 68:10,22 69:4 |
| Defendant 1:8 2:8 | 41:16 57:1 65:5 | 22:14 31:6,6 66:16 | 69:7,14,17 70:11 |
| definitively 61:18 | disclose 24:10 70:9 | Eastham 30:11 | 73:1,7 |
| 64:6 | discuss 29:16 31:1 | eight 36:17 | Eunnice 2:9 4:13,14 |
| degree 20:1 | 50:19 53:16 54:21 | either 29:13,16 35:15 | 4:17 11:12 15:21 |
| Delaware 6:12 7:2 | 58:1,8 | Ellis 2:10 4:15 73:2 | 20:8 45:3 69:2 73:1 |
| 64:12 | discussed 36:7 39:1,3 | employed 9:9 34:18 | euro 39:14 |
| delivered 29:13 | 47:3 55:2 62:20 | 35:4 71:10,14 | Europe 17:17,19 |
| 48:15 | discussing 55:20,21 | employee 33:20 | 22:14 31:6,6 66:15 |
| Deloitte 27:15,19 | 58:7 | 50:14 71:13 | 66:16 |
| 28:10 | discussion 35:10,18 | employees 33:7,10,15 | everybody 44:22 |
| Department 50:22 | 36:2 47:6,8 58:13 | 34:1,14,17,22 | evolution 57:11 |
| 52:10 53:3,4,18 | 58:19 59:4 | Enclosed 73:8 | 62:21 |
| 57:18 62:14 64:5,7 | discussions 55:13 | Enterprise 1:7 4:8,16 | exactly 34:10 61:8 |
| 67:4,16 | dispose 56:15 | 5:6 20:6 25:12 55:9 | examination 1:15 3:2 |
| depend 31:15 | District 1:1,2,19 4:9 | 66:11,13,15 67:17 | 4:19 |
| deposition 1:13 3:7 | 4:10 71:19 | entire 34:6 | examined 4:5 72:4 |
| 4:12 5:9 9:15 44:18 | document 66:3 | entities 18:8 28:4,16 | example 40:14 |
| 44:22 45:1 69:20 | documentary 43:9 | entity 37:9 | exceeded 61:5 |
| 70:1,13 71:3,5,8,12 | documentation 37:21 | entries 51:13 53:21 | executive 18:19 |
| 73:9 | 42:16,17 65:7 | entry 47:16 48:12 | 41:15 |
| described 22:6 26:2 | documents 11:14 | 52:22 | executives 66:14 |
| 32:17 41:22 59:14 | 44:7 | enumerated 20:13 | exhibit 6:9 44:18,20 |
| 64:11 | doing 16:9 28:10 | equalled 60:7 | 45:1,2,6,16 49:6 |
| description 16:11 | 44:10 57:14 | equity 25:8,9 26:1 | 62:5 |
| 22:9 | dollars 8:9,14,18 | errata 72:8 73:13 | exhibits 3:7,22 44:8 |
| designate 70:4 | 57:14 59:15 60:7,18 | Esquire 2:4,9 73:1,22 | exist 64:11 |

expense 49:12 51:5
  54:13,15
expenses 49:13
expires 71:21
extent 42:15 63:9
E-a-s-t-h 30:12
E-a-s-t-h-a-m 30:11

**F**

F 72:1
face-to-face 29:13
  46:5,16,20 48:16
fact 5:19 13:4 39:15
  60:6
factually 24:18 27:4
fair 9:7 13:12 21:21
  22:18 27:22 42:15
  49:3 67:22
fairly 67:2
fallen 39:2
familiar 5:18 15:1
  37:16,20
familiarity 26:11
far 16:21 27:20 32:10
  65:7
federal 23:7
feel 26:12 32:10,12
  69:20
Fifteenth 2:10 73:3
file 22:22 23:5,6 24:1
  24:3 42:5,6,10
  43:18 54:17
filed 24:7 27:6 51:10
files 12:21 23:19 40:1
  43:3
filings 23:10,13 42:1
  42:20 43:10,15,16
filled 62:7
Filo 15:4,6,7 20:17
  52:7 54:8
final 58:5 59:7
finance 7:6
financed 25:10,11
financial 23:18 27:6
  27:8,8,21 28:2,3,13

28:15 29:1 38:17
financially 71:14
financing 54:22 55:1
find 41:7,9 73:8
fine 34:13 36:15 70:6
  70:9
first 4:4 7:21 13:11
  36:20 45:16
five 9:6 21:16 46:10
  64:8
Floor 74:3
fluid 61:15,16
follows 4:5
foregoing 71:3,5 72:4
form 8:20 26:17 43:5
  58:15
formal 64:13 67:1,3
formally 65:8
formation 21:8 22:3
formative 21:14
formed 6:12,19 21:9
  25:22 64:12 65:4,7
  66:17
forms 24:6
forward 73:13
foundation 28:6
  38:15 40:22 50:16
  50:20 53:16 55:4
  56:1,2,5,6,7 57:3,6
  58:2 62:15,22 63:2
  63:3,5,8 64:10,14
  65:10,20 66:1 67:7
  68:13,20
Foundation's 54:21
  65:16
four 7:9,10 21:19
Frank 49:19 52:8
front 6:5 11:11,16
  16:3
full 33:3,8,15,17 34:2
  34:21
fund 1:7 4:8,16 5:6
  10:21 20:7 25:12
  27:11,13,14,22 28:1
  33:3,8,11,16,21

34:1,8,9,22 36:12
37:11,13 42:22 43:1
  43:2 52:21 55:10,16
  55:22 56:8,9,21
  57:12 62:21 63:4,6
  63:8,9 65:1 66:11
  66:13,15 67:18
funding 7:16,20,22
  8:2,5,11,15,20 9:6
  55:20 59:1 63:1
funds 25:15 55:6
  57:16 58:22
Fund's 24:13,15
  28:22 32:20 55:4
  56:4 58:1
further 71:12
F-i-l-o 15:7

**G**

G 4:1 72:1
Gary 54:8
general 24:17 35:19
generally 13:8,9
  16:10 25:18 32:15
  54:4 62:20
generated 60:4,6
  61:21
Genitis 33:14
getting 54:9
give 10:13 13:3 15:12
  40:14
given 40:18,19 43:7
  46:20,21 71:9 72:6
giving 11:2
go 11:9 15:21 20:12
  28:9 37:21 45:21
  46:13 50:8 58:2
  62:5
goes 30:4 41:22 42:1
going 6:8 9:2 11:6
  31:7 32:11 35:19
  44:17 46:7 65:19,22
good 4:6,11 34:5
  54:19
government 5:16

23:20
grant 8:13,16 9:4
  25:1,10 58:9,16
  59:19,21 60:8
grants 8:21 25:15
group 67:3
guess 26:12,13 34:11
  43:14 49:11 60:11
  66:7
guest 67:9

**H**

H 3:6 74:7
half 13:11
handed 47:2
happen 26:19
happy 44:12
hard 52:14
Harlan 65:13
heading 17:22
held 68:4
hereto 71:14
hesitate 73:17
hope 59:11,12
hotel 54:16
hour 16:9
human 5:15,16
h-a-m 30:14

**I**

identification 14:17
  16:12 45:7
identified 14:4 18:16
identify 4:13 40:17
Illinois 9:20
imagine 43:12
impact 29:4 38:17
include 28:1,3,15
  63:17
included 43:4 55:12
includes 24:16 28:13
  63:20
including 40:3
income 24:10,14,15
  24:16,21 25:14

Capital Reporting Company

Page 5

incorporated 7:1 65:1
incorporators 64:20
independent 37:11
independently 36:21 37:4,7
Indiana 67:14
indicates 18:4
individual 36:3 38:8 47:9
information 11:20 12:2,7,11,15 28:21 40:21 41:2 42:19,19 43:8,9 69:13
infrequently 32:8
initial 7:16,20 8:2,4 8:11,13,16 15:4 18:18 58:16 59:1
initials 51:19,21 52:5 52:13,14 54:5
inject 15:11 44:7
instance 18:17 40:16
institution 56:8 65:2
instruct 11:6
interact 5:14
interest 22:13 26:1 29:4
interested 71:15
interject 9:3
investing 57:13
investment 25:8,9
involved 24:4,5 38:2 66:15 67:19
in-house 36:9
irrelevant 50:1
IRS 43:5 65:7
issues 5:15,16

**J**

J 52:7
January 6:17
Jefferson 74:2
Jodi 1:18 71:2,17 73:20
jointly 13:18

Joseph 52:7 54:7
judging 50:13
June 13:10,14,16 47:15
justified 57:15

**K**

K 72:1
keep 70:8
keeps 43:3
kind 28:20 39:10 68:7
kinds 40:20
Kirkland 2:10 4:14 73:2
know 6:22 7:19,21 8:21 9:12 13:13,17 15:8 16:21 19:3,5,9 19:15,17,17 20:22 21:2 23:19 24:1,10 24:12 26:19,22 27:5 27:17,20 34:1,12 38:7,14,18 39:1 41:19 43:6,17 47:19 48:20 50:14 51:21 54:15 59:20 60:1 61:7,15 66:2,18 67:6,19 68:12 69:17
knowledge 20:16 65:15

**L**

L 1:17 2:5 49:19 52:8 72:1
language 63:7
lawsuit 35:20 36:7,13 39:1,18,19 47:5
lawyers 35:15
leave 58:22
Lee 20:17
left 15:20
left-hand 16:7
legacy 56:7 57:2 65:2
legislation 24:2
lender 26:2

lending 25:20
Leonard 65:13
lesser 55:5 56:4
letter 3:10 11:11,14 12:6,7 14:6 29:7 44:3,20 45:3
let's 21:7 34:5,6 36:17 45:12,21 46:11 50:8 62:5
Limited 35:13
line 36:20 51:18 52:15 53:5,6 74:12
list 14:14 16:7 18:22 19:17,22 20:5,12,13 44:5 45:21
listed 17:5 45:16
listing 16:14
litigation 5:19,22 10:22
little 6:11 26:10,12 51:10 52:14 53:13 70:7
LLP 2:10 73:2
loan 8:21 26:5,17 38:2,8,12 39:2,7,12 39:16,17 40:2,8 41:3
loaned 25:2
loans 24:22 25:8,9 26:5,22 37:13,18,22 38:22 40:17,19,20 41:8 47:9
located 10:1,2 17:11 17:13 30:14
locations 12:8
lodging 11:3 12:3 49:13
long 7:8 66:8,9
longer 31:3
look 14:15 15:16 16:10,20 27:16 29:6 36:17 42:7 44:2 48:12 49:6 51:7
looked 14:19
looking 15:13 42:5

42:16,17
looks 62:10,16 66:9
loose 67:2
lost 55:11
lot 15:22
Lugar 67:12
lunch 53:1
L'Enfant 51:15
L-u-g-a-r 67:13

**M**

M 2:4 72:1
MacDougal 54:8
mail 29:21,22 30:1
maintain 40:7,15 41:3,5 42:13 63:10
maintained 42:12 43:17 49:8
maintains 40:1 41:20
major 22:8,10 29:1
majority 62:3
management 17:22 18:1,3,5,7,14,15 37:10
managing 5:5,13 6:10 7:4 9:20 17:6 18:10,11 21:6 65:19
March 13:7,12,14 29:7 30:18,19 35:6 35:21 45:14 48:19 53:10
marked 6:9 44:8 45:7
Marshall 20:17
materials 49:22
matter 31:1,15,16 48:8,10 62:20
meals 54:17
mean 27:7 30:4 32:15 37:5,6,19 43:5 47:1 51:2 68:17
meaning 22:7 37:12
meet 50:4 54:1
meeting 14:8 46:1,5 46:16,20,22 47:2,3 47:6,9,13 48:16

**Capital Reporting Company**

Page 6

50:19,21 52:10
55:12 57:22 62:19
64:17 66:4,10,12
67:5
**meetings** 10:21 13:21
14:3,11 62:14 64:14
67:21 68:3
**member** 19:8 20:14
21:4 66:21,22
**members** 3:9 14:1
16:11,12,18,22
17:10 19:7,15,19
20:1,18,19 21:11,11
**met** 50:22 64:4
**mid** 69:1
**middle** 15:4 18:18
**Mileage** 53:8
**Miller** 20:17
**million** 8:9,13,18
39:14 58:9 59:15,18
60:7,18 61:5,9,11
61:19
**minor** 23:15
**minutes** 46:10
**mispronouncing**
15:5
**misstates** 25:6 36:10
55:17 58:17 59:3,17
**misunderstood** 55:18
**modification** 8:17,19
**moment** 69:18
**money** 25:2
**month** 10:11,14 13:3
32:3
**months** 29:2 59:10
**morning** 4:11
**multi-national** 25:20
**Musolino** 1:17 2:4,4
4:6,7,17,20 6:14,21
7:18 12:19,20 15:14
15:18 16:2 20:8,10
36:15,16 44:10,16
45:8,11 46:9,14
52:2,4 55:18,19
59:20 60:1,2,20

64:16 69:2,5,12,16
70:5 73:15,22

**N**

**N** 2:1 3:1,1 4:1 72:1,1
72:1,1
**name** 4:6,22 18:10,17
21:3 30:11 50:14
53:2 64:6
**names** 14:22 16:18
16:20 53:6 67:15
**Nancy** 1:14 3:8 4:3
5:2 36:13 52:8
70:13 72:3,22 73:9
74:9,21
**nationals** 34:15
**nature** 61:17
**need** 31:10
**neither** 71:10
**Never** 32:6
**new** 21:4 65:10
**nonperforming**
39:11
**non-performing**
40:20
**Nos** 45:6
**Notary** 1:19 71:1,18
**notes** 54:10,11
**notice** 1:16 36:13
39:19
**November** 1:11
50:13 74:10
**number** 4:9 40:17
53:9 61:7 62:6
**numbers** 11:18 44:21
51:14
**N-a-n-c-y** 5:2
**N.W** 1:17 2:5,10 73:3
74:2

**O**

**O** 3:1 4:1 72:1,1,1
**object** 9:2
**objection** 6:13,20
7:17 8:22 10:19

12:18 13:19 17:8
20:4 22:16,20 23:8
23:14 24:8 25:6
26:8 27:2,10 28:6
31:14,19 32:19
36:10 37:8 38:15
39:5,13 40:11,22
41:4,10 42:2,8
43:11 44:6 50:6,16
55:17 56:10 57:5
58:11,17 59:3,17
60:19 62:2 63:12
64:15,18,22 67:7
68:10,22 70:5
**objections** 9:3
**obligations** 26:16
**occasion** 10:7,18
29:11 38:10
**occasionally** 10:20
67:2
**October** 11:12 12:6
29:6 31:3 44:3
62:17 64:2,17
**office** 9:21 30:1,2,2
30:15,21 31:5,6,7,8
31:13 32:16 33:14
42:4 48:2
**officer** 23:18 71:2
**officers** 68:8
**offices** 1:16
**Oh** 23:3 31:5 33:5
47:1 54:19 67:14
**okay** 16:1 28:12 31:5
45:5 52:18 53:22
54:19 56:2 63:9
68:6
**ones** 45:19
**operate** 20:14 57:2
**operates** 36:20 37:4,7
37:11
**operation** 61:5
**operational** 22:8,11
**operations** 19:12
21:22 35:12 41:21
42:7 43:1,19 59:14

62:1
**opposed** 29:14 40:9
**oral** 1:15 12:17 29:12
**Order** 69:18,21 70:3
**ordinary** 49:8
**organization** 57:2
**organizers** 64:21
**original** 58:9 59:21
60:8 73:10,13
**outcome** 71:15
**outside** 26:10 31:9
33:16,21
**outstanding** 26:16,20
**overall** 18:5,7
**O'Keefe** 53:3

**P**

**P** 2:1,1 4:1 72:1
**package** 48:19,22
**page** 3:2 15:13 36:18
45:2,16 73:10,14
74:12
**pages** 72:4
**paid** 26:7 54:16
**paragraph** 9:21
36:17
**part** 33:5,11 34:2
49:11 57:11 58:2,13
59:6 67:17
**participant** 35:7
**participate** 11:19
**participated** 44:4
45:13
**particular** 30:7 36:6
39:16 53:21 70:8
**particularly** 55:1
**parties** 1:21 59:5
71:11,14
**part-time** 33:20
**pause** 46:11
**pays** 24:21
**Penko** 17:3
**people** 54:14 64:7,8
67:3,18
**percent** 22:2 55:4,7

(C) 2007

| | | | |
|---|---|---|---|
| 55:15,16,22 56:3 | present 1:21 14:1 | **Q** | 44:15 69:15 71:9 |
| **percentage** 40:20 | 52:9 | question 9:2 11:1,8 | records 11:3 12:2 |
| **period** 11:5 12:4 | press 35:19 | 12:16 28:7 34:5 | 40:2,8,9,16 41:5 |
| **periodically** 9:3 | presume 24:2 | 36:14 40:7,12 43:14 | 42:11,13 43:3 49:8 |
| **peripherally** 43:4 | previously 26:2 | 45:12 57:12 59:6 | 49:16 68:7 |
| **person** 18:16 29:16 | prices 61:16 | 60:5 65:3 | redacted 49:22 |
| 30:7,8 | primarily 61:22 | questions 31:22 69:3 | reduced 71:7 |
| **personally** 36:14 | principal 22:19 | 73:16 | refer 5:8 6:7 9:16 |
| **persons** 34:3 | 26:20 42:18 | quick 46:8 | 44:21 |
| **Pforzheimer** 52:19 | principally 23:16 | quickly 14:22 | reference 18:21,22 |
| 54:8 | printout 44:18 | quite 14:20 | 48:20 |
| **Phil** 4:7 15:11 44:6 | prior 29:2 36:13 | quote 22:7 | referred 44:17 48:21 |
| 46:7 69:11 | 39:18 46:21 47:2 | | 58:14 68:20 |
| **Philip** 2:4 73:22 | privileged 11:7 | **R** | referring 6:8 20:5 |
| **phone** 29:8,13,16 | probably 21:18 62:3 | R 2:1 4:1 74:7,7 | 44:8 60:22 61:2 |
| 35:7,7,14 41:13 | 64:8 66:20 | read 38:19 51:13,15 | refers 18:15 29:7 |
| **phrase** 22:10 | procedure 48:14 | 52:14 53:1,6 62:17 | 48:22 |
| **pick** 41:12 | 49:2 | 69:8 72:4 | reflect 49:12,18 |
| **place** 13:8,15 14:4 | proceeds 55:5,7,7 | reading 53:13 54:10 | reflects 6:9 66:3 |
| 29:2 42:6 46:1 | 56:4 58:22 59:8 | 54:11 69:6 | regard 31:22 32:20 |
| 62:16 69:18,19,22 | process 56:20 | reads 38:1 | regarding 32:4 62:15 |
| 70:3 74:2 | produced 27:21 | ready 46:13 | 63:1 |
| **places** 30:5 63:13,17 | profit 22:22 23:3 | really 10:14 31:8,10 | regularly 43:17 |
| 63:18,20 | 57:15 59:22 61:4 | 31:21 40:12 53:6 | related 22:10 40:2,9 |
| **Plaintiff** 1:5,16 2:3 | profits 57:20 58:16 | reason 32:22 57:8,10 | 71:10 |
| 3:3 4:7,18,19 73:14 | 59:15 60:3,6,17 | **Reason/Change** | relations 5:15,17 |
| **Plaintiffs** 22:6 | 61:21 | 74:12 | relative 71:13 |
| **Plaintiff's** 3:7 45:6 | Protective 69:18,21 | recall 7:9 21:3,14 | remain 58:1 |
| 45:16 49:6 | 70:3 | 24:13 42:3 48:5 | remember 8:12 21:4 |
| **planed** 57:11 | provide 28:22 63:8 | 67:15 | 54:19 64:4 67:11 |
| **play** 23:12 | provided 13:4 69:10 | recalling 27:15 | repeat 28:7,10 |
| **Plaza** 51:15 | public 1:19 70:2 71:1 | receipt 73:12 | rephrase 12:19 21:9 |
| **please** 5:1 28:7 58:18 | 71:18 73:21 | receive 24:20 55:4,22 | 25:4 40:12 |
| 73:8,13,16 | publicly 70:10 | 56:3 63:4,6 | report 13:11 29:8,14 |
| **plus** 57:14 58:10 | pull 15:21 68:7 | received 8:4,15 9:6 | 29:18 30:4,19 31:9 |
| **point** 38:7 | purpose 50:4,14 | 24:11,16 25:15 36:8 | 31:17,20 35:6 38:13 |
| **points** 12:12 | 53:14 57:22 | 59:16 | 39:10,11 46:19,19 |
| **political** 29:3 | purposes 9:15 37:18 | receives 25:1 | 47:1,3 48:1,6,21,22 |
| **portfolio** 41:3,6 | 44:9 54:22 | receiving 36:13 | 50:10 51:5,10 53:10 |
| **portion** 70:9 | pursuant 1:16 | 39:19 55:16 | reported 39:3 |
| **position** 7:4,8 | pursue 26:11 | Recess 46:12 | reporter 15:2 45:10 |
| **possibly** 61:10,11,12 | put 4:22 45:9 70:3 | recollect 13:1,2 | 69:12 |
| **preceding** 68:9 | PWC 27:15 | recollection 35:11,22 | **Reporter/Notary** |
| **preparation** 23:13 | P-e-n-k-o 17:3 | 54:12 | 73:21 |
| **presence** 31:4 | p.m 1:20 70:12 | record 5:1 15:16 | **Reporting** 74:1 |

**Capital Reporting Company**

reports 12:8,16,17,17
  12:22 13:4,6 14:4
  23:5,6,7,20 24:1
  28:19,19 29:12,12
  29:13,15 30:8 31:1
  32:18 38:8 42:1,21
  44:4 45:14 48:15
  49:12 54:13,18
represent 51:21
representative 54:3
  64:13
representatives 54:2
  57:19
request 69:22
requesting 7:21
required 24:1
requirements 37:17
requiring 68:21
resources 5:16
respect 12:7 31:1
  32:18 41:20
respond 5:14 60:13
responsibilities 5:12
  17:6 19:1
responsibility 26:14
responsible 23:16
  73:11
restate 58:18
retain 63:2,6
retired 67:19
return 57:16 58:9
  63:1
returned 59:1
returns 58:1
reveal 11:7
right 5:10 6:18 7:19
  20:8 22:4,11 24:15
  29:18 30:19 34:9
  35:4 37:2 38:5
  45:10 49:16,20
  51:11 52:1,11,16,22
  54:10 62:11,17,17
  66:4
right-hand 16:16
role 23:12,15,22 32:6

65:22
Rosen 53:2
Rosenblum 53:3
rough 10:13
roughly 7:10,12,14
RPR 71:2
run 14:22
running 68:17

**S**
S 2:1 3:1,6 4:1 18:18
  18:18 74:7
says 18:19 29:8 36:20
  40:1 45:22 47:16
  48:13,19 50:12
  51:14,18 53:1,7
schedule 13:22 14:2
  47:16
scheduled 13:14,16
scheduling 13:17
Scheffel 1:18 71:2,17
  73:20
Schiller 1:14 3:8 4:3
  4:11,21 5:2,2,4 16:3
  20:11 36:14 44:16
  45:13 52:8 69:7
  70:13 72:3,22 73:9
  74:9
screen 16:4,7,16
search 11:19
second 46:11
secured 27:1
see 11:4 12:9,12 14:5
  14:16 15:1 16:6,17
  18:1,14 29:8,17
  36:21 38:3 39:19
  47:16 50:9 51:6,19
  52:15 53:20 54:5,6
  54:13 62:8
seen 24:6
semiannual 12:22
  28:19 29:17 30:4
  31:16 46:19
semiannually 12:22
senator 67:12,14

senators 54:2
sending 31:9
sense 60:4 64:14
sentence 37:1 38:1,3
  39:15,20,20
separate 27:11 37:9
  54:13
separately 64:8
September 13:7 14:3
  14:9 45:22 46:2,4
  46:15 47:6,9,13
  48:13 49:2 56:19
series 16:18
servicing 41:8
setting 27:8
Seven 34:16
shareholder 22:2
shares 61:17
sheet 72:8 73:13
Shiller 74:21
show 12:2
showing 62:6
side 15:20 16:7,16
signature 73:10,14
signed 6:1 72:8 73:13
significant 38:12,16
similar 57:3,7
single 27:7
singles 24:12
site 14:14,16,19
  15:12 16:4 20:6,14
  44:19 45:1,2
situation 38:10
six 10:16 12:12 29:2
size 38:12,16 39:7
Sofia 14:5 17:13 30:1
  30:22 35:1,3 41:17
  45:22 46:1,17 48:2
  48:13,15,16
soon 59:9
sorry 63:6 68:2
sort 44:11 60:4
sound 15:1 22:4,9,11
source 25:14,19,19
  42:18 43:9

speakers 67:9,15,17
specific 32:10 40:2,9
  41:1
specifically 54:20
  64:5
speculate 41:12
speculation 41:11
spell 4:22 15:3
spend 9:21 68:9
spent 60:10,15
staffers 54:2
stages 21:14
stamp 11:18 50:9
  53:9 62:6
stamped 11:15
stamps 49:7
start 7:5 68:19,21
started 7:1,6 65:8
starting 6:15 7:4
state 14:20 21:20
  24:13 27:4 50:22
  52:10 53:3,4,17
  57:18 62:14 64:5,7
  64:8 67:4,16
statement 9:7 24:17
  27:8,21 28:2,2,4,13
  28:17 43:21 49:3
  67:22
statements 23:20
  27:6 28:16 29:1
  38:17
states 1:1 4:10 24:2
  33:16 36:11 40:16
  41:20 42:18 58:3
  59:2 63:18
statistical 40:21
status 27:9
stenotype 71:7
Stephen 15:4 52:7
Steve 20:16 30:11
  54:8
stock 61:16
Street 1:17 2:5,10
  73:3
Stroitelstvo 1:4 4:7

5:20 73:6 74:8
**structure** 21:15
**subject** 31:15,16
  35:19 48:8,10 54:20
  55:12 58:7 62:19
**subjects** 47:5
**submit** 31:20
**submits** 29:18
**submitted** 48:20 65:6
**subsequent** 8:17
**subsidiary** 22:8,11
  43:4
**successor** 57:2
**suggest** 58:21
**suggests** 12:21
**Suite** 1:18 2:5
**Supervisory** 19:14
  19:16,20 20:3,15,19
  21:10
**sure** 15:14 28:8
  34:20 43:15 58:19
  66:19 69:16
**survives** 56:8
**sworn** 4:5 71:5
**S-c-h-i-l-l-e-r** 5:3
**S-t-e-p-h-e-n** 15:4

**T**

**T** 3:1,1,6 72:1,1 74:7
  74:7
**take** 6:11 7:16 13:3
  13:11,15 16:9 22:13
  23:10 24:15 25:13
  29:11 30:17 34:22
  37:5 40:6 44:2 46:8
  46:9 47:22 49:6,22
  50:12 57:15 58:8
  60:21 61:13,14
  63:21 68:13
**taken** 14:4 46:12
  71:3,6,12
**takes** 13:8
**talk** 70:7
**talked** 48:8,10
**talking** 7:20 12:4

25:7 39:17 50:7
  51:22 55:3,8
**tax** 24:6 42:1
**taxpayer** 57:14 58:14
**telephone** 1:13 2:8
  36:1
**telephonic** 32:2
**tell** 10:10 19:22
  20:12 24:19 25:18
  27:13 28:20 33:7,10
  34:13,17 38:11,22
  45:19 50:18 52:5
  53:14 57:1,8 59:13
  64:20
**terminating** 56:20
**termination** 56:12,14
  56:17
**testified** 4:5 45:15
  59:18
**testimony** 25:6 43:16
  48:1 55:17 58:17
  59:3,17 69:19 70:4
  70:10 71:4,6,9 72:5
  72:6
**thank** 4:17 5:4 20:9
  25:1 70:11 73:17
**thanks** 28:12
**thing** 61:2 69:14
**things** 37:14 38:2
  47:4 61:17
**think** 36:8 37:1 38:5
  43:12 52:13,15 59:7
  61:14 65:2 66:19
**Third** 74:3
**thought** 44:10 55:21
**three** 8:18 14:3 21:8
  21:18 36:18 64:9
  68:6
**threshold** 39:9
**Thursday** 1:11 74:10
**time** 6:15,19 7:1 11:5
  12:4 14:20 21:6
  22:3 33:3,5,8,11,15
  33:17 34:2,2,22
  36:7 50:8 67:20

.68:4,8,21 70:2,3
**times** 10:16
**title** 7:11,12
**topic** 32:4
**total** 40:18
**touch** 30:22
**transact** 10:8
**transaction** 36:6,12
  40:10
**transactions** 36:3
  38:3,9 40:3,8
**transcript** 3:22 44:19
  45:9 69:8,10 70:1
  70:10
**transcription** 72:6
**transition** 62:21
**transmit** 29:20
**transmitted** 48:1
**travel** 10:7,15,17,20
  11:3 12:3 49:12,18
  50:1 66:4
**traveled** 11:4
**Treasury** 57:17
**treated** 70:1
**tries** 13:21
**trigger** 39:10
**trip** 50:15 51:6,8
  53:15 54:5,20 55:2
  62:13 64:2 66:10
**trouble** 39:12
**troubled** 38:11
**Trudy** 33:14
**true** 71:8 72:5
**try** 14:1 34:5,6
**trying** 21:3 43:14
**turn** 25:2,13 45:12
  49:5 53:9
**two** 9:21 13:3 16:22
  21:8,11 44:11 64:8
**type** 39:2 41:2
**typewriting** 71:7
**typical** 49:7,15 68:8
**typically** 12:17 13:6
  14:8 31:12,17 39:10
  39:14 49:12

**typographical** 69:9

**U**

**unaware** 36:12 39:16
**underneath** 53:5
**understand** 9:5 36:5
  40:13 43:16 60:7,22
**understood** 34:21
**underwriting** 37:17
  37:22
**United** 1:1 4:10
  33:16 40:16 41:20
  42:18 58:3 59:2
  63:18
**unpaid** 26:20
**unsecured** 27:1,3
**USAA** 13:4
**USAID** 8:3 9:7 12:9
  12:22 13:17,21 23:7
  25:2,10,16 28:20,21
  29:18,20 30:2,7,21
  31:6,12,18,20 32:2
  33:1 41:22 42:20
  43:15 46:6,16 47:20
  47:21 48:17 50:5
  51:1 52:10 53:18
  62:14 64:5,9 67:5
**USAID's** 30:14 32:16
  48:2
**U.S** 40:7 57:14,17
  58:14

**V**

**vague** 6:13,20 7:17
  10:19 12:18 17:8
  20:4 22:16,20 23:8
  23:14 24:8 26:8
  27:2,10 31:14 32:19
  37:8 39:5,13 40:11
  41:4 42:2,8 43:11
  44:6 50:6 56:10
  57:5 58:11 62:2
  63:12 64:15,22
  68:10,22
**Valentine** 16:19

Capital Reporting Company

| | | | |
|---|---|---|---|
| various 67:19 | work 14:1 44:21 | 10/26/07 3:10 | **3** |
| versus 4:8 | 68:13,20 | 100 55:4,7,15,16,22 | 3 3:10 11:15 44:20 |
| Vienna 17:21 | worked 25:3,5 | 56:3 61:9 | 45:3,6,12,17 49:6 |
| Virginia 10:3,12 | wouldn't 24:4 | 11 66:20 | 30 48:19 49:2 73:12 |
| visit 50:4,7 | wrapping 56:9 | 11/13/05 51:15 | 30th 56:19 |
| voluminous 45:9 | writing 32:14,16 | 12 59:10 | 31 71:22 |
| Voutchev 18:18 | written 12:17 29:12 | 12/20/06 62:7 | |
| vs 1:6 73:6 74:8 | 29:14,15,17 47:1 | 12:40 1:20 | **4** |
| V-a-l-e-n-t-i-n-e | 48:1,5,14 | 15 1:11 6:10 57:13 | 4 3:3 11:15 |
| 16:19 | wrong 7:10 24:19,20 | 59:14 61:4,22 74:10 | 43 3:8,9,10 |
| V-o-u-t-c-h-e-v 18:19 | wrote 37:6 | 15th 6:17 | 440 1:18 2:5 |
| | www.baefinvest | 1615 1:17 2:5 | 466-3883 2:6 |
| **W** | 15:18 | 18th 45:22 46:4,15 | |
| W 15:4 52:7 72:1 | | 1821 74:2 | **5** |
| want 15:20 16:9 28:9 | **X** | 1992 6:17,18 8:6,12 | 5 11:15 49:7 |
| 44:2,12 46:9 69:5 | X 3:6 | 1995 7:12 | 500 61:19 |
| 70:8 | | 1996 7:13 | 501c3 23:4,10 42:1 |
| wanted 31:11 41:7 | **Y** | 1997 21:22 25:5,7,22 | 42:20 43:3,5,16 |
| Washington 1:10 | year 10:16 14:9 | 26:6 | 64:12 |
| 2:11 10:17,20 11:4 | 40:18,19 | | 55 8:13 58:9 59:15,18 |
| 12:3,3 30:15 31:13 | years 6:11 7:10,10 | **2** | 60:7,18 61:5 |
| 31:18,21 32:17 48:2 | 9:6 21:16,19 57:14 | 2 3:9 44:20 45:2 | 58 8:9 |
| 48:15 49:20 50:1,12 | 59:14 61:5,22 66:20 | 2:45 70:12 | |
| 52:9 62:11 63:15 | 66:20 67:18 68:6,9 | 20 47:15 48:13 | **6** |
| 66:7 67:22 68:3,5,9 | | 200 61:11 | 6 6:1 |
| 68:12,14 73:4 74:4 | **Z** | 20005 2:11 73:4 | 655 2:10 73:3 |
| Washinton 1:18 2:6 | Zero 33:9,19 | 20036 2:6 74:4 | |
| way 32:9 60:12,13 | | 2005 11:5 13:3 48:19 | **8** |
| WDC 51:15 | **0** | 49:2 50:13 67:20 | 8 30:18 |
| Web 14:14,16,19 | 00001 50:9 | 69:1 | 857-3376 74:5 |
| 15:12,13 16:4 20:6 | 0001 11:15 | 2006 13:10,11 47:15 | 879-5159 2:11 |
| 20:14 44:19 45:1,2 | 0002 11:15 | 48:13 49:3 53:11 | |
| weren't 35:21 36:6 | 0004 62:6 | 56:19 62:17 64:2,17 | **9** |
| we'll 44:20 45:9 70:6 | 0005 66:3 | 2007 1:11 6:1 11:5,12 | 99.99 22:2 |
| we're 4:11 12:4 16:1 | 003 53:9 | 12:6 29:6,7 30:18 | |
| 39:17 44:8,17 46:13 | 01 11:18 | 30:19 35:6,21 45:15 | |
| 51:22 58:5 60:22 | 05 11:18 | 45:22 46:2,4,15 | |
| 65:8 | 07-cv-00634 4:9 | 47:6,9,13 49:3 66:4 | |
| we've 27:14 60:9,10 | | 68:1,2 74:10 | |
| wind 57:12 | **1** | 2011 71:22 | |
| witness 4:4 11:7 52:3 | 1 3:8 44:18 45:1,6 | 202 2:6,11 74:5 | |
| 59:18 71:4,6,9 | 49:7 | 26 11:12 12:6 29:6 | |
| 73:12 74:9 | 1/14 52:22 | 26th 44:3 | |
| word 39:11,12 60:5 | 1:07-cv-00634 1:6 | 28 29:7 35:6 45:14 | |
| words 15:19 43:21 | 10 34:11,12,17,21 | | |
| | 66:20 | | |



## Board of Directors

**Stephen W. Fillo**
*Chairman*

*President*
*Fillo & Co.,Inc.*

*Corporate Director*
*Trustee of Foundations*

**Frank L. Bauer**
*President & Chief Executive Officer*

**Joseph J. Borgatti**
*President*
*J.J.Borgatti Associates*

**Lynn M. Daft**
*Corporate Director*

**Leonard N. Harlan**
*President*
*Castle Harlan, Inc.*

**Gary E. MacDougal**
*Chairman Emeritus*
*Bulgarian-American Enterprise Fund*

*Corporate Director*
*Trustee of Foundations*

**Anthony R. Manno, Jr.**
*Managing Director*
*Security Capital Management Group, Inc.*

**Chris J. Matlon**
*Corporate Director*

**Marshall Lee Miller**
*Partner*
*Baise & Miller, P.C.*

**Carl H. Pforzheimer III**
*Managing Partner*
*Carl H.Pforzheimer & Co.*

## Bulgarian Advisory Board Members

**Valentin Braykov**
*Braykov's Legal Office*
*Sofia,Bulgaria*

**Penko Dinev**
*Manager of Eastern Europen Operations*
*IBM CEMA*

### Management

**Frank L. Bauer**
*President & Chief Executive Officer*

**Dennis E. Fiehler**
*Chief Financial Officer*
*Sofia,Bulgaria*

**Dimiter S. Voutchev**
*Executive Director*
*Bulgarian American Credit Bank*

**Maria Sheytanova**
*Chief Operating Officer*
*Bulgarian American Credit Bank*

**Michael Hunsberger**
*Managing Director ,*
*Real Estate & Mortgage Finance*
*Sofia,Bulgaria*

**Nancy L. Schiller**
*Managing Director*
*Chicago,Illinois*

**Stoyan Dinchiiski**
*Executive Director*
*Bulgarian American Credit Bank*



EXHIBIT

1B

PENGAD 800-631-6989

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STROITELSTVO BULGARIA LTD., ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:07-cv-00634 |
| ) | |
| v. ) | |
| ) | Hon. Rosemary M. Collyer |
| THE BULGARIAN-AMERICAN ENTERPRISE ) | |
| FUND, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF NANCY L. SCHILLER

I, Nancy L. Schiller, do hereby certify and declare as follows:

### PERSONAL BACKGROUND

1.      My name is Nancy L. Schiller.  I submit this declaration in support of Defendant the Bulgarian American Enterprise Fund's ("BAEF") Motion to Dismiss Plaintiff Stroitelstvo Bulgaria's ("Stroitelstvo") Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(3) or Alternatively Based on the Doctrine of *Forum Non Conveniens* ("Motion to Dimsiss").  The facts set forth in this Declaration are based on my personal knowledge.

2.      I am Managing Director for BAEF in its Chicago, Illinois office and have held that position for the past 15 years.  In that capacity, my responsibilities include interaction with the Board of Directors, government relations, and human resources.



EXHIBIT

1C

3.      In 1989, Congress passed the Support for East European Democracy Act ("SEED Act"), 22 U.S.C. ¶§§ 5402, 5421, to promote private sector development in Poland and Hungary. The SEED Act was later expanded to provide funding for the establishment of additional enterprise funds (such as BAEF) that would promote private sector development in Eastern Europe.

4.      BAEF is a private, not-for-profit U.S. corporation established in 1991 under the Delaware General Corporation Law. BAEF is based in Chicago, Illinois. BAEF has its only U.S. office in Chicago and regularly transacts its business in Chicago. BAEF also maintains an office in Sofia, Bulgaria and regularly transacts its business in Bulgaria. BAEF's registered agent is located in Delaware.

5.      BAEF has no ongoing or regular contacts with the District of Columbia. BAEF is not a resident of the District of Columbia and maintains no office or registered agent there. BAEF is not organized under the laws of the District of Columbia. Nor does BAEF regularly transact any business in the District.

6.      The BAEF has semi-annual reporting obligations to the U.S. Agency for International Development ("USAID") as a condition of the original grant agreement between USAID and BAEF. Howevever, BAEF is not (and has never been) under the supervision of Congress. Moreover, BAEF has not received any funding from USAID within the past five years.

7.      The Bulgarian-American Credit Bank ("the Bank") is a majority-owned subsidiary of BAEF that operates exclusively in Bulgaria. The Bank operates as an investment bank in the areas of small and medium size enterprise lending, construction lending and home

mortgage lending. The bank also offers other commercial banking services. The Bank has no office in the United States, has no registered agent here, and does not regularly transact any business here.

8.    The Bank operates independently from BAEF. Among other things, BAEF is not involved in the Bank's loan transactions. BAEF was not involved in any way in the loan transaction between the Bank and Stroitelstvo. In fact, BAEF was unaware of that particular loan (and any of its details) prior to receiving notice of this lawsuit. BAEF maintains no files or records related to the Bank's specific loan transactions, including this one.

9.    After receiving notice of this lawsuit, BAEF requested and obtained from the Bank's in-house attorney a true and correct copy of the March 24, 2005 Loan Agreement referenced in the Complaint, which is attached to BAEF's Motion to Dismiss as Exhibit A. BAEF also requested and obtained from the Bank's in-house attorney a true and correct copy of the May 9, 2006 Settlement Agreement between the Bank and Stroitelstvo (also referenced in the Complaint), which is attached to BAEF's Motion to Dismiss as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  8 | 6 | 07                                          _Nancy L. Schiller_ (signature)

Nancy L. Schiller

Capital Reporting Company

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------+

STROITELSTVO BULGARIA, LTD,           :

          Plaintiff,                  :

                                      : CASE NO.

vs.                                   : 1:07-CV-00634

THE BULGARIAN-AMERICAN ENTERPRISE     :

FUND, et al,                          :

          Defendant.                  :

-------------------------------------+
```

Tuesday, December 5, 2007

Telephonic Deposition of:

SILVY CHERNEV

called for telephonic oral examination by counsel for

Plaintiff, pursuant to notice at before Janie Arriaga of

Capital Court Reporting Company, a Notary Public in and

for the District of Columbia, beginning at 8:00 a.m.,

when were present on behalf of the respective parties:

©2007

EXHIBIT

2A

Page 6

1  some --
2      A  It's a different field.  Now, here, in this
3  country, in order to become a lawyer or an attorney, or
4  since the time I graduated, I had to graduate law school
5  to pass one year legal practice at the courts, and then
6  pass the second practical, theoretical practical exam
7  with the Ministry of Justice.  And this would be enough
8  for a person to practice either a legal consultant or
9  attorney or prosecutor or judge at that time.
10     Now, I'm a partner in this law firm.  I have a
11  full teaching position, a full teaching position at two
12  universities, at Bourgas University and Plovdiv
13  University.  So I'm a principal lecturer in civil
14  procedure in these two universities.  And apart
15  from that, I'm an arbitrator and president of the court
16  of arbitration and the Bulgarian Chamber of Commerce and
17  Industry.
18     Q  Are you comfortable speaking in English
19  generally?
20     A  Yes.
21     Q  Is it your view that you can answer the
22  questions I ask you in English and effectively answer

Page 7

1  the questions?
2      A  If I have any difficulty, I will warn you.
3      Q  I will appreciate that.  Can you tell me what
4  the business address is
5      A  General Parensov 51 Street, Second Floor,
6  
7  Sofia, Bulgaria.
8      (Thereupon, Exhibit Number 1 was marked for
9      identification.)
10  BY MR. MUSOLINO:
11     Q  You should have in front of you marked as
12  Exhibit 1 with a yellow sticker on the lower right-hand
13  corner, declaration of Silvy Chernev.  Is that your
14  signature on the last page, page nine?
15     A  Yes.
16     Q  This declaration, did you draft the
17  declaration yourself?
18     A  Yes I got some assistance.
19     Q  From whom, do you know?
20     A  Stephanie Brennon.
21     Q  Did you get assistance from anyone else?
22     A  No.  Some of the preparation, I consulted with

Page 8

1  some friends, lawyers, but it was informal.
2      Q  Before we get to the substance, in terms of
3  the actual preparation and drafting of the declaration,
4  the only person with whom you worked to draft the
5  declaration was Stephanie Brennon?
6      A  Yes.
7      Q  And this declaration, did you have a chance to
8  review it before you came here today?
9      A  Yesterday.
10     Q  In the course of reviewing it, did you notice
11  anything that was inaccurate and needed correction?
12     A  Let me see.  There were two minor things.  On
13  item 26, the March 2006, it's written to challenge the
14  writ of execution needs further explanation.  Should I
15  give it now?  Just I need to clarify that there are two
16  procedural ways for defense against a writ of execution
17  of this type, and one is to challenge the issuance of
18  the writ of execution itself, while the other is to seek
19  suspension of the foreclosure proceeding that has
20  already started on the basis of this writ of execution.
21     So what was done was the latter.  So it was not
22  challenged in the

Page 9

1  strict sense of the writ of execution
2  itself, but it was
3  challenged on the forced execution
4  for the full cause.
5      Q  We will discuss that when we go through it.
6  You said there were a couple of more matters.  What else
7  did you find?
8      A  I don't have anything now.  If something occurs
9  I will just tell you.
10     Q  Thank you.  In paragraph two of your
11  declaration on page two, you say your law firm handled
12  a few matters in the past for one of the affiliates,
13  Bulgarian American Property Management.  Do you see
14  that?
15     A  Bulgarian American Property management, yes.
16     Q  Could you tell me who in your law firm handled
17  those matters?
18     A  I also participated.
19     Q  What kind of work was it, do you remember?
20     A  It was work, I think, two Real Estate court
21  cases.
22     Q  Were they related at all to the claims in this

Page 10

1  case?
2      A   Nothing to do with it.
3      Q   What kind of the court cases were they in
4  which
5  you and your firm participated on behalf of
6  Bulgarian
7  American Property Management?
8      A   In both, ownership was challenged, either was
9  challenged or
10     Q   What was your role in either of those
11  disputes?
12     A   In both, I'm representing the client before
13  the Bulgarian Courts.
14     Q   Which Bulgarian Court?  Let's take each of
15  those.  As far as you know, there was only two of these?
16     A   As far as I remember, we have many cases, the
17  first one was before
   Sofia Regional Court, the lowest
18  level court, which is the first instance venue for real
19  estate cases.  As far as I remember, the case ended
20  up -- I think there was some complaint which was
21  retrieved and it ended up as a first instance decision.
22     Q   All right.  Was the Bulgarian American

Page 11

1  Property Management the plaintiff or the complainant, do
2  you remember, or the defendant?
3      A   I don't remember.  I remember they won the
4  case.
5      Q   Do you remember who the other party was in
6  either of the cases?
7      A   It was municipality of Sofia.  I don't really
8  remember.
9      Q   Do you remember what the nature of the title
10  of dispute was?
11     A   Well, it was challenging type.  There was
12  something not clean with the title.  They had acquired a
13  piece
   of land from somebody else, from a private person.
14  And
   I don't think I can remember much more than that.
15  It
   was a standard real estate dispute.
16     Q   The problem in the chain of title, can you
17  tell me whether it involved the means by which the
18  property management company had acquired the title?
19     A   No.  The title was affected at the previous
20  level of ownership.  The private person who sold the
21  title, who
   sold the land had problems, and acquired by
22  the

Page 12

1  management company, property management company.
2  And
3  when they tried to develop some project, the
4  problem
5  appeared.
6      Q   Okay.  So that --
7      A   It had nothing to do with their --
8  enforcement of a promissory note or
9  foreclosure?
10     A   Nothing to do with that.
11     Q   Now, did you appear in court on behalf of the
12  property management?
13     A   Yes, because usually we are a few partners
14  that are engaged.  So sometimes I appear and sometimes
15  my colleague or sometimes both.  In this case, I do
16  remember that I appeared once or twice.
17     Q   Okay.
18     A   Of course, I participated in the preparation
19  of the case.
20     Q   Do you remember how long ago that case was the
21  one in Sofia Regional Court involving the municipality?
22     A   Not exactly, but it was between two and four

Page 13

1  years ago.  I don't remember the exact date.
2      Q   You said there was a second case?
3      A   The second case that is pending now.
4      Q   And is Bulgarian American Property Management
5  one of the parties in that case?
6      A   Yes.
7      Q   As a plaintiff or a defendant?
8      A   Let me see, because we are now -- okay.  I
9  need to remember.  It's, again, a problem concerning a
10  lot of land that was bought by the client, and it was --
11  because the land had been restored before that.  So,
12  again, there was a problem with the title of the
13  previous owners.
14     Q   Is the APM the only party or did it have
15  co-plaintiffs or co-defendants?
16     A   No.  If I can remember, they had third
17  parties.  I don't know if you have in American law, but
18  they have such a type of case.  It's usually that a
19  party can draw for participation from the seller, the
20  previous owner.  So this, we would call third persons
21  who do not have their own
   right, their own right in the
22  case, but who are interested

**Capital Reporting Company**

Page 14

1    in the outcome of the
2    case.
3         So it is not called defendant, but the
4    third-party
5    who does not direct interest in the subject
6    matter of the case
7    but who in a way is dependant.
8         Q    On the outcome of the case?
9         A    It has an indirect interest.
10        Q    In that case, is there an issue with respect
11   to the property management company's own method for
12   acquisition of the property?
13        A    Nothing to do with this.
14        Q    Those are the only two cases pending now?
15        A    It is pending now.  And the other party is a
16   state agency.
17        Q    What court is that in?
18        A    That's now in the second instance, Sofia City
19   Court.  It went through the First instance.
20        Q    So when you said second instance and first
21   instance, you are talking about the stage of the case?
22        A    Yes.

Page 15

1         Q    I interrupted you.
2         A    The case was won at the first instance as a
3    matter of fact.  If I have
4    to be more precise, which I'm
5    not 100 percent sure, but
6    I think the previous owners
7    had some legal argument and
8    ended up res judicata, and
9    now this newly formed agency is trying
10   to try the case
11   de novo.  So as a matter of fact, the argument existed
12   with the previous owners and it was decided.  And then
13   now somebody is trying to retry the case.
14        Q    Does your firm have a written retainer with
15   the Bulgarian American Property Management?
16        A    No.  We are working on these two.  Maybe some
17   of my colleagues have
18   given them some kind of advice on
19   other things, but we don't have anything
20   now.
21        Q    Is the Bulgarian American Property Managemen
22   a regular client of your firm or just as events come up?
23        A    I would not say regular.  We had two cases and

Page 16

1    maybe some other
2    consultations.  Some personal advice my
3    firm has given, even in those two cases, participating
4    mostly on the
5    procedural aspect.  So even in those two
6    cases, especially
7    in the now pending case, I have not
8    been very much
9    involved.
10        Q    Are you familiar with the Bulgarian American
11   Credit Bank?
12        A    The bank, I am familiar.
13        Q    We are going to call it "the bank" for
14   purposes of the deposition, but we had not used the
15   word, so when
16   we say "the bank," we are going to be
17   referring to the
18   Bulgarian American Credit Bank.
19        A    Okay.
20        Q    Were you familiar with the bank before you got
21   involved in the case?
22        A    Yes, I know the bank.  Some years ago, three
23   or four years ago, I had clients who had some disputes

Page 17

1    with other clients.  We had an agreement, an out of
2    court agreement.  And some of the
3    accounts of some
4    clients of mine were in this bank.  In order to settle
5    with somebody else, we had to have some bank
6    corporation -- I mean, the clients.  But that was
7    on the premises of the bank.  We had some negotiations
8    for two or three hours on the premises of the bank.
9    That's all I know.
10        Q    At the time, did you know of any relationship
11   between the time -- do you know of any relationship
12   between the bank and the Bulgarian American Property
13   Management Company?
14        A    Relationship between them?  I cannot remember
15   that time.  But I had the idea that this Bulgarian
16   American Management Property Company was related to th
17   bank.
18        Q    The company being --
19        A    I know that they are related in some way to
20   the bank.
21        Q    When you say "the company," you are talking
22   about the property management?

**Capital Reporting Company**

Page 18

1    A   Yes.

2    Q   Before you got involved with this case, did

3  you ever hear of the Bulgarian American Enterprise Fund?

4    A   Yes.

5    Q   For purposes of our discussion, can we refer

6  to the Bulgarian American Enterprise Fund as "the fund"?

7    A   So if you say "the fund," it would be okay.

8  I will try to remember that. You were aware

9  of the fund before you got involved in the case?

10    A   Yes.

11    Q   Can you tell me how?

12    A   15 years ago, I participated in the delegation

13  of Bulgarian lawyers that was visiting the U.S. on an

14  extended exchange program. At that time I remember that

15  we

16  visited the premises of the Bulgarian American Fund

17  that was

18  established. So we visited the premises with

19  the delegation. I remember it

20  was in Chicago. I

21  represented the fund.

22    Q   You haven't dealt with that since that time

Page 19

1  until this matter?

2      MR. SIEVE:  For the court reporter, let him

3  finish his question before you answer because it's hard

4  for the court reporter.

5      THE WITNESS:  Thank you for reminding me.

6  BY MR. MUSOLINO:

7    Q   I have to remember to let you finish your

8  answer.

9  BY MR. MUSOLINO:

10    Q   Since your visit to Chicago, but before your

11  involvement with this case, you had no other

12  involvement with the funds; right?

13    A   Not at all. Even in this visit I was not

14  involved. It was

15  just -- I was not one to fund. We

16  didn't go for business

17  there.

18    Q   Do you go to the United States for business

19  regular or even infrequently, let's say the last five

20  years?

21    A   I travel regularly.

22    Q   Do you have a family?

23    A   Yes.

Page 20

1    Q   You have family in United States?

2    A   Yes, I do.

3    Q   Without too much detail, where in the United

4  States?

5    A   Chicago.

6    Q   How often would you say you have been to the

7  United States in the last five years?

8    A   At least once a year, at least, and sometimes

9  more.

10    Q   For how long?

11    A   It depends. Around New Year's for two or

12  three weeks, and during other times, I go for one week

13  or two weeks or something like that, a short period. In

14  the past, I have been staying longer. But the last five

15  years, I've been there one to three times a year for

16  between one and three, three-and-a-half weeks. No

17  longer than a month maybe. I cannot count, but it's

18  approximately this length.

19    Q   Is it accurate for me to assume that your

20  relative is not an employee of the Fund?

21    A   No.

22    Q   Is that a correct assumption?

Page 21

1    A   No. My relatives have a company of their own.

2    Q   You don't mention -- in your professional

3  experience, have you studied American judicial

4  procedure?

5    A   No. I was in an exchange program two times.

6  Once in 1989 for three months and once in the beginning

7  from November '91 to June '92. So I was on both

8  occasions located at SIU, Southern Illinois University,

9  and the second time I was in law school. So I had a

10  chance to get some idea, but I've not studied.

11    Q   It was an exchange program. You have in the

12  course of formulating and

13  giving an expert opinion in

14  this case, you haven't

15  compared, have you, Bulgarian

16  procedural law and

17  substance of laws and American

18  procedural law; is that

19  fair?

20    A   That's fair. I have some idea as a foreign

21  lawyer, who has on different occasions, just get

22  acquainted with the

Page 22

1  American legal system. And I have
2  to add, maybe in 1993,
3  as a result of one of the
4  exchange programs I told you, a book on legal system and
5  democracy was prepared by law
6  professors from SIU,
7  Southern Illinois University, and I translated this book
8  into Bulgarian.
9      Q   Okay.
10     A   So this was a major source.
11     Q   Are you currently teaching civil procedure at
12  Bourgas University?
13     A   Yes.
14     Q   That is taught to what year student?
15     A   Yes.
16     Q   What year at Bulgaria?
17     A   Fifth at Bourgas, and second semester of
18  fourth and first semester of fifth at Plovdiv.
19     Q   And what type of books do you use for those
20  two courses, another one?
21     A   There is a major book by the most
22  distinguished

Page 23

1  Bulgarian Professor Stalev. This is a
2  book formerly
3  around 800, but really 2 or 3,000 pages.
4  It's like
5  an encyclopedia on civil procedures. That is
6  what
7  everybody teaches from.
8      Q   That is what you teach?
9      A   Yes, and from my own perception about the law.
10     Q   And I might have asked this specifically, but
11  if you look at the textbook, would we find ways to
12  discuss some of the issues that you discussed in your
13  declaration?
14     A   Yes.
15     Q   And if we were to attend your classes, would
16  we hear you discuss some of the issue that have been
17  raised in your declaration?
18     A   Yes.
19     Q   The procedural issues as well as the
20  substantive issues?
21     A   Well, procedural issues, in order to explain,
22  they need examples from substantive law.

Page 24

1      Q   You say in paragraph five of your declaration,
2  you refer to a 350-page book entitled The Instances in
3  the Civil Procedure of the Republic of Bulgaria
4  (Problems of Reform in the Civil Procedure of Law).
5      A   This is the monograph.
6      Q   When did you write it?
7      A   Two years ago. It was published, as a matter
8  of fact, in the beginning of 2006.
9      Q   In that book, would we also find discussed
10  some of the issues that you discussed in your
11  declaration?
12     A   Yes, concerning the court system and the
13  competence of
14  different levels of court in regard to a
15  civil
16  case, the problems.
17     Q   In your declaration, you say it addresses the
18  jurisdiction of courts at different levels?
19     A   Yes.
20     Q   Has there been, in the last two years, any
21  dramatic changes -- I'm asking very broad -- dramatic
22  change in the applicable procedures in Bulgarian Civil

Page 25

1  Jurisprudence?
2      A   Yes. In July of this year, a new Code of
3  Civil Procedure was adopted.
4      Q   When did that become effective or has it
5  already become effective?
6      A   In some parts it has, in the major parts,
7  which relate to domestic. In some parts this Civil
8  Procedural Code is
9  already in effect, but this is the
10  part that refers to
11  procedural relations connected to
12  Bulgarian participation in the
13  EU, European Union. The
14  major part of the law will be
15  in effect as of March 1st,
16  2008.
17     Q   Let me rephrase the question.
18     A   It's a very -- it's not an easy question to
19  answer. It's a totally new code, while a certain high
20  percentage of the regulation is the same.
21     Q   When you say "regulation," that's a synonym
22  for

8 (Pages 26 to 29)

| Page 26 |
| --- |

1  statutory regulation?
2      A   Yes, statutory regulation.
3      Q   I'll ask you your opinion on the motivation
4  for the change in the code. Let me ask if part of the
5  motivation was Bulgarian's admission into the European
6  Union?
7      A   It's complex.   Some part of the motivation is
8  related to our access to the EU.  EU is for European
9  Union.
10      Q   Has the law been changed in the last two to
11  three years in the Bulgarian constitution as it applies
12  to civil jurisprudence?
13      A   I will not say to civil, but there were two or
14  three related
15  to the court system, and, of course, to
16  civic procedure
17  as well.
18      Q   Can you tell me what they were?
19      A   Yes. They're related to the justice system in
20  general. I would say they were much more structural and
21  related to the status of judges and the status of the
22  judicial in general.

| Page 27 |
| --- |

1      Q   For instance, the tenure of judges; is that
2  one of the issues?
3      A   Yes. I don't remember -- no, not the tenure.
4      Q   Okay. To go back to your book, can you tell
5  me whether in your book, The Instances of the Civil
6  Procedure of the Republic of Bulgaria, whether you
7  address in that book any of the issues that were
8  addressed in the declaration? That's paragraph five of
9  your declaration.
10      A   I'm not sure.
11      Q   In the book we talked about that you described
12  in paragraph five of your declaration. Did you
13  cover any of those subjects that you covered elsewhere
14  in your declaration?
15      A   It's a strictly theoretical systematic
16  approach to
17  the elements of the court system. The
18  different powers
19  of the different levels of courts that
20  consider one and the same case are
21  discussed each
22  separately in relation to each other, so

| Page 28 |
| --- |

1  in general,
2  there is, of course, something that is
3  related, but it
4  is theoretical.
5      Q   In paragraph six of your declaration, you
6  mentioned bits of your earlier description of your
7  activities. You point out that you served as president
8  of the Court of Arbitration in the Bulgarian Chamber of
9  Commerce.
10      A   Yes.
11      Q   Can you tell me whether arbitration is a
12  device that's frequently used or regularly used to
13  resolve commercial disputes?
14      A   Yes. I gave you some comparative knowledge,
15  which I have because I participated in a lot
16  of arbitration of European countries.  So arbitration in
17  Bulgaria is quite a popular device for trying commercial
18  disputes.
19      Q   What are the advantages and disadvantages, in
20  your opinion, as compared to the Bulgarian judicial
21  system itself?
22      A   The advantages are the -- well, they're more

| Page 29 |
| --- |

1  economic and a faster procedure, one instance procedure.
2      Q   I take it there's no appeal typically in
3  arbitration?
4      A   No. There is only extraordinary procedure for
5  setting aside, but it's a very narrow ground. For
6  example, if an arbitrator awards an issue, there was
7  no -- for example, a number of grounds, but one of them
8  is
9  lack of valid arbitration agreement. The court --
10  if the
11  court -- if the arbitrator tribunal had
12  pronounced on dispute, it
13  was not referred to it --
14  well, it is a standard set of
15  grounds for setting aside
16  arbitrator awards, which is derived from
17  law of arbitration.
18      Q   You mentioned a couple of the advantages.  Are
19  there any others?
20      A   Yes. Arbitration, being a one instance
21  procedure
22  appears, to be less expensive.  Of course,
that's

Page 30

```
1   not valid in all arbitrations, but in general,
2   it's less expensive. And
3   in particular, in the case of
4   Bulgaria, we have
5   arbitrators who are highly qualified
6   lawyers.
7       Q   Without referring to any specific client,
8   would you typically recommend arbitration to a
9   commercial client rather than going into the Bulgarian
10  court system?
11      A   It depends, but in general, arbitration is a
12  good means for trying disputes.
13      Q   All right. Can you tell me how you first --
14      A   I am partial on the issue of arbitration, so I
15  would recommend the general assessment. I've been
16  very much involved in arbitration in this country, so I
17  cannot give an impartial statement on this issue.
18      Q   Let me ask you, among the factors they
19  would consider generally in discussing the options
20  available to a client, arbitration for the Bulgarian
21  judicial system, would you take into account the ability
22  or the inability, depending on your opinion, of the
```

Page 31

```
1   Bulgarian court system to give a fair, efficient
2   hearing to your client's case?
3       MR. SIEVE: I'm going to object. That's
4   compound; multiple compound.
5   BY MR. MUSOLINO:
6       Q   Q   You can answer it if you understand it,
7   but I will be happy to rephrase it if you think it's
8   exceptionally compound?
9       A   I would rather recommend arbitration for the
10  smaller period of time it takes.
11      Q   Is that the only factor?
12      A   Of course, if we had a different occasional
13  proceeding, arbitration would resort to all things I
14  feel are an advantage, because I do lectures on
15  arbitration all around the country. So I don't think it
16  would be fair for me to make this judgment now, to
17  distinct between arbitration and the court system in a
18  fair way. No one cares to discuss whether they should
19  use arbitration or not.
20      Q   Now, have there been any occasions when you
21  would consider -- without giving me specifics -- whether
22  or not a Bulgarian Court is capable of handling a
```

Page 32

```
1   commercial dispute fairly or efficiently?
2       A   Yes, of course. In my teaching career and
3   educating other lawyers that I pointed to certain
4   shortcomings
5   of the Bulgarian Court system.
6       Q   Which are what?
7       A   More or less a phenomenon that a lot of
8   parties abuse the procedure, which makes it
9   very lengthy, of course. I resorted to some cases where
10  I have
11  felt that the court had not been - had not been
12  done
13  quickly enough or have made some mistakes
14      Q   Other than --
15      A   In my book, I have been very vocal pointing to
16  all possible shortcomings, but this is the way how it
17  goes.
18      Q   In your book, do you include among the
19  shortcomings, a level of competence of the Bulgarian
20  judicial system, at least with respect to complicated
21  commercial.
22      A   I don't know where I have dealt with,
```

Page 33

```
1   especially
2   commercial matters because general or until
3   the new
4   code, commercial disputes were treated under
5   general procedure.
6       Q   You include among your criticisms in your
7   book, the competent code of law of the Bulgarian
8   judicial system to handle matters of any particular
9   kind.
10      A   Not necessarily related to any particular kind
11  of matters. That's a shortcoming of the judicial
12  procedure or not so
13  much the procedure, but certain
14  aspects of the application of the procedure. I would
15  not say that my criticism was aimed
16  only at the way it's
17  practiced by the court, but also a multiple set of
18  factors, including behavior of parties, attorney, and so
19  on.
20      Q   Have you ever criticized a Bulgarian court
21  system because of improper influence on the judicial
22  decision that you processed?
```

Page 34

1    A    I have had some reservations, but I don't know
2    whether I have vocally criticized.
3    Q    When you say you had some reservations, you
4    mean in your own --
5    A    No, some people have heard different
6    complaints --
7    Q    That court decision --
8    A    Some --
9    Q    Some court decisions --
10    A    Some court decisions on particular occasions.
11    Q    Are the result of improper influence?
12    A    No. There have been suspicions. I don't have
13    any particular information. I mean, serious evidence,
14    I have heard, and
15    sometimes myself some suspicion in
16    some particular
17    cases.
18    Q    I was reading paragraph seven of your
19    declaration when you said, I have advocated for numerous
20    legal and judicial reform initiatives in Bulgaria and
21    have drafted several laws. Let's stop there for a
22    second. What period of

Page 35

1    time are you covering here in
2    paragraph seven?
3    A    A long time. I started work on legal reform
4    as early
5    as 1984.
6    Q    1984 before democratization?
7    A    Yes.
8    Q    Am I correct that democratization was in 1990
9    and 1991?
10    A    A    1989, 1990, 1991, and on.
11    Q    So before democratization, you were already
12    proposing reforms?
13    A    I participated in drafting groups.
14    Q    In drafting groups and drafting proposed
15    statutes?
16    A    Civil procedure.
17    Q    Could you tell me, were these formal groups or
18    informal?
19    A    Legislative council. It was a state official
20    body, and I was attracted as a young scholar to
21    participate in the procedural
22    code.

Page 36

1    Q    Were any of the amendments related to the
2    subjects you discussed in the declaration, do you
3    recall?
4    A    It was 25 years ago. Unfortunately, no. I
5    remember some of the things at the time, but it's far,
6    far away.
7    Q    You say, many of my proposals -- I'm reading,
8    again, from paragraph seven -- many of my proposals have
9    been adopted into law in Bulgaria. What time period of
10    time are you talking about?
11    A    Beginning over an extended period of between
12    15 and 25 years.
13    Q    Did you have any role in the drafting of the
14    new code which you talked about a little earlier?
15    A    Minor, because I was at the same time, I was
16    writing a book, which was dedicated on the most
17    contentious part of Civil
18    Procedure Code. So I did not
19    want to be formally
20    involved so I could maintain my
21    scientific independence. But I participated in
22    consultations on one

Page 37

1    part. For the first time, class
2    actions were introduced. This is a very small part, and
3    I worked on this
4    part. This was the first time that
5    such a procedure is
6    being introduced.
7    Q    Has that law been filed yet or is that law not
8    in effect yet?
9    A    You know, some class actions were filed before
10    the procedure, so the legislative was forced to think
11    about
12    the introduction of a procedure. Otherwise, they
13    have
14    had some excerpts already, but no procedure. So
15    everybody is waiting until March the 1st.
16    Q    When you say here "many of my proposals have
17    been adopted into law in Bulgaria," are you talking
18    about the period of time prior to 1989?
19    A    No. Prior to '89, I was in a culture in which
20    young people are not treated as something valuable, so
21    at that time I was only participating, and later on,
22    some of my proposals have been introduced.

Page 54

1    A  Yes. This is the term used by our
2    constitution, and it compromises of all of the judges,
3    prosecutors, and investigators. They are considered to
4    be independent magistrates. So in certain -- not in
5    certain aspects, but for some prosecutors, one or
6    two
7    investigators participate on the Judicial Council.
8    Q  In paragraph ten you describe the four-tier
9    system; correct?
10   A  Yes.
11   Q  Let me ask you about the judges on the
12   regional court and the district court, because it's my
13   understanding from your declaration that those are the
14   courts of first instance?
15   A  Well, the regional courts are the general,
16   first interest, while the district courts serve both as
17   first and second instance while the appellate courts
18   only serve as second instance to cases which are
19   treated before the district court as first instance.
20   Q  Who selects or appoints the judges for the
21   regional courts and the district court?
22   A  The same, judicial council.

Page 55

1    Q  The same for all four levels?
2    A  Yes, except for the top person, the justice --
3    not justice, but the president of the supreme court. So
4    all of them are. All of them are.
5        (Thereupon, Exhibit Number 2 was marked for
6        identification.)
7    BY MR. MUSOLINO:
8    Q  The complaint that I showed you -- it was
9    filed in Washington -- Exhibit 2 here, where was that
10   complaint properly filed? In Bulgaria?
11   A  It's a complex complaint. It's a combination
12   of a number of claims. So it might have been filed
13   at the second level district, because usually the
14   distinction in jurisdiction between the law in lowest
15   and the second level is the summit issue, so I
16   think here it normally be the district court.
17   Q  Which particular district court -- Sofia -- in
18   this particular case?
19   A  Sofia City Court.
20   Q  Can you, in your experience, point me to any
21   cases with which you are familiar, either in your
22   professional experience or as a professor that were

Page 56

1    litigated in a Bulgarian Regional District Court or
2    regional court similar to this particular case,
3    Deposition Exhibit Number 2?
4    A  I would say that, of course, all of those
5    types of behavior and claims would have been treated,
6    but I will not say that it would be such a combined
7    statement of different claims on different sets of
8    issues.
9    Q  That is a complaint that combined with a
10   number of different issues, would be different from any
11   of the complaints that you have had professional
12   experience with, as of this point? Is that a fair
13   statement in Bulgarian courts?
14   A  This type of complaint compromises a number of
15   issues, and normally those that are related to the
16   breach of contract would be the subject matter of one --
17   one statement of claims. And the others that are
18   claiming some sort of
19   improper behavior would be the
20   subject of another claim. There is no obstacle -- there
21   is no technical obstacle with the particular requirement
22   for each claim for a combination of those claims in one

Page 57

1    proceeding.
2    Q  But you haven't seen it before?
3    A  It's not usual to combine torts and
4    contractual claims in the same procedure. The
5    contractual claims here, we have between two different
6    defendants. So usually the claim against the bank would
7    be in one proceeding, and the claims against the other
8    defendant be in a different proceeding, I mean, those
9    types of claims.
10   Q  Let me ask you then with respect to this
11   complaint. This complaint, if it would be filed in
12   Bulgaria, it would be filed in the Sofia District Court;
13   am I correct?
14   A  Yes, because the defendant, who would be the
15   bank, the bank has its office in Sofia.
16   Q  What about the claim against the fund?
17   A  The claim against the fund would not be a
18   contractual claim. It would be a tort claim. So it
19   would be, again, on the place where -- where the tort
20   occurred or
21   the result of where the tort occurred.
22   Q  But it would still be at the same level of

Page 58

1    court?
2        A    Yes, because any claim that exceeds with the
3    current law, any claim that exceeds something like
4    $7,000, would be within the competence of the second
5    level of court
6        Q    I take you don't have a jury trial in civil
7    cases in Bulgaria; correct?
8        A    Not any longer. It's a very different system
9    from the American system. We have lay members, but it's
10    one in the same panel. And it's one professional judge
11    and two
12    lay people, but this is no longer the case in
13    civil cases. Until
14    recently we had it. It gradually
15    was diminishing.
16        Q    After a complaint has been filed, once there 2
17    was a complaint against the fund filed in Sofia, what
18    procedurally is the next step?
19        A    Procedurally, the next step is the serving of
20    statement of claim to the defendant. Under the current
21    law, the defendant is not obliged to give an answer or
22    there is no exchange of papers before. So a first

Page 59

1    preparatory open hearing
2    with the court will be fixed.
3        Q    After the hearing, what happens?
4        A    After the hearing?
5        Q    This is under the previous law?
6        A    No, under the current. It's old, but it is
7    still current. There is no new one.
8        Q    So under the law as it exists now, what would
9    happen -- what should happen at the hearing?
10        A    At the hearing, the claimant would restate
11    whether he reaffirms all claims. He would point to the
12    evidence that he
13    would like to be collected on the case,
14    and he would
15    make further demands related to the
16    evidence collection; while the defendant would state his
17    position on the
18    clams, would challenge, probably admit
19    the factual claims or the
20    claim in general. He will
21    state his objections, factual and legal, to the claim.
22    He would point to

Page 60

1    evidence.
2        Then the
3    defendant may also demand from the
4    court that some
5    either witness testimony or expert
6    witness testimony be admitted, and then the court will
7    pronounce all evidentiary or other preliminary
8    issues,
9    of course. The defendant may change the
10    jurisdiction in
11    all procedural matters.
12        Q    Before the preliminary hearing, was there
13    motions or memorandum filed by either side in order to
14    apprise the judge in advance?
15        A    No, that's not compulsory, the new code would
16    require exchange of papers before we are in the hearing
17    But
18    the current law -- as a matter of fact, the
19    defendant
20    might file both a response to the statement of
20    claim and
        make some motions, but that's not obligated.
21    So the
22    first time the defendant may appear is during the

Page 61

1    first open hearing.
2        Q    Under the current law, typically would there
3    only be one defendant?
4        A    No, it's possible to have multiple defendants.
5        Q    If I use the term "discovery" in American
6    term, would you be familiar at all with that term?
7        A    If I am --
8        Q    Are you familiar with -- let me ask you this
9    question.
10        A    But let me add, there is a procedure
11    possibility for each party to demand that the other
12    party be not only invited, but be -- well, to present
13    evidence of what the party believes in the other party.
14    If the party fails to produce the evidence, the court
15    might have some conclusions even based on the behavior
16        Q    Have you ever been deposed before yourself?
17        A    No. And if I knew I was going to be deposed,
18    I not sure that I would have participated.
19        Q    It hasn't been that bad for you so far, has
20    it?
21        A    No, but there is still two hours ahead.
22        Q    Have you ever deposed anyone yourself in a

| Page 62 |
|---|
| 1  Bulgaria case? |
| 2      A  If you mean by "depose" -- yes, I have |
| 3  inquired witnesses. I have not inquired anybody on |
| 4  legal issues, because normally we have Bulgarian law |
| 5  applicable |
| 6  before Bulgarian courts. While I have |
| 7  participated in international arbitration, I have been |
| 8  the arbiter, I have testified. |
| 9      Q  Is there a provision in the current Bulgarian |
| 10  Procedure Code in the taking of the deposition like this |
| 11  before trial? |
| 12      A  Yes. If this -- there are two types. One may |
| 13  demand from the court a deposition taken from testimony. |
| 14  Before a hearing, if there is a danger that later on it |
| 15  would be difficult to collect the evidence, at least |
| 16  preliminary collection of witness testimony, and, of |
| 17  course, |
| 18  during the process, witnesses are inquired |
| 19  before the |
| 20  court. |
| 20      Q  When you say "before the court," do you |
| 21  mean -- |
| 22      A  In an open session. And, also, sometimes it |

| Page 63 |
|---|
| 1  is also possible -- even now possible in the new code |
| 2  for taking such |
| 3  deposition required by another court to |
| 4  be used. If |
| 5  there is a deposition that -- if it is |
| 6  impossible for |
| 7  the witness to appear before the court, |
| 8  the court may |
| 9  delegate it to another court. |
| 10      Q  The depositions you talked about, are they |
| 11  depositions to preserve testimony at trial because the |
| 12  witness may not be available at trial? |
| 13      A  Yes. Two types, the first type is the |
| 14  preliminary, whether it is danger that a witness might |
| 15  not be |
| 16  available later. But in the second case, this |
| 17  is |
| 18  called collection of evidence by delegation to be |
| 19  continued or difficult for a witness to appear before |
| 20  the court. So in this case the court may ask for |
| 21  another court. It's not only related to witnesses, but |
| 22  to any collection of evidence. |

| Page 64 |
|---|
| 1      Q  Can a party take a deposition of another party |
| 2  simply |
| 3  for the purposes of discovering what the other |
| 4  party knows? |
| 5      A  It is a different system here. The statements |
| 6  of the party are not given under oath and usually they |
| 7  are not |
| 8  treated as evidence. Only information that's |
| 9  unfavorable |
| 10  for the particular party can be used as |
| 11  evidence, otherwise the |
| 12  statements are not treated as |
| 13  evidence. So there is a possibility that the party be |
| 14  summoned by the court to |
| 15  give answers to questions, and |
| 16  then a hearing is fixed |
| 17  [sic], and the party might be |
| 18  not invited, but, you |
| 19  know, forced by the court to give |
| 20  answers. If the party fails to give answers, that might |
| 21  be interpreted against it. |
| 22      Q  How often, in your experience has the court, |

| Page 65 |
|---|
| 1  the Bulgarian court, ordered a party to give answers |
| 2  to questions in advance of the trial? Is it a regular |
| 3  event? |
| 4      A  No. The whole structure of the process is |
| 5  different. I told you, first, because we have to |
| 6  preparatory open hearing, which is usually what we do |
| 7  before appearing to the court. There might be two or |
| 8  three or four or five hearings before things can mature |
| 9  for the collection of evidence for the real hearing of |
| 10  testimony. So it's a different structure of the process |
| 11      Q  When you say "hearing of evidence," is that at |
| 12  trial or do you not use that term -- |
| 13      A  We use, but usually it's different. So we |
| 14  cannot use word for word. If you look at the |
| 15  dictionary, trial, it would be the same, but the meaning |
| 16  is different. |
| 17      Q  Do you know what an interrogatory is? |
| 18      A  Interrogatory? What is that? |
| 19      Q  I want you to assume something. In an |
| 20  American procedure, a party can send questions to the |
| 21  other party and be answered by the other party under |
| 22  oath before the presentation of the evidence. |

Page 66

1    A    Here it can be the process. It's possible
2    that one of the parties may give a list question that
3    would be communicated to the other party. An oral
4    hearing would be fixed. The other party will be
5    expected to answer those questions, but it's not under
6    oath. But then the court may draw conclusions from
7    those answers, from even the reluctance of the party to
8    give answers. So it's similar, but not the same.
9    Q    We have a procedure called request for
10   production of documents when one party asks the other
11   party to produce documents of certain categories that
12   might lead to evidence related to the case.
13   A    Yes, I think I answered this question earlier.
14   And the answer is it is possible for the party to
15   request
16   from court that the court direct the other party
17   to
18   produce written evidence, documents, and also the
19   party
20   may request or direct some third-party to produce
21   evidence.
22   Q    By some form of subpoena or court order?

Page 67

1    A    Yes. In one case it's only within the pending
2    proceeding while the other case is court would give an
3    order to
4    the third-party.
5    Q    How common is it to get permission from the
6    court to get documents from a non-party to a case?
7    A    Quite common.
8    Q    Does this happen after the preliminary hearing
9    we talked about?
10   A    This can happen at anytime. You see the
11   proceeding is not concentrating, but at any time any
12   evidentiary issue
13   occurs, because later on, new facts
14   may be introduced and new
15   evidence might be necessary.
16   So this can happen at any
17   time. As far as it is
18   admissible at a certain stage of
19   the proceeding to
20   introduce assertions and to collect evidence, and
21   in the current now, under the collection of evidence, it
22   is possible until the conclusion of the appellate

Page 68

1    instance.
2    Q    What is the change from that system and the
3    new change?
4    A    There will be strict rules. The party won't
5    be able to present to introduce assertions and present
6    evidence
7    if it can't be able to do that earlier. Now,
8    even if
9    still be
10   able to introduce information into the process
11   at a later stage, if that is necessary, to clear up
12   the -- to clarify the facts of the case. And if the
13   party was negligent to introduce
14   information earlier,
15   they might be fined by the court. But still the
16   information will be permissible.
17   Q    Is there a procedure in place before the court
18   rules for either party -- before the court hears the
19   evidence, is there a procedure in place for the
20   court either to move to dismiss the case for legal
21   grounds or for the plaintiff to ask that the judgment be
22   entered in favor of the plaintiff?

Page 69

1    A    Under the current law, the case would be when
2    there is no procedural -- so-called procedural
3    prerequisite of the process. There are a set of issues
4    that are
5    decided before going to the merits of the case.
6    So
7    there are such examples of such a procedure. If the
8    venue is not complied with, then the defendant might
9    request that the case be dismissed, or if there is res
10   judicata also. So there are a number of different
11   issues that might lead to the termination of the case
12   before going to the substance.
13   And the second question, the plaintiff cannot
14   ask for a summary judgment, but under the new court, he
15   will have discretion.
16   Q    Have you ever been involved in a case in
17   Bulgaria where American law had to be applied?
18   A    No.
19   Q    Are Bulgarian courts competent to make
20   decisions based upon American law?
21   MR. SIEVE: I'm going to object; that's
22   overbroad.

Page 70

1    A    Well, in general, there are procedures
2    whenever the applicable law is different from Bulgaria
3    law. When the foreign law is to be applied, under the
4    the old law, the parties had to prove the foreign law.
5    I don't exactly remember what was the solution was, but
6    it was a simplified procedure.
7    BY MR. MUSOLINO:
8    Q    Q    Now, when, hypothetically, this case is
9    filed in Sofia, would the case be resolved by a single
10   judge?
11   A    At the first instance, yes. In the second
12   instance, three judges. Third instance, three judges.
13   Q    And during the resolution of the first
14   instance -- you had mentioned magistrates before. Do
15   magistrates get involved at all?
16   A    No. Magistrate is a word that involves
17   judges, and prosecutors and investigators are treated as
18   such while cases are heard only by judges.
19   Q    And no magistrate would have a role in the
20   disposition?
21   A    No, always the judge.
22   Q    Can you turn to paragraph 13 on page four of

Page 71

1    your declaration. You said: Bulgarian courts are fully
2    developed and operating at full capacity. Is that an
3    accurate statement?
4    A    Yes.
5    Q    And by "fully developed," can you tell me what
6    you mean?
7    A    A    Well, this is a court system that has
8    existed for more than 120 years. And I say fully
9    developed it covers all sorts of human behavior and
10   human relationships, that's what I mean.
11   Q    Are the Bulgarian courts operating you say at
12   full capacity, what do you mean by "full capacity"?
13   A    Well, they should again mean that they can
14   cover -- all
15   possible relationships, legal
16   relationships.
17   Q    Are the Sofia regional courts capable of
18   addressing all issues in the complaint in Washington?
19   A    Yes, all sorts of behavior and legal
20   relationships have a certain equivalent under Bulgarian
21   Law is not
22   the same, but all sorts of human

Page 72

1    relationships should have coverage and some issues
2    however would be treated by criminal courts. I'm not a
3    expert in criminal law.
4    Q    What issues --
5    A    Well, some of the issues to --
6    Q    Let's go through the complaint. We'll start
7    with count one.
8    A    The initial complaint or the amended
9    complaint?
10   Q    The initial complaint. I want to go through
11   the violation that you mentioned in your --
12   A    Which number?
13   Q    Count one on page seven paragraph 36 reference
14   of paragraph of the complaint. In your declaration, you
15   mentioned the RICO claim in paragraph 21 of your
16   declaration --
17   A    No, I did not mean the particular factual
18   composition of the RICO claim, but I relate to the fact
19   of the --
20        MR. SIEVE: Why don't you review 21, so we are
21   all on the same page.
22   A    I referred to the facts that are claimed and

Page 73

1    what I said, but there is a remedy for these types of
2    behavior. I have reviewed the general allegations made
3    in the complaint, although not all of the specific
4    claims asserted have exact Bulgarian equivalents. But
5    the type of remedies available for the type of conduct
6    for each type of set of facts. There is an equivalent
7    including criminal law. Of course, it is different
8    legal system, different
     approach, different formulation
9    of the factual composition of the law norms.
10   Q    The RICO claim --
11   A    The RICO claim, I admit that I don't know, but
12   I reviewed the facts of the claim, and those facts can
13   find under Bulgarian law, not under the RICO.
14   Q    Well, where would the remedy be under
15   Bulgarian law?
16   A    Different laws. First of all, a great part of
17   the claim would be in contractual law. A number of
18   claims would be covered
19   by law of obligations and
20   contracts. It will refer to all
21   relations, all sort of
22   behavior, improper claims by the

**Capital Reporting Company**

Page 74

1  complainant, related to
2  that agreement and the
3  infringement of this agreement
4  explained by the claimant infringement by the bank.
5  This would be one set. The second set would be covered
6  probably by
7  torts, which is, again, under Bulgarian law
8  considered
to be a part of obligation law, but a
9  different source
10  of obligation. I'm sure that -- I am
11  not an expert of
12  criminal law.
13  Some of the behaviors that quantified as tort,
14  those will constitute the composition of a certain kind.
15  I cannot say for sure which kind, and I cannot make the
16  proper quantification, but I have to stress on the fact
17  that the Bulgarian notion on tort and the formulation of
18  the tort is very, very broad. Anybody could have done
19  any damage to anyone should repair. It means this
20  covers
21  all sorts of improper behavior outside an
22  agreement

Page 75

1  sophisticated modern approach
2  would even admit that
3  between parties in a certain existing
4  relationship,
5  contractual, also some tort claims may
6  arise if those
7  torts are not necessarily related to the
8  breach of the
9  contract, but to some other behavior of a party to a
10  contract.
11  Q  In Count 1 or the facts related to Count 1,
12  can you tell me whether you participated in a case in
13  the Bulgarian Judicial System similar to the factual
14  allegations that are in Count 1?
15  A  What would be the complex of facts.
16  Q  My question to you is whether the facts which
17  support the regional claim, not the law, whether the
18  facts support the regional claim as alleged in the
19  complaint? Can you tell me whether you can think of a
20  case where you were involved in similar type of facts?
21  A  I can tell you that for sure I participated in
22  things that are related to infringement and improper

Page 76

1  behavior related to parties to an agreement. I have not
2  been involved in many tort cases.
3  Q  In the course of your lectures, can you tell
4  me whether you've identified cases in your lectures
5  which involve the sort of facts that plaintiff alleges
6  to support RICO claims?
7  A  Yes, but not extensive.
8  Q  Would it be fair to characterize the facts
9  related to this case as unusual in the experience of
10  judges in Bulgarian court?
11  MR. SIEVE: Object; overbroad; no foundation.
12  A  Well, concerning the contractual claims, it's
13  quite usual. It's all very usual. While the tort
14  claims, there
is not -- no widespread practice in
15  Bulgaria, and, also, some of the torts may also be
16  criminal law.
17  BY MR. MUSOLINO:
18  Q  When you say some of the tort claims are also
19  criminal law, do you mean that it's more likely that
20  the tort claims would be addressed in criminal
21  proceedings rather -- rather than civil proceedings or
22  both in civil and criminal?

Page 77

1  A  Under our legal system, if there is a criminal
2  proceeding pending in the respective civil proceeding,
3  it should be
4  suspended. If there is a coincidence to a
5  law
6  ongoing
7  criminal proceeding, it will be suspended until
8  the case
is decided by the criminal court. And then the
9  verdict
10  would be compulsory for the civil court
11  concerning the subject of
12  the crime and the factual
13  composition.
14  Q  When you testified that each of the claims in
15  this case have available remedy somewhere in the
16  Bulgarian judicial system, are you taking into account
17  the availability of criminal prosecution as one of those
18  remedies?
19  A  Also, I have to add that even each person who
20  has suffered damage as a result of the criminal activity
21  can
22  also participate as a civil claimant in the criminal

**Capital Reporting Company**

Page 78

1 proceeding. There is a lot of possibilities.
2    Q    That means what?
3    A    That means that even the criminal court can
4 award damages resulting from a criminal activity.
5    Q    Can a criminal court awarded damages --
6    A    Resulting from a crime, but from a crime that
7 is the scope of the criminal procedure -- proceeding --
8    Q    -- of violation of American law, would the
9 court in Bulgaria --
10    A    I have not tried to assess the result of the
11 violation of the American law since I am not familiar
12 with the American law, but I am trying to give my
13 testimony on alleged behavior. I don't know what may
14 happen under any
15 other law. But this type of behavior
16 that is being
alleged should be -- should be possible,
17 and maybe -- it
18 is possible to address it in Bulgarian
19 court. More or
20 less, Bulgarian can be fully
21 comprehensive legal system giving access
22 to all sorts of

Page 79

1 human behavior
2    Q    When you say Bulgarian courts, are you talking
3 just about civil courts or civil and criminal?
4    A    Well, there are some differences. In general,
5 criminal law is comparable, up to my knowledge. I'm not
6 an expert.
7    Q    Tell me if the plaintiff in this case had
8 nothing but Count 1, the facts in Count 1.
9    A    Now you are trying to make me say something
10 that I don't say. It's not the
11 RICO claim, but it is a
12 claim constituted for the facts that the claimant is
13 claiming. And if the claimant says
14 this is a breach of
15 the agreement, this was a conspiracy to strip me of my
16 assets, this and this and this, this would be
17 remedied in Bulgaria. I don't say anything about the
18 legal thing because I don't
19 know.
20    Q    So let's take the claim of conspiracy. That
21 may be filed as what in Bulgarian court? A tort claim?
22 If it's a result of activity as explained here, it's a

Page 80

1 tort. Can you explain that a little more?
2    A    Because it's not only claims that there was a
3 conspiracy, but there is a result that the complainant
4 was stripped of the -- if the contractual liability is
5 not sufficient to address all claims, then it will be a
6 tort claim.
7    Q    So the tort claim is only available if the
8 contract remedy is --
9    A    No, no, I'm not saying this. What I'm saying
10 is that here we have a combination effect, a certain set
11 which is related to infringement and improper
12 behavior related to an existing based on an agreement.
13 Well, there are some sorts of factual claims that go
14 beyond the behavior of a party to an agreement.
15    So if, for example -- let me be clear. If one
16 is claiming that the party to the agreement acted in
17 fraud with regard to the conclusion of the agreement,
18 there will be a contractual fraud claim; but if it is
19 claimed that there was conspiracy to strip the party of
20 the assets, which is
21 little bit beyond the fraud in the
22 contractual

Page 81

1 relationship, then it might be a general
2 tort.
3    Q    And conspiracies to strip assets, are they a
4 frequently litigated claim in Bulgarian court?
5    A    I would not say frequently, but yes.
6    Q    But still -- the remedy is whatever the tort
7 remedy is?
8    A    Well, civil law remedies are tort and
9 contractual.
10    Q    Can you turn to count three on page ten.
11    A    Which count?
12    Q    Count three. Have you ever identified in your
13 lecture a case with that kind of claim as litigated in
14 the Bulgarian court?
15    A    I lectured in procedure. I have not as an
16 example, but not necessarily with this kind of claim.
17    Q    Would this kind of claim be the sort of claim
18 that you would recommend to take to arbitration?
19    A    I would not say so because arbitration should
20 be covered by an agreement concerning a particular --
21 if this would be treated as a breach of the agreement,
22 why not, yeah.

**Capital Reporting Company**

22 (Pages 82 to 85)

Page 82

1      Q    Something with --
2      A    But no one would -- the normal way of reaching
3    out for an arbitration agreement is beforehand or in
4    concurrence with the conclusion of the agreement. While
5    this particular sort of whatever will occur later, so I
6    don't
7    think anyone would make an arbitration agreement
8    or
9    right to have an arbitration agreement in the course
10   of
11   a broker relationship.
12     Q    Assume that there are multiple parties,
13   multiple contracts with multiple arbitration provisions,
14   and your client has a claim that one of the contracting
15   parties he has an arbitration provision he interfered
16   with one of the other contracts in part of this
17   transaction, would there be any reason not to take that
18   claim to arbitration?
19     A    The way the arbitration is regulated, multiple
20   party arbitration would be very rare.
21     Q    I'm not talking about multiple party
22   arbitration. I'm talking about one of the parties in an

Page 83

1    arbitration, because that party interferes with another
2    contract related to the same transaction?
3      A    It should be different, and there would be an
4    objection related to the lack of arbitration confidence.
5    And I would not recommend for such a complex for this
6    subject
7    point of view go to arbitration. That would be
8    related to the general regulation of
9    arbitration to the
10   New York convention, which is
11   applicable. So I would
12   not apply it. I would prefer
13   the courts.
14     Q    When you say New York Convention, you mean the
15   New York Convention on the enforcement of arbitration?
16     A    I mean the avenue of that arbitration.
17     Q    Can you -- did you finish? I thought I heard
18   another sentence coming?
19     A    You have to forgive me. Being a professional,
20   naturally I talk too much.
21     Q    Count 4, page 11 of the complaint, and it's a
22   bit
     different from Count 3, intentional interference,

Page 84

1    can I correctly assume that your answer with respect to
2    this
3    claim would not be different from your answer with
4    the
5    intentional
6    interference?
7          MR. SIEVE: Objection. I am not sure what
8    question you are referring to. I understand what you're
9    trying to do, but you asked a lot of questions. So I am
10   going to object that it's overbroad.
11     A    Yes, This would be the general thought.
12   BY MR. MUSOLINO:
13     Q    And I take it -- correct me if I am wrong --
14   that you haven't personally litigated in this type of
15   claim in Bulgarian Court that had intentional
16   interference with respect to this claim?
17     A    No, no, I would not say it is very common.
18     Q    Can you turn to Count 5, page 12, breach of
19   fiduciary duty. Have you litigated fiduciary duty
20   claims yourself in your professional experience?
21     A    No.
22     Q    Have you covered this in your various

Page 85

1    lectures?
2      A    Yes, but it's generally -- what is usual but
3    this type of claims goes together with other claims.
4      Q    Can you explain that a little more to me?
5      A    It's a particular claim related to certain
6    breach of contract. I would also relay that this is
7    breach
8    of fiduciary duty.
9      Q    So the Bulgarian court recognize the concept
10   of fiduciary duty?
11     A    Yes, it is a general requirement of the law.
12     Q    Let me say a different question. Do Bulgarian
13   courts recognize the concept of a duty arising out of a
14   particular relationship between the higher
15   responsibility between parties than just good faith?
16     A    Yes. It's not usual that this is litigated --
17   in the legal theory, this is not litigated.
18     Q    When you say it's not litigated, do you know
19   why it is not litigated? Can you tell me why it is
20   not -- you shook your head no.
21     A    Okay. Well, maybe lack of tradition.
22     Q    Count 6 is abuse of process, on the same page.
     Have you litigated abuse of process cases?

Page 86

1     A    No, but I have been teaching a lot about this.
2   I will say there is no abuse of process in this country.
3   I guess -- it's not a tradition. Although it exists for
4   many years, it's not a tradition. And the abuse of
5   process has been a phenomenon in the last 10 to 15
6   years.
7     Q    As a claim?
8     A    Not as a claim, as a phenomenon. And maybe
9   there are claims now and then, but I'm not familiar with
10  such claims.
11    Q    The last count, can you tell me whether there
12  is a recognized concept or liability in Bulgaria courts
13  flowing out of allegations of civil conspiracy?
14    A    It is more likely in a civil case.
15    Q    Do you mean it's more likely in a civil case
16  than a criminal case?
17    A    No, if it's a result of behavior --
18    Q    Do you know of any cases that has alleged --
19    A    No.
20    Q    -- that liability?
21    A    No, I don't know.
22    Q    At the --

Page 87

1     A    Normally, I go for commercial cases arising
2   from contractual relations. So my knowledge of tort is
3   more general.
4     Q    Going through the complaint as a whole, is it
5   fair to say that if this complaint got filed in this
6   form
7   incorporating Bulgarian law to the extent you
8   testified
9   would be applicable, that it would be a case
10  that would
11  be unlike most of the cases that found their
12  way into a Sofia court?
13    A    I told you it would not be one case.
14    Q    It would not be one case; it would be split up
15  into different cases?
16    A    Most probably, and especially those two
17  defendants. I don't see -- apart from the allegations
18  of conspiracy between the two defendants, it's not the
19  normal one to put one and the same proceeding.
20    Q    Let me ask you about the tort claims, and
21  against whom they can be brought. Can a tort claim be
22  brought in Bulgaria against a corporation like the fund

Page 88

1   or the bank?
2     A    Yes. That was presented by my colleague. For
3   example, Article 45 are normally brought against
4   physical persons should be brought under Articles 49 and
5   50.
6     Q    And the difference between them is what?
7     A    The difference comes from a French theory,
8   which is based on the personal attitude of the wrong
9   doer due to
10  wrongful action. So the original idea was
11  the physical
12  person would bear liability.
13    Q    Can I interrupt you for one second? When you
14  say "typical person," you mean natural person?
15    A    It would be the same.
16    Q    Thank you.
17    A    The reason for liability should be the
18  physical person to understand and guide their actions or
19  omissions. It can reflect the court decisions and
20  decrees that were applied here if you believe that a
21  corporation, not
22  being an actual person, cannot have
    such type of

Page 89

1   attitude.
2     So the corporation, under the design of this
3   law, which was adopted around early '50's in the 20th
4   Century, liability of a person is based on the concept
5   of guaranteed liabilities, not of liabilities that one
6   is responsible for guilt.
7     But in any case, I have carefully reviewed the
8   corporate position, and physical persons have shared
9   responsibility under Article 45, but legal persons or
10  political persons are responsible under Article 49. So
11  in the case
12  is no person. There is no action -- nothing can be
13  performed
14  on behalf of a juridical person, but through
15  physical persons. That is why even
16  any wrongdoing or
17  any wrongful act on behalf of the
18  person is done, then
19  the people representing the forming on
20  behalf of the
21  juridical person would be liable under 45.
22    Q    When you say "the person," you mean the

Page 98

1 granted issue of the writ of execution. Then I reviewed
2 a document that was called statement of claim, but it
3 wasn't in the nature of claim for suspension of the
4 foreclosure proceeding, and the complaint of the -- not
5 the
6 instance. So this
7 is what I had.
8    Q   Did you ever get a copy of the opinion from
9 the appellate court that the -- did you get an opinion
10 from the appellate court which was the Sofia City Court
11    A   Yes.
12    Q   Do you have a copy of that?
13    A   Yes.
14    Q   Did you have a copy of the original filing by
15 the bank that led to the issuance of the writ?
16    A   No, the writ itself, it should be a very
17 simple motion.
18    Q   So you have the writ. Did you reproduce the
19 agreement?
20    A   Not the writ; the ruling that issued the writ.
21    Q   Okay. Do you have a copy of one or more
22 filing by the plaintiff in this case?

Page 99

1    A   Maybe two.
2    Q   They were filed in the court of first instance
3 after the first ruling of the court of first instance;
4 correct?
5    A   No. Let me be quite clear. On the advisory
6 process never took place, all of these proceedings were
7 limited to scope, and the scope of none of these
8 proceedings was whether
the claim existed or not.
9    Q   Did you -- were you --
10    A   They were all summary proceedings.
11    Q   All right. Were you retained to form an
12 opinion on underlying merits of the claim here in
13 Washington between the parties?
14    A   In none of those proceedings that occurred,
15 the merits of the claim were tested in none of those.
16    Q   And you haven't been retained to give an
17 opinion on whether the claims that were filed in
18 Washington have merit or don't have merit; that's not
19 your experience?
20    A   Right. I have been asked to review what
21 happened.
22    Q   Okay. The first filing by the bank was filed

Page 100

1 in which court?
2    A   The first filing was filed with the Sofia
3 Regional Court. It was for the issuance of the writ of
4 execution based on so-called non nonjudicial type of
5 foreclosure. And maybe I need to explain it because
6 this is writ of execution -- the issuance of writ of
7 execution. I said I need to explain the classical way
8 to start the foreclosure
proceeding is if a party has a
9 final court judgment. Our law admits certain cases
10 needs not go to a full advisory proceeding, but the
11 party under certain conditions can have a writ of
12 execution based on a title different than a court
13 judgment, which was this particular case.
14    In this case, a foreclosure is started, and
15 then in case of a dispute between the parties concerning
16 the existence of the debt of -- one of the parties is
17 supposed to start an advisory process in either to prove
18 the existence of the debt or to prove the non-existence
19 of the debt. But this is all with regard to the time
20 process. So in this case, the bank has the right under
21 the law to start a foreclosure before a full adversarial
22 process is

Page 101

1 developed. And in case the debtor objects
2 against the
foreclosure, then there are different
3 possibilities with
4 regard to the seriousness of the
5 objection.
6    Q   You said there were two, I think, two basic
7 approaches that they could take?
8    A   A   No, no, no, this is very different. What
9 I said is different. Whenever such a writ of execution
10 based upon -- based on the title different than that of
11 court judgments, the debtor has two possibilities. One
12 is to challenge the issuance of the writ of execution
13 itself. This can be done if the title was not perfect
14 from a formal point of view. For example, we can have a
15 promissory note and some of the requisites of the
16 promissory note are missing and still the court could
17 issue a writ of execution and the debtor can object to
18 the issuance of the writ of execution.
19    Q   What about in this case?
20    A   In this case, this was not used by the
21 claimant -- by the now claimant. The debtor did not
22 challenge the issuance of the writ of execution itself,

Page 102

1    but used a second possibility. The second possibility
2    of the debtor is to object to the existence of the debt.
3        Q   Let me interrupt you for a second. Can the
4    first process that you described be used when the debtor
5    is contending that the amount that the creditor is
6    asserting is wrong?
7        A   Yes. If the amount in the title is lesser
8    than the amount of the writ of execution, one can, but
9    any objection can be based only on the content of the
10   title.
11       Q   When you say "title," are you referring to the
12   face of the promissory note itself?
13       A   It should be a promissory note. No, it is a
14   set of facts -- titles. One of them is a promissory
15   note. Some others are the excerpt from bank accounts.
16   So each
17   of those titles have particular requisites and
18   each of
19   the prima facie -- how do you say prima facie?
20       Q   Prima facie, yes.
21       A   If the prima facie check up of the court
22   reveals that the title is not reflecting the real debt,

Page 103

1    only enough
2    to have the facial correction of the title,
3    then the
4    writ of execution is issued. And in this case,
5    the
6    debtor did not challenge the issue of the writ of
7    execution itself.
8        Q   Who issued the writ?
9        A   The court. But the court is not adversarial
10   process-- it is normal checkup.
11       Q   A clerical entry or judge or what?
12       A   It's a judge, but it's not a before the
13   adversarial procedure, only facial procedure.
14       Q   Did there ever come a point in these
15   proceedings when the power of the bank to execute its
16   970,000 euros writ was suspended or modified?
17       A   The first instance, it was partially
18   suspended. Then the second instance decided the whole
19   writ was rightfully issued. I have to explain what is
20   reviewed by the court. It is restricted only to the
21   context of the
22   title. So in this case, when the

Page 104

1    defendant objected to existence
2    of the debt, he was to
3    show credible evidence
4    that he did not owe or have to
5    pay a guarantee. He did not
6    offer a guarantee, and what
7    was shown credible evidence was not treated as such by
8    the second instance court.
9        Q   After the court in the first instance, which
10   was the court of appeal --
11       A   No, the court was the regional court.
12       Q   Okay. After the Sofia Regional Court's
13   partial suspension, was that partial suspension
14   effective
     immediately or was it subject to review?
15       A   It was subject for review. The second
16   instance decided that the suspension was wrongfully
17   admitted.
18       Q   While the appeal was pending, was the bank
19   still empowered to go ahead and execute on the original
20   writ?
21       A   Yes.
22       Q   So the ruling --

Page 105

1        A   Although it's normal that -- it's normal in
2    this court of this type of dispute to only (inaudible)
3    is practiced because it's
4    a pending procedure, and I
5    think that normally they don't grant it to effectuate
6    the foreclosure.
7        Q   But they could?
8        A   Yes, but normally they don't.
9        Q   Do you have a copy of the ruling in June 2000?
10   I'm looking at paragraph 27 of your declaration. "The
11   Bank
12   then appealed that decision to the Sofia City
13   Court".
14       A   And I will also add that the debtor also
15   appealed for the remaining part of the debt that was not
16   granted that
     not granted while the bank appealed in the
17   other direction.
18       Q   They appealed on the 360,000 euros that you
19   referred to in paragraph 26?
20       A   Yes.
21       Q   Did you say that you do have copy of the
22   petition by the Sofia City Court -- I'm reading from

Page 114

1     Now I want to make a strict distinction
2 between the political and commonplace view of the system
3 and the professional view that I have given. I have
4 yesterday shared with counsel certain aspects and
5 performance. But the mere fact that this came apart
6 from the European judicial system, because now it is
7 such, that means that the judicial system, in general,
8 is meeting the standards of a European judicial standard
9 for with its flaws, it's normal that the courts in D.C.
10 or in New York perform far better than the courts of
11 some off the road state.
12     So in this case, the Bulgarian legal system,
13 being part of the European system, should be assessed as
14 a legal system meets the criteria, and on a particular
15 level has certain aspects that are desired to be
16 improved in order to reach a better performance.
17     Q   Is it necessary for the Bulgarian judicial
18 system to meet certain benchmarks demanded by the
19 European Union in order to satisfy Bulgarian
20 obligations to the European Union?
21     A   There is law to be desired. As I told you, as
22 of January 1st, 2007, Bulgaria is part of the judicial

Page 115

1 system, and this judicial system is freely exchanging
2 its products. So I do not believe the criticism of
3 court might be louder
4 than necessary because no one in
5 Great Britain or Germany would be pleased to have bad
6 court products.
7     In my opinion, there is much to be desired
8 about the judicial system in Bulgaria. This is the
9 personal
10 assessment about the particular aspects of the
11 performance, including the performance of lawyers,
12 judges, prosecutors.
13     While concerning the design of the system, I
14 would say its adequate performance is not always
15 adequate, but the design of the system is adequate.
16     Q   Can you turn to page 12.
17     A   Yes.
18     Q   And it's reporting the statements made by
19 John Biurile (phonetic). I'm going to just ask you, if
20 you could -- I'm trying to save some time. Judicial
21 must operate more efficiently against organized crime
22 and corruption. Do you know in general what that

Page 116

1 statement is about?
2     A   Well, it's true, more efficiently. Even the
3 use of efficiently supposes that there is some sort of
4 efficiency, although we can not boast about good results
5 about the Mafia, although we cannot boast around the end
6 results against the mafia --
7     Q   Do you agree that --
8     A   I agree that certain -- not certain, but real
9 results are expected against the Mafia. He refers to
10 organized crime and corruption at all levels.
11     Q   Is there corruption in Bulgarian judicial
12 system currently?
13     MR. SIEVE: Object; lack of foundation.
14     A   Well, it's believed that there is. It's
15 believed.
16 BY MR. MUSOLINO:
17     Q   By?
18     A   By general public opinion.
19     Q   What about the professionals, including
20 yourself? Is their sense among your colleagues that
21 there
22 is too much?

Page 117

1     A   In certain cases, yes. There is a lot of talk
2 about it. One cannot say -- for example, I will share
3 a personal experience. Very often, an attorney claims
4 that they are related to some judge and that they are
5 going to win a case. They take the money. Then if they
6 lose the case, they say the judge does not want the
7 money; and it's not because the judge is involved.
8 So one cannot distinguish when it is a real
9 case of corruption and when there are cases of
10 corruption that have been made up.
11     Of course, there is a lot of talk, a lot of
12 suspicion. Myself, I told you in the beginning, I have
13 some suspicions, too, in some cases that there is
14 corruption. In general, there is corruption in other
15 fields of Bulgarian life, too. It's not specific for
16 the judicial.
17     Q   And is it fair to say, that the level of
18 corruption in other areas of Bulgaria has been a
19 significant problem in the past?
20     A   I would say it is a problem. It's a problem
21 in general. Especially, I would say, in the executive,
22 but also the justice system, in a certain way, have not

Page 118

1    been -- so
2    far, I have not indicated that -- I don't
3    know whether this is as a result of the function of
4    judicial system or the other parties that are designated
5    to fight corruption at the earlier stages, for example,
6    if the court says they don't have a case brought before
7    them.
8        So it's a very complicated issue, but still I
9    will insist on the general adequacy of the design of the
10    system and the general normal performance.
11    Q    Are you in a position to compare the level of
12    corruption, if any, in the Bulgarian judicial system to,
13    say, the level of corruption in the American judicial
14    system?
15    A    No. I don't have any idea about the level of
16    corruption because -- in the American system, because
17    the movies I see here, I think, much more indicate that
18    corruption in the justice system, that it's a way of
19    life, because usually information is much more negative
20    than positive.
21    Q    Can you turn to page 15 of this complaint?
22    That is one of those you called Dnevnik Newspaper?

Page 119

1    A    Yes.
2    Q    Have you relied on the Judicial Reform Index
3    in the past for your own presentations at lectures?
4    A    I have used some aspects of this in my book.
5    Q    Do you consider it reliable or what?
6    A    Comparatively.
7    Q    Is it too superficial?
8    A    I would say it's always difficult to make a
9    real assessment of the phenomenon starting out with
10    the position of a different system.
11    Q    Okay.
12    A    If I now come to assess the American legal
13    system, of course, I would be superficial because if you
14    don't know something in depth, then it is difficult to
15    assess.
16        THE WITNESS:  Are we almost finished?
17        MR. SIEVE:  I have a few follow-ups just like
18    five minutes. Let's take a two-minute break.
19        (Brief recess held.)
20    BY MR. MUSOLINO:
21    Q    Page 17 in the set of documents appears to be
22    the various ratings that were given in the judicial

Page 120

1    issue. It summarizes 2 negative, 18 neutral, and 10
2    positive. I may have those numbers.
3    A    Yes.
4    Q    Those are the two that I want to talk
5    about, judicial decisions and improper influence, on
6    page 17. It says, negative.  Do you agree with that
7    assessment?
8    A    In some cases, yes.
9    Q    The maintenance of trial records on page 18,
10    can you tell what does that refer to?
11    A    There's a system of recording the open
12    hearings, and it's not always very good. They are
13    typists, but not shorthand. Very often someone omits
14    something. On the other hand, the law itself says that
15    the minutes are recorded by the chairman of the panel.
16    So whatever is said, the chairman rephrases and
17    dictates.
18        But in many courts, they write directly.  And
19    especially the last five years we have quite an
20    improvement because computers are used and better
21    techniques are used. Many of the courts can have
22    quite a good record, but in general, this is a

Page 121

1    shortcoming of the procedure -- not of the procedure,
2    but the organization of the procedure.
3    Q    The implementation of what's on the books, you
4    mean? Let me rephrase that.  Is there a requirement in
5    Bulgarian law that all proceedings in court be
6    transcribed verbatim, word for word.  Not word for word
7    but the essence of everything?
8    A    If the party draws the attention of the panel
9    to something, it should be recorded.
10    Q    You said at least in the area of
11    transcription, that that's improving?
12    A    It's improving, but it's not still sufficient.
13    For example, in our court of arbitration, you have a
14    full shorthand recording, double secured by a formal
15    record. And then the minutes and then the records come
16    out word for word, and then argument to the party to
17    verify; while in the courts, sometimes it's only the
18    essence of what has been done.  All procedural
19    actions are recorded, but not word for word.
20    Q    Is there a formal organization in the
21    Bulgarian judicial system that is set up to try to
22    respond to the ABA recommendations?

**Page 122**

1    A    As a matter of fact, a lot of it are carried
2    out a lot of time. And I don't think anyone is
3    responsible to take into account each particular
4    assessment. Of course, these assessments are taken into
5    account. It is not the only program in USA. There are
6    many different programs for the approval of the judicial
7    system. And most of them have not been successful, per
8    se.
9    Q    Is there any organization among the various
10   organizations that have many recommendations about
11   observations, issued reports, any monitoring, any of
12   those of things you would look as you find their
13   observations or recommendations?
14   A    There's a number of players that are usually
15   carrying out assessments, European Bank, World Bank, but
16   there are other programs also. As a matter of fact,
17   it's an ABA program.
18   Q    Okay.
19   A    There are also one such Dutch program that I
20   don't remember the name, and then an Open Society
21   Foundation, which related to the reform in the
22   judiciary. And

**Page 123**

1    there is one local study of American
2    democracy, which is very much involved in the judiciary
3    form. And I have participated in a number of programs
4    that were working groups. We're trying to outline
5    shortcomings to give recommendations. So a lot of
6    activity.
7        Each of those assessments and recommendations
8    are normally discussed in public, taken into account.
9    There is also a union of Bulgarian judges, which
10   organizes activities or joint activities with those
11   different players.
12   Q    Is there currently an organization of the EU
13   that monitors improvements of the Bulgarian judicial
14   system?
15   A    This is one of the most important issues that
16   are being monitored. It's somebody of the union; I
17   don't know exactly.
18   Q    When you say it's one of the most important
19   issues being monitored, do you mean there's a problem
20   that there is monitoring or is there resistance to it
21   or --
22   A    No, no, resistance. There are a number of

**Page 124**

1    fields that are under surveillance because the European
2    Union has certain remarks for certain dissatisfaction
3    with the function. So it is one of these fields in the
4    judicial system.
5    Q    And the European Union is following the same
6    general monitoring approach with Romania; you're saying
7    general monitoring approach would remain in --
8    A    Yes. It's more or less parallel at certain
9    time in Romania. At certain times they say it's better.
10   And other times
11   they say it's worse and it's similar.
12   Q    Does the European Union monitor the judicial
13   system of all of the members?
14   A    These are newly accepted members. This is for
15   the first three years after the acceptance. Romania and
16   Bulgaria are the only members that have less than three
17   years membership. I don't know how they -- I have heard
18   that in Italy that they are having problems with the
19   judicial system, but I think they are out of monitoring
20   now.
21   Q    Let me ask you one more time to see if there
22   was, in fact, there was a copy of the appellate court --

**Page 125**

1    A    I don't think it was translated. Here is the
2    title.
3    Q    What page?
4    A    58, this is the nonjudicial title, which
5    served as the basis for the writ of execution.
6    Q    This is what the bank filed?
7    A    Yes. This is so. Then we have on 55 to 57,
8    we have the issuance of the writ of execution.
9    Q    The one we discussed before that authorized
10   the writ of execution?
11   A    Yes. Then we have the motion for suspension.
12   Q    What page is that?
13   A    52 to 54.
14   Q    In reverse order?
15   A    Yeah, but it's like this, then we have the
16   first instance, announcements of the suspension.
17   Q    That is page 50?
18   A    50 and 51.
19   Q    My 51, the fax appears to be messed up.
20       MR. SIEVE:    That isn't the original copy.
21   A    I get it. Maybe I can give it to you. Then
22   there is another statement of the parties related to the

| Page 126 |
|---|
| 1 claim against the partial suspension. That's on 45 on |
| 2 behalf of the debtor, 45, 46, and 47 is some sort of a |
| 3 motion. |
| 4 BY MR. MUSOLINO: |
| 5 Q Another filing by the debtor in the procedural |
| 6 motion? |
| 7 A A Yes, all procedural, It was additional |
| 8 evidence. And then there is the -- I have two |
| 9 different -- |
| 10 Q You are on page -- |
| 11 A Page 39, 40, and 41. This is part of an |
| 12 interpretative decree of the Supreme Court -- at the |
| 13 beginning of this is somewhere other -- |
| 14 Q If you turn to page -- |
| 15 A No, no. Let me see. |
| 16 Q Turn to 38 and 39. |
| 17 A Page 80, the English version and, one has to |
| 18 mind that this was issued in December, after the |
| 19 issuance of the writ of execution. It was published |
| 20 a few months later. |
| 21 Q It involved the parties in this case -- it was |
| 22 a separate case? |

| Page 127 |
|---|
| 1 A No, it was an interpretative decision -- |
| 2 that's the normal, sometimes based on a particular case. |
| 3 The Supreme Court of Causation is invited to give a |
| 4 broader |
| 5 interpretation. This was what this is, but |
| 6 this -- this occurred after our proceeding developed. |
| 7 Q Let me make sure my question was about 39, and |
| 8 80 was a result of -- |
| 9 A No, it is not related -- |
| 10 Q -- the subject matter? |
| 11 A Not even, because most of all, this issue is |
| 12 related to promissory notes, while only the last two |
| 13 points relate to bank accounts. One of them is not at |
| 14 all relevant and the other one is relevant maybe, but I |
| 15 think it was months after. |
| 16 Q I'd like to ask you to turn to page 80. These |
| 17 are excerpts from the European Union report -- I'm |
| 18 sorry, 65. |
| 19 A Issues of concern upon the acceptance of |
| 20 Bulgaria. |
| 21 Q Look at page 66. |
| 22 A 331. |

| Page 128 |
|---|
| 1 Q Have you reviewed this report before? |
| 2 A This was extensively talked in the press and |
| 3 media day and night. Everybody got fed up with this. |
| 4 There was no other talk, but these six issues. |
| 5 Q So as far as you know, is there a lack of |
| 6 faith |
| 7 or trust among the public in Bulgaria in the |
| 8 judicial system? |
| 9 MR. SIEVE: Object; lack of foundation. |
| 10 THE WITNESS: Let me answer. |
| 11 MR. SIEVE: I'll still object. |
| 12 THE WITNESS: I will answer. |
| 13 A The nature of Bulgarian national psychology is |
| 14 lack of trusting anything. If you make a certain |
| 15 survey, you will see that the great part of the people |
| 16 have no lack -- or have certain -- not -- a certain |
| 17 large |
| 18 degree of lack of confidence of the president, of |
| 19 the judicial system, for schools, for public |
| 20 transportation, for public health. So there is in this |
| 21 sense. |
| 22 BY MR. MUSOLINO: |

| Page 129 |
|---|
| 1 Q In this page, 66 -- |
| 2 A Although, because I would say, I think that |
| 3 the lack of confidence in the national assembly, |
| 4 which would be the congress, is larger than the lack of |
| 5 confidence in the judicial system if you compare certain |
| 6 figures. So it's not particular, although, I'm telling |
| 7 you these are six issues that are considered by the |
| 8 European Union as issues of concern. |
| 9 Q When you say "issues," you're referring to the |
| 10 issues on page -- |
| 11 A This is 66 now. Food, safety, but |
| 12 agricultural -- this is more or less, but -- |
| 13 Q The first sentence under 3.321 says: The |
| 14 report shows that further progress is still necessary, |
| 15 the area of judicial reform and the fight against |
| 16 organized crime and corruption. Do you agree or |
| 17 disagree with that statement? |
| 18 A I would agree. And I would say that still |
| 19 this is no reason why Bulgarian entity or subjects |
| 20 should go to seek for justice outside of the country. |
| 21 This is no reason. |
| 22 Q You haven't assessed whether the plaintiff in |

Page 130

1   this case is better off litigating in one country or the
2   other for purposes of this European --
3       A   I cannot say. The question is whether the
4   litigant is better off litigating out of the country.
5   If we were born in the United States or we lived there,
6   we would enjoy the U.S. Justice. If we were born in
7   Senegal and lived there, we would enjoy that type of
8   justice. It should speak to the venue and the
9   jurisdiction. If we are juridical
10  persons, we choose
11  the place of our activity.
12      Q   Whether or not that is a general proposition,
13  would you agree with the notion that you could probably
14  identify some countries, whether it's your place of
15  origin or not, you would rather not use that particular
16  judicial system as opposed to an American judicial
17  system?
18      A   That's quite far from any professional
19  assessment.
20      Q   This says, the first report on the second
21  paragraph on page 66 under the heading, Judiciary and
22  the Fight Against Corruption, it says in the second

Page 131

1   sentence: The first report should be submitted by
2   31, March, 2007. I'm just asking if you know if the
3   reports --
4       A   Yes, and it said, there is a certain progress,
5   not yet sufficient, but progress.
6       Q   Do you have a copy of that?
7       A   I'm not very much into the development of
8   that political process.
9       Q   If you turn to page 67, have you had a chance
10  to review those benchmarks -- I'm paraphrasing --
11  constitutional amendments removing any ambiguity
12  regarding the independence and the accountability of the
13  judicial system?
14      A   I think that was already overcome.
15      Q   By the constitution?
16      A   Although in my personal opinion, it was an
17  artificial problem. There was pressure from the EU to
18  amend the constitution. As a matter of fact, I told,
19  you I am firmly convinced that the judicial system is
20  independent from government, and I will not 100 percent
21  say the same for private interests, but for government,
22  yes.

Page 132

1       Q   Conduct and report on professional
2   non-partisan investigations into allegations of high
3   level corruption. Report on internal inspections of
4   public institutions and on the publication of assets of
5   high level officials?
6       A   I don't think this is related to the civil law
7   system. The first one is related to the
8   criminal
9   justice system, while and second one is related to the
10  work of executive.
11      Q   So the first half where it says, into
12  allegations of high level corruption, that's related to
13  the criminal justice system?
14      A   Yes.
15      Q   What makes you think that?
16      A   Well, corruption in all forms of display is
17  normally treated as a crime.
18      Q   But my question is, is this reference to
19  allegations of high level of corruption, corruption by
20  judges in civil cases?
21      A   It could, but normally it would be corruption
22  in criminal cases. If it refers to the justice system,

Page 133

1   it's much more to criminal. Normally, it's not believed
2   that in civil cases there is a lot of corruption,
3   normally. Not that it could not happen in -- that there
4   is no rumor or suspicion about it; but normally, when
5   they speak about corruption, it's usually related to the
6   criminal justice system, not excluding the civil justice
7   system, but normally it's related to the criminal
8   justice system.
9       Q   The reforms that have been initiated in the
10  last two or three years, can you tell me in what areas
11  those forms have been successful and in what areas have
12  those forms not been successful?
13      A   I would say that the reforms started much
14  earlier in the early 1990s concerning the independence
15  of justice. With respect to the judges that have been
16  successful, so far I think that, as far as they're not
17  being, in general, for at least this 15-year period,
18  have not been so much successful in the particular
19  procedure, because there was some unsuccessful attempts
20  to amend procedures.
21      And, in general, if you have in mind the last
22  three or four years, you don't have the results

**Capital Reporting Company**

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

--------------------------------------+

STROITELSTVO BULGARIA, LTD,                    :

    Plaintiff,                    :

              :

              : CASE NO.

vs.                    : 1:07-CV-00634

              :

THE BULGARIAN-AMERICAN ENTERPRISE    :

FUND, et al,                    :

    Defendant.                    :

--------------------------------------+

Wednesday, December 6, 2007

Telephonic Deposition of:

    VLADIMIR STEFANOV SKOCHEV

called for telephonic oral examination by counsel for

Plaintiff, pursuant to notice at before Janie Arriaga of

Capital Court Reporting Company, a Notary Public in and

for the District of Columbia, beginning at 5:00 a.m.,

when were present on behalf of the respective parties:

©2007
EXHIBIT
3A

Page 10

1    A   Yes.

2    Q   That is your profession or occupation?  You

3 are an attorney?

4    A   Yes.

5    Q   Are you registered in the Varna Bar; is that

6 correct?

7    A   Yes.

8    Q   And do you -- according to your declaration,

9 you specialize in civil and commercial litigation?

10    A   Yes.

11    Q   So you represent clients in court in civil and

12 commercial litigation?

13    A   Yes.

14    Q   Do you represent both claimants and

15 defendants?

16    A   Yes, I do represent both, but not at the same

17 time.  I represent either the defendant or plaintiff,

18 but not at the same time.

19    Q   Right, but how many cases do you currently

20 have, approximately?

21    A   I don't know exact statistics, but at the

22 moment, I am working simultaneously in about 15 cases

Page 11

1    Q   Are all 15 cases in Varna Court or other

2 courts in Bulgaria?

3    A   Under Bulgarian Court, because our system is

4 allowing us, regardless to which attorney bar he's

5 registered, to be representative in different Bulgarian

6 courts.

7    Q   Do you have some cases right now in Sofia

8 Court?

9    A   Presently, I have a case that was completed in

10 Sofia City Court, and the decision of the court has been

11 appealed before the Sofia Appeals Court.

12    Q   In that Sofia case, were you representing the

13 claimant, plaintiff or the defendant?

14    A   The defendant.

15    Q   You said you have approximately 15 cases that

16 you are handling right now.  Can you tell me

17 approximately how many of them are on behalf of the

18 plaintiff?

19    A   Maybe approximately ten of the cases,

20 approximately.

21    Q   I know it's approximately.  In those

22 approximately ten cases, are you the lead lawyer?

Page 12

1    A   Yes.

2    Q   Are you the lawyer who chooses which court to

3 file suit in?

4    A   No, because according to our system in our

5 Civil Procedure Code, it is determined which case before

6 which court it should be.

7    Q   I understand that.  My question was a poor

8 one.  Let me try again.  In the ten cases where you are

9 representing the plaintiff, you are the one that is

10 filing the lawsuit on behalf of the client; correct?

11    A   Yes.

12        Have you ever done any work before for the

13 plaintiff in this case?

14        MR. MUSOLINO:  In this case, if he says

15 Stroitelstvo, he means the plaintiff?

16 BY MR. SIEVE:

17    Q   Have you ever done any work before on behalf

18 of the plaintiff?

19    A   No.

20    Q   Do you understand that the plaintiff had at

21 one time three different partners, three different

22 owners?

Page 13

1    A   I just heard it for the first time.

2    Q   Have you ever done any work before on of

3 Christo Kristov?

4    A   No.

5    Q   Have you had any business relationship with

6 Jordan Jordanov?

7    A   No.

8    Q   Have you done any work before or had any

9 business relationship with Melanie Blativa?

10    A   No.

11    Q   Have you ever heard of any of those three

12 people?

13    A   No.

14    Q   Have you heard of a gentleman named Metodi

15 Dimitrov?

16    A   No.

17    Q   No relationship with him before?

18    A   No.

19    Q   Okay.  And have you ever done any work before

20 for Ms. Rolinski?

21    A   Yes, we used to work together.

22    Q   Tell me about that.

Page 18

1      A   They have asked me that I give my analysis and
2   the way I feel and the way I see it.
3      Q   On the Bulgarian legal system?
4      A   Yes, exactly.
5      Q   Now, let me ask you, if you can, to be as
6   specific as possible about which discussions with
7   counsel you are relying upon for your declaration.
8      A   There were many discussions. There was not
9   just one or two. I was asked by them to give a legal
10   analysis on the current conditions on the Bulgarian
11   Legislation, and when I have drafted the declaration and
12   I sent it by e-mail to them. They asked me many
13   questions because the Bulgarian legal system, which was
14   absolutely alien to them.
15      Q   Have you been asked to do any work in the
16   future on this matter after you complete your deposition
17   today?
18      A   No, it was never discussed.
19      Q   In between your declaration and your
20   deposition today, how many times did you meet with the
21   plaintiff's counsel?
22      A   The meeting was in the beginning of this week.

Page 19

1      Q   Am I correct that the Bulgarian courts are
2   organized on the basis of the continental legal system?
3      A   Yes.
4      Q   So it is the same basic legal structure that
5   exists in the other European countries?
6      A   Yes.
7      Q   Do you know what the requirements are for
8   countries to be accepted in the European Union?
9      A   They are complex requirements because the EU
10   has its own criteria concerning different fields. The
11   agricultural, the financial policy, legal system,
12   ecology and so on.
13      Q   Fair point. Let me rephrase my question. Do
14   you know what the requirements are with respect to a
15   country's justice system to be admitted into the
16   European Union?
17      A   Yes.
18      Q   Have you ever heard of the Copenhagen
19   criteria?
20      A   No.
21      Q   Would it be a fair summary to say that 12
22   order for a country to be admitted into the European

Page 20

1   Union, they have to show that its justice system and
2   institutions guaranteeing the rule of law?
3      A   Repeat it.
4      Q   Would it be a fair summary that the European
5   Union requires a country that is being admitted to have
6   stable institutions that guaranteed the rule of law?
7      A   Yes.
8      Q   Am I correct that Bulgaria was accepted in the
9   EU earlier this year?
10      A   Yes.
11      Q   That was on January 1 of 2007; correct?
12      A   Yes.
13      Q   Take a look at paragraph -- let's look at your
14   declaration. Take a look at paragraph 19, please. I am
15   not quite sure I understand what you are saying in this
16   paragraph. The first sentence says: Despite reforms
17   from the socialist era, the reform of the Bulgarian
18   judicial system is not complete.
19      A   This means that since the end of the 1980s
20   until now, the Bulgarian legal system is working based
21   on completely different grounds compared to those during
22   the Socialist era until -- but, these processes have not

Page 21

1   been completed until now.
2      Q   When you say, the reform of the Bulgarian
3   judicial system is not complete, what do you mean? What
4   specific form are you talking about?
5      A   What I mean is it's complex of many issues
6   which are still continuing to occur in reform. So I
7   have in mind the laws themselves, the law itself. I
8   have in mind the structural organization of the court.
9   I also have in mind the subjective factors in the legal
10   system.
11      Q   The laws, the organization, and the subjective
12   factors of the legal system?
13      A   Yes.
14      Q   Is there some specific reform with respect to
15   the law that is ongoing in the Bulgarian judicial
16   system?
17      A   Yes. There is a reform like that in the field
18   of criminal law, which is actually adoption of the
19   criminal procedure code. But still the criminal code
20   itself has not been reformed like it should be.
21      Q   Are there any reforms on the laws that
22   pertains to the civil system that you have in mind in

Page 22

1  paragraph 19?
2      A   Yes, there are such reforms.  At the present
3  moment, we have adopted the new civil procedure code.
4  It is still not active, but it will come into force in
5  March of 2008.
6      Q   That is the one Mr. Chernev referred to
7  yesterday?
8      A   Yes.
9      Q   By the way, you were here during Mr. Chernev's
10 entire deposition yesterday?
11     A   Yes.
12     Q   Now, you also mentioned in your answer that
13 you had in mind the reform of the organization of the
14 court.  Is there some specific reform in the
15 organization of the court that you had in mind?
16     A   Yes, I do have in mind such a reform which
17 will make the work of the judges much easier.
18     Q   Is it ongoing?
19     A   Yes, it is ongoing, but I cannot say if it was
20 successful.
21     Q   What specifically is the reorganization?
22     A   What I have in mind is most important to

Page 23

1  provide certain working conditions, good working
2  conditions.
3      Q   For the judges?
4      A   Yes.
5      Q   You also mentioned when you were explaining
6  paragraph 19, you said that there were subjective
7  factors of the legal system.  What does that mean?
8      A   Maybe I should clarify.  When I say
9  "subjective factors," I mean the appointment of judges
10 in Bulgaria.
11     Q   You mean there should be a new procedure of
12 how judges are appointed in Bulgaria?
13     A   What I have in mind is that current procedure
14 should change to that extent because according to my
15 opinion, it is not normal for young graduates to become
16 judges and to be given very serious cases which require
17 not only professional, but life experience.
18     Q   I understand.  Were there any other reforms
19 you had in mind when you produced paragraph 19 other
20 than what you have told me about?
21     A   I also believe that some of the main Bulgarian
22 laws should be changed because they are old laws.  They

Page 24

1  were adopted during the Socialist time and they are not
2  adequate to the realities in Bulgaria at the moment.
3      Q   Do any of the law pertain to the civil justice
4  system?
5      A   Yes.
6      Q   Yes?
7      A   Yes.
8      Q   Can you give me an example of what you have in
9  mind?
10     A   For example, the contracts and obligations law
11 was adopted in 1951 under a completely different
12 economic environment in Bulgaria.  And in my opinion
13 this law should be either amended or a new law should be
14 adopted in order to be adequate to the present economic
15 situation in Bulgaria.
16     Q   Still looking at paragraph 19, the last
17 sentence in paragraph 19 reads:  Such mechanisms and
18 prerequisites are needed in order to guarantee the
19 efficiency, reliability, impartiality, and the
20 objectiveness of the Bulgarian judicial system.
21     A   Yes.
22     Q   You wrote that?

Page 25

1      A   Yes.
2      Q   What did you mean when you said "such
3  mechanisms and prerequisites"?
4      A   Most of all, I had in mind my articulations in
5  the next paragraph 20, and, of course, everything I said
6  until now.
7      Q   So you were referring at least in part to some
8  of the recommendations that are referenced in paragraph
9  20 of your declaration?
10     A   Yes.
11     Q   Paragraph 20 refers to EU monitoring report
12 from September of 2006?
13     A   Yes.
14     Q   I didn't think my question was that long.  I'm
15 sorry, I don't want to spend a lot of time on that
16 report.  But that report has some recommendations in it;
17 is that correct?
18     A   Yes.
19     Q   One of the recommendations under paragraph 20
20 is to adopt the constitutional amendments with respect
21 to the independence and accountability of the judicial
22 system.

Page 26

1    A   Yes. But it was very recently, so we cannot
2   say it is effective or not.
3    Q   Fair enough. The second recommendation you
4   have in 20B is to adopt a new civil procedure code?
5    A   Yes.
6    Q   Take a look at paragraph 22 of your
7   declaration. You are referring to an ABA report from
8   2006?
9    A   Yes, exactly.
10    Q   Are you familiar with that entire report?
11    A   Yes, I got familiar with the entire report
12   because I saw an interview, a written interview about
13   the entire report.
14    Q   Am I correct that in the ABA report, the ABA
15   evaluated 30 different criteria on the Bulgarian legal
16   system?
17    A   Yes.
18    Q   And out of the 30 criteria, am I correct that
19   the ABA concluded or gave Bulgaria a good rating on 10
20   of the 30?
21    A   Yes.
22    Q   The ABA gave Bulgaria a neutral rating of 18

Page 27

1   of the 30?
2    A   Yes.
3    Q   Only 2 of the 30 that the ABA gave Bulgaria a
4   negative rating on?
5    A   Yes, exactly.
6    Q   Now, let me just go to the last paragraph in
7   your declaration, paragraph 23. Okay?
8    A   A   Okay, yes.
9    Q   What do you mean when you say -- let me read
10   it for the record. You can read it in Bulgarian.
11   Paragraph 23 reads: It must be definitely concluded
12   that according to the reports and the results from the
13   monitoring of judicial system reform in Bulgaria as of
14   today, and without disregard for the structural
15   achievement made, a mechanism ensuring the evaluation of
16   the operation of the Bulgarian judicial system as an
17   independent, efficient, impartial, and objective one
18   capable of fair and just hearing, is not in operation
19   yet.
20       Are you with me, sir?
21    A   Yes.
22    Q   What did you mean when you wrote "without

Page 28

1   disregard for the structural achievements made"?
2    A   What I mean is those achievements made are
3   still not enough to guaranty the reliability of the
4   Bulgarian system.
5    Q   When you use the term, a mechanism ensuring
6   the evaluation of the operation of the Bulgarian
7   judicial system, what does that mean?
8    A   What I have in mind is that all this should be
9   done and executed by independent bodies. This authority
10   should give the evaluation.
11    Q   All what should be executed by independent
12   bodies?
13    A   The transparency of the judicial system.
14    Q   Are you -- let me just ask you, are you
15   telling the American court that in your opinion the
16   Bulgarian judicial system is not independent?
17    A   Yes.
18    Q   Are you telling the American court that in
19   your opinion the Bulgarian legal system is incapable of
20   providing a fair and just hearing?
21    A   Yes.
22    Q   Do you have in mind the present case or in

Page 29

1   general?
2    A   In general, yes.
3    Q   So is it your opinion that no Bulgarian can
4   get a fair and just hearing in the Bulgarian judicial
5   system?
6    A   In most of the cases, yes.
7    Q   They cannot get a fair hearing?
8    A   Yes.
9    Q   But yet You litigate in the Bulgarian judicial
10   system?
11    A   Yes.
12    Q   So you are litigating in a system that you
13   think you are not going to get a fair hearing in?
14    A   Yes.
15    Q   Are you telling the American court that you
16   think no Bulgarian can get an objective evaluation in an
17   American court?
18    A   In most cases, yes.
19    Q   And what is the basis for that?
20    A   The existence of corruption.
21    Q   So are you saying that all of the judges are
22   corrupt?

**Capital Reporting Company**

Page 30

1    A    A great part of them are.
2    Q    Do you have any evidence as to how many judges
3  are corrupt in the Bulgarian legal system?
4    A    I cannot give the exact number, but I -- in my
5  work, my practice, I have encountered such cases.
6    Q    I am trying to understand, Mr. Skochev, is it
7  really your view that all of the judges in Bulgaria are
8  subject to corruption?
9    A    In most cases, yes.
10    Q    75 percent? 80 percent?
11    A    I cannot give a number.
12    Q    Do you have any estimate as to what percentage
13  of the judges you think are corrupt in Bulgaria?
14    A    I will repeat. Again, I cannot give you the
15  exact answer to this question.
16    Q    Your best estimate?
17    A    Two or three out of five in the cases I've
18  been working on we're talking about corruption.
19    Q    Is there any reason, other than corruption
20  that you think a Bulgarian citizen could not get a fair
21  and just hearing in the Bulgarian court?
22    A    Yes. As I mentioned before, at the present

Page 31

1  moment, most of the main general laws in Bulgaria are
2  not adequate to the present situation in Bulgarian.
3  Even if I had the goodwill to fairly litigate, you don't
4  have the legal grounds in which to do so. And as I said
5  before, the judges in Bulgaria are relatively young,
6  they are lacking in the practice and experience in order
7  to give a fair judgment.
8    Thirdly, the conditions under which the judges
9  are working are not good enough to provide them with
10  the possibility.
11    Q    Anything else?
12    A    That is it. And also what I said before.
13    Q    Right. I understand. Are you familiar with
14  the World Bank?
15    A    Yes.
16    Q    Were you aware that the World Bank also
17  conducted an evaluation of all of the countries in the
18  world's legal system to assess how easy it is to do
19  business in that country?
20    A    Yes, I heard.
21    Q    Have you ever seen the ranking for those
22  countries on ease of doing business?

Page 32

1    A    No.
2    Q    I am not being critical of you. Were you
3  aware that World Bank also evaluated countries in terms
4  of enforcing contracts?
5    A    No.
6    Q    So you don't know where Bulgaria rates in the
7  World Bank ranking of enforcing contracts?
8    A    No.
9    Q    I want to ask you some questions in part of
10  your declaration on page two entitled the legal
11  proceedings in Bulgaria. I don't want to spend a lot of
12  time on that. In paragraphs 10 and 11 in your
13  declaration, as I understand it, you are giving an
14  opinion that the bank obtained a writ of execution in
15  excess of the amount to which it was entitled; is
16  that right?
17    A    Yes.
18    Q    Let me just review the fact so I can make sure
19  we are on the same page?
20    A    Yes.
21    Q    First the bank obtained a writ of execution
22  for about $970,000 Euros?

Page 33

1    A    Yes.
2    Q    And then Stroitelstvo convinced the court to
3  reduce the writ of execution 364,000, approximately,
4  364,000?
5    A    Not exactly like that.
6    Q    Feel free to educate me.
7    A    After the bank had obtained the writ of
8  execution and it initialized the mandatory execution of
9  the writ of execution, Stroitelstvo of Bulgaria
10  submitted a claim to the court for cessation of the
11  court execution. In this matter, it is not attacking
12  the writ of execution, but rather initiated the
13  mandatory acts based on that.
14    Q    By "initiated the mandatory acts based on
15  that," do you mean like foreclosure?
16    A    Stopping of the procedure, which had been
17  initiated by the executing judge. The code act to which
18  that happened is stopping the procedure only with regard
19  to the amount which is the difference between 346,000.
20    Q    364,000?
21    A    I'm sorry, 364,000 and 970,000.
22    Q    Maybe I am not being precise. I'm not

**Capital Reporting Company**

Page 34

1    sure, but Stroiteslstvo was able to suspend the
2    execution, except 364,000 euros?
3       A   Yes.
4       Q   And then the bank appealed that decision; is
5    that right?
6       A   Yes.
7       Q   And ultimately the appellate court ruled that
8    the decision to suspend the difference between the
9    364,000 euros and 970,000 euros was improper?
10      A   Yes.
11      Q   Was there any further appeal from that
12   decision?
13      A   Not to my knowledge.
14      Q   So would it be a fair summary that the
15   appellate court ruled that the lower court erred in
16   reducing the amount of the writ?
17      A   Yes.
18      Q   You were here yesterday when Mr. Chernev
19   discussed the legal proceedings in Bulgaria?
20      A   Yes.
21      Q   Was there anything that Mr. Chernev said that
22   you disagreed with that you can recall?

Page 35

1       MR. MUSOLINO: Objection; overbroad; asking
2    him to comment on several hours of deposition testimony.
3    You can answer. I am just noting my objection on being
4    overbroad.
5    BY MR. SIEVE:
6       Q   Let me see if I can help you. I'm not trying
7    to ask you to remember word for word. I'm asking if you
8    recall anything substantive about Mr. Chernev's
9    discussion, in general, in the legal proceedings in
10   Bulgaria? Is there anything that you disagreed with?
11      A   Regarding the court procedure, my disagreement
12   with what Mr. Chernev said yesterday was a complex
13   matter.
14      Q   Give me the summary form, if you can.
15      A   First of all, I don't think that the Bulgarian
16   law could assist in solving a complex issue as set forth
17   in the present case. The remedies that can be given
18   could be partial, but not complete.
19          I also disagree with Mr. Chernev that by
20   virtue of Article 49 of the Bulgarian Contracts and
21   Obligations Act, this issue can be resolved because by
22   virtue of this paragraph, a bulgarian company can be

Page 36

1    liable only when it is clear that a person, a physical
2    person working in the same company has committed a tort
3    and this natural person must be specifically named. I
4    disagree. When that tends to be impossible, the six
5    liabilities should be born by the directors of the
6    company. Therefore, a claim based on Article 49 should
7    contain the full name of the person committing the tort.
8          Besides that, in Bulgaria, in the major part,
9    similar types of torts are hidden behind a decision of
10   collective body, and that person who acts based on the
11   decision of the collective body has no liabilities at
12   all.
13          Therefore, based on Article 49 of the
14   Contract and Obligations Act, we cannot have a fair
15   litigation of the facts. On the second hand, the case
16   that was presented before the American court is a
17   complex case because it contains different types of
18   facts.
19          (Thereupon, at this point, there were
20          technical difficulties and testimony was
21          resumed.)
22          MR. SIEVE: We have the video. We can get the

Page 37

1    video and transcribe the answer from there, as opposed
2    to somebody trying to remember what was said two minutes
3    ago.
4    BY MR. SIEVE:
5       Q   My question has to do with what Mr. Chernev
6    testified about the legal proceedings in Bulgaria
7    between the bank and the plaintiff. That is what my
8    question was about. My question was: Mr. Chernev's
9    testimony about the bank seeking an ex parte writ of
10   execution. Was there anything about the proceeding that
11   you disagreed with?
12          MR. MUSOLINO: What you're trying to say, I
13   think, makes reference to the litigation in Bulgaria. I
14   understand that you now want to focus on specifically
15   the litigation that actually took place as that was
16   described by Mr. Chernev.
17          THE WITNESS: I would like to finish answering
18   the question.
19          MR. SIEVE: Well, I was going to strike your
20   answer as nonresponsive.
21   BY MR. SIEVE:
22      Q   If I could, try to focus on this narrow part

## Page 38

1  of the question: With respect to Mr. Chernev's
2  testimony about actual litigation in Bulgaria, do you
3  agree with what Mr. Chernev said, other that what you
4  have already described?
5      A  The procedure itself, which had developed in
6  Bulgaria, I mean, that figure of writ of execution,
7  and in its essence is a formal procedure. It matters
8  from the outside. That's what I mean. Bulgarian law is
9  permitting, in particular, the banks, based on the
10  excerpt of the bank account to obtain the writ of
11  execution against the debtors.
12      But what does that mean? Usually attached to
13  execution, the banks are enclosing excerpts of the bank
14  account, which is indicating to a particular debtor
15  there was a bank loan or credit given. For one or the
16  other reason, the relevant repayment of debts is not
17  included.
18      In this, the most important is that in the
19  procedure of issuing the writ of execution itself, the
20  debtor is not included. The debtor cannot submit its
21  own evidence and the court decide upon only the evidence
22  submitted by the bank. The court will not consider the

## Page 39

1  case on its merits.
2  BY MR. SIEVE:
3      Q  Mr. Chernev said that, too, yesterday; didn't
4  he?
5      A  Yes.
6      MR. SIEVE: You know, I think if you give me a
7  second, I possibly don't have any other questions. I
8  have nothing further.
9      EXAMINATION BY COUNSEL FOR PLAINTIFF
10  BY MR. MUSOLINO:
11      Q  Just so we are clear, it's true, isn't it
12  that there was never a decision on the merits in the
13  Bulgarian case?
14      MR. SIEVE: I'm going to object. I hope
15  you're not going to lead the whole time. He is your
16  witness.
17  BY MR. MUSOLINO:
18      Q  Was there ever a decision on the merits in the
19  Bulgarian case?
20      A  No.
21      Q  Were the issues that were decided by the court
22  in the court in Bulgaria procedural issues only?

## Page 40

1      A  With regards to the particular procedure, yes.
2      Q  You were discussing in response to what you
3  thought of Mr. Sieve's question -- your disagreements
4  with the testimony of Mr. Chernev, about the ability of
5  Bulgarian court to handle cases that were -- I'm
6  paraphrasing -- complex, like the case in Washington.
7  Do you remember that?
8      A  Yes, I do remember.
9      Q  Can you -- and, again, in summary fashion, can
10  you summarize your view on whether you think our case in
11  Washington could be effectively and fairly litigated in
12  Bulgaria court?
13      A  Yes. I can explain on why I think that.
14      Q  Okay.
15      A  First of all, as I said previously, the
16  Bulgarian law, which could be applicable due to the fact
17  that they were adopted in the '50s, of the last century,
18  during the Socialist ruling of the country when the
19  economic environment was completely different than the
20  present one. So that means that given could not be
21  adequate, therefore, you could not have a fair
22  litigation.

## Page 41

1      Secondly, I don't believe that due to the
2  very young age of the judges, and because they don't
3  have enough experience, professional and life
4  experience, they could not be fair.
5      And thirdly, the conditions under which a
6  trial will develop could not allow the case to be
7  considered on all aspects.
8      What do I have in mind? First of all, the
9  judge will look at the case, should look at the case,
10  and the results of the case. At the same time, he will
11  be working on, let's say, 100 different cases. I do not
12  have in mind a particular code, except that this
13  particular case, a judge should consider or decide upon
14  20 other cases in one day, which means that at the time
15  the judge should dedicate that the courtroom will be
16  limited, very reduced. That will reflect on gathering
17  or collecting the necessary evidence, as well as it
18  would reflect the work of the judge himself and the
19  lawyers.
20      Just, for example, out of my own experience,
21  usually when I have a case, when I have to go on a
22  hearing, first of all, I have to wait for my case. And

Page 42

1  all I can get in the courtroom is for 15 or 20 minutes.
2  Everything which has to be done. This does not allow a
3  normal development of the trial. When the Judge has to
4  go to make a decisions, he is making a decision in the
5  room, which is not larger than 3 or 4 meters, a very
6  small room. He's not alone. He is sharing the room
7  with another judge. It's such a small room. There is
8  not enough air to make the thinking process, because of
9  the technical reasons, the judge does not have access to
10  the access to the practice of the Supreme causation
11  court which is relevant to the particular case. And
12  because of these complex reasons I do believe we canno
13  seek in Bulgaria or get a fair litigation of this
14  particular case.
15      Q  My recollection of Mr. Chernev's testimony
16  yesterday was that this case was brought in Washington.
17  If brought in Bulgaria, it would have to be brought in
18  two or more different cases.
19      MR. SIEVE: I'm going to object. It's an
20  improper narrative. I'm not sure it is an accurate
21  characterization.
22      (Brief recess held.)

Page 43

1  BY MR. MUSOLINO:
2      Q  That may be wrong, but do you agree that if
3  you could bring the case in Washington in Bulgaria,
4  that it would have to be brought in pieces?
5      A  Yes, I do.
6      Q  And you referenced collection of evidence in
7  your description about five minutes ago. We will try
8  to be brief about this. When you use the phrase
9  collection of evidence, were you referring to the
10  evidence for trial?
11      A  Yes.
12      Q  And do you remember yesterday the exchange I
13  had with Mr. Chernev about discovery?
14      A  Yes.
15      Q  And do you remember Mr. Chernev describing
16  some procedure that he thought was available to
17  litigants in Bulgaria? Remember that back and forth?
18      A  Yes, I do remember.
19      Q  Do you agree or disagree generally with what
20  Mr. Chernev said on that subject?
21      A  I do passionately agree. But my agreement
22  is to the extent -- what do you mean when you say

Page 44

1  "discovery"? What do you mean? In Bulgaria, only a
2  very small part of it is covered. By virtue of the new
3  civil procedure court that was adopted this year --
4      (Thereupon, at this point there were technical
5      difficulties in Bulgaria. Testimony resumed.)
6      A  -- but it will be enforced as of March of next
7  year. It is foreseen as only a preliminary exchange of
8  documents and a preliminary questioning of experts.
9      Also, questioning the counter-party in this
10  is not possible. This is only possible in the procedure
11  before the judge.
12  BY MR. MUSOLINO:
13      Q  Under the current procedure, can you conduct a
14  deposition like this kind of deposition?
15      A  No. Such kind of deposition like the present
16  one under the current Civil Procedure Code isn't
17  possible, even the preliminary exchange of documents.
18  It's not possible. This is done during the trial.
19      Q  Okay. Under the new procedural code that goes
20  in effect in March, does it provide for depositions?
21      A  No.
22      Q  Now, you talked about an exchange of documents

Page 45

1  under the current rules. Can you, as a litigant, as an
2  opposing party, produce documents that are relevant to
3  the case?
4      A  Yes, I can require the submission of these
5  documents, but, only through the judge, which means tha
6  I should be aware that particular documents that are
7  relevant to a particular case, if it is in possession of
8  the opposite party, to ask the court to oblige the
9  opposite party to submit this document. But if the
10  opposite party declares they are not in possession of
11  this document, for example, it has been lost or
12  destroyed I will be left in a losing position because in
13  many of the cases the parties are hiding documents.
14      Q  Okay. Let me ask you this: When you say that
15  you can ask the judge to produce the document, when
16  would they be required to produce it?
17      MR. SIEVE: Let me just get a standing
18  objection in that all of these questions are beyond the
19  scope of my exam and beyond the scope of his
20  declaration.
21  BY MR. MUSOLINO:
22      Q  When you said a judge could order the opposing

**Capital Reporting Company**

| Page 46 |
|---|

1  party to produce a document, does it get produced before
2  the trial or at the trial?
3      A   At the trial.
4      Q   The new Civil Procedure Code, is it now final?
5      A   At this stage yes, as far as I'm aware.
6      Q   Are there more proposed amendments for the
7  code?
8      A   Yes, I've heard that such amendments are being
9  prepared, but they have not been submitted to the
10 Bulgarian Congress yet.
11     Q   Have there been a lot of amendments to the new
12 code in the last couple of years?
13     A   The Current Civil Procedure Code since 1990
14 when Bulgaria went from Socialists to Democratic system
15 the Civil Procedure code has been changed.
16     Q   My question is whether the new Civil Procedure
17 rules have involved multiple amendments over the last
18 year or two?
19         MR. SIEVE:  I'm just going to lodge the
20 same objection that we're beyond scope of his
21 declaration and my direct.
22     A   All together, from 1990, there have been about

| Page 47 |
|---|

1  45 amendments, but over the last two years there have
2  been about 20.
3  BY MR. SIEVE:
4      Q   I want to direct your attention back to the
5  subject of judicial corruption, if I can use that word.
6  Do you remember exchanges with Mr. Sieve about whether
7  there was corruption or not?
8      A   Yes.
9      Q   Just one question, can you tell me if this
10 year, if there have been any public notice or discussion
11 of any scandal involving either the Sofia
12 Regional Court or the Sofia City Court or any judges on
13 those courts?
14     A   It was written in the newspapers that a judge
15 from the Sofia City Court, against her was some panel
16 check-ups were initiated with the suspicion of
17 corruption.  The same one was elected as a member of the
18 Supreme Judicial Council, which is the Supreme
19 Administrative Authority of the judicial system in
20 Bulgaria.
21     Q   Let me ask you one question about the EU.
22 Remember those questions about the EU?  Is Bulgaria

| Page 48 |
|---|

1  under monitoring by the EU for its judicial system?
2      A   Yes.
3          MR. MUSOLINO:  I have no further questions.
4          MR. SIEVE:  Nothing further.
5          (Thereupon, at 7:30 a.m., the deposition
6  concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

| Page 49 |
|---|

1           CERTIFICATE OF NOTARY PUBLIC
2      I, JANIE ARRIAGA, the officer before whom the
3  foregoing deposition was taken, do hereby certify that
4  the witness whose testimony appears in the foregoing
5  deposition was duly sworn by me; that the testimony of
6  said witness was taken by me in stenotypy and thereafter
7  reduced to typewriting under my direction that said
8  deposition is a true record of the testimony given by
9  said witness; that I am neither counsel for related to,
10 nor employed by any of the parties to the action in
11 which this deposition was taken; and further, that I am
12 not a relative or employee of any counsel or attorney
13 employed by the parties hereto, nor financially or
14 otherwise interested in the outcome of this action.
15
16
17               JANIE G. ARRIAGA
18             Notary Public in and for the
19             District of Columbia
20
21 My commission expires:
22 November 1, 2011

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.                          :
                                                    :
                    Plaintiff,                      :
                                                    :
                                                    :
            vs.                                     :        Case No. 07cv00634 RMC
                                                    :
The Bulgarian-American Enterprise Fund, et al.      :
                                                    :
                    Defendants.                     :


## DECLARATION OF VLADIMIR STEFANOV SKOCHEV


I, Vladimir Stefanov Skochev, state and declare under penalty of perjury under the laws of the United States, 28 U.S.C.§ 1746, that the following is true and correct, based on my personal knowledge and as is set forth below:

1.  I am an attorney at law registered at the Varna Bar.  I am the managing partner of Law Company Skochev and Associates, at the following address: ul. Musala No9, et.2, Varna, Republic of Bulgaria. Our contact numbers are: telephone – 359526644452; facsimile -- + 35952644453.

2.  Skochev and Associates is  registered in compliance with the Bulgarian Attorney Act and is registered at the  Varna District Court - Companies Department, under company case No 813/2006.

3.  I have obtained my Master degree in law at the Sofia University "Sv. Kliment Ohridski" from 1993- 1998.

4.  I specialize in civil and commercial law and I am licensed to practice without limitation before Bulgarian courts.

5.  I am reasonably  fluent in English.

6.  Neither I nor my law firm has represented Stroitelstvo Bulgaria Ltd.("Stroittestvo")

7.  I have been asked by plaintiff's counsel in this case to submit this declaration with respect to Bulgarian law, and the Bulgarian judicial system,  and with respect to legal proceedings in Bulgaria between  Stroitelstvo and the Bulgarian American Credit Bank, (the "Bank") a Bulgarian stock company, ul. Krakra 16,  Sofia, Bulgaria.

PENGAD 800-631-6989

EXHIBIT

3B

8.    I have reviewed the cases filed by Stroitesltvo and the Bank in Bulgaria. I have also reviewed the complaint in this case, as well as the declaration of Silvy Chernev.

9.    I am familiar with the law of Bulgaria as it relates to the proceedings between Stroitelstvo and the Bank in Bulgaria, and I am familiar with the law of Bulgaria as it relates to the claims in this case. I have based the statements I make in this declaration, including opinions, on information from sources upon which I, as a Bulgarian attorney, would typically rely, including court records, research, and, reports of the European Union, and discussions with Stroitelstvo's counsel, as well as on my professional knowledge and experience, and my regular practice before Bulgarian courts including the Supreme Court of Appeal of the Republic of Bulgaria.

## The Legal Proceedings In Bulgaria

10.    The Bank acted improperly when it obtained *ex parte* its writ of execution in the amount of over 970,000 euros. The Bank improperly included in its *ex parte* claim over 533,000 euros for interest which was only due over the life of the loan agreement and on the assumption of full performance by the Bank, and it improperly included the full amount of a management fee due in consideration for performance over the full life of the loan agreement.

11.    The Bank obtained a writ in an amount far in excess of its entitlement.  By doing so, the Bank was able to attach and freeze the assets of Stroitestvo, hindering its ability to operate, and further hindering its ability to effectively pursue its claims in court.

12.    Stroitelstvo succeeded in temporarily suspending through the Sofia Regional Court the effectiveness of the writ with the exception of the sum of approximately 364,000 euros, which equalled the actual construction disbursements. The Regional Court remanded to permit the Bank to initiate a separate action.

13.    The Bank noted its appeal.  The appeal was successful on a procedural issue.  The court did not conclude that the bank was ultimately entitled to 970,000 euros, or that it was entitled to a writ in that amount. Rather, the court concluded that Stroitelstvo's favourable ruling was incorrectly obtained, and that Stroitelstvo, rather than the Bank, was required to initiate a separate action.

14.    That ruling is significant because the cost for initiating such an action is four percent (4%) of the amount of the claim, and because any such procedure would require years to pursue. Moreover, that procedure would not provide for interim relief or suspension of the original writ.

15.    Because of the Bank's improper initial filing, and because Stroitelstvo's assets were frozen, and because it was under contractual obligations to perform, the Bulgarian legal system did not provide an effective remedy for Stroitelstvo.

**The American Claims**

16.    The claims available to parties in Bulgaria are, of course, different in many respects from the claims made in this case. There is no equivalent of any kind in Bulgaria to claims such as those brought under the so-called RICO statute.

17.    Silvy Chernev's statement in paragraph 18 of his declaration seems to state that the tort claims brought in this case are cognizable against the Bank and BAEF in Bulgaria under Bulgarian law. If that is not what he intended to convey, he should clarify that statement before the court considers the Bulgarian courts to be available for consideration of Stroitelstvo's tort claims.

**The Bulgarian Judical System**

18.    The Bulgarian Judicial System in the period of the socialist administration of the country and in the period of the democratic transition after 1989 and to the current moment has been conceptually organized pursuant to the statutory acts established for that purpose, on the grounds of the continental legal system.

19.    Despite reforms from the socialist era, the reform of the Bulgarian judicial system is not complete. In practice, the necessary legal mechanisms have not been introduced and the required prerequisites have not been met. Such mechanisms and prerequisites are needed in order to guarantee the efficiency, reliability, impartiality and the objectiveness of the Bulgarian judicial system.

20.    A Monitoring Report on the degree of Bulgaria's and Romania's readiness for EU membership, dated 26 September 2006, prepared by the European Commission, in the section "Safeguards and Other Measures," in the chapter "Judiciary and the Fight against Corruption" sets out benchmarks and measures Bulgaria's performance according to those benchmarks. The Report noted the necessity of the following steps:

> a. Adopt constitutional amendments removing any ambiguity regarding the independence and accountability of the judicial system.
>
> b. Ensure a more transparent and efficient judicial process by adopting and implementing a new judicial system act and the new civil procedure code. Report on the impact of these new laws and of the penal and administrative procedure codes, notably on the pre-trial phase.
>
> c. Continue the reform of the judiciary in order to enhance professionalism, accountability and efficiency. Evaluate the impact of this reform and publish the results annually.

d. Conduct and report on professional, non-partisan investigations into allegations of high-level corruption. Report on internal inspections of public institutions and on the publication of assets of high-level officials.

e. Take further measures to prevent and fight corruption, in particular at the borders and within local government.

f. Implement a strategy to fight organised crime, focussing on serious crime, money laundering as well as on the systematic confiscation of assets of criminals. Report on new and ongoing investigations, indictments and convictions in these areas.

21.   The Bulgarian judicial system has been subjected to continuous analytical criticism by His Excellency the US Ambassador to Bulgaria, Mr. John Byerle. The Ambassador's speeches and statements that have been published in most Bulgarian dailies and media web-sites contain objective observations and recommendations, such as:

a. 9th December 2005, The SEGA Newspaper, online edition, reporting on John Beyrle's statement made in Sofia at the discussion on the judicial reform in Bulgaria:

"The judicial system needs to start operating more efficiently and win the fight with organized crime and corruption on all levels. This is the most pressing task that Bulgaria needs to do today. Good laws are efficient only when good judges are there to enforce them."

An effective court system needs adequate resources to do its job. The U.S. experience also shows that judges need salaries appropriate to their demanding work and high responsibilities. The best guarantee of independence and the best protection against corruption in the judiciary, as in all parts of the legal system, is an adequate salary. Judges must play an important role in reforming the judiciary in Bulgaria. The rule of law in this country is important not just to Bulgarians, but also to the United States. American and European businesses want to know that there is an effective, predictable and fair legal system before they invest and do business in Bulgaria. They want to know that contracts will be enforced and that rules will be applied consistently. They want to be sure that, if they have to go to court, they will get a fair and impartial hearing.

b.   27th March 2007, The Bulgarian Post, reporting on John Beyrle's speech on the Bulgarian National Radio 27th March 2007 :

" As long as citizens believe that bribing public officers is the usual practice or that you can 'buy' justice, corruption will flourish on all levels. There are encouraging signs of a change effected in the judicial system in Bulgaria and, however, the problems that the Bulgarian judicial system is facing have a direct influence in the USA."

and, however, the problems that the Bulgarian judicial system is facing have a direct influence in the USA."

c. 28th March.2005., the official website of the USA Embassy in Sofia, Bulgaria, reporting excerpts from John Byerle's address to the US Chamber of Commerce in Bulgaria:

"First, as was already noted by the EU and the USA, and by the Bulgarians themselves as well, the need for further reform in the Bulgarian judiciary is still pressing. All experts agree that the judicial system must be efficient, transparent and fair. EU experts, as well as US and Bulgarian ones have given guidelines as to what needs to be done...there are some good laws indeed, but most of them appear to exist only on paper."

22.  The judicial system in Bulgaria has been subjected to systematic criticism by the American Association of Jurists. Their Central and East European Initiative (ABA/CEELI) evaluated the judicial reform in Bulgaria for 2006 for the third time in sequence. As reported on 27 June 2007 in the Dnevnik Newspaper, the Bulgarian system received good ratings for only 10 of 30 criteria, with 18 neutral ratings. The report noted that:

"The raise in magistrates' salaries have reached the level on which one of the most persistent justifications for corruption is no longer valid. Nevertheless, the expectations that the public opinion on the high level of corruption among magistrates will change to a more favourable one, have not been met. We have found no progress at all and this is what undermines the credibility of the judicial system. In order to improve the situation the law must be strictly enforced against all corrupt magistrates.

In the 2006 index the unlawful influence exercised on the magistrates is one of the few factors that have been persistently assessed as negative. Analyzers have found the view that court decisions result from corruption, pulling of strings and interceding with superior magistrates is widely spread. The Index also says that the fact that appointment of judges and career progress depend on certain prosecutors and investigators is a sign for ill-practiced institutional influence on the part of the prosecution. This may also lead to exercising influence on individual cases."

23.  It must be definitely concluded that, according to the objective expert assessments in the reports and the results from the monitoring of judicial system reform in Bulgaria as of today, and without disregard for the structural achievements made, a mechanism ensuring the evaluation of the operation of the Bulgarian judicial system as an independent, efficient, impartial and objective one capable of fair and just hearing, is not in operation yet.

16 September 2007

Vladimir Stefanov Skochev

**Capital Reporting Company**

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------------+

STROITELSTVO BULGARIA, LTD,                :

        Plaintiff,                      :

                                        :

                                        : CASE NO.

vs.                                        : 1:07-CV-00634

                                        :

THE BULGARIAN-AMERICAN ENTERPRISE          :

FUND, et al,                               :

        Defendant.                      :

---------------------------------------+

                      Wednesday, December 6, 2007

Telephonic Deposition of:

        MARIA SLAVOVA,

called for oral examination by counsel for Plaintiff,

pursuant to notice before Janie Arriaga of Capital Court

Reporting Company, a Notary Public in and for the

District of Columbia, beginning at 7:30 a.m., when were

present on behalf of the respective parties:

EXHIBIT
4A

| Page 14 |
|---|
| 1  has been made, an independent, impartial, and objective |
| 2  system capable of a fair and just hearing is not yet in |
| 3  operation. Do you see that? |
| 4  A   Yes, I do. |
| 5  Q   What progress has been made that you're |
| 6  referring to there? |
| 7  A   The transition process was quite long and took the |
| 8  effort of a whole Nation. And in the process of secession |
| 9  of Bulgaria to the EU, a lot of measures had to be |
| 10  taken. They were concerning the structural improvement |
| 11  of the judicial system and the adoption of new laws, |
| 12  starting from the Constitution that was amended five |
| 13  times, a new Judiciary Act; a new Administrative |
| 14  Procedure Code, and a new Civil Procedure Code, and a |
| 15  number of other acts. |
| 16     The system as a whole consists of about 300 acts, |
| 17  two-thirds of which are new. If you would like to talk |
| 18  about the economy or political progress, that's why I'm |
| 19  talking about the law. |
| 20  Q   Now, you state in paragraph 12 -- I'm reading it |
| 21  again: An independent, impartial and objective |

| Page 15 |
|---|
| 1  system capable of a fair and just hearing is not yet in |
| 2  operation. Are you stating there that in your view no |
| 3  Bulgarian citizen can get a fair and just hearing in the |
| 4  Bulgarian court? |
| 5  A   I wouldn't say no Bulgarian. What I stated |
| 6  here is an expression of my lawyer experience, a |
| 7  perception of the Bulgarian society that corruption is |
| 8  still a very strong issue in this country. One of the |
| 9  biggest issues that are really negative in our overall |
| 10  social, political, and economic life. There have been a |
| 11  number of examinations on the nature of corruption. And |
| 12  they've proven that according to the Bulgarian citizens, |
| 13  corruption is the third negative process in Bulgaria, |
| 14  after low wages, unemployment and corruption is actually |
| 15  the reason for the other two. |
| 16  Q   Do I understand what you said -- and correct |
| 17  me if I'm wrong. I'm trying to understand -- that the |
| 18  reason you don't think that the system is always fair |
| 19  and just is because of the corruption problems? |
| 20  A   I find Corruption is the main reason for such |
| 21  conclusion. |
| 22  Q   Is there any evidence, reports, convictions of |

| Page 16 |
|---|
| 1  judges or is this a perception that you have? |
| 2  A   I've been a citizen of this country. This is |
| 3  my life. I am an active member of the society. I teach |
| 4  on corruption. I have written a book on that. And |
| 5  apart from the reports, like the monitoring report from |
| 6  the European Commission, like the report from the chief |
| 7  prosecutor that was submitted two weeks ago, a number of |
| 8  others that are submitting their reports on the state of |
| 9  fighting corruption in Bulgaria, I would say that this |
| 10  is a very set conclusion and a worry of mine, but it's a |
| 11  fact that the people in Bulgaria are mainly |
| 12  disillusioned and very unhappy with the results of the |
| 13  judiciary activity in Bulgaria. They are not getting |
| 14  fair trials. And they are really trying to avoid going |
| 15  to the courts because the whole process of transition |
| 16  can be estimated as a lot of violation of human rights |
| 17  and false expectations as far as the governments are |
| 18  concerned in their efforts to overcome corruption. |
| 19  Q   You're not saying that it is impossible to get a |
| 20  fair and just hearing in Bulgaria, are you? |
| 21  A   I'm not saying that it is impossible to get a |
| 22  fair and just hearing in Bulgaria and I hope that those |

| Page 17 |
|---|
| 1  examples will become more and more because we are a |
| 2  participating in the process of fighting corruption. |
| 3  There are real results in that area, but, unfortunately, |
| 4  the judiciary system is the last of all systems of |
| 5  society that is improving. |
| 6  Q   But in the 50 cases, where you're representing |
| 7  defendants or representing clients, I assume you are |
| 8  hopeful that you are going to get a fair and just |
| 9  hearing? |
| 10  A   Of course I am hopeful. |
| 11  Q   You said that corruption is the main reason |
| 12  that you believe that an independent impartial and |
| 13  objective system capable of a fair and just hearing is |
| 14  not yet in operation. Is there anything else that you |
| 15  rely on for that statement? |
| 16  A   Of course. It's a complex combination of |
| 17  factors among, which is the lack of political stability |
| 18  and the economic stability. Of course, the lack of |
| 19  political will to overcome those events, we can talk |
| 20  very long about that, but I think corruption is the key |
| 21  issue. |
| 22  Q   Do you understand that the EU has evaluated the |

**Capital Reporting Company**

## Page 18

1   Bulgarian courts as part of its assessment as to whether
2   Bulgaria should be admitted into the EU; correct?
3   A   Correct.
4   Q   Do you know what the EU's requirement is for
5   admitting a country to show with respect to its
6   judiciary?
7   A   Yes, of course. It has been -- those
8   requirements have been an issue of this society for a
9   long time. And we have all been well aware of those
10   requirements. There is quite a number of materials here
11   in the file. What is important to be said is that the
12   requirements obviously were not answered. And the
13   evidence of that is the last monitoring report of the
14   European Commission at the end of 2006, and the fact
15   that a number of representatives of European Unions are
16   coming to the country and coming to organize here an
17   education process to teach judges ethics, because
18   without teaching professional behavior, the state of the
19   judicial reform cannot be considered finished.
20       So it's both objective and subjective reasons.
21   The objective reason is that not reform like the
22   amendments of the constitution aimed at creating two

## Page 19

1   bodies to the Ministry of Justice, but still the fact is
2   that there are quite a number of judges that are
3   obviously willing to violate, if you allow me
4   to use this phrase for judges. It adds to this
5   perception other than saying that there are
6   opportunities for corruption and there are judges that
7   are using those opportunities
8   Q   But not all of them?
9   A   Of course.
10   Q   In fact, would you agree that the majority of
11   judiciary based on your experience is not corrupt?
12   A   The majority of judiciary is afraid to accept that
13   there are quite a number of judges that are corrupt.
14   Q   You don't know how many or what percentage?
15   A   Unfortunately, I think it's the problem for
16   most of the countries in the world.
17   Q   Have you heard of the Copenhagen criteria?
18   A   I do.
19   Q   Do you know what those are?
20   A   Yes.
21   Q   It's accurate, isn't it, that in order for
22   Bulgaria to be admitted into the EU, it's judiciary had

## Page 20

1   to satisfy the Copenhagen Criteria?
2   A   Yes.
3   Q   And they did at least with respect to the EU?
4   A   We have to be thankful that the European Commission
5   considered us at least being able to satisfy the
6   Copenhagen criteria, but, if the bodies of the European
7   Commission were more precise, if they have aimed to
8   detect whether we really answered the Copenhagen
9   Criteria, the answer very possibly would be no.
10   Q   In your opinion?
11   A   Of course.
12   Q   But in the EU commission opinion, you satisfied
13   them because they admitted Bulgaria to the EU; correct?
14   A   It is formal conclusion.
15   Q   Are you familiar with the World Bank
16   evaluation of the Bulgaria legal system?
17   A   Well, there were quite a number of those.
18   Q   Have you ever looked at the World Bank ratings
19   on how countries perform on the criteria of enforcing
20   contracts?
21   A   I used to, but I don't know what you are
22   referring to.

## Page 21

1   Q   As a general matter, is it, based on your
2   recollection -- I mean, if you can't answer, I don't
3   want to be unfair, but is it your general recollection
4   that Bulgaria typically ranks right in the middle of the
5   world countries in terms of the effectiveness of
6   enforcing contracts?
7   A   Right in the middle or a little bit below.
8   Q   But it's not at the bottom?
9   A   No.
10   Q   In the middle, 90 out of 178; does that sound
11   right?
12   A   Yes.
13   Q   By the way, I mean, I understand as a
14   general proposition -- I think I understand your view
15   that there is room for improvement in the Bulgarian
16   legal system. Isn't that a fair summary?
17   A   Yes.
18   Q   We frankly, in America, think there is room for
19   improvement in the American judicial system, many of us
20   But you wouldn't purport to tell the judge in Washington
21   D.C. that the Bulgarian legal system is not effective in
22   providing justice to Bulgarian citizens, would you?

**Capital Reporting Company**

Page 22

```
 1   A   I would have to admit that.
 2   Q   You think you would or wouldn't?
 3   A   I would. I would try to explain what it means;
 4   that it is not an easy conclusion, but it is a fact.
 5   Q   But not in all cases?
 6   A   Of course not in all cases, but you see corruption
 7   is such an event that when you have several cases, it's
 8   more than enough.
 9   Q   The problem is you don't know or have any
10   evidence that any particular judge is actually corrupt?
11   A   That is a not a question that I think anybody
12   could really answer without having final results of the
13   process that are taking place. We have two judges, one
14   prosecutor, and three investigators that are under
15   investigation now. Maybe later I will be able to give
16   you some names, but for now this is not a convenient
17   question.
18   Q   How many magistrates are there in Bulgaria?
19   A   1,500 magistrates.
20   Q   I think you said four people are under
21   investigation?
22   A   I can give you some other examples of the work of
```

Page 23

```
 1   the Supreme Judicial Council where there was a lot of
 2   evidence that those people were suspected for some good
 3   reasons for corruption, but the process had started.
 4   Q   Let me ask you, if you look at paragraph 11 of
 5   your declaration, the last sentence says: The pertinent
 6   codes do not provide the mechanisms for hearing the
 7   racketeering issues raised in the complaint. Do I
 8   understand you to be saying that there is no Bulgarian
 9   equivalent to the RICO act, a claim that was asserted by
10   the plaintiff in Washington.
11   A   Correct.
12   Q   There are a variety of different remedies
13   or claims that are available to the plaintiff who is
14   going to sue in Bulgaria on the claims that are asserted
15   in the plaintiff's complaint?
16   A   That is true, that you can find pieces of
17   provisions here and that they could serve as grounds for
18   at least part of the claims.
19   Q   For at least part of the claims. And there are
20   remedies for that? They could get damages?
21   A   Yes. If they are very patient.
22   Q   But at the end of the process, if they were to
```

Page 24

```
 1   sue in Bulgaria and if they were to prevail, they would
 2   get damages from the defendants?
 3   A   Generally, this is a correct presumption, but
 4   you have to take into consideration that some of the
 5   cases take more that ten years, and by that time, the
 6   business is over.
 7   Q   Even in the United States, there are cases
 8   that have lasted more than ten years?
 9   A   The U.S. is not a country in transition. You
10   should keep in consideration that this country is
11   enduring a very heavy transition, politically,
12   economically, and socially, and the people are trying to
13   establish their own businesses. They are hardly
14   surviving. We are a nation of survivors. We're the
15   oldest nation in Europe.
16   Q   You're using the Bulgarian courts on behalf of your
17   clients right now; correct?
18   A   I would say that is very much a question of
19   interpretation. It's more talk about that it does not
20   prove that.
21   Q   You were here yesterday for Mr. Chernov's
22   Deposition; correct?
```

Page 25

```
 1   A   Yes.
 2   Q   And do you remember his discussion and view that
 3   the corporate defendants in this case could have
 4   liability under a tort theory, under Article 49 of the
 5   Contracts and Obligations Act?
 6   A   I do.
 7   Q   Do you agree that as a general matter, Article
 8   49 would apply to claims against the corporate
 9   defendants here?
10   A   No, I don't
11   Q   You don't think it has any application?
12   A   I would say that it is very much a question of
13   interpretation. And the interpretation that was given
14   by Mr Chernov is more or less probably talking about the
15   theory of it, but the actual application and the
16   practice of the Bulgarian courts doesn't proof that.
17   Q   All right. You agree that as a theoretical matter
18   that Mr. Chernov was correct, Article 49 would apply?
19   A   Theoretically
20   Q   But you're saying that in your view, as a practical
21   matter, it might not apply?
22   A   I'm saying that there is enough evidence that in
```

Page 26

1  practice it is not applying.
2  Q  But it could if somebody wanted to try and sue
3  under Article 49?
4  A  After an obligation of 65 years, I doubt that.
5  Q.  But it's available?
6  A  It is available.
7  Q  Do you do any arbitration?
8  A  I was a member of the first established in Bulgaria
9  Administrative Arbitration Code, but unfortunately, it
10  existed only six months and it was closed down. So I
11  had never had any chance to practice as an arbitrator
12  really, but I would gladly do it. It is a very
13  modern and reliable procedure.
14  Q  I appreciate your clarification. You've never
15  acted as an arbitrator, which is sort of like a judge?
16  A  Never.
17  Q.  Have you ever litigated in an arbitration where you
18  have been an advocate?
19  A.  Yes, I have
20  Q  How many of these have you done?
21  A  Two.
22  Q  Two? Over the course of your entire career?

Page 27

1  A  My entire career comes to 13 years because we
2  were not allowed to practice in courts. It was only
3  after the changes that the law of our activity allowed
4  us to practice, so I became a member of Sofia Bar the
5  very moment it was allowed. But it's still a very short
6  career.
7  Q  13 years. That's pretty good. I know you would
8  like it to be longer. Did I understand you to say that
9  over the 13 years you have been allowed to be an
10  advocate, a practicing lawyer, you have had two
11  arbitrations?
12  A  Yes.
13  Q  How many cases during that 13 years have you
14  litigated in the Bulgarian court?
15  A  All of them.
16  Q  Like 500 or --
17  A  Less. I am not very active.
18  Q  More than 200?
19  A  Probably.
20  Q  You spent time in the U.S. in an exchange program?
21  A  A number of exchange programs, and participation in
22  the work of an NGO, for a Non Governmental Organization

Page 28

1  An NGO Registered in Bulgaria but started this
2  initiative in America
3  Q  Can you tell me generally what you did? I am just
4  curious more than anything else.
5  A  I had been in an exchange program to assist law
6  schools, so I visited several states' universities.
7  I've been to California, Colorado, and Oregon, and
8  mainly to Washington several times as a chair of
9  Bulgarian Organization Vital Voice in Democracy.
10  I used to visit Washington. On a number of
11  occasions, those conferences exchanging experience and
12  Democracy problems, like trafficking in women and
13  protecting human rights, those kinds of issues.
14  Q  What percentage of your time do you think you
15  spent on human rights and anti-corruption issues as
16  opposed to actually practicing law?
17  A  I wouldn't say practice is the main core of this
18  activity. It is more or less theoretical activity, it's
19  writing books and discussing the issues. But I work at
20  three Non Government Organizations, which are
21  anti-corruption organizations. So I would say that it's
22  one-fifth of my time.

Page 29

1  Q  One-fifth on anti-corruption and human rights
2  issues, and the rest is practicing law?
3  A  Teaching mainly.
4  Q  What percentage is teaching?
5  A  The main part of my activity is teaching. I would
6  say half of my time.
7  Q  And so maybe 30 percent or a third of your
8  time is actually practicing in courts?
9  A  Yes.
10  Q  Was there a book you co-authored with a
11  professor? In your declaration you state you
12  co-authored a book with Professor Sam Jacobson of the
13  Willamette School of Law in Salem, Oregon. I should
14  know that because that is a famous wine region. What
15  was the name of the book? And just tell me generally
16  what it was. This book was published when?
17  A  Last year. Democracy Against Corruption is the
18  name of the, book and it's part of a trilogy aiming at
19  covering all the branches of government. This is on the
20  executive, because we thought that this is the most
21  important because we both teach administrative law, and
22  we're working now on fighting corruption in the

| | Page 30 |
|---|---|
| 1 | judiciary, and the third one will be about the |
| 2 | legislature. |
| 3 | MR. SIEVE: I don't have anything further. |
| 4 | EXAMINATION BY COUNSEL FOR PLAINTIFF |
| 5 | BY MR. MUSOLINO: |
| 6 | Q  Let me see if I can understand and break down the |
| 7 | amendments of the constitution that you mentioned.  How |
| 8 | many amendments of the constitution have been made in |
| 9 | response to requirements for the accession to the EU. |
| 10 | A  The new constitution is amended since 2003, five |
| 11 | times, three of which were mainly devoted to the |
| 12 | improvement of the judiciary.  That was more or less |
| 13 | urged by the European Union requirements, and especially |
| 14 | the so-called process of Acquis Communautaire, which |
| 15 | means that the level of your European legislation could |
| 16 | be reached by the adoption of new laws. |
| 17 | Q  Can you spell that for us? |
| 18 | A  A-c-q-u-i-s, C-o-m-m-u-n-a-u-t-a-i-r-e, a French |
| 19 | word and quite a complicated one. |
| 20 | Q  And you are describing that term as meaning the |
| 21 | laws that were what? |
| 22 | A  Acquis Communautaire means the level of European |

| | Page 31 |
|---|---|
| 1 | legislation that has that have to be taken into |
| 2 | consideration by the countries in the period of |
| 3 | accession. |
| 4 | Q  Now, you described Bulgaria as a country in |
| 5 | transition.  Transition from what to what? |
| 6 | A  It's a complicated process, which embodies an |
| 7 | economic transition, which means a change of the |
| 8 | property concept and subject, that it means a transition |
| 9 | in political life.  A one-party system was replaced by a |
| 10 | multi-party system, and this was stated in the |
| 11 | constitution and in social life.  This is the heaviest |
| 12 | of it all because coming form the socialism, you would |
| 13 | suggest that we were left to kind of a democratic effort |
| 14 | to better the situation of the people, but the |
| 15 | situation was just vise-versa because the lack of |
| 16 | political stability and the unemployment lowered the |
| 17 | wages and the standard of life for the people generally |
| 18 | in Bulgaria. |
| 19 | Q  I want to ask you about the judicial system |
| 20 | itself now.  Can you tell me what the Supreme Judicial |
| 21 | Council is? |
| 22 | A  According to the constitution, adopted in 1991. |

| | Page 32 |
|---|---|
| 1 | For the first time in Bulgaria system, a body was |
| 2 | created, an executive branch of the government.  It's |
| 3 | responsible for the structure of the judiciary.  Those |
| 4 | 25 people were elected, 11 of them by the parliament, |
| 5 | and 11 of them by the judiciary, and three of the |
| 6 | members are members of Supreme Judicial Council by the |
| 7 | virtue of law.  So the administer of justice is |
| 8 | administrating of the structure by organizing the |
| 9 | meeting, approving the agenda of the meeting, and |
| 10 | getting together once a week. |
| 11 | This whole concept proves to be not |
| 12 | successful, and the last amendment of the constitution |
| 13 | was aimed at changing it, so now it exists because it is |
| 14 | provided for by the constitution, but now with a |
| 15 | different content.  It became now under the new |
| 16 | amendment.  It became a permanent body whose members are |
| 17 | no more acting judges or prosecutors or attorneys.  For |
| 18 | a period of five years, they do only this job.  They |
| 19 | elect judges or they dismiss them or they sanction them, |
| 20 | or whatever is necessary for improvement in the |
| 21 | judiciary. |
| 22 | And, again, under the urge of European Union, |

| | Page 33 |
|---|---|
| 1 | an inspectorate to the Supreme Judiciary Council was |
| 2 | created to double the existing inspectorate to the |
| 3 | Minister of Justice.  So now you have two similar |
| 4 | bodies with one in the same titles with different |
| 5 | functions.  All of this has been done in order to help |
| 6 | the process of improving the judiciary, because the |
| 7 | reform unfortunately proved to be not very successful. |
| 8 | Q  Has it been tested yet? |
| 9 | A  No.  They are not actually the members of those |
| 10 | bodies.  The Supreme Judiciary Council was just electe |
| 11 | like a month ago, and the inspectorate is not yet in |
| 12 | action. |
| 13 | Q  You had mentioned that there had been reforms |
| 14 | or changes to the substantive laws and procedural laws. |
| 15 | I think they were in parts of the reform process.  Have |
| 16 | either of those been tested yet to see if they are going |
| 17 | to -- |
| 18 | A  No. |
| 19 | (Thereupon, at this point in the proceedings, |
| 20 | there were technical difficulties.) |
| 21 | A  The first one that was in action was Tax Law, but |
| 22 | it was Procedural Code, but it needs administrative. |

| | Page 34 |
|---|---|
| 1 | Capacity in order to be put in action. While as far as |
| 2 | the other codes, Administrative Procedure Code, the |
| 3 | Civil Procedure Code, will start the 1st of January |
| 4 | 2008. |
| 5 | And the Administrative Procedure Code was retained |
| 6 | a little bit because there was no material opportunity |
| 7 | to create the new administrative courts. They are |
| 8 | created now, but they have no building in which to |
| 9 | operate. |
| 10 | BY MR. MUSOLINO: |
| 11 | Q   Is it fair to say that any new case that's brought |
| 12 | in Bulgaria in 2008 is, along with all the other issues, |
| 13 | going to have to deal with the new civil procedural laws |
| 14 | and new judicial substantive laws? |
| 15 | MR. SIEVE:  Objection; leading. |
| 16 | BY MR. MUSOLINO: |
| 17 | Q   You can answer it. |
| 18 | A   No.  I would only say that to change Civil |
| 19 | Procedure code is a very heavy duty.  And to have a |
| 20 | brand new one means, I'm talking as a university |
| 21 | professor, we will need at least three to five years to |
| 22 | have new text books, let alone the practice itself will |

| | Page 36 |
|---|---|
| 1 | is very sensitive these days about the action of the |
| 2 | judiciary, but they are more or less engaged by |
| 3 | themselves.  Like the last two years, the main problem |
| 4 | was if they would still be having immunity. |
| 5 | Secondly, it's a question of budget, whether the |
| 6 | budget will be separate from the executive as it is now. |
| 7 | It's a brand new law and the amendment of the |
| 8 | constitution.  I wouldn't say that we have had enough |
| 9 | support in our wishful thinking, which I would gladly |
| 10 | accept if I had enough reason for that, that the |
| 11 | judiciary is doing its job as far as corruption. |
| 12 | Q   Is it your opinion that the judiciary is not doing |
| 13 | its job as far as corruption is concerned? |
| 14 | A   Definitely.  The judiciary is not doing its job. |
| 15 | The corruption is overwhelming.  There are no real |
| 16 | measures to fight corruption. |
| 17 | Q   Mr. Chernov's testimony was corruption in the |
| 18 | judicial system is more typically found in the criminal |
| 19 | side as opposed to the civil side, in general.  Do you |
| 20 | agree? |
| 21 | A   No, I don't agree.  The corruption in criminal |
| 22 | cases is obvious.  It's like Mafia.  It's organized |

| | Page 35 |
|---|---|
| 1 | be a very difficult process. |
| 2 | Q   I want to ask you about the sentence in Paragraph |
| 3 | 12 of your declaration that Mr. Sieve asked about. |
| 4 | Some progress has been made.  An independent, impartial |
| 5 | and objective system capable of a fair and just |
| 6 | hearing is not yet in operation.  Is that still an |
| 7 | accurate statement? |
| 8 | A   Yes.  I'm worried it is still an accurate |
| 9 | statement, because we have a lot of examples to prove |
| 10 | it. |
| 11 | Q   Mr. Sieve asked whether you were aware that there's |
| 12 | an investigation being done on several magistrates.  Is |
| 13 | it your opinion that the Bulgarian Judicial System is |
| 14 | effectively identifying and prosecuting corruption when |
| 15 | it finds it? |
| 16 | A   No. |
| 17 | Q   Is that one of the issues covered by the EU's |
| 18 | monitoring, whether or not there are actually sufficient |
| 19 | internal anti-corruption issues? |
| 20 | A   The answer to this question is by no means no., |
| 21 | because as I've stated before, there is a lack of |
| 22 | political will, first of all; and secondly, the society |

| | Page 37 |
|---|---|
| 1 | crime and very well covered by the media.  If we try to |
| 2 | use criteria, like how many cases we can consider |
| 3 | influenced by corruption, this is mainly in the field of |
| 4 | civil law, because the whole process of restoration of |
| 5 | property, all the privatization cases, you look at the |
| 6 | statistics.  It's very easy to support such statements |
| 7 | if you look at the records of the agency for |
| 8 | privatization.  You see that all the cases there were |
| 9 | taken to the court, and some of them have finished in a |
| 10 | very unusual way, like a number of energy |
| 11 | privatizations, which is crucial for this country, of |
| 12 | course, and by decisions that are very hard to explain. |
| 13 | People who have never been active in the field of energy |
| 14 | turned out to be the owners of power stations, all the |
| 15 | assets that are connected to the subject. |
| 16 | Q   In paragraph 11 of your declaration, you talk about |
| 17 | Bulgarian courts.  You're familiar with the case that |
| 18 | was filed in Washington; correct? |
| 19 | A   Yes, I'm familiar. |
| 20 | Q   In 2008, the Bulgarian courts were competent to |
| 21 | handle the claims in that case? |
| 22 | MR. SIEVE:  I'm going to launch a foundation |

| Page 38 | |
|---|---|
| 1 | objection. |
| 2 | BY MR. MUSOLINO: |
| 3 | Q   You can answer that. |
| 4 | A   I would say that the competence of Bulgarian judges |
| 5 | is improving.  First of all, they act on new law, and a |
| 6 | special institute to improve their knowledge has been |
| 7 | created by the Ministry of Justice, but it will take |
| 8 | some time to get oriented  with the new norms, the new |
| 9 | acts, and the European legislation.  It won't be the |
| 10 | case that such an improvement in the competence of |
| 11 | Bulgarian judges will take place soon. |
| 12 | As far as this specific complaint is concerned I |
| 13 | don't think there are grounds for such an expectation |
| 14 | because we don't have similar laws that would tackle |
| 15 | such problems. |
| 16 | In my answer to Mr. Sieve, generally, we have |
| 17 | grounds here and there, but they are not in one piece |
| 18 | that if such a complaint is taken to Bulgarian courts it |
| 19 | won't be one court. Such a complaint will never be able |
| 20 | to be put in the process in bulgaria. |
| 21 | MR. MUSOLINO:  I have no further questions; |
| 22 | She's not going to waive, so we'll talk to you about |

| Page 40 | |
|---|---|
| 1 | CERTIFICATE OF NOTARY PUBLIC |
| 2 | I, JANIE ARRIAGA, the officer before whom the |
| 3 | foregoing deposition was taken, do hereby certify that |
| 4 | the witness whose testimony appears in the foregoing |
| 5 | deposition was duly sworn by me; that the testimony of |
| 6 | said witness was taken by me in stenotypy and thereafter |
| 7 | reduced to typewriting under my direction that said |
| 8 | deposition is a true record of the testimony given by |
| 9 | said witness; that I am neither counsel for related to, |
| 10 | nor employed by any of the parties to the action in |
| 11 | which this deposition was taken; and further, that I am |
| 12 | not a relative or employee of any counsel or attorney |
| 13 | employed by the parties hereto, nor financially or |
| 14 | otherwise interested in the outcome of this action. |
| 15 | |
| 16 | |
| 17 | JANIE G. ARRIAGA |
| 18 | Notary Public in and for the |
| 19 | District of Columbia |
| 20 | |
| 21 | My commission expires: |
| 22 | November 1, 2011 |

| Page 39 | |
|---|---|
| 1 | getting her a copy of the transcript. OK? I'll go |
| 2 | through you.  We can get you the spellings of the names |
| 3 | if you need them. |
| 4 | (Thereupon, at 8:30 a.m., the deposition |
| 5 | concluded.) |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

| Page 41 | |
|---|---|
| 1 | A C K N O W L E D G E M E N T  O F  D E P O N E N T |
| 2 | |
| 3 | I, MARIA SLAVOVA, do hereby acknowledge I have |
| 4 | |
| 5 | read and examined the foregoing pages of testimony, and |
| 6 | |
| 7 | the same is a true, correct, and complete transcription |
| 8 | |
| 9 | of the testimony given by me, and any changes or |
| 10 | |
| 11 | corrections, if any, appear on the attached errata sheet |
| 12 | signed by me. |
| 13 | |
| 14 | -------------------    -------------------------- |
| 15 | (DATE)          MARIA SLAVOVA |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Stroitelstvo Bulgaria Ltd.                    :

          Plaintiff,              :

                                    :

          vs.                    :      Case No. 07cv00634 RMC

                                    :

The Bulgarian-American Enterprise Fund, et al.  :

          Defendants.        :


## DECLARATION OF MARIA GAVRAILOVA SLAVOVA

I, **Maria Gavrailova Slavova**, state and declare under penalty of perjury under the laws of the United States, 28 U.S.C.§ 1746, that the following is true and correct, based on my personal knowledge and as is set forth below:

1.  I am an attorney at law registered at the Sofia Bar. My address and contact numbers are: 1373 Sofia,"Zapaden Park", bl.100, ent. 2, tel : + 35929282704, cell phone : +359888846289, E-mai:l mslavova@pc-link,net

2.  A true and accurate copy of my curriculum vitae is annexed hereto.

3.  I have obtained my Master degree in law at the Sofia University "St. Kliment Ohridski" in 1976 and my Ph.D. in 1985.

4.  I specialize in administrative, civil and commercial law, and anti-corruption and human rights law and I am licensed to practice without limitation before Bulgarian courts.

5.  I am reasonably fluent in English. I have travelled in and worked in the United States and Great Britain and have co-authored a book with Professor Sam Jacobson of the Willamette School of Law in Salem, Oregon.

6.  I have never represented Stroitelstvo Bulgaria Ltd.("Stroittestvo").

7.  I have been asked by plaintiff's counsel in this case to submit this declaration with respect to Bulgarian law and with respect to legal proceedings in Bulgaria between Stroitelstvo and the Bulgarian American Credit Bank, (the "Bank") a Bulgarian stock company, ul. Krakra 16, Sofia, Bulgaria, and with respect to the Bulgarian judicial system.



EXHIBIT

4B

8.   I have reviewed the cases filed by Stroitesltvo and the Bank in Bulgaria. I have also reviewed the complaint in this case, as well as the declaration of Silvy Chernev.  I have consulted with Vladimir Stefanov Skochev, and have reviewed his affidavit.

9.   I am familiar with the law of Bulgaria as it relates to the proceedings between Stroitelstvo and the Bank in Bulgaria, and I am familiar with the law of Bulgaria as it relates to the claims in this case. I have based the statements I make in this declaration, including opinions, on information from sources upon which I, as a Bulgarian attorney, would typically rely, including court records, research, and, reports of the European Union, and discussions with Stroitelstvo's counsel, as well as on my professional knowledge and experience, and my regular practice before Bulgarian courts including the Supreme Court of Cassation of the Republic of Bulgaria.

10.   The liability for compensation of the damages, caused by impermissible actions (tort) under Bulgarian law is regulated by The Contracts and Obligations Act. Bulgarian law though does not permit the liability to be effected towards legal entities. The very concept of The Contract and Obligations Act differs substantially from the provisions the RICO Act. The consistent practice of Bulgarian Supreme Courts has enough evidence to support this conclusion. Detailed explanation of the impossibility a legal entity to be held liable for tort due to delictual fault is found in Decision № 6 of 08.01.1973, enacted pursuant to civil case № 2384/1972 of First Civil Department of the Supreme Court, as well as Decree № 7/29.12.1958 of The Plenum of The Supreme Court.

11. It is doubtful that the Bulgarian courts and the relevant experts might have enough experience to analyze the liabilities of both defendants. The pertinent codes do not provide the mechanisms for  hearing the racketeering issues raised in the complaint.

12.   The declaration of Vladimir Stefanov Skochev accurately describes the current deficiencies in the Bulgarian judicial system.  Though some progress has been made, an independent, impartial and objective system capable of a fair and just hearing is not yet in operation.

16 September 2007

_____
Maria Gavrailova Slavova

2



EXHIBIT

4C

# DEMOCRACY AGAINST CORRUPTION:

## *A New Way of Thinking About Public Administration*

# Contents

Preface............................................................................ 5

Chapter 1:  INTRODUCTION.............................................. 9

Chapter 2:  DEMOCRATIZING PUBLIC ADMINISTRATION. 24

Chapter 3:  PUBLIC PARTICIPATION................................ 38

Chapter 4:  EFFECTIVE ADMINISTRATION....................... 58

Chapter 5:  CULTURE OF INTEGRITY............................... 78

Chapter 6:  ENFORCEMENT............................................ 101

Index.......................................................................... 112

# PREFACE

Corruption is among the principle problems in Bulgarian public life during the years of transition from communism to democracy. Since the economic crash of 1997, greater attention has been paid to the role that corruption plays in undermining democratic, economic, and social reforms. In addition, with Bulgaria's accession to the European Union on the horizon, significant reforms are expected so that Bulgaria will meet the standards of the other European nations concerning the prevalence of corruption. The European Commission's Report on Bulgaria's Progress in the Process of EU Accession dated 16 May 2006 confirmed that corruption will be one of the most problematic areas.

Many are involved in exposing corruption and pressing for reforms. The media are recording examples of corruption by presenting them in the central press - national dailies, weeklies and magazines – and in the electronic media. Citizens are organizing to propose reforms, such as measures to counteract VAT frauds. Business organizations are also involved in initiatives to overcome the corruption, with over 360 businesses supporting the Declarations Against Corruption sponsored by three business organizations,[1] and others involved in seeking legislative changes and in including the business voice in decision-making. Nongovernmental organizations, largely spurred to action as a result of *Coalition 2000*,[2] are conducting studies and holding educational discussions and conferences where they account for the work done on projects concerning corruption fighting. Scholars are investigating the causes and effects of

---

[1] The Bulgarian International Business Association (BIBA), the Bulgarian Forum of Business Leaders and the Bulgarian Bureau for Business and Congress Tourism.

[2] Initiative of the Center for the Study of Democracy which started in 1998 with the financial support of international sponsors.

5

corruption and the perception of corruption, as well as the effects of any corruption reforms. All of these efforts are reflected in this book.

Of course, the government is actively involved in the fight against corruption as well. The government's fight against corruption has been ongoing with various legislative agendas and with the efforts of a variety of Parliamentary and Ministerial commissions. More recently, the Council of Ministers adopted the new Governmental Strategy against Corruption[3] in January 2006, and in the beginning of February 2006, a new Commission on Prevention and Counteraction to Corruption was created, which will develop the state anticorruption policy and control the implementation of the strategy against corruption.

Within the legislative branch, the Permanent Commission for Fighting Corruption is operating on its third mandate. Included within its responsibilities are proposing new anticorruption laws and changes to laws already in force, exerting Parliamentary control over the anticorruption efforts of executive authorities, and considering complaints by citizens and civic organizations. In addition, the National Assembly is creating Fact Finding Commissions to investigate corrupt behavior and to report its recommendations for what measures should be taken.

Within the judicial branch, the Reciprocal Commission for Fighting Corruption in the Judicial System began functioning in 2004 within the Supreme Judicial Council. This commission's powers are limited to analyses and recommendations concerning the fight against corruption, and do not include investigating corruption within the judicial system.

While many anticorruption measures have been institutionalized to counteract corruption, their efforts to combat corruption have been insufficient since corruption is again on the rise as noted in the Center for Democratic Studies 2006 report. This lack of effectiveness, plus the increasing sensitivity of citizens to manifestations of corruption, reveal the need for a new pragmatic knowledge of corruption and the means for overcoming it.

---

[3] Available at http://www.government.bg/cgi-bin/e-cms/vis/vis.pl?s=001&p=0037&n=000019&g=&vis=000030 (last accessed 3 June 2006).

6

This book aims to fill that need concerning the Executive Branch by examining in detail the prerequisites for an effective and lawful executive power that reflects democratic principles, and by making recommendations on how to overcome corruption in modern public administration. Future publications will address the equally pressing problems with corruption and need for reforms in the Legislative and Judicial branches.

With the continued insistence of the public, with the strong political will of those who govern, and with the guidance of this book, we hope the fight against corruption will be more clearly defined and more susceptible to effective action.

*Sam Jacobson & Maria Slavova*
*Sofia, Bulgaria*
*October 2006*

7

## Chapter 1

# *I*NTRODUCTION

One of the greatest challenges facing government administration in Bulgarian today is the containment, if not the elimination, of corruption. In a democracy, the government has legitimacy only because the citizens who created that government perceive that it is acting on behalf of the public good, and therefore is worthy of the citizens' trust. A democratic government that cannot be trusted is one that will not be in power for long, because unlike an authoritarian government, it cannot rely on coercion to stay in power.

A key determinant of whether citizens will trust a government is corruption. Studies indicate that those countries with the highest corruption levels or perceived corruption levels suffer the lowest levels of trust in government institutions. (Mischler and Rose 2001, at 48; Herzfeld and Weiss 2003) This makes sense. Not only does corruption undermine the rule of law, but it undermines any confidence that the public may have in those institutions that administer the law. With corruption, every administrative action becomes suspect.

If corruption corresponds to low levels of trust in government institutions, how do Bulgarians perceive their government? Bulgarians do not perceive their government in a favorable light. While they overwhelmingly support a democratic form of government (87% according to the 1999 World Values Survey; 89% according to Mishchler and Rose 2001, at 308), they do not have confidence in the job that the government is doing. Less than 2% are very satisfied with those holding national office, and 73% think the country is run for the benefit of a few big interests rather than for all people. According to two recently released surveys, 51% think all or nearly all ministers are involved in corruption, 44% think all or nearly all of ministry officials

9

are involved in corruption, 63% think corruption is widespread in public services, and 68% believe they will not be treated fairly without bribing an official (Center for Democratic Studies 2005:14; Mungui-Pippidi 2003,2005). Bulgarians rank corruption as the third most significant public concern, following only low incomes and unemployment (Center for Democratic Studies 2005).

Bulgarians are justified in their perceptions. The Center for Democratic Studies reports that over 130,000 corrupt transactions occur every month. (CDS 2005:9) Simple tasks involving the government often take days, when they should take minutes; and everyday routines are rife with corruption opportunities. Bulgarians consider the bureaucratic ineptitude that eats up valuable time and requires meaningless procedural steps to be just as corrupt as an attempt at extortion. For example, in the same conversation about corruption, a person might complain about the ticket checkers intimidating riders on the buses and extorting money by claiming a valid ticket is invalid, and about having to spend six hours to locate the medical records of a person leaving the hospital for a care facility.

These examples reflect a broad view of corruption, one that incorporates not only personal gain from violations of the law but personal gain from violations of other established norms and the appearance of personal gain from other established norms. Both the definition of corruption and the appearance of corruption require further discussion.

## DEFINITION OF CORRUPTION

Corruption occurs when an action violates established norms by procuring some benefit to which the person would not otherwise be entitled.

> *Corruption = violation of established norm*
> *+*
> *unentitled benefit*

10

For corruption to occur, then, established norms for behavior must exist, and someone must be acting in contravention of those norms for personal benefit.

*Established norms.* Established norms determine what must or what should be done in a particular situation. These norms can be established legally, politically, and socially.

Legally, norms are established through the Constitution and through properly promulgated laws, regulations, ordinances, and edicts. Legal norms may be further clarified in subsequent judicial decisions interpreting those laws. For example, the Bulgarian Constitution establishes a legal norm when, in Article I, paragraph 2, it provides for a term of seven years for the Chair of the Supreme Court of Cassation, the Chair of the Supreme Administrative Court, and the Chief Prosecutor. The Constitutional Court interpreted this legal norm to not include the period of time for which a person was appointed to complete an unexpired term. (Decision No. 1 of 23 March 2004 on Constitutional Case No. 1 of 2004). Therefore, under this legally-established norm, it would not be corrupt to serve for more than seven years when the service exceeding seven years represents a prior unexpired term to which the person was appointed.

Politically, norms establish the larger interests of the citizenry that are paramount in guiding policy-setting. These interests might include concepts of fairness, social equality, independence, economic well-being, universal education, or fiscal responsibility. They may be understood through personal contacts with the citizenry, town meetings, polls, media, or other means. Of course, they can also be misunderstood through these same means, and corruption may occur in defining what the larger interests of the citizenry are. In addition, some of these larger interests may conflict, such as providing universal education and being fiscally responsible, and corruption may occur in resolving that conflict.

Socially, norms are established in private interactions, creating expectations of trust and fair dealing in personal transactions. For example, when citizens enter into private agreements, they assume that all parties to the agreement are acting in good faith, that is, that all parties intend to perform their obligations under the agreement. Corruption occurs when this socially-established norm is violated.

11

Collectively, these legal, political, and social norms create duties and social responsibilities, the violation of which could constitute corruption. Voting illustrates how legal, political, and social norms collectively establish duties. Legally, Article 81, paragraph 3, of the Bulgarian Constitution states that "voting is personal." The Constitutional Court interpreted this provision to extend to all election rights, including the votes of the people's representatives in Parliament, and it concluded that the right to vote cannot be delegated to another person (Decision No. 8 of 5 June 2003 on Constitutional Case No. 6 of 2003). Politically, concepts of fairness and social equality may further protect the individual's personal right to vote, such as by assuring that elections be held on non-working days or that voting places be accessible to the handicapped. Socially, people who are homebound but who want to vote will expect that the person picking up their ballots will actually deliver then in a timely manner so that their votes will be counted.

In this example, corruption might occur if someone delegated their right to vote to another person, if voting places were not accessible to the handicapped, or if a courier opened a ballot envelope or destroyed a ballot entrusted to it. Whether a violation of these established norms constitutes corruption depends on whether the violation resulted in a benefit to which a person would not otherwise be entitled.

*Personal benefit.* A person can violate established norms without being engaged in corruption. What distinguishes corruption from anarchical or sociopathic violations of norms is that it involves some benefit to which a person would not otherwise be entitled. Because a person would not otherwise be entitled to the benefit, this definition inherently involves some harm to the rights of others, whether to the public good generally or to the person who would have otherwise received the benefit.

The personal benefit can be interest-driven or value-driven. A personal benefit that is interest-driven could involve material gain, such as receiving money, expensive gifts, promotions, or jobs. A personal benefit that is value-driven could be based on principled beliefs, such as nationalism or environmentalism. Whether interest-driven or value-driven, the result is the same: an undeserved benefit derived from violating established norms.

12

The undeserved personal gain that someone receives from violating established norms can take a number of forms. While corruption frequently is characterized as involving some pecuniary benefit to the person engaged in corruption, that construction of personal gain too narrowly defines who benefits and what the benefit might be.

Who benefits from corruption can include the person engaged in corruption or that person's family, friends, private clique, or group with whom the person particularly identifies, such as an ethnic or religious group. It may also include anyone the person engaged in corruption wants to include within a sphere of influence.

What the benefit might be can include pecuniary benefits, but it can include many other types of benefits, including improvements or changes in a person's status, improved or expedited service, development and control of a network of influence, enhanced personal influence, recharacterization of events or facts in a more favorable or misleading light, redefining of issues in a more favorable or misleading light, losing or destroying unfavorable documents, and receipt of special or advanced notice on matters of special interest.

This definition of corruption has several characteristics worth noting.

*First,* the definition is normative. Without the establishment of norms, there can be no corruption. With the establishment of norms, actions violating those norms challenge and threaten the normative structure, causing societal harm.

*Second,* the definition is both legal and moral. It includes acts that are illegal, violating what a person must do, and acts that are wrong, violating what a person should do. For example, the law might define certain circumstances in which one person owes another person a fiduciary duty, such as the fiduciary responsibilities that a bank owes to its depositors under the Bulgarian *Law of Banking* to maintain sufficient reserves to cover its obligations. However, a fiduciary duty is more than a rule of law; it is also a moral duty, a part of the community character at large, that when one person entrusts his or her affairs to another, the entrusted person will act responsibly to preserve and to promote the interests of the entrustor, not the interests

13

of the entrusted. These moral duties are reflected in various codes of ethics, such as the Code for the Conduct of the Employees in State Administration, which recognizes that state employees must serve the interests of the citizenry and must work to strengthen their trust in the state institutions (Article 2, paragraphs 3 and 4). These moral duties are also reflected in everyday dealings: if you entrust a neighbor with money to buy groceries, you expect to receive your change; if you entrust a friend with the key to your flat while you are on a trip, you expect the flat to be in the same condition as you left it when you return.

*Third*, the definition is comprehensive. It includes corruption that is political as well as personal, official as well as private, and policy-based as well as act-specific. To illustrate these concepts, corruption would be political when it involves abuses of power by political leaders, such as using confidential or secret information for a personal agenda, but personal when it involves a specific person, such as sharing confidential or secret information about that person. Corruption would be official when it involves abuses of power by government agency employees, such as committing the government to contracts that serve the government employees' private interests, but private when it involves abuses of the terms of a contract between private entities. Corruption would be policy-based when it involves abuses in implementing broad remedial measures in the public interest, such as returning property to its pre-communist era owners, but act-specific when it involves abuses in the return of a specific piece of property.

*Fourth*, the definition is dynamic. It will include as yet unknown forms of corruption as today's forms shift and change over time, responding to new social, political, and economic conditions, as well as improved enforcement measures.

## APPEARANCE OF CORRUPTION

The appearance of corruption can be just as damaging as corruption itself. First, when people perceive a system to be corrupt, they are more likely to engage in corruption themselves within that

14

system. (Wallace and Haerpfer 2000) Second, in a democracy, appearances matter.

Democratic systems depend upon the integrity of appearances because that is the only means through which the citizenry can judge whether their trust in government is warranted. The citizenry cannot be inside the mind of the administrator to know what he or she was thinking. Nor can the citizenry be present to observe the administrator's actions. All the citizenry can do is note the result and the appearance that the result gives under the circumstances that are known.

So if an administrator approves a permit ahead of those who have been waiting for substantially longer periods of time and the recipient of the permit is the administrator's cousin, the citizenry will likely assume that the transaction was corrupt based on the inference that the cousin received preferential treatment because of his relationship with the administrator. Similarly, if a civil servant with a modest salary purchases a new flat in Lozenets, the citizenry may likely infer that the civil servant is corrupt because his or her salary could not support such an expensive purchase. Whether or not these inferences are true, they are reasonable given the limited information known by the citizenry. And whether or not these inferences are true, they undermine trust in the government.

Nothing corrodes support for the government faster than the perception that everything and everybody is corrupt. This was illustrated well in the protest votes cast in past Bulgarian elections, particularly in 2001 when the voters rejected a widely praised government led by Prime Minister Ivan Kostov for a party that had only been formed less than two months before the election (Krastev 2002a). This ousting of one party Administration for another is protest voting, i.e., voting that protests the current state of affairs. However, protest voting does little to improve government institutions, because wanting something new does not equate to getting something better.

15

# GETTING SOMETHING BETTER

This book is about getting something better. What would "get something better"? Fairness, eliminating or reducing the causes of corruption, and the strong will to act.

## FAIRNESS

First, getting something better requires fairness. For Bulgarians, fairness matters. And that is the primary rub with corruption - it is not fair. Bulgarians have been very patient during the transition, but that patience wears thin when they do not see the burdens of the transition equally shared. According to the New Europe Barometer for Bulgaria, only 19% of Bulgarians think their new government is better at treating people equally and fairly (Rose 2005a:50; Rose 2005b:56).

These feelings about the lack of fairness are important because they are strongly-held values. The vast majority of Bulgarians (about 90%) believe that government should take a strong role in protecting the weak and poor, in assuring equal opportunity for all, and in guaranteeing minimum living standards. (Mason 2004) When values are strongly held, the government derives its legitimacy only to the extent that it recognizes those values.

In addition, without fairness, Bulgarians may lack the political patience (Mason 2004) needed to see them through the economic and political troubles of the transition. These feelings of unfairness translate into distrust of government. Distrust of government will undermine the consolidation of the new Bulgarian democracy and breed political instability. For a democracy to thrive, it needs the trust of the people. This is discussed further in Chapter 2.

## CAUSES OF CORRUPTION

Second, getting something better requires understanding the causes of corruption. Understanding the causes of corruption will aid in revising government administration to eliminate those causes or to reduce the corruption opportunities those causes create.

16

From whence arises the seeds of corruption and the milieu in which they bloom is a story that is at once universal and unique: universal because it involves the ubiquitous human characteristics of need, greed and power; unique because each country's history, culture, and institutions define how these characteristics manifest themselves.

From time immemorial, great thinkers have tried to understand the human condition and to mold it to one of perfection. While many have contributed to our understanding of human shortcomings, none have succeeded in perfecting the human state. In fact, attempts to force humans into a more perfect state have led to dire consequences, such as brutal totalitarian regimes, and ultimate failure, as the communist experiment illustrates so well. Therefore, instead of trying to perfect the human state to eliminate corruption, we will assume that the potential for corruption will always exist in the hearts of some and in the minds of others, and that a person's character, including a moral code of acceptable behavior, is shaped by many factors, including family, religion, philosophy, experiences, education, and culture.

Of those persons who will engage in corruption, some will do it intentionally and with great determination, while others will merely take advantage of corruption opportunities.

Some corruption involves the **determined flouting of clearly established norms**. No corruption program to prevent corruption will eliminate corruption completely. Some persons will always be determined to engage in corruption, regardless of the law, ethics, morality, or odds against success. A good anti-corruption program will make it more difficult to beat the odds and more likely that those determined to flout the clearly established norms are detected and punished.

However, the vast majority of corruption occurs when people take advantage of **corruption opportunities**. Notwithstanding any individual predisposition to engage in corrupt behavior, corruption requires opportunity. Opportunities for corruption occur because of institutional structure, norms being in transition, or established norms being inefficiently or ineptly administered.

17

*Institutional structure.* First, opportunities for corruption may be provided by institutional structure. Every institution influences how people behave within its structure and every institution can create corruption opportunities because of the way that it is organized.

Every institutional structure influences human behavior. Consider a simple example of a classroom. When a classroom is organized with rows of seats extending from the front of the room to the back, those students who sit in the back of the classroom are more likely to have behavior problems or have poorer marks. This is understandable given the structure of the classroom. The students who sit in the back would have a harder time seeing what the teacher has written on the blackboard, either because the students are too far away or because the heads in front of them block the view. Also, the students who sit in the back of the classroom would have more trouble hearing what the teacher is saying, either because the teacher's voice is not audible at that distance or because the voice is masked by noise from the students in front of them. Finally, the students who sit in the back of the classroom would have more trouble paying attention to what the teacher was doing because they would be distracted by the actions of the children sitting in front of them.

In addition, every institutional structure includes corruption opportunities. Some of these opportunities are created by the lack of checks and balances in the structure. To continue with the classroom example, if no one is watching the students in the back of the room, chances are high they will engage in inappropriate conduct. Similarly, if no one is watching the teacher, the teacher might abuse his or her power because he or she is the sole adult authority in the classroom.

Other corruption opportunities are created because of inefficiencies in administrative structure or ineptitude in implementing it. Businesses report substantial losses of time that top management must spend with public officials and that all employees must spend to maneuver through the morass of bureaucracy or to complete arcane procedures. When the bureaucracy and its procedures make no sense or when procedures are unknown or uncertain, people will find ways to maneuver around them. In Bulgaria, 24% of businesses report bribing frequently to get things done (Earle 2000). They also report

18

their largest concern to be regulatory uncertainty (EBRD Transition Report 2005:66).

A good anti-corruption program will design its institutional structures to limit, if not eliminate, corruption opportunities. Chapter 3 discusses how to include public participation in administration to be sure that someone is always watching. Chapter 4 discusses how to structure administration to limit, if not eliminate, corrupting influences. Chapter 5 discusses how to use administrative structure to positively influence those who work in it by maintaining a culture of integrity.

*Norms in transition.* Second, opportunities for corruption occur when norms are in transition. Since 1989, Bulgaria has been undergoing three dramatic transitions at the same time. Economically, Bulgaria is transitioning from communism to capitalism (or market economy). Politically, Bulgaria has been transitioning from an authoritarian regime to a democratic one. Socially, Bulgaria has been transitioning from socialism to an (as yet) undetermined social system.

#### ▶▶ *Systems in Transition* ◀◀

| Economic | Political | Social |
|----------|-----------|--------|
| communist | authoritarian | socialist |
| ⇩ | ⇩ | ⇩ |
| capitalist | democratic | social democracy? (unsettled) |

Transitioning three systems at once represents an unnerving amount of change. The changing economic system has produced enormous gaps between the rich and the poor, has largely wiped out what used to be a substantial middle class, and has dramatically increased the number of poor to well over half of the country's population. Only 25% of Bulgarians believe they are better off now than they were before 1989 (Rose 2005a:40); and 85% state that they do not have enough money to meet their needs (*ibid.*:42). At the same

19

time, the changing social system wiped out the safety nets as the government cut social programs and families splintered, and the changing political system had not sufficiently incorporated democratic reforms to facilitate effective monitoring by or input from the citizenry.

These transitions of economic, political and social systems generate an enormous number of corruption opportunities, not only because of the large number of normative changes that occur during transition but also because of the dynamic of the transitions. These transitions do not occur linearly and smoothly. Instead, the transitions bump along for a number of reasons, most notably because the norms of the old and new systems are not neatly unestablished and established like one might exchange cards in a deck. First, the norms of the old system can remain in place at the same time as the new norms. Second, the norms of the old system can remain in place because no new norms have been clearly established to replace them. Third, the norms of the new system might exist when no comparable or related norms existed under the old system. Fourth, no norms might exist under the old system and no norms have yet been established under the new system.

Each of these normative variations generates corruption opportunities. If both old and new norms exist at the same time, corruption opportunities exist because people might feel free to ignore conflicting norms or to select the specific norms, old or new, that would not impede exercising the opportunity for self-gain. If only the norms of the old system exist, corruption opportunities exist because people might feel free to ignore all norms of the old system, knowing that the system is in transition. If only the norms of the new system exist, corruption opportunities exist because people might feel free to ignore the new norms until the new system is fully transitioned. If no norms exist, a normative anomie is created with unlimited opportunities for self-gain, at the expense of others, because people might feel free to act without restraint.

The corruption opportunities caused by these transitions have not been effectively constrained by any of the three branches of government. In the Executive Branch, this may be because of the uncertainty as to how democratic norms apply to government

20

administration or because of the vested interests of the power elite in not making those changes. Chapter 2 discusses how to democratize government administration by defining the democratic norms that apply to it.

### STRONG WILL TO ACT

In addition to fairness and knowledge of the causes of corruption, getting something better requires the strong will to act. The willingness to act is motivated by knowing the devastating effects that corruption can have on the future of this country, and it is manifested by acting with determination and without equivocation to curb corruption opportunities, to increase the risk of exposure and punishment, and to support corruption fighters.

*Consequences of corruption.* The consequences of corruption are significant and well-documented. Corruption adversely affects a country economically, socially, and politically.

Economically, corruption reduces growth and discourages foreign investment. Corruption reduces growth because it syphons off resources that would support economic growth (new jobs, increased investments, etc.) and redirects them into private hands. Corruption discourages foreign investment, because it increases operating expenses by acting as a tax on the proceeds of investment. Studies indicate that this tax adds at least 5% onto the cost of doing business in Bulgaria. Corruption also discourages foreign investment because foreign investors cannot be certain about the business environment in which they will operate. Corruption introduces unpredictability, which undermines business planning, and uncertainty, which undermines confidence in whether business obligations will be enforceable. Any reduction in foreign investment has significant repercussions on future income: a 7.5% increase in foreign investment increases long-term income level by 70% (Pelligrini and Gerlagh 2004).

Corruption can even bring down the entire economy, as evidenced by the Asian economic crisis of 1997 in which the combination of bribery, fraud, extortion, cronyism, contract collusion, insider trading, influence peddling, loan sharking, and money laundering threw large areas of southeast Asian into a recession

21

(McFarlane 2000) The monetary systems of Thailand, Indonesia, Malaysia, the Philippines, and South Korea collapsed and the fall-out seriously damaged the Japanese economy. The economic chaos also had severe social costs when unemployment doubled, children dropped out of school at alarming rates, mental illnesses increased, and crime flourished.

Socially, corruption represents declining moral values, decreases government revenues for social services, and deepens income inequalities. Corruption represents declining moral values when the rules of the game can be manipulated or ignored for personal benefit at the expense of the benefit of society as a whole. Corruption also represents the loss of moral authority when public officials faced with moral choices choose corruption instead of doing the right thing.

In addition, corruption decreases government revenues available for social services because government revenues are diverted to projects that are more likely to involve corruption, such as capital projects, and because government revenues are reduced since corrupt transactions are not taxed. The result is decreased funding for a social safety net, education, and health care.

Further, corruption deepens income inequities, because it benefits the rich at the expense of the poor. Corruption benefits those who are in power or who are otherwise well-positioned to take advantage of government activities. Those who take advantage of government activities do it to the detriment of everyone else in society. In fact, corruption substantially increases poverty. For example, an increase in corruption of .78% (.0078) reduces the income growth of those in the bottom 20% of income by 7.8% per year (Gupta et al. 1998). The large gaps in income that corruption causes should be of concern to Bulgaria because it causes social instability.

Politically, corruption undermines trust in the government, the rule of law and respect for the law, and fiscal responsibility. Without trust in the government, democracy itself is threatened. This is discussed further in Chapter 2.

In addition, corruption undermines the rule of law and respect for the law. When a country is governed by the rule of law, it means everyone must follow the law and no individual stands above the law.

22

With corruption, however, laws are ignored, not applied, or rendered ineffective, putting those who engage in corruption above the law. Following the rule of law is the most significant thing that government can do to generate public support for it (Rose and Mishler 2002b) When laws are not applied uniformly, the public loses respect for them, thus encouraging others to engage in corrupt behavior.

Further, corruption undermines fiscal responsibility. Corruption reduces public revenue, because the corruption proceeds are not taxed. Corruption also increases public spending and misallocates scarce resources to those projects more likely to involve bribes, making it harder to be fiscally responsible.

*Acting with determination.* The ultimate test for determining if sufficient political will exists to combat corruption is whether those in power "walk the walk," not just "talk the talk." Talk is cheap, but action is dear. Acting requires commitment, the commitment to challenge those with a vested interest in corruption. Acting also requires courage, the courage to do the right thing, notwithstanding any pressure to do otherwise; to prevent the sabotage of needed reforms; and to hold government accountable to the public it serves.

This book discusses how to act with determination. Chapter 2, Democratization of Administration, describes the purpose behind acting with determination, to preserve a democratic form of government, and what a democracy entails when applied to government administration. Chapters 3 through 6 discuss the substance of the actions that show determination: ensuring public participation, limiting corrupting influences, maintaining a culture of integrity, and enforcing the law.

BULGARIAN AMERICAN ENTERPRISE FUND



2004 ANNUAL REPORT



BULGARIAN
AMERICAN
ENTERPRISE
FUND



EXHIBIT

*5*

The Fund was created by the US Congress through the Support for East European Democracy (SEED) Act, which authorizes the US government to disburse up to $58 million to the Bulgarian-American Enterprise Fund ("BAEF" or the "Fund") for investment in the private sector of Bulgaria. The BAEF also may raise additional amounts from the private sector and foundations.

Based in Sofia, Bulgaria and Chicago, Illinois, USA, the BAEF received its initial funding on January 14, 1992. Under the direction of a volunteer board of directors, the Fund makes equity investments in and loans to private businesses in Bulgaria, considering proposals and originating activities that will help develop Bulgaria's private sector.

## BAEF PORTFOLIO GROWTH (in Millions of Dollars)



**THE FUND'S ACTIVITIES INCLUDE:**

- Starting new businesses and encouraging entrepreneurship in Bulgaria

- Establishing joint ventures

- Promoting Bulgaria's investment opportunities to US and other Western investors

- Providing management and assistance to Bulgarian businesses

- Assisting in the privatization of state enterprises

- Broadening the understanding of private enterprise among managers, government, and the Bulgarian public.

## LETTER FROM THE CHAIRMAN

This, our twelfth annual report since commencing operations in 1992 summarizes the financial results and operating highlights for the Bulgarian-American Enterprise Fund (BAEF or the Fund), its major operational subsidiary Bulgarian-American Credit Bank (BACB), its real estate portfolio, and its new entity, BM Leasing. All realized significant achievements for fiscal year 2004.

### BULGARIA

The country made considerable economic progress in 2003 and 2004, according to preliminary data. It was accepted into NATO and took significant steps toward entry into the European Union (EU) in 2007, to include signing the European Union Accession Treaty in Luxembourg on April 25, 2005.

Economic data are especially encouraging. Bulgaria's GDP increased by more than 5 percent for the second consecutive year; inflation remained subdued at approximately 2 percent, and the government's budget deficit decreased to less than 1 percent of GDP (much lower than most of its peers, including those already members of the EU). Both Standard & Poor's and Fitch's increased the country's credit rating to investment grade. Most impressively, foreign direct investment – up 42 percent to $2.4 billion – increased for the third year in a row. Most of this increase was in "greenfield" private investments (as opposed to privatization proceeds) by commercial firms, an encouraging sign that its stability and economic advantages are being recognized in other countries. A further acknowledgement of Bulgaria's progress is the increasing number of tourists, up 14.4 percent in 2004, following a similar rise the previous year. Tourism has risen by double digit amounts since 2000.

## FINANCIAL RESULTS

BAEF concluded its twelfth full year of operations showing a net increase in fund balance from operations of $1.8 million on total investment income of $3.5 million. The total portfolio grew 17 percent during 2003, from $50.0 million to $60.1 million, with reflows (interest + principal + rental income + dividends + proceeds from the sales of investments) increasing from $5.3 million in 2003 to $15.4 million in 2004. During the year, BAEF disbursed $20.4 million in the form of new loans and equity investments. Since 1992, BAEF and its affiliates have made over $380 million in loans and equity investments to more than 4,500 companies across the country.

## EQUITY PORTFOLIO

The Fund continues realizations via sales of its equity positions. Two such transactions took place in FY 04 and generated attractive internal rates of return. The Fund's equity holdings now include ten companies with a cost basis of $20.6 million, the largest of which are BACB, AMETA (an integrated poultry producer), and SANITA (a pharmaceutical distributor and retailer). The latter is undergoing a restructuring that should be concluded in FY 05.

## REAL ESTATE & PROPERTY MANAGEMENT

This group expanded its lending and development activities in FY 04. Most notable was the completion of two large "build-to-suit" complexes for leading western European companies: Praktiker, a large German do-it-yourself chain, and Oriflame, a Swedish cosmetics company. Both originally leased their facilities from BAEF but have subsequently been sold as part of a special purpose vehicle (SPV) to ERG Capital 1 (Enterprise Realty Group), which was sponsored by the Fund.

Another important development included the acquisition of several parcels along the Black Sea, and in Sofia and Varna, two of Bulgaria's three largest cities. Bulgarian-American Property Management (BAPM) is in the process of developing a large shopping center on the Varna property. The others will be developed as joint ventures with experienced construction firms.

BACB is used by the real estate group for its construction lending activity, and is the only entity presently offering real estate project financing in Bulgaria. During FY 04, this group committed to 23 loans in the amount of €17 million, an increase of 62 percent over FY 03. Credit experience and repayment in this sector also remain strong.

Finally, the group sold two properties at a healthy profit.

## BM LEASING

BM Leasing (BML) was established in FY 03 as a joint venture between BAEF and a small leasing firm needing a strategic financial partner to expand its portfolio. An experienced BACB loan officer was transferred to BML and is now its Executive Director. The company has been successful in expanding its activity across several market niches and had a second profitable year.

3

## TOTAL INVESTMENTS BY SECTOR



Long-term financing, a necessity in this business, remains a challenge for BML, as the BAEF has concluded its existing capital investments, and loan guarantees to BML constitute sufficient exposure at this time. The company is still small, but management has successfully begun to obtain outside capital sources to fund its future expansion.

**BACB**

The BACB now issues its own annual report for its fiscal year ending 12/31/04 (as opposed to 9/30/04 used by the Fund) and will report outstanding results. Total assets increased 40 percent to €153 million and net profits increased 55 percent to €7.2 million. Standard & Poor's increased BACB's credit rating from B+ to BB-. Of all banks in Bulgaria, it remains the number one performer in return on assets and return on equity and has one of the highest efficiency ratios among its peers.

Additional long-term funding was received in FY 04 from the EBRD (€10 million), FMO, the Dutch development bank (€7 million), and DEG, the German development bank (€6 million). All three institutions have provided financing to the BACB in past years.

4

Several new financing sources were developed in FY 04, including BACB's first syndicated loan of €12 million, in which seven West European banks from five countries participated. In addition, in November 2004, BACB completed the first-ever loan securitization transaction in Bulgaria for €2.9 million through Kapital Direct-1 (KD-1). KD-1 is a publicly traded SPV registered under the Special Purpose Investment Vehicle Act (SPV). BACB is a servicer for the SPV assets and acted as an underwriter of a €2.6 million senior secured bond issued by KD-1. The bond issue was subsequently purchased by Bulgarian pension funds.

**INTERNAL INVESTMENTS**

During the fiscal year, BACB completed stage-one installation of its new IT system, with stage-two implementation planned for FY 05. The internal audit function established last year began its work and identified several areas for improvement, which have since been addressed to strengthen the control environment. Expanded employee training and personnel performance evaluations systems were expanded and fully deployed.

Maria Sheytanova, a senior banker with international experience, joined BACB as Chief Operating Officer and has since assumed responsibility for operations, human resources, and marketing. Credit processing will shortly be added to her portfolio. BACB has two Bulgarian Executive Directors and a total of 121 employees, all but one of whom are Bulgarians. We are proud of this accomplishment and of our talented staff of leaders and innovators.

**OTHER**

The Audit Committee continues its regular quarterly meetings plus ad hoc sessions when required. The Bank Oversight Committee, created last year to monitor the BACB more closely, also meets with great frequency. Board members who serve on these committees spend substantial time discharging those duties, including attending frequent meetings and conferences, and making additional in-country visits.

As usual, I would like to thank the Board of Directors for its considerable contribution of time, vigilant oversight, and valuable experience to the work of the BAEF and the BACB.

Stephen W. Fillo
*Chairman*

# MANAGEMENT'S RESPONSIBILITIES FOR FINANCIAL STATEMENTS AND THE INTERNAL CONTROL SYSTEM

## FINANCIAL STATEMENTS

The financial statements of the Bulgarian-American Enterprise Fund (the "Fund" or "BAEF") were prepared by management which is responsible for their reliability and objectivity. The statements have been prepared in conformity with accounting principles generally accepted in the U.S. and, as such, include amounts based on informed estimates and judgments of management. Financial information appearing throughout this annual report is consistent with that in the financial statements.

The Board of Directors, operating through its Audit Committee, which is composed entirely of directors who are not officers or employees of the Fund, provides oversight of the financial reporting process and safeguarding of assets against unauthorized acquisition, use or disposition. The Audit Committee annually recommends the appointment of independent public accountants and submits its recommendation to the Board of Directors for approval.

The Audit Committee meets with management and the independent public accountants to review and approve the overall scope of audit work and related fee arrangements; to review audit reports and findings; and to discuss the adequacy of the Fund's internal control system, the quality of its financial reporting, and the safeguarding of assets against unauthorized acquisition, use or disposition. In addition, the Audit Committee has direct and private access to the independent public accountants.

The financial statements have been audited by an independent public accounting firm, PricewaterhouseCoopers Bulgaria, which was given unrestricted access to all financial records and related data, including minutes of all meetings of the Board of Directors and committees of the Board. The Fund believes that all representations made to the independent public accountants during their audits were valid and appropriate. The report of the independent public accountants is presented herein.

## INTERNAL CONTROL SYSTEM

Management is also responsible for establishing and maintaining an internal control system over financial reporting and safeguarding of assets against unauthorized acquisition, use or disposition which is designed to provide reasonable assurance regarding the preparation of reliable financial statements and the safeguarding of assets. The Fund's internal control system includes a documented organizational structure, a division of responsibility, and established policies and procedures, including a code of conduct, to foster a strong ethical climate.

There are inherent limitations in the effectiveness of any system of internal control, including the possibility of human error and the circumvention or overriding of controls. Accordingly, even the most effective internal control system can provide only reasonable assurance with respect to financial statement preparation and the safeguarding of assets. Furthermore, the effectiveness of an internal control system can change with circumstances. PricewaterhouseCoopers Bulgaria obtains an understanding of the Fund's internal control system and procedures for financial reporting and conducts such tests and other auditing procedures as they consider necessary in the circumstances to express the opinion in their report presented herein.

Frank L. Bauer
*President & Chief Executive Officer*

Dennis E. Fiehler
*Chief Financial Officer*

## REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS

**TO THE BOARD OF DIRECTORS OF THE BULGARIAN–AMERICAN ENTERPRISE FUND:**

We have audited the accompanying consolidated statement of assets and liabilities, including the consolidated schedule of investments of the Bulgarian-American Enterprise Fund ("the Fund") as of September 30, 2004, and the related consolidated statement of operations and changes in fund balance and of cash flows for the year then ended. These financial statements are the responsibility of the Bulgarian-American Enterprise Fund's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We have conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Bulgarian-American Enterprise Fund as of September 30, 2004, and the results of its operations and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 2 to the financial statements, the financial statements include investments valued at $52,165,848, whose values have been estimated by management and adopted by the Board of Directors in the absence of readily ascertainable market values. We have reviewed the procedures used by the management in arriving at its estimate of values of such investments and have inspected the underlying documentation and, in the circumstances, we believe the procedures are reasonable and the documentation appropriate. However, because of the inherent uncertainty of valuation, these estimated values may differ significantly from the values that would have been used had a ready market for the investments existed.

*PricewaterhouseCoopers*

PricewaterhouseCoopers Bulgaria
*March 16, 2005*
*Sofia*

7

# CONSOLIDATED STATEMENTS OF ASSETS AND LIABILITIES

As of September 30, 2004 and 2003
Expressed in US Dollars

| | 2004 | 2003 |
|---|---|---|
| **ASSETS** | | |
| Investments, at fair value (Notes 2, 3, 4 & 12) | $ 52,165,848 | $ 42,512,588 |
| (Cost at September 30, 2004 $60,083,718) | | |
| (Cost at September 30, 2003 $49,994,555) | | |
| Cash and cash equivalents (Note 2) | 5,567,399 | 956,227 |
| Other assets | 1,624,696 | 81,837 |
| Interest receivable | 18,708 | 7,324 |
| Fixed assets, net (Notes 2 & 5) | 48,438 | 49,700 |
| **Total assets** | $ 59,425,088 | $ 43,607,676 |
| **LIABILITIES AND FUND BALANCE** | | |
| Accounts payable, accrued expenses & other liabilities | $ 5,061,127 | $ 592,108 |
| Loans and debt securities (Note 6) | 9,147,271 | 0 |
| Minority interest in SIPCs (Note 2) | 618,027 | 0 |
| Fund balance | 44,598,663 | 43,015,568 |
| **Total liabilities and fund balance** | $ 59,425,088 | $ 43,607,676 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

## CONSOLIDATED STATEMENTS OF OPERATIONS AND CHANGES IN FUND BALANCE

For the years ended September 30, 2004 and 2003
Expressed in US Dollars

| | 2004 | 2003 |
|---|---|---|
| **INVESTMENT INCOME** | | |
| Interest income | $ 2,358,812 | $ 1,960,108 |
| Interest expense | (90,014) | 0 |
| Net interest income | 2,268,798 | 1,960,108 |
| | | |
| Rental income | 1,409,686 | 990,263 |
| Direct rental expenses and depreciation | (353,114) | (604,944) |
| Income from rental properties | 1,056,572 | 385,319 |
| Dividends | 140,859 | 148,083 |
| Interest on cash deposits | 62,217 | 35,300 |
| Total investment income | 3,528,446 | 2,528,810 |
| | | |
| **EXPENSES** | | |
| Employee compensation and benefits | 1,482,582 | 1,379,903 |
| Employee business expenses | 131,161 | 80,596 |
| Professional services | 270,443 | 182,079 |
| Occupancy and telecommunications | 131,969 | 104,489 |
| General and administrative | 294,935 | 267,029 |
| Total expenses | 2,311,090 | 2,014,096 |
| | | |
| Net investment income | 1,217,356 | 514,714 |
| | | |
| **Realized and unrealized gain (loss)** | | |
| Provision for unrealized losses on investments | (127,316) | (1,842,393) |
| Realized gains on investments | 506,657 | 711,772 |
| Net exchange gains on investments | 271,181 | 1,246,971 |
| Net exchange loss on loans and debt securities | (43,676) | 0 |
| Net realized and unrealized gain | 606,844 | 116,350 |
| | | |
| Net increase in fund balance from operations | 1,824,200 | 631,064 |
| | | |
| Technical assistance (Note 2) | (231,159) | (186,318) |
| US Government grant revenue (Notes 1 & 2) | 0 | 452,715 |
| Minority interest in SIPCs (Note 2) | (38,626) | 0 |
| Net increase in fund balance | 1,554,415 | 897,461 |
| | | |
| Fund balance at beginning of year | 43,015,568 | 42,118,107 |
| Cumulative translation adjustment | 28,680 | 0 |
| Fund balance at end of year | $ 44,598,663 | $ 43,015,568 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

CONSOLIDATED STATEMENTS OF CASH FLOWS

For the years ended September 30, 2004 and 2003
Expressed in US Dollars

| | 2004 | 2003 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net increase in fund balance from operations | $    1,824,200 | $      631,064 |
| Adjustments to reconcile net increase in fund balance from operations to net cash used in operating activities: | | |
| Investment disbursements | (20,401,820) | (5,150,386) |
| Loan repayments | 8,760,005 | 1,009,160 |
| Proceeds from sales of investments, net of realized gains | 1,600,418 | 752,800 |
| Disposal of fixed assets net of purchases | (13,544) | (40,013) |
| Provision for unrealized losses on investments | 127,318 | 1,842,393 |
| Depreciation of rental properties | 260,619 | 269,227 |
| Depreciation of fixed assets | 14,606 | 11,305 |
| Net changes in operating assets and liabilities | 3,895,583 | 109,228 |
| Net cash used in operating activities | (3,932,215) | (565,222) |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Bank loan | 4,963,800 | 0 |
| Increase in debt securities | 3,202,865 | 0 |
| Minority interest in SIPCs (Note 2) | 678,401 | 0 |
| Cumulative translation adjustments | 28,680 | 0 |
| Cash received from US Government grants (Notes 1 & 2) | 0 | 452,715 |
| Technical assistance (Note 2) | (231,159) | (186,318) |
| Net cash provided by financing activities | 8,543,387 | 266,397 |
| Net increase (decrease) in cash and cash equivalents | 4,611,172 | (298,825) |
| Cash and cash equivalents at beginning of year | 956,227 | 1,255,052 |
| Cash and cash equivalents at end of year | $    5,567,399 | $      956,227 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

## CONSOLIDATED SCHEDULE OF INVESTMENTS

As of September 30, 2004
Expressed in US Dollars

| INVESTMENT AND INDUSTRY* | | EQUITY | RENTAL PROPERTY | DEBT | TOTAL COST | FAIR VALUE | % OWNED |
|---|---|---|---|---|---|---|---|
| **AGRIBUSINESS/FOOD PROCESSING** | 8.2% | | | | | | |
| Ameta Holding AD (Note 3) | | $ 4,542,597 | | $ 3,046,371 | $ 7,588,968 | $ 3,271,968 | 100% |
| Devin AD | | 550,000 | | | 550,000 | 400,000 | 10% |
| Aves 94 AD | | 122,500 | | | 122,500 | 0 | 11% |
| | | | | | 8,261,468 | 3,671,968 | |
| **DISTRIBUTION** | 1.0% | | | | | | |
| Sanita Trading & Sanita Franchising AD | | 1,033,640 | | 26,314 | 1,059,954 | 371,954 | 33% |
| Active Animation | | | | 125,000 | 125,000 | 62,000 | |
| | | | | | 1,184,954 | 433,954 | |
| **FINANCIAL SERVICES** | 68.3% | | | | | | |
| BACB AD (Note 12) | | 10,903,552 | | 16,900,000 | 27,803,552 | 27,803,552 | 100% |
| BM Leasing AD (Note 3) | | 1,215,962 | | 1,631,783 | 2,847,745 | 2,598,745 | 68% |
| Jobtiger OOD | | 136,365 | | | 136,365 | 56,365 | 100% |
| | | | | | 30,787,662 | 30,458,662 | |
| **HOTEL & TOURISM** | 8.0% | | | | | | |
| P.M.K. AD | | | | 2,854,067 | 2,854,067 | 2,854,067 | |
| Estrea OOD | | | | 707,312 | 707,312 | 707,312 | |
| | | | | | 3,561,379 | 3,561,379 | |
| **MANUFACTURING** | 0.1% | | | | | | |
| S.C.Policolor S.A. | | 200,943 | | | 200,943 | 65,943 | 1% |
| Embedded Software Tech. LLC | | 45,090 | | | 45,090 | 0 | 10% |
| | | | | | 248,033 | 65,943 | |
| **REAL ESTATE** | 31.3% | | | | | | |
| BAPM EOOD (Note 3) | | 1,802,061 | | 2,239,862 | 4,041,923 | 3,166,423 | 100% |
| Drujba retail building | | | 5,659,984 | | 5,659,984 | 5,659,984 | 100% |
| Enterprise Building Complex | | | 3,802,571 | | 3,802,571 | 2,737,367 | 100% |
| Mladost office / warehouse building | | | 1,227,875 | | 1,227,875 | 1,227,875 | 100% |
| Financial Leases – 4 investments | | | 810,886 | | 810,886 | 760,886 | 100% |
| Pharmacies– 3 investments | | | 498,983 | | 498,983 | 421,407 | 100% |
| | | | | | 16,042,222 | 13,973,942 | |
| **TOTAL INVESTMENTS** | 117.0% | | | | $60,083,718 | 52,165,848 | |
| Other assets less liabilities | (15.6%) | | | | | (6,949,158) | |
| Minority interest in SIPCs (Note 2) | (1.4%) | | | | | (618,027) | |
| **FUND BALANCE** | | | | | | $ 44,598,663 | |

* Percentages indicated are based on the fund balance as of September 30, 2004.
The accompanying notes to consolidated financial statements are an integral part of these statements.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

September 30, 2004 and 2003

## 1. ORGANIZATION OF THE FUND

The Bulgarian-American Enterprise Fund (the "Fund" or "BAEF") is a not-for-profit corporation pursuant to the Support for East European Democracy Act of 1989 (the "SEED Act") for the primary purpose of promoting the development of the Bulgarian private sector and policies and practices conducive to such development. The United States Congress has authorized appropriations of $57.8 million, which has been granted to the Fund by the Agency for International Development ("AID") for program purposes, administrative expenditures and technical assistance up to $5 million (the "Grant"). As of September 30, 2004 AID has disbursed $57.8 million of the Grant to the Fund, including the Grant amendment discussed below. Grants received from AID are conditioned upon the Fund's compliance with the requirements of the Grant agreement with AID and the SEED Act, which impose certain U.S. policy objectives and reporting obligations.

In March, 2002 AID amended the Grant to provide additional funding in the amount of $250,000 to undertake a feasibility assessment for establishing and operating a mortgage banking activity in the Republic of Serbia, Federal Republic of Yugoslavia. The amount obligated under this amendment could not be commingled with other Fund assets and required separate accounting. In 2003 the feasibility assessment was concluded and the unused portion of the Grant was returned to AID.

The Fund is engaged in a broad private investment program in Bulgaria, which, through equity investments, loans, grants, technical assistance and other measures, emphasizes a commitment to small-to-medium sized businesses. The Fund provides technical assistance to businesses in the Bulgarian private sector, including those in which the Fund has invested. Through its direct role in investments in the Bulgarian private sector, the Fund seeks to generate profits that will further support its activities and attract investments by others. As part of its investment operations, the Fund may obtain representation on management and supervisory boards of investee companies. In the normal course of business, entities in which the Fund invests may enter into business transactions with each other.

## 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Basis of Accounting

The consolidated financial statements of the Fund are prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP") and include the accounts of the Fund and its majority-owned special investment purpose companies ("SIPC") Kapital Direct-1 ADSIP ("KD") and ERG Capital-1 ADSIP ("ERG").

KD was established in September, 2003 and is 54% owned by the Fund, 23% by BAPM and 23% by BACB. ERG was established in August, 2004 and is 70% owned by the Fund and 30% by employees of the Fund. Under the license that KD and ERG received from the Bulgarian Financial Supervision Commission, they are allowed to invest in receivables and real estate, and are exempt from corporate income taxes provided that they distribute at least 90% of their annual earnings to shareholders each year.

The Fund follows investment company specialized accounting practices contained in the American Institute of Certified Public Accountants ("AICPA") Audit and Accounting Guide - Audits of Investment Companies (the "Guide"), which requires investment companies to account for their majority-owned investments at fair value, as opposed to consolidation or equity methods, as such method provides more useful information to users of the financial statements regarding performance of an investment company, or in the case of the Fund, a private investment program.

The Financial Accounting Standards Board ("FASB" or the "Board") is currently working on finalization of its Statement of Position Clarification of the Scope of the Audit and Accounting Guide - Audits of Investment Companies and Accounting by Parent Companies and Equity Method Investors for Investments in Investment Companies (the "SOP"), which is to become effective for fiscal years beginning after December 15, 2004, with earlier application encouraged. The Fund will reconsider its accounting policy once the SOP becomes effective.

On January 17, 2003, the Board issued a FASB Interpretation No. 46 ("FIN No. 46"), Consolidation of Variable Interest Entities, an interpretation of ARB 51. The primary objectives of FIN No. 46 are to provide guidance on the identification

of entities for which control is achieved through means other than through voting rights ("variable interest entities" or "VIEs") and how to determine when and which business enterprise should consolidate the VIEs. In the initial version, FIN No. 46 included private equity funds in its scope.

On October 9, 2003, the Board issued FASB Staff Position, deferring the effective date for applying the provisions of FIN No. 46 for nonregistered investment companies until the finalization of the SOP.

## Cash and Cash Equivalents

For purposes of the consolidated financial statements, the Fund considers all highly liquid financial instruments purchased with maturity of three months or less to be cash equivalents.

## Investment Valuation

The Fund's investments, as set forth in the accompanying consolidated schedule of investments, are not readily marketable and are not listed on an exchange or quoted in an open market. These investments are stated at cost less provisions for estimated losses as determined by management. In determining carrying value, management considers relevant qualitative and quantitative information available. In general, the Fund's policy is to carry investments at cost except where a change in the investee company's circumstances warrants a lower valuation. The values assigned to investments are based on available information and do not necessarily represent amounts that might ultimately be realized, since such amounts depend on future development inherent in long-term investments. These values are subject to change over time and are reviewed periodically. As adjustments become necessary, they are reported in the period in which they become known. Due to the inherent uncertainty of the valuation, those estimated carrying values may differ significantly from the values that would have been used had a ready market for the investments existed, and the differences could be material. There is limited precedent for valuing such investments in the region. Therefore, there is little experience upon which to base the estimate of risk and amount of possible losses. Management's investment valuations are reviewed by the Audit Committee of the Board of Directors (the "Board") and are then adopted by the Board annually, and more often if deemed necessary by management or the Board.

Interest earned on loans is accrued at the contractual rate and credited to income based upon the principal amount outstanding. It is the policy of management to discontinue the accrual of interest and reverse any accrued interest receivable in the event that the quality of the loan has deteriorated to the extent that collectibility of all interest and/or principal cannot be reasonably expected or when it is 90 days past due. Collections of interest and principal on loans in non-accrual status and considered impaired are generally applied as a reduction to the outstanding principal. Once future collectibility has been established, interest income may be recognized on a cash basis.

## Grant Revenue Recognition

The Fund accounts for its Grant activities when funds are received except for the feasibility assessment grant, discussed in Note 1, which is accounted for as related expenses are incurred.

## Depreciation and Amortization

Computer equipment, furniture and equipment, and automobiles are depreciated on a straight-line basis over their estimated useful lives. Leasehold improvements are amortized on a straight-line basis over the lesser of their useful lives or the term of the lease.

## Translation of Foreign Currency

The Fund's functional currency is the U.S. dollar. Generally, the Fund's operating transactions are initiated in U.S. dollars. At September 30, 2004 and 2003 the Fund's assets and liabilities were principally denominated in U.S. dollars at the year-end exchange rate. Revenues and expenses transacted in other currencies are translated into U.S. dollars at historical rates.

The functional currency of KD and ERG is the Bulgarian Lev. For purposes of consolidation their financial statements are translated into U.S. dollars by using period-end, period average, and historical exchange rates for assets and liabilities, income, and equity accounts, respectively. The resulting translation gain or loss is reflected in the consolidated statement of operations and changes in fund balance.

## Lease Financing

The Fund's investments in financial leases are stated at minimum lease payments to be received less unearned

income. Income is recognized by a method which produces a constant periodic rate of return over the life of each lease.

### Rental Property

Rents are recorded as they become due in accordance with the rental contracts. Real estate assets are stated at cost less accumulated depreciation, which, in the opinion of management, are not in excess of each property's estimated undiscounted future cash flows, including estimated proceeds from disposition. Depreciation is computed using the straight-line method, generally over estimated useful lives of 25 years. The cost of leasehold improvements that are not directly billed to lessees are amortized over the term of the applicable leases.

### Donated Services

Members of the Board donate significant amounts of their time to the Fund's programs and receive no compensation or fees for serving as directors. No amounts have been reflected in the accompanying financial statements for such donated services, inasmuch as no objective basis is available to measure the value of such services.

### Technical Assistance

The Fund generally disburses funds for Technical Assistance grants as expenses for the projects are incurred. Since inception the Fund has disbursed technical assistance grants of approximately $2.9 million. In addition, the Bulgarian-American Credit Bank provides technical assistance for its investees but accounts for the costs as normal operating expenses.

### Use of Estimates

The preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the U.S. requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results may differ from those estimates.

### Contingencies

The Fund is subject, from time to time, to administrative and legal proceedings incidental to its business. It is management's opinion that the resolution of these proceedings will not have a material effect on the Fund's consolidated financial statements.

### Concentration of Risk

In accordance with the Grant agreement, all of the Fund's investments are in business activities conducted in Bulgaria. As such, these investments are subject to the political and economic uncertainties associated with doing business in this country.

### 3. INVESTMENTS IN MAJORITY OWNED COMPANIES

The BAEF is the majority owner, and in some cases sole owner, of several investee companies as reflected in the consolidated schedule of investments. Summarized unaudited financial information for the three largest such investments, other than BACB (Note 12) is included in the table below.

Some of these companies, such as BAPM, have been established to facilitate certain investment transactions. For example, Bulgarian law prohibits direct ownership of land by foreign entities such as the Fund. Therefore, in any real estate investment that includes land, such as the Enterprise Building Complex, the Fund must use BAPM or another of its Bulgarian companies to purchase the land in a separate transaction. Other than BAPM, which holds several land and other real estate investments, investments in other such companies are reported based on the underlying investment. If a company holds no investments, the Fund's initial capital contribution to establish the company, adjusted for any income and expenses, is reported in other assets. At September 30, 2004 and 2003 two companies were included in other assets totalling $6,000 and $5,000, respectively.

As reflected in the consolidated schedule of investments the Fund owns 68% of BM Leasing AD ("BML"). In 2004, the Fund issued letters of comfort to three Bulgarian banks on behalf of BML. These letters indicate that the Fund supports its investee, but does not necessarily guarantee their loans to BML. During 2004 BML increased its capital which required a capital contribution from BAEF of $727,909. The Fund paid

$181,471 of this amount in 2004 and the remainder of $546,438 was accrued and subsequently paid in December, 2004.

The following unaudited financial information is as of September 30, 2004 and for the nine months then ended:

| | ANETA HOLDING (in EUR) | BM LEASING (in EUR) | BAPM (in EUR) |
|---|---|---|---|
| Assets | 18,434,000 | 7,656,000 | 3,290,000 |
| Liabilities | 5,933,000 | 5,787,000 | 1,967,000 |
| Equity | 12,501,000 | 1,869,000 | 1,323,000 |
| Net income | 901,000 | 314,000 | 134,000 |

## 4. REAL ESTATE INVESTMENTS

Rental contracts are multiyear and include cancellation penalties and guarantee requirements. In 2004 two lessees in the Enterprise Building Complex and the lessee of the Drujba retail building provided approximately 67% of the Fund's rental income, respectively 17%, 36% and 14%. In 2003 two lessees in the Enterprise Building Complex provided 69% of rental income, respectively 48% and 21%. The Fund has engaged BAPM to manage its rental properties under a ten-year contract and requires lessees to execute property management agreements with BAPM. Under the Fund's contract with BAPM, any costs directly attributable to the operation, maintenance, management and repair of the rental properties that are not billable to lessees are billed to the Fund.

## 5. FIXED ASSETS

At September 30, fixed assets consisted of:

| (in $) | 2004 | 2003 |
|---|---|---|
| Computer equipment | 106,406 | 94,229 |
| Furniture and equipment | 40,558 | 40,558 |
| Automobiles | 27,100 | 27,100 |
| Leasehold Improvements | 37,464 | 55,371 |
| Total cost | 211,517 | 217,258 |
| Accumulated depreciation and amortization | (163,179) | (167,558) |
| | 48,438 | 49,700 |

## 6. LOANS AND DEBT SECURITIES

In July, 2004 (and as subsequently amended) the BAEF and Raiffeisenbank (Bulgaria) executed a revolving bank loan agreement whereby the Fund can borrow up to €4,000,000 for the purpose of financing its investment activities. The loan is renewable annually with final maturity in June, 2007. Under the loan agreement the Fund collateralized the Enterprise Building Complex and the related rental income. At September 30, 2004 the outstanding principal balance was €4,000,000 ($4,963,600).

In July, 2004 KD issued a €2,600,000 floating rate mortgage bond to finance acquisition of loans from BACB. The bond is collateralized with the purchased loans and the underlying collateral of the loans. Principal payments are due annually through November, 2012 according to a fixed repayment schedule. At September 30, 2004 the outstanding principal balance was €2,618,915 ($3,202,865). The bond is listed on the Bulgarian Stock Exchange for secondary trading.

In September, 2004 ERG and BACB executed a fixed rate loan agreement whereby ERG can borrow up to €1,036,000 to finance the acquisition of investment property with final maturity in June, 2005. Under the loan agreement ERG pledged its value added tax receivable. At September 30, 2004 the outstanding principal balance was €790,400 ($980,806).

## 7. COMMITMENTS

### Investments

As of September 30, 2004, the Board had approved investments totalling $22.0 million, which were subject to the completion of negotiations and the signing of documents. In addition $20.5 million represented undisbursed commitments on existing investments.

| ($ in millions) | BAEF | BACB |
|---|---|---|
| Agribusiness/Food processing | | 3.4 |
| Manufacturing | | 0.6 |
| Distribution/Transportation | | 3.3 |
| Hotels & Tourism | | 11.4 |
| Real Estate/Housing construction | 7.0 | 11.9 |
| Residential Mortgage Loans | | 1.9 |
| Financial Services | 2.7 | 0.3 |
| | 9.7 | 32.8 |

**Operating Leases**

The Fund leases office space under an agreement that expires in September, 2007. The total remaining minimum lease payments amount to $90,000. Rent expense for the Chicago office will be $29,000 in 2005, $30,000 in 2006 and $31,000 in 2007. Rent expense for 2004 and 2003 for both the Chicago and Sofia offices was $70,000 and $62,000 respectively.

**Guarantees**

As stated in Note 12, the Fund has guaranteed the EBRD, FMO, DEG and BSTDB loans to BACB.

**8. INCENTIVE PLAN**

In 2001 the Board of Directors adopted a long-term equity incentive plan for certain employees of the Fund and its subsidiaries. The plan became operational on October 1, 2001 and provides for percentage participation in returns achieved upon exit of specified equity investments. Plan participants are subject to a vesting requirement of 20% per year, which accelerates to 100% at the time of exit of a plan investment. The Audit Committee of the Board of Directors supervises administration, investment valuations and awards under the plan.

**9. RETIREMENT PLAN**

The Fund offers its U.S. citizen employees a retirement plan under Internal Revenue Code section 401(k). The Fund matches employee contributions of up to 7% of salary and makes an additional, annual contribution to the plan in accordance with provisions of the plan. Full vesting in the Fund's contributions occurs after five years of employment. Cost of the plan was approximately $138,000 and $102,000 in 2004 and 2003, respectively. The plan custodian and administrator is Fidelity Investments.

**10. TAX STATUS**

**United States**

The Fund is exempt from federal income taxes under Section 501(c)(3) of the U.S. Internal Revenue Code (the "Code") and has been classified as an organization that is not a private foundation as defined in Section 509(a)(1) of the Code.

**Bulgaria**

Under a bilateral agreement between the Government of the United States of America and the Government of Bulgaria regarding cooperation to facilitate the provision of assistance, the Fund is exempt from taxation on income received in connection with implementation of the U.S. assistance programs.

**11. FINANCIAL HIGHLIGHTS**

Due to the private equity nature of its operations, the Fund follows the Guide issued by the AICPA. The revised Guide, issued in November 2001, introduced a new requirement for private equity funds to present financial highlights as part of consolidated financial statements for reporting periods ending after December 15, 2001. According to the Guide, financial highlights should consist of total return, ratio of expenses to average net assets (fund balance) and ratio of net investment income/(loss) to average net assets (fund balance) for the most recent reporting period. The AICPA Technical Practice Aid, issued in February 2002, provides guidance in calculating the ratios.

| | 2004 | 2003 |
|---|---|---|
| **RATIOS TO AVERAGE FUND BALANCE** | | |
| Ratio of net investment income | 2.8% | 1.2% |
| Ratio of expenses | 6.3% | 4.7% |
| **TOTAL RETURN** | 4.8% | 1.2% |

Ratios to average fund balance are computed as year-end net investment income and expenses divided by the average fund balance, which is calculated based on quarterly data. Total return represents a change in the value of an investment company, measured by comparing the aggregate ending value of the fund balance to the aggregate beginning value of the fund balance.

**12. INVESTMENT IN BULGARIAN-AMERICAN CREDIT BANK ("BACB")**

The BACB was established by the Fund in 1996 to facilitate lending to small and medium enterprises and hotels in Bulgaria. Subsequently it initiated home mortgage lending and residential construction lending programs. The Fund's

investment in BACB is included in the table in the accompanying consolidated schedule of investments. The carrying value is based on cost, adjusted by valuation changes made in accordance with the Fund's investment valuation policy.

A. During 2004 and 2003 the following transactions occurred between the Fund and BACB:

a) The Fund recognized interest income of $1,767,000 in 2004 and $1,890,000 in 2003 on its loans.

b) Certain administrative support in the normal course of operations is shared by the Fund and BACB. Operating expenses included in BACB's income statements totalled €4,055,000 and €3,407,000 for its fiscal years ended December 31, 2004 and 2003, respectively.

c) The Fund has provided two debt facilities to the BACB. The first facility is a fixed rate, $15 million line of credit that was initiated in March, 1997 and has been fully drawn. The

maturity of $10 million of this line has an indefinite term with repayment subject to approval of the Bulgarian National Bank. This amount is also subordinated to all other debt of the BACB and is treated as a supplementary capital reserve (tier 2 capital) for Bulgarian National Bank reporting purposes. In addition, this line of credit is fully subordinated under long term loan facilities that the BACB has received from the financial institutions listed in the table below. Because of this the loan agreement with respect to the maturity of the remaining $5 million states that the maturity is extended until the final maturity of any loan to which it is subordinated. The Fund has also guaranteed each of the loans except for the IFC facility.

d) The second loan from the Fund is a floating rate, $6 million line of credit that was initiated in April, 1999 and is renewable annually until April, 2007. As of September 30, 2004 and 2003 $1,900,000 and $6,000,000, respectively were drawn.

Following is information on each of the loans in c) above as of September 30, 2004:

| | FACILITY AMOUNT | FINAL MATURITY |
|---|---|---|
| International Finance Corporation ("IFC") | $  5 million | 2008 |
| European Bank for Reconstruction and Development ("EBRD")* | €  5.1 million | 2008 |
| Nederlandse Financierings-Maatschappij voor Ontwikkelingslanden N.V. ("FMO") | €  6  million | 2008 |
| Nederlandse Financierings-Maatschappij voor Ontwikkelingslanden N.V. ("FMO") | €  7  million | 2010 |
| DEG - Deutsche Investitions – und Entwicklungsgesellschaft mbH ("DEG") | €  6 million | 2009 |
| DEG - Deutsche Investitions – und Entwicklungsgesellschaft mbH ("DEG") | €  5 million | 2010 |
| Black Sea Trade and Development Bank ("BSTDB") | €  10 million | 2010 |

* A new loan agreement for €10 million was executed in October, 2004. Final maturity of the loan is in 2009.

B. Following are extracts from the audited financial statements of BACB as of December 31, 2004 and 2003 and for the years then ended:

## BULGARIAN - AMERICAN CREDIT BANK AD STATEMENTS OF INCOME

For the Years ended December 31, 2004 and 2003

Expressed in thousands of Euro.

|  | 2004 | 2003 |
|---|---|---|
| Interest Income | € 20,529 | € 14,436 |
| Interest expense | (6,092) | (4,834) |
| Net interest income | 14,437 | 9,602 |
| Fees and commission income, net | 1,306 | 727 |
| Gains/(losses) from securities | 59 | 0 |
| Gains/(losses) from foreign currency dealings | 172 | 144 |
| Gains/(losses) from foreign currency revaluation | (369) | (854) |
| Other operating income | 374 | 192 |
| Operating income | 15,979 | 9,811 |
| Operating expenses | (4,055) | (3,407) |
| Provisions for impairment | (3,523) | (767) |
| Income before taxation | 8,401 | 5,637 |
| Income taxes | (1,192) | (992) |
| Net income | € 7,209 | € 4,645 |

| 2004 |
|---:|
| € 8,109 |
| 22,263 |
| 113,861 |
| 6,007 |
| 0 |
| 443 |
| 2,409 |
| € 153,092 |
| |
| € 0 |
| 25,631 |
| 1,480 |
| 58,029 |
| 39,610 |
| 125,080 |
| |
| 6,432 |
| 358 |
| 20,484 |
| 157 |
| 27,432 |
| € 153,092 |

STATEMENTS OF CASH FLOWS

For the Years Ended December 31, 2004 and 2003

(amounts in thousands of euro)

| | 2004 | 2003 |
|---|---:|---:|
| | € 7,209 | |
| | | |
| | 3,523 | |
| | 41 | |
| | 431 | |
| | (6,000) | |
| | (73,013) | |
| | 43,880 | |
| | 104 | |
| | 474 | |
| | (23,351) | |
| | | |
| | (3,873) | |
| | 2,696 | |
| | 77 | |
| | (191) | |
| | 0 | |
| | (1,291) | |
| | | |
| | 2,549 | |
| | 42,169 | |
| | (21,500) | |
| | 18,081 | |
| | (3,312) | |
| | 126 | |
| | 38,113 | |
| | (501) | |
| | 12,970 | |
| | | |
| | 10,528 | |
| | € 23,498 | |

SUPPLEMENTAL CASH FLOW INFORMATION

| | 2004 | 2003 |
|---|---:|---:|
| Income tax paid | € 694 | € 987 |
| Interest paid | € 5,590 | € 4,382 |

## BOARD OF DIRECTORS

**STEPHEN W. FILLO** [1,2,3]
*Chairman*

President
Fillo & Co., Inc.

Corporate Director
Trustee of Foundations

**FRANK L. BAUER** [1]
*President & Chief Executive Officer*

**JOSEPH J. BORGATTI** [1,2,3]
J.J. Borgatti Associates

**LYNN M. DAFT** [2]
*Senior Vice President,*
Promar International

**LEONARD M. HARLAN**
*President,*
Castle Harlan, Inc.

**GARY E. MACDOUGAL**
*Chairman Emeritus*
Bulgarian-American Enterprise Fund

Corporate Director
Trustee of Foundations

**ANTHONY R. MANNO, JR.** [2]
*President & Chief Executive Officer*
Security Capital Research
& Management Inc.

**CHRIS J. MATLON** [1,2,3]
*Corporate Director*

**MARSHALL LEE MILLER** [1,3]
*Partner*
Baise & Miller P.C.

**CARL H. PFORZHEIMER III** [1,3]
*Managing Partner*
Carl H. Pforzheimer & Co.

1  Executive Committee
2  Audit Committee
3  Bank Oversight Committee

## BULGARIAN ADVISORY BOARD MEMBERS

**VALENTIN BRAYKOV**
Braykov's Legal Office
Sofia, Bulgaria

**PENKO DINEV**
*Manager of Export Regulations*
IBM CEMA

## MANAGEMENT

**FRANK L. BAUER**
*President & CEO*

**STOYAN DINCHIISKI**
*Executive Director*
Bulgarian—American Credit Bank

**DENNIS E. FIEHLER**
*Chief Financial Officer*

**MICHAEL HUNSBERGER**
*Managing Director*
Real Estate & Mortgage Finance

**NANCY L. SCHILLER**
*Managing Director*

**MARIA SHEYTANOVA**
*Chief Operating Officer*
Bulgarian—American Credit Bank

**DIMITER S. VOUTCHEV**
*Executive Director*
Bulgarian—American Credit Bank

Design: Bridgewater/Chicago

333 West Wacker Drive
Suite 460
Chicago, IL 60606
312.629.2500
312.629.2929 (fax)
chicago@baefinvest.com

3 Shipka Street
Sofia 1504, Bulgaria
359.2.948.9200
359.2.946.0118 (fax)
sofia@baefinvest.com
www.baefinvest.com

Bulgarian-American Credit Bank
16 Krakra Street
Sofia 1504, Bulgaria
359.2.965.8358
359.2.944.5010 (fax)



**BULGARIAN
AMERICAN
ENTERPRISE
FUND**



TRANSPARENCY
INTERNATIONAL
the global coalition against corruption

# GLOBAL CORRUPTION REPORT 2007

## Corruption in Judicial Systems



CAMBRIDGE

EXHIBIT

Co A

PENGAD 800-631-6989

Transparency International's *Global Corruption Report 2007* brings together scholars, legal professionals and civil society activists from around the world to examine how, why and where corruption mars judicial processes, and to reflect on remedies for corruption-tainted systems. It focuses on judges and courts, situating them within the broader justice system and exploring the impact of judicial corruption on human rights, economic development and governance.

Two problems are analysed: political interference to pressure judges for rulings in favour of political or economic interests, including in corruption cases; and petty bribery involving court personnel. The result is a thorough analysis of how judicial independence and judicial accountability, two concepts key to the promotion of judicial integrity, can be bolstered to tackle corruption in judicial systems.

Included are thirty-seven country case studies; recommendations for judges, political powers, prosecutors, lawyers and civil society; and sixteen empirical studies of corruption in various sectors, including the judiciary.

Transparency International (TI) is the civil society organisation leading the global fight against corruption. Through more than ninety chapters worldwide and an international secretariat in Berlin, Germany, TI raises awareness of the damaging effects of corruption, and works with partners in government, business and civil society to develop and implement effective measures to tackle it. For more information go to: www.transparency.org

# 11 Informality, legal institutions and social norms

Åse Berit Grødeland[1]

During the socialist era, the main purpose of the judiciary was to protect the socialist order and the rights of the citizens. Transition brought about a dramatic change in the role of the judiciary and also greatly expanded its tasks. Judicial reform has so far been only partially successful. One of the reasons is that it has failed to address the mentality and behaviour of those working within the judiciary, as well as those interacting with it from the outside.

NIBR, in collaboration with Charles University/GfK Prague (Czech Republic), University of Maribor/CATI (Slovenia), Vitosha Research (Bulgaria) and the Romanian Academic Society/ Gallup Romania (Romania), recently completed a three-year project funded by the Research Council of Norway. The project investigated manifestations of informality in these countries in general, and the use of contacts and informal networks, in particular in the judiciary, politics and public procurement. Data were generated by means of elite in-depth interviews (IDIs) and quota-based elite surveys (ES),[2] including 40 IDIs (10 per country) and 300 survey interviews (75 per country) with judges and prosecutors.

## Findings

Judges and prosecutors in all countries except Bulgaria think people in their countries are not more law-abiding now than they were during communism. Further, there have been no major changes in the willingness to abide by the law during the last five years (all countries). Laws are primarily violated as a result of transition, and the EU accession process seems to have, if not reinforced, then at least not reduced, this trend. One Romanian respondent noted: 'As a jurist . . . I feel totally helpless in front of this avalanche of laws, especially when it is about adapting to a completely new system that is foreign to every one of us. When I said that Romanians generally respect the laws, I referred to their struggle and disposition to obey common social rules. But in reality (they are) put in the situation of not being able to respect the law . . .'.

Seeking informal outcomes in the judiciary is fairly common in Bulgaria and Romania but less common in the Czech Republic and Slovenia (see fig. 1). Still, the number of justice-sector respondents admitting that they had personally received informal requests, for example to

---

1  Norwegian Institute for Urban and Regional Research (NIBR), contact: ase.grodeland@nibr.no
2  For a detailed outline of the project structure, definitions and methodology, see Åse Berit Grødeland, 'Informal Networks and Corruption in the Judiciary' Paper presented at World Bank 'New Frontiers of Social Policy' conference, Arusha, Tanzania, 2005.

speed up or delay procedures or verdicts or otherwise influence the outcome of a court case, is rather small (see fig. 2).[3]



Figure 1: Seeking informal outcomes in the judiciary: the view of the judiciary



Figure 2: Personal exposure to informal requests

The IDIs suggest that contacts are primarily used to obtain favours: more specifically, to speed up or delay procedures or verdicts (Czech Republic, Slovenia); to seek promotions

---

3  For all figures, weighted N = 300 (75 respondents per country). Depends/don't know/missing values not included in figures.

(Slovenia); to influence court cases (Bulgaria); or to purchase favours and secure fair trials (Romania). Requests from informal networks are less common. Still, 20% of the Czech, nearly 33% of the Bulgarian and just over 33% of the Romanian respondents who took part in our quantitative survey thought informal networks are used to influence decisions in court (ES).



**Figure 3:  The judiciary on the use of informal networks to influence decisions in court**

Requesters representing informal networks often make a point of conveying on whose behalf the request is made. Respondents (IDIs) identified the following networks: networks linking people in the judiciary and politics, a network around the Judges' Union (Czech Republic); networks formed around court presidents (Slovenia); networks composed of friends, former colleagues and people who graduated together and a network of former police officers-turned-lawyers (Bulgaria); a network of magistrates, education-based networks and a network linking professors, lawyers and MPs (Romania).

Respondents (IDIs) reported that a number of different strategies were applied to influence their decisions, ranging from asking or begging (Slovenia), displaying emotions or persisting (Bulgaria) to offering incentives or attempting to coerce or threaten those from whom the requests were made (Bulgaria, Romania). Combinations of strategies were also employed (Bulgaria). Romanian respondents were exposed to internal (by colleagues) as well as external (by the media or political interest) pressure. Respondents in all countries said they would only comply with requests that were within the limits of the law. Still, informal networks were perceived as influential – and as influencing the judiciary in a negative rather than a positive manner (data from survey). Bulgarian and Romanian informal networks are perceived as fairly corrupt.

## Conclusions

Law-abidingness – or the lack of it – is closely linked with social norms. Changing such social norms requires a different time perspective as well as measures other than those required to



Figure 4: The judiciary on the influence of informal networks in the judiciary



Figure 5: The judiciary on the type of influence informal networks exert in the judiciary

change formal institutions, laws, rules and regulations. The experience of post-communist states to date shows that unless judicial reform targets such social norms, it is likely to be only partially successful. In Bulgaria, the Czech Republic, Romania and Slovenia, reforms have failed to address informal practices carried over from communism. Increasing judiciary independence, improving capacity and enhancing efficiency should reduce some of the scope for informal practices. But such measures need to be accompanied by efforts to educate the general public in the rule of law and to enhance its understanding of the judiciary and how to approach it. More specific confidence building measures are also called for: the judiciary should demonstrate to the general public that everybody is equal before the law.

LATEST NEWS | NEWS ALERT | Search | Top 10 News | ⧉ RSS | Advertise | Currencies | WAP | DARIK NEWS



**novinite.com**
SOFIA NEWS AGENCY
Tue 29 Jan 2008

BUSINESS | POLITICS | CRIME | WORLD | LIFESTYLE | SPORTS | SOCIETY | SHOW BUZZ | PEOPLE | IN PICTURES | VIEWS & RECORDS | HOROSCOPE | SMILES | EXCLUSIVE | PRESS | FORUM

LOGIN username    [GO] Register       ● SNA ○ На български    [SEARCH]

HOME | **POLITICS**

## Bulgarians Pessimistic on Govt Fight Against Corruption - Transparency Intl

6 December 2007, Thursday

Bulgarians are among the most pessimistic respondents in Transparency International's (TI) latest corruption barometer survey regarding their government's efforts to fight corruption, data released on Thursday showed.

Roughly 72% of Bulgarians interviewed in for the survey said they viewed the government's efforts to fight corruption as ineffective.

The figure is above the 54% average across the 60 countries covered by the survey and one of the highest, but still below the 77% recorded in Germany and Lithuania.

Among Bulgaria's neighbours, it is the highest figure, followed by Greece with 59%, Serbia with 56%, Romania with 55%, Turkey with 37% and Macedonia with 21%.

The Bulgarian respondents of the survey see political parties and the legal system as the most corrupt, scoring 4.3 out of 5 points, followed closely by the parliament and medical services sector.

The military, with a score of 2.7 and the utilities are the least corrupt, followed by the media and religious bodies.

At the same time, only 7% of Bulgarian respondents have paid a bribe to receive services, compared to 5% average in the EU grouping of countries and 13% across the entire sample.

Neighbouring Romania was among the leaders in this respect, with 33% of respondents acknowledging they had to pay a bribe to receive services.

When asked about dealing with services, telephone and natural gas utilities were the least likely to demand bribes, while law enforcement was the most frequent source with courts the second most frequent source worldwide.

Overall it is the poor who are most often confronted with requests for bribes, in wealthy and poor countries alike. "Extortion hits low-income households with a regressive tax that saps scarce household resources," TI's report said.

"The report reveals that the police and the judiciary in many countries around the world are part of a cycle of corruption, demanding bribes from citizens. This troubling finding means that corruption is interfering with the basic right to equal treatment before the law," TI managing director Cobus de Swardt said.

The corruption barometer shows a strong correlation between the experience of bribery among ordinary citizens and the perceptions of corruption by experts, which are the basis for the corruption perceptions index (CPI), TI noted.

TI and Gallup interviewed 63,199 people in 60 countries between June and September for the survey.

_Click here to receive realtime news about this topic in the future._

post your opinion | all opinions | save | print | send |

**FORUM**

**Who is on:** DP | JKS | Kolega | QA |

» Topics   » New topic   » Latest opinions   » RSS   » Forum rules     Search forum: _____ » go

No opinions.

_Post your opinion here._

Ads by Google

**Bulgarian Property**
5 Star Bentley Award winning Development, Mortgages available
www.simplibulgaria.com

See More

**TOP NEWS**

Snowfalls, Strong Wind Bring Traffic Disruption in Bulgaria

Sofia Saves Money by Night Public Lighting Dimming

Bulgaria Competes for Taking Place on Europe Less Popular Destinations Map

Alleged Bulgarian Bomber Charged with over 100 Crimes in US

14,000 Macedonians, 11,000 Moldovans Granted Bulgarian Passport since 2002



**LATEST NEWS**

Bulgaria Milk Producers Temporaly Cease Rallies over Getting Subsidies

Elvis Presley's Band to Amuse Bulgarian Audience Jan 30

Sofia Saves Money by Night Public Lighting Dimming

Bulgaria Appoints New Deputy Justice Minister

Bulgaria's Interior Gets "Big Brother" Anti-Award for BBC Spat

Bad Weather Foils Rescue Operation for Missing Bulgarian Tourist

Bulgaria Competes for Taking Place on Europe Less Popular Destinations Map

Incitement to Suicide Version Probed over 2 Policemen Deaths in Bulgaria Pleven

Bulgaria's Levski Sells Top Striker

Single Euro Payments Area Launched

**SOFIA PHOTO AGENCY**

**ARCHIVES**



EXHIBIT
6B
PENGAD 800-631-6989





Best of Bulgaria The Name in Property!



DAILY NEWS

29 JANUARY 2008

- News
- Business
- Bulgaria and the World
- Bulgaria Abroad
- Life
- Sport
- Press Review
- Property
- What's on

[Search]













Ads by Google

Beach Villas in Bulgaria
Bulgaria Property for investment or Luxury Holidays. Learn More Today!
www.MarinaCape.com

Advanced Search        Archive        PropertyWise        Forum        Expat in Bulgaria

Cheap Tickets US-Bulgaria
Free email quotes from US agents specialized in flights to Bulgaria

Bulgaria Flight Deals
Super cheap tickets - lowest fares! Search all major sites in one place

Ads by Google

BULGARIA AND THE WORLD

**BULGARIA'S JUSTICE SECTOR SEEN AS MOST CORRUPT- REPORT**
13:27 Thu 07 Dec 2006

For the fourth time Bulgaria was included in Transparency International's Global Corruption Barometer 2006 research.

In 2006, the justice sector got the highest corruption index of 4.4, followed by political parties, Parliament and the healthcare sector.

In 2003 political parties had the highest index, while in 2004 and 2005 the index was highest for customs offices.

The negative evaluation of Bulgarians for the work of these institutions has improved slightly.

Positive tendencies were registered for the work of the police and the Bulgarian business sector.

A day earlier Transparency International Bulgaria presented the organisation's Corruption Perception Index 2006. Bulgaria ranks 57th with an overall index of 4.0.

The index takes into account the opinions of business representatives and analysts. It examines the conditions in 163 countries.

In 2005 Bulgaria ranked 55 out of 159 countries. Corruption levels were lowest in Finland, Iceland and New Zealand, the report said.

[ Subscribe ]  [ News Alerts ]  [ Print Version ]  [ Email to a friend ]  [ Write Comments ]

## Add your spice.

MORE ON THIS TOPIC

CORRUPTION STILL PROBLEM FOR BULGARIA BEFORE EU ENTRY- TRANSPARENCY INTERNATIONAL

FREE ANTI-CORRUPTION HOTLINE STARTS FUNCTIONING IN BULGARIA

ORGANISATION DENIED RIGHT TO MONITOR CONCESSION TALKS IN BULGARIA

TRANSPARENCY INTERNATIONAL ASSESSES BULGARIA'S ANTI-CORRUPTION MEASURES

SAXE-COBURG CLEARS UP DOUBTS RELATED TO BULGARIA'S EU MEMBERSHIP

TRANSPARENCY INTERNATIONAL ISSUES CORRUPTION REPORT

CORRUPTION GRAVE, SAYS SURVEY

BULGARIA SCORES AGAINST SLEAZE

CUSTOMS REVOLUTION

CORRUPTION GETTING BETTER

MORE FROM BULGARIA AND THE WORLD

FRENCH PARLIAMENT TO VOTE ON REPORT ABOUT LIBYA CASE

LAW AMENDMENT COULD MEAN EARLY RELEASE FOR LIVERPOOL FAN MICHAEL SHIELDS

VIENNA TO BAN BULGARIAN AND ROMANIAN BEGGARS

"NO CHANCE" KOZLODUY BLOCKS WILL BE REOPENED - EURO COMMISSIONER

Free Daily News Alerts
[ Sign Up ]



BNB Fixing 28 Jan 2008

| | | |
|---|---|---|
| EUR | 1.477 | USD |
| EUR | 0.7444 | GBP |
| EUR | 1.95583 | BGN |
| USD | 1.32554 | BGN |
| GBP | 2.63234 | BGN |


View Properties



THE SOFIA ECHO
For richer, for poorer

Download as PDF



Other Polls

Bulgarian Holiday Properties Cheap Country Houses
www.holidayproperty.



Davati
Beautiful hand-crafted gifts imported from Bulgaria. www.davati.com

Ads by Google

EXHIBIT
CoC
